WILLARD K. TOM
General Counsel

JOHN D. JACOBS, Bar No. 134154
jjacobs@ftc.gov, (310) 824-4343 (tel.)
Federal Trade Commission
10877 Wilshire Boulevard, Suite 700
Los Angeles, CA 90024
(310) 824-4380 (fax)

MARK MORELLI
mmorelli@ftc.gov, (202) 326-2601 (tel.)
ELIZABETH TUCCI
etucci@ftc.gov, (202) 326-2402 (tel.)
ZACHARY V. HUNTER
zhunter@ftc.gov, (202) 326-3235 (tel.)
Federal Trade Commission
600 Pennsylvania Avenue, NW, Rm. M-8102B
Washington, DC 20580
(202) 326-2558 (fax)
ATTORNEYS FOR PLAINTIFF
FEDERAL TRADE COMMISSION

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**EDEBITPAY, LLC, et al.,**<br><br>　　　　　Defendants. | CV-07-4880 ODW (AJWx)<br><br>**FEDERAL TRADE COMMISSION'S NOTICE OF APPLICATION AND APPLICATION FOR AN ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT**<br><br>Hearing Date: July 12, 2010<br>Time: 1:30 pm<br>Courtroom 11<br>Judge: Hon. Otis D. Wright II |

　　　　Plaintiff, Federal Trade Commission ("FTC"), hereby applies for an Order to Show Cause Why Defendants Should Not Be Held in Contempt of the Stipulated Final Order for Permanent Injunction and Monetary Relief and provides notice thereof.  The grounds for this Application are set forth fully in the accompanying Memorandum in Support and the exhibits thereto.  The FTC also plans to file in the near future an Application to Modify Stipulated Final Order

1. for Permanent Injunction and Monetary Relief.
2.     This application is made following the conference of counsel pursuant to
3. L.R. 7-3, which took place on May 14, 2010.

Date: May 27, 2010                        Respectfully submitted,

                                                        /s/
                                        John D. Jacobs, Esq.
                                        Mark Morelli, Esq. (*pro hac vice*)
                                        Elizabeth Tucci, Esq. (*pro hac vice*)
                                        Zachary Hunter, Esq. (*pro hac vice*)
                                        Attorneys for Plaintiff
                                        Federal Trade Commission