WILLARD K. TOM
General Counsel

JOHN D. JACOBS, Bar No. 134154
jjacobs@ftc.gov, (310) 824-4360 (tel.)
Federal Trade Commission
10877 Wilshire Boulevard, Suite 700
Los Angeles, CA 90024
(310) 824-4380 (fax)

MARK MORELLI
mmorelli@ftc.gov, (202) 326-2601 (tel.)
ELIZABETH TUCCI
etucci@ftc.gov, (202) 326-2402 (tel.)
ZACHARY V. HUNTER
zhunter@ftc.gov, (202) 326-3235 (tel.)
Federal Trade Commission
600 Pennsylvania Avenue, NW, Rm. 2122
Washington, DC 20004
(202) 326-2558 (fax)

ATTORNEYS FOR PLAINTIFF
FEDERAL TRADE COMMISSION

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **EDEBITPAY, LLC, et al.,** <br> Defendants. | CV-07-4880 ODW (AJWx) <br><br> **Exhibits – Volume II** <br><br> **To Memoranda in Support of Federal Trade Commission's Application For An Order to Show Cause Why Defendants Should Not Be Held in Contempt** |

# TABLE OF CONTENTS

**VOLUME I**:                     **Exhibits**

Exhibit 1                     FTC Complaint against Defendants – Jul. 30, 2007

Exhibit 2                     Order signed by Defendants  – Jan. 15, 2008

Exhibit 3                     Order signed by Hon. Otis D. Wright II – Jan. 22, 2008

Exhibit 4                     Defendants' Affidavits of Receipt of Order

Exhibit 5                     Declaration of Dr. Kenneth H. Kelly, CFA

Attachments to Exhibit 5:

Attachment A             Curriculum Vitae of Dr. Kenneth H. Kelly, CFA
Attachment B             Catalog vs. Retail Price Comparisons

Exhibit 6                     Declaration of Naomi Parnes


**VOLUME II**:

Exhibit 7                     Declaration of Ronald D. Lewis

Attachments to Exhibit 7:

Attachment A             NV Sec. of State records – EDebitPay, LLC
Attachment B             CA Sec. of State records – Platinum Online Group, LLC
Attachment C             Website capture (snake) – StarterCreditDirect.com
                                      (manually filed)
Attachment D             Website printout – StarterCreditDirect.com
Attachment E             Website printout – StarterCreditDirect.com Terms &
                                      Conditions

Attachment F                          Website printout – Century Platinum Terms &
                                      Conditions

Attachment G                          Website screenshot – StarterCreditDirect.com (top)

Attachment H                          Website screenshot – StarterCreditDirect.com (bottom)


**VOLUME III**:

Attachment I                          Website screenshot - StarterCreditDirect.com (Terms &
                                      Conditions pop-up)

Attachment J                          Website video (camtasia) – ePlatinumDirect.com
                                      (manually filed)

Attachment K                          Camtasia screenshot – ePlatinumDirect.com (collapsed)

Attachment L                          Camtasia screenshot – ePlatinumDirect.com (expanded)

Attachment M                          Website printout – ePlatinumDirect.com Terms &
                                      Conditions

Attachment N                          Website printout and screenshots -
                                      YourSupportDepartment.com

Attachment O                          Website capture (camtasia) –
                                      YourSupportDepartment.com (manually filed)

Attachment P                          Website capture (snake) – EDebitPay.com (manually
                                      filed)

Attachment Q                          Relevant portions from the FTC's Oct. 23, 2009 CID to
                                      Insite Marketing Group, LLC

Attachment R                          Relevant portions of the response from Insite Marketing
                                      Group, LLC to the FTC's Oct. 23, 2009 CID

| | |
|---|---|
| Exhibit 8 | Declaration of Elizabeth Tucci |

<u>Attachments to Exhibit 8:</u>

| | |
|---|---|
| Attachment A | Deposition Notice |
| Attachment B | Wilson excerpts |
| Attachment C | Cleveland excerpts |
| Attachment D | Defs' certification |

# EXHIBIT 7

EXHIBIT 7
-125-

## DECLARATION OF RONALD D. LEWIS
## PURSUANT TO 28 U.S.C. § 1746

I, Ronald D. Lewis, declare and state as follows:

1.    My name is Ronald D. Lewis. I am over eighteen years of age. I am a Supervisory Investigator for the Federal Trade Commission ("FTC"). My present office assignment is in the Enforcement Division of the FTC's Bureau of Consumer Protection in Washington, D.C. My office address is 1800 M Street, N.W., Washington, D.C. 20036. I have been an investigator with the FTC since 1984. My duties at the FTC include investigations of possible violations of the FTC Act and violations of federal court orders obtained by the FTC.

2.    As part of my responsibilities, I was assigned to work on an investigation of EDebitPay, LLC ("EDP"), Dale Paul Cleveland ("Cleveland"), and William Richard Wilson ("Wilson") (collectively, "Defendants"), involving Defendants' possible violations of a Stipulated Final Order for Permanent Injunction and Monetary Relief entered on January 22, 2008 in *FTC v. EDebitPay, LLC, et al.*, CV-07-4880 ODW (AJWx) (C.D. Cal.). In this declaration, I set forth various tasks that I, or other persons acting under my supervision, performed in connection with the FTC's investigation. I am personally familiar with all of the matters referred to in this declaration.

### Business Entities

3.    During the course of the FTC's investigation, FTC staff under my supervision obtained public records for EDP. Specifically, staff obtained certified records showing that EDP's Articles of Organization were filed

Lewis Decl.                                    1

EXHIBIT 7
-126-

1    with the Nevada Secretary of State on April 17, 2002.  In addition, EDP's

2    most recent Annual List of Members, dated May 19, 2009, lists

3    Cleveland and Wilson as EDP's only managing members.  A true and

4    accurate copy of the records the FTC obtained from the Nevada Secretary

5    of State is appended hereto as Attachment A.

6  4.   During the course of the FTC's investigation, FTC staff under my

7    supervision obtained public records for Platinum Online Group, LLC

8    ("POG").  Specifically, staff obtained certified records showing that POG

9    filed its Articles of Organization with the California Secretary of State on

10   October 13, 2009.  In addition, POG's most recent Statement of

11   Information, signed by Cleveland and dated November 13, 2009, lists

12   Cleveland as POG's Chief Executive Officer.  It also lists Cleveland and

13   Wilson as POG's two managers.  A true and accurate copy of the records

14   the FTC obtained from the California Secretary of State is appended

15   hereto as Attachment B.

16

17                          **Internet Websites**

18  5.   During the course of the FTC's investigation, FTC staff under my

19   supervision captured several websites, including

20   StarterCreditDirect.com, ePlatinumDirect.com,

21   YourSupportDepartment.com, and EDebitPay.com.

22                        StarterCreditDirect.com

23  6.   On July 16, 2009, FTC staff under my supervision visited the publicly

24   available website http://www.StarterCreditDirect.com.  Staff used a

25   program called Grab-a-Site to record the contents of

26   StarterCreditDirect.com as they existed on that date.  This software

27   digitally preserves the website, although not all hyperlinks may be active

28   in the preserved version.  Staff saved the recorded filesonto a CD-ROM

Lewis Decl.                              2

EXHIBIT 7
-127-

1    disc, a true and accurate copy of which is appended to the FTC's manual

2    filing as Attachment C.

3    7.    On April 28, 2010, I printed a copy of the first page (also known as the

4          landing page) of the StarterCreditDirect.com website from the

5          previously recorded file. A true and accurate copy of this printout is

6          appended hereto as Attachment D.

7    8.    On April 30, 2010, I printed a copy of the Starter Credit Direct terms and

8          conditions from the previously recorded StarterCreditDirect.com

9          website. A true and accurate copy of this printout is appended hereto as

10         Attachment E.

11   9.    On April 30, 2010, I printed a copy of the Century Platinum terms and

12         conditions from the previously recorded StarterCreditDirect.com

13         website. A true and accurate copy of this printout is appended hereto as

14         Attachment F.

15   10.   On April 28, 2010, I took screen shots of portions of the previously

16         recorded StarterCreditDirect.com website and printed those screen shots.

17         True and accurate copies of the printouts are appended hereto as

18         Attachments G, H, and I.

19                          ePlatinumDirect.com

20   11.   On January 6, 2010, FTC staff under my supervision visited the publicly

21         available webpage http://ePlatinumDirect.com/index.asp and navigated

22         through certain webpages on the http://ePlatinumDirect.com website.

23         Staff recorded this activity onto a CD-ROM disc using Camtasia

24         computer software, which makes an accurate video and audio recording

25         of what appears on a computer screen. A true and accurate copy of this

26         CD-ROM recording is appended to the FTC's manual filing as

27         Attachment J.

28

Lewis Decl.                           3

EXHIBIT 7
-128-

12. On May 25, 2010, I took screen shots of portions of the previously mentioned Camtasia video recording of the http://ePlatinumDirect.com website and printed those screen shots. True and accurate copies of the printouts are appended hereto as Attachments K and L.

13. On January 7, 2010, FTC staff under my supervision printed a copy of the terms and conditions for the "No Cost" prepaid Visa debit card marketed on the http://ePlatinumDirect.com website. A true and accurate copy of the printout is appended hereto as Attachment M.

YourSupportDepartment.com

14. On November 13, 2009, FTC staff under my supervision visited the publicly available website http://www.YourSupportDepartment.com and printed a copy of the first page (also known as the landing page) of the website. In addition, staff took screen shots of portions of the http://www.YourSupportDepartment.com website and printed those screen shots. True and accurate copies of the printouts are appended hereto as Attachment N.

15. On November 13, 2009, FTC staff under my supervision visited the publicly available website YourSupportDepartment.com and navigated through certain webpages on that site. Staff recorded this activity onto a CD-ROM disc using Camtasia computer software. A true and accurate copy of this CD-ROM recording is appended to the FTC's manual filing as Attachment O.

16. On November 13, 2009, FTC staff under my supervision visited the publicly available website YourSupportDepartment.com. Using the Grab-a-Site program, staff recorded the contents of YourSupportDepartment.com as they existed on that date and saved the recorded version onto a CD-ROM disc. True and accurate copies of the recorded files are appended to the FTC's manual filing as Exhibit P.

Lewis Decl.                              4

EXHIBIT 7
-129-

**Insite Marketing Group CID Response**

17. On October 23, 2009, the FTC issued a Civil Investigative Demand ("CID") to Insite Marketing Group, LLC ("Insite") seeking documents and answers to interrogatories concerning its Century Platinum shopping club (which EDP marketed through the StarterCreditDirect.com website). On December 30, 2009, the FTC received Insite's response to the CID. True and accurate copies of the relevant portions of the CID and Insite's response are appended hereto as Attachments Q and R, respectively.

**Summary of Insite Complaints**

18. Section III.C of the FTC's CID to Insite requested all complaints that Insite received relating to its Century Platinum shopping club, StarterCreditDirect.com, or Insite's relationship to EDP. In response to that CID, on January 22, 2010, the FTC received from Insite a Microsoft Excel spreadsheet that contained descriptions of complaints from consumers who joined the Century Platinum shopping club through StarterCreditDirect.com. I reviewed this voluminous spreadsheet and determined that it contains 3,649 descriptions of consumer complaints for 2,704 unique consumer email addresses.

19. FTC staff working under my supervision reviewed each consumer complaint description and counted the number of descriptions that indicated the consumer was confused about what he was being charged for or why he was being charged. In total, of the 2,704 unique consumer email addresses, staff found 1,346 consumer complaint descriptions that indicated that consumers were confused about what they were being charged for or why they were being charged. These consumer complaint descriptions indicated, for example, that:

Lewis Decl.                                    5

EXHIBIT 7
-130-

1      a.    The consumer called regarding a charge from Insite and the

2            customer service representative either explained what the charge

3            was for or told the consumer why he was charged;

4      b.    The consumer said that he did not know what the charge was for;

5      c.    The consumer said that he did not authorize the charge from Insite;

6            and

7      d.    The consumer said that he did not apply, or remember applying,

8            for the shopping club.

9

10                      **Insite Customer Orders**

11  20.    On or about December 3, 2009, the FTC received two Microsoft Excel

12        spreadsheets from Insite in response to the FTC's aforementioned CID.

13        The first spreadsheet, produced in response to FTC CID Section IV.D.2,

14        contained a list of consumers who joined the Century Platinum shopping

15        club through StarterCreditDirect.com since January 18, 2008. I

16        reviewed this spreadsheet and determined that it contained a total of

17        34,340 consumer names. The second spreadsheet, produced in response

18        to FTC CID Section IV.D.14.a-d, contained a list of Century Platinum

19        catalog orders since January 18, 2008. I reviewed this spreadsheet and

20        determined that it contained the names of 86 consumers who placed an

21        order for one or more items from the Century Platinum catalog.

22

23  //

24  //

25  //

26  //

27  //

28

Lewis Decl.                6

**EXHIBIT 7**
**-131-**

21.   By dividing the number of consumers who placed an order from the Century Platinum catalog (86) by the number of consumers who joined the Century Platinum shopping club through StarterCreditDirect.com (34,340), I determined that approximately 0.25% of consumers who joined the Century Platinum shopping club through StarterCreditDirect.com placed an order from the Century Platinum catalog.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 25, 2010 in the City of Washington, in the District of Columbia.

Ronald D. Lewis

Lewis Decl.                           7

**EXHIBIT 7**
**-132-**

# ATTACHMENT A

**STATE OF NEVADA**



*ROSS MILLER*
*Secretary of State*

*SCOTT W. ANDERSON*
*Deputy Secretary*
*for Commercial Recordings*

**OFFICE OF THE**
**SECRETARY OF STATE**

## Certified Copy

January 8, 2010

**Job Number:**          C20100105-2593
**Reference Number:**   00002547071-56
**Expedite:**
**Through Date:**

The undersigned filing officer hereby certifies that the attached copies are true and exact copies of all requested statements and related subsequent documentation filed with the Secretary of State's Office, Commercial Recordings Division listed on the attached report.

| Document Number(s) | Description | Number of Pages |
|---|---|---|
| LLC4408-2002-001 | Articles of Organization | 1 Pages/1 Copies |
| LLC4408-2002-003 | Initial List | 1 Pages/1 Copies |
| LLC4408-2002-004 | Annual List | 1 Pages/1 Copies |
| LLC4408-2002-002 | Annual List | 1 Pages/1 Copies |
| 20050098128-05 | Annual List | 1 Pages/1 Copies |
| 20060282588-91 | Annual List | 1 Pages/1 Copies |
| 20070266230-68 | Annual List | 1 Pages/1 Copies |
| 20080396907-14 | Annual List | 1 Pages/1 Copies |
| 20090422401-94 | Annual List | 1 Pages/1 Copies |



Respectfully,

ROSS MILLER
Secretary of State

Certified By: Christine Rakow
Certificate Number: C20100105-2593
You may verify this certificate
online at **http://www.nvsos.gov/**

**Commercial Recording Division**
202 N. Carson Street
Carson City, Nevada 89701-4069
Telephone (775) 684-5708
Fax (775) 684-7138

**EXHIBIT 7, ATT. A**
**-134-**

04/15/2002  17:20     8100750005              MYCORPORATION                        PAGE  03

*Articles of Organization*
*Limited-Liability Company*
(PURSU ANT TO NRS 86)
**STATE OF NEVADA**
*Secretary of State*

FILED # UC 4408-2002

APR 1 7 2002

IN THE OFFICE OF
Dean Hill
DEAN HELLER SECRETARY OF STATE

## EDebitPay, L.L.C.

1.  **Name of Limited Liability:**  The name of the Limited-Liability Company is EDebitPay, L.L.C.

2.  **Dissolution Date:**  The date of dissolution is December 31, 2070.

3.  **Resident Agent:**  The name and address information of the resident agent is as follows:

    National Registered Agents, Inc. of NV
    1100 East William Street, Suite 207
    Carson City, Nevada  89701

4.  The remaining members of the company have no right to continue the business on the death, retirement, resignation, expulsion, bankruptcy or dissolution of a member or occurrence of any other event which terminates the continued membership of a member in the company.

5.  **Management:**  The company shall be managed by 3 members.  The name and address information of the company's members is as follows

    Dale Paul Cleveland, Member
    ▬▬▬▬▬▬▬▬▬▬▬▬
    Beverly Hills, California  90210

    William Richard Wilson, Member
    ▬▬▬▬▬▬▬▬▬▬▬▬
    Los Angeles, California  90069

    Carl M. Mattera
    ▬▬▬▬▬▬▬▬▬▬▬▬
    North Hollywood, California, 91605

6.  **Signature of organizer(s):**  The name and address of the organizer executing the articles:

    *Nellie R. Akalp*
    Nellie Akalp, Organizer
    ▬▬▬▬▬▬▬▬▬▬▬▬
    Agoura Hills, California 91301

7.  **Certificate of acceptance of appointment of resident agent:**  I, National Registered Agents, Inc. of NV, hereby accept appointment as resident agent for the above-named limited-liability company.

    *Nellie R. Akalp, Asst. Sec.*              *April 16, 2002*
    Nellie R. Akalp, Asst. Sec.                Date
    On behalf of National Registered Agents, Inc. of NV

**EXHIBIT 7, ATT. A**
**-135-**

**INITIAL LIST OF MANAGERS OR MEMBERS AND RESIDENT AGENT OF**     FILE NUMBER

ErobicPan, L.L.C.
(Name of Limited-Liability Company)

A   CALIFORNIA   LIMITED-LIABILITY COMPANY    FOR THE FILING PERIOD 4/2002 TO 4/2003

LLC 4408-2002

The Limited-Liability Company's duly appointed resident agent in the State of Nevada upon whom process can be served is:

NATIONAL REGISTERED AGENTS, INC. OF NEVADA
1180 EAST WILLIAM STREET
SUITE 207
CARSON CITY, NEVADA
84701

*Office Use Only*
165
20CL
185

FILED # _____

APR 2 9 2002

IN THE OFFICE OF
DEAN HELLER SECRETARY OF STATE

**Important:** Read instructions before completing and returning this form.
1. Print or type names and addresses, either residence or business, for all managers, or if none, its members. A manager, or if none, a member of the company must sign the form. FORM WILL BE RETURNED IF UNSIGNED
2. If there are additional managers or members, attach a list of them to this form.
3. Return the completed form with the $165.00 filing fee. A $50.00 penalty must be added for failure to file this form by the 1st day of the 2nd month following organization date.
4. Make your check payable to the Secretary of State. Your cancelled check will constitute a certificate to transact business. If you need a receipt, return page 2 certificate and ENCLOSE A SELF-ADDRESSED STAMPED ENVELOPE. To receive a certified copy, enclose a copy of this completed form, an additional $20.00 and appropriate instructions.
5. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, NV 89701-4201, (775) 684-6708.

FILING FEE: $165.00    LATE PENALTY: $50.00
THIS FORM MUST BE FILED BY THE 1st DAY OF THE 2nd MONTH FOLLOWING INCORPORATION DATE

| NAME | | |
|---|---|---|
| DALE PAUL CLEVELAND | (DOCUMENT WILL BE REJECTED IF TITLE NOT INDICATED) ☐ MANAGER ☒ MEMBER | |
| PO BOX   STREET ADDRESS | CITY BEVERLY HILLS, CA | ST   ZIP 90210 |
| NAME WILLIAM RICHARD WILSON | (DOCUMENT WILL BE REJECTED IF TITLE NOT INDICATED) ☐ MANAGER ☒ MEMBER | |
| PO BOX   STREET ADDRESS | CITY LOS ANGELES, CA | ST   ZIP 90009 |
| NAME CARL M. MATTERA | (DOCUMENT WILL BE REJECTED IF TITLE NOT INDICATED) ☐ MANAGER ☒ MEMBER | |
| PO BOX   STREET ADDRESS | CITY N. HOLLYWOOD, CA | ST   ZIP 91605 |
| | (DOCUMENT WILL BE REJECTED IF TITLE NOT INDICATED) ☐ MANAGER ☐ MEMBER | |
| PO BOX   STREET ADDRESS | CITY | ST   ZIP |
| NAME | (DOCUMENT WILL BE REJECTED IF TITLE NOT INDICATED) ☐ MANAGER ☐ MEMBER | |
| PO BOX   STREET ADDRESS | CITY | ST   ZIP |
| NAME | (DOCUMENT WILL BE REJECTED IF TITLE NOT INDICATED) ☐ MANAGER ☐ MEMBER | |
| PO BOX   STREET ADDRESS | CITY | ST   ZIP |

I declare, to the best of my knowledge, under penalty of perjury, that the above mentioned entity has complied with the provisions of chapter 394A of NRS.

X Signature of Manager or Member
Dale Paul Cleveland (Member)    Date 4/24/2002

Nevada Secretary of State Form INITIAL LIST OF M OR M1999.01
Revised on 10/29/01

## ANNUAL LIST OF MANAGERS OR MEMBERS OF:

EDEBITPAY, L.L.C.

FILE NUMBER

FOR THE PERIOD APR 2003 TO 2004. DUE BY APR 30, 2003.
The Limited-Liability Company's duly appointed resident agent in the State of Nevada
upon whom process can be served is:

4408-2002

RA#    61182

NATIONAL REGISTERED AGENTS INC OF
NV
1000 E WILLIAM ST #204
CARSON CITY NV 89701

┌─ FOR OFFICE USE ONLY ─
│ FILED (DATE)
│
│ FILED #
│
│ MAY 0 6 2003
│
│ IN THE OFFICE OF
│ DEAN HELLER, SECRETARY OF STATE
│
POSTED

☐ IF THE ABOVE INFORMATION IS INCORRECT, PLEASE CHECK THIS BOX AND A CHANGE OF
RESIDENT AGENT/ADDRESS FORM WILL BE SENT.

PLEASE READ INSTRUCTIONS BEFORE COMPLETING AND RETURNING THIS FORM.
1.  Include the names and addresses, either residence or business, for all managers, or if none, its members. Last year's information has been preprinted. If you need to
    make changes, cross out the incorrect information and insert the new information above it. A manager, or if none, a member of the company must sign the form.
    FORM WILL BE RETURNED IF UNSIGNED.
2.  If there are additional managers or members, attach a list of them to this form.
3.  Return the completed form with the $85.00 filing fee. A $50 penalty must be added for failure to file this form by the deadline indicated at the top of this form. An annual
    list received more than 60 days before its due date shall be deemed an amended list for the previous year.
4.  Make your check payable to the Secretary of State. If you need a receipt, enclose a self-addressed stamped envelope. To receive a certified copy, enclose a copy of
    this completed form, an additional $20.00 and appropriate instructions.
5.  Return the completed form to: Secretary of State, 202 N. Carson St., Carson City, NV 89701-4201. (775) 684-5708.
              FILING FEE: $85.00        PENALTY: $50.00

| NAME | | TITLE(S) | (Document will be rejected if Title not indicated) | | |
|------|--|----------|---|---|---|
| DALE PAUL CLEVELAND | | | ☒ MANAGER   ☐ MEMBER | | |
| MEMBER | STREET ADDRESS | | CITY BEVERLY HILLS | ST. CA | ZIP 90210 |

| NAME | | TITLE(S) | (Document will be rejected if Title not indicated) | | |
|------|--|----------|---|---|---|
| WILLIAM RICHARD WILSON | | | ☒ MANAGER   ☐ MEMBER | | |
| MEMBER | STREET ADDRESS | | CITY LOS ANGELES | ST. CA | ZIP 90069 |

| NAME | | TITLE(S) | (Document will be rejected if Title not indicated) | | |
|------|--|----------|---|---|---|
| CARL M MATTERA | | | ☐ MANAGER   ☒ MEMBER | | |
| MEMBER | STREET ADDRESS | | CITY NORTH HOLLYWOO | ST. CA | ZIP 91605 |

| NAME | | TITLE(S) | (Document will be rejected if Title not indicated) | | |
|------|--|----------|---|---|---|
| | | | ☐ MANAGER   ☐ MEMBER | | |
| P.O. BOX | STREET ADDRESS | | CITY | ST. | ZIP |

| NAME | | TITLE(S) | (Document will be rejected if Title not indicated) | | |
|------|--|----------|---|---|---|
| | | | ☐ MANAGER   ☐ MEMBER | | |
| P.O. BOX | STREET ADDRESS | | CITY | ST. | ZIP |

I declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of chapter 364A of NRS.

X Signature of Manager or Member   Dale Paul Cleveland        Date 4/25/2003

**EXHIBIT 7, ATT. A**

-137-



## ANNUAL LIST OF MANAGERS OR MEMBERS OF:

EDEBITPAY, L.L.C.

FILE NUMBER

4408-2002

FOR THE PERIOD APR 2004 TO 2005. DUE BY APR 30, 2004.
The Limited-Liability Company's duly appointed resident agent in the State of Nevada
upon whom process can be served is:

RA#    51182

FOR OFFICE USE ONLY
FILED (DATE)  4/08-03 — 0748

FILED $

AUG 0 3 2004

IN THE OFFICE OF
DEAN HELLER, SECRETARY OF STATE

NATIONAL REGISTERED AGENTS INC OF
NV
1000 E WILLIAM ST #204
CARSON CITY NV 89701

ENTERED

☐ IF THE ABOVE INFORMATION IS INCORRECT, PLEASE CHECK THIS BOX AND A CHANGE OF
RESIDENT AGENT/ADDRESS FORM WILL BE SENT.

PLEASE READ INSTRUCTIONS BEFORE COMPLETING AND RETURNING THIS FORM.

1.  Include the names and addresses, either residence or business, for all managers, or if none, its members. Last year's information has been preprinted. If you need to make changes, cross out the incorrect information and insert the new information above it. A manager, or if none, a member of the company must sign the form. FORM WILL BE RETURNED IF UNSIGNED.
2.  If there are additional managers or members, attach a list of them to this form.
3.  Return the completed form with the $125.00 filing fee. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4.  Make your check payable to the Secretary of State. To receive a certified copy, enclose an additional $30.00 and appropriate instructions.
5.  Return the completed form to:/Secretary of State, 202 N. Carson St., Carson City, NV 89701-4201. (775) 684-5708.
6.  Form must be in the possession of the Secretary of State on or before the last day of the month in WHICH it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties.

FILING FEE: $125.00    PENALTY: $75.00

| NAME | | TITLE(S) | (Document will be rejected if Title not indicated) | | |
|---|---|---|---|---|---|
| DALE PAUL CLEVELAND | | | ☒ MANAGER | ☐ MEMBER | |
| P.O. BOX | ADDRESS | | CITY | ST. | ZIP |
| MANAGER | | | BEVERLY HILLS | CA | 90210 |
| NAME | | TITLE(S) | (Document will be rejected if Title not indicated) | | |
| WILLIAM RICHARD WILSON | | | ☒ MANAGER | ☐ MEMBER | |
| P.O. BOX | ADDRESS | | CITY | ST. | ZIP |
| MANAGER | | | LOS ANGELES | CA | 90069 |
| NAME | | TITLE(S) | (Document will be rejected if Title not indicated) | | |
| | | | ☐ MANAGER | ☐ MEMBER | |
| P.O. BOX | ADDRESS | | CITY | ST. | ZIP |
| | | | | | |
| NAME | | TITLE(S) | (Document will be rejected if Title not indicated) | | |
| | | | ☐ MANAGER | ☐ MEMBER | |
| P.O. BOX | ADDRESS | | CITY | ST. | ZIP |
| NAME | | TITLE(S) | (Document will be rejected if Title not indicated) | | |
| | | | ☐ MANAGER | ☐ MEMBER | |
| P.O. BOX | ADDRESS | | CITY | ST. | ZIP |

I declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of NRS 360.760 and acknowledge that
pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

Signature of Manager or Managing Member        03/08/04    Date

OIC55A2
(Rev 09/03)

## ANNUAL LIST OF MANAGERS OR MEMBERS OF:

(١/٦)

EDEBITPAY, L.L.C. MEMBERS
FOR THE PERIOD APR 2005 TO 2006. DUE BY APR 30, 2005.

The Limited-Liability Company's duly appointed resident agent in the State of Nevada upon whom process can be served is:



LLC4408-2002

NATIONAL REGISTERED AGENTS INC OF
1000 E WILLIAM ST
STE 204
CARSON CITY NV 89701

| Filed in the office of | Document Number |
|---|---|
| *Dean Heller* Signature | **2005098128-05** |
| Dean Heller | Filing Date and Time |
| Secretary of State | **03/21/2005 7:11 PM** |
| State of Nevada | Entity Number |
| | **LLC4408-2002** |

☐ IF THE ABOVE INFORMATION IS INCORRECT, PLEASE CHECK THIS BOX AND A CHANGE OF RESIDENT AGENT/ADDRESS FORM WILL BE SENT.

THE ABOVE SPACE IS FOR OFFICE USE ONLY

PLEASE READ INSTRUCTIONS BEFORE COMPLETING AND RETURNING THIS FORM.

1.  Include the names and addresses, either residence or business, for all managers, or if none, its members. Last year's information has been preprinted. If you need to make changes, cross out the incorrect information and insert the new information above it. A manager, or if none, a member of the company must sign the form. **FORM WILL BE RETURNED IF UNSIGNED.**
2.  If there are additional managers or members, attach a list of them to this form.
3.  Return the completed form with the $125.00 filing fee. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4.  Make your check payable to the Secretary of State. To receive a certified copy, enclose an additional $30.00 and appropriate instructions.
5.  Return the completed form to: Secretary of State, 202 N. Carson St., Carson City, NV 89701-4201. (775) 684-5708.
6.  Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties.

FILING FEE: $125.00        PENALTY: $75.00

| NAME | TITLE(S) | (Document will be rejected if Title not indicated) | | |
|---|---|---|---|---|
| DALE PAUL CLEVELAND | | ☒ MANAGER   ☐ MEMBER | | |
| P.O. BOX ███████ | ADDRESS | CITY BEVERLY HILLS | ST. CA | ZIP 90210 |
| NAME | TITLE(S) | (Document will be rejected if Title not indicated) | | |
| WILLIAM RICHARD WILSON | | ☒ MANAGER   ☐ MEMBER | | |
| P.O. BOX ███████ | ADDRESS | CITY LOS ANGELES | ST. CA | ZIP 90069 |
| NAME | TITLE(S) | (Document will be rejected if Title not indicated) | | |
| | | ☐ MANAGER   ☐ MEMBER | | |
| P.O. BOX | ADDRESS | CITY | ST. | ZIP |
| NAME | TITLE(S) | (Document will be rejected if Title not indicated) | | |
| | | ☐ MANAGER   ☐ MEMBER | | |
| P.O. BOX | ADDRESS | CITY | ST. | ZIP |
| NAME | TITLE(S) | (Document will be rejected if Title not indicated) | | |
| | | ☐ MANAGER   ☐ MEMBER | | |
| P.O. BOX | ADDRESS | CITY | ST. | ZIP |

I declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of NRS 360.780 and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

X *Dale Paul Cleveland* Signature of Manager or Managing Member

Date 3/10/2005

01C9552 (Rev 01/05)

**EXHIBIT 7, ATT. A**

**-139-**

## ANNUAL LIST OF MANAGERS OR MEMBERS OF:

EDEBITPAY, L.L.C.

FOR THE PERIOD APR 2006 TO 2007. DUE BY APR 30, 2006.

The Limited-Liability Company's duly appointed resident agent in the State of Nevada upon whom process can be served is:



LLC4408-2002

NATIONAL REGISTERED AGENTS INC OF
1000 E WILLIAM ST
STE 204
CARSON CITY NV 89701

| Filed in the office of | Document Number |
|---|---|
| *Dean Heller* | 20060282588-91 |
| Dean Heller | Filing Date and Time |
| Secretary of State | 05/01/2006 6:27 AM |
| State of Nevada | Entity Number |
| | LLC4408-2002 |

☐ IF THE ABOVE INFORMATION IS INCORRECT, PLEASE CHECK THIS BOX AND A CHANGE OF RESIDENT AGENT/ADDRESS FORM WILL BE SENT.

THE ABOVE SPACE IS FOR OFFICE USE ONLY

PLEASE READ INSTRUCTIONS BEFORE COMPLETING AND RETURNING THIS FORM.

1. Include the names and addresses, either residence or business, for all managers, or if none, its members. Last year's information has been preprinted. If you need to make changes, cross out the incorrect information and insert the new information above it. A manager, or if none, a member of the company must sign the form. FORM WILL BE RETURNED IF UNSIGNED.
2. If there are additional managers or members, attach a list of them to this form.
3. Return the completed form with the $125.00 filing fee. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4. Make your check payable to the Secretary of State. To receive a certified copy, enclose an additional $30.00 and appropriate instructions.
5. Return the completed form to: Secretary of State, 202 N. Carson St., Carson City, NV 89701-4201. (775) 684-5708.
6. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties.

FILING FEE: $125.00          PENALTY: $75.00

| NAME | TITLE(S) | (Document will be rejected if Title not indicated) | | | |
|---|---|---|---|---|---|
| DALE PAUL CLEVELAND | | ☐ MANAGER ☒ MEMBER | | | |
| P.O. BOX ███████████ | ADDRESS | CITY BEVERLY HILLS | ST. CA | ZIP 90210 | |
| NAME | TITLE(S) | (Document will be rejected if Title not indicated) | | | |
| WILLIAM RICHARD WILSON | | ☐ MANAGER ☒ MEMBER | | | |
| P.O. BOX | ADDRESS ██████████████ | CITY LOS ANGELES | ST. CA | ZIP ~~90069~~ 90046 | |
| NAME | TITLE(S) | (Document will be rejected if Title not indicated) | | | |
| | | ☐ MANAGER ☐ MEMBER | | | |
| P.O. BOX | ADDRESS | CITY | ST. | ZIP | |
| NAME | TITLE(S) | (Document will be rejected if Title not indicated) | | | |
| | | ☐ MANAGER ☐ MEMBER | | | |
| P.O. BOX | ADDRESS | CITY | ST. | ZIP | |
| NAME | TITLE(S) | (Document will be rejected if Title not indicated) | | | |
| | | ☐ MANAGER ☐ MEMBER | | | |
| P.O. BOX | ADDRESS | CITY | ST. | ZIP | |

I declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of NRS 360.780 and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

X _____   _____
Signature of Manager or Managing Member          Date

01CSSA2
(Rev 01/05)

ANNUAL LIST OF MANAGER OR MANAGING MEMBERS AND RESIDENT AGENT OF

FILE NUMBER

EDEBITPAY, L.L.C.

LLC4408-2002

(Name of Limited Liability Company)

FOR THE FILING PERIOD OF 4/2007 TO 4/2008

The corporation's duly appointed resident agent in the State of Nevada upon whom process can be served is

NATIONAL REGISTERED AGENTS INC OF
1000 E WILLIAM ST
STE 204
CARSON CITY, NV 89701

☐ CHECK BOX IF YOU REQUIRE A FORM TO UPDATE YOUR RESIDENT AGENT INFORMATION.

Important: Read instructions before completing and returning this form.

| Filed in the office of | Document Number |
| --- | --- |
| *Ross Miller* (signature) | 20070266230-68 |
| | Filing Date and Time |
| Ross Miller | 04/17/2007 6:35 PM |
| Secretary of State | Entity Number |
| State of Nevada | LLC4408-2002 |

(This document was filed electronically.)

THE ABOVE SPACE IS FOR OFFICE USE ONLY

1. Print or type names and addresses, either residence or business, for all managers, or if none, its managing members. A Manager, or if none, a Managing Member of the company must sign the form. FORM WILL BE RETURNED IF UNSIGNED.
2. If there are additional managers or managing members, attach a list of them to this form.
3. Return the completed form with the $125.00 filing fee. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4. Make your check payable to the Secretary of State. Your cancelled check will constitute a certificate to transact business. To receive a certified copy, enclose an additional $30.00 and appropriate instructions.
5. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, NV 89701-4201, (775) 684-5708.
6. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties.

FILING FEE $125.00    LATE PENALTY $75.00

| NAME | (DOCUMENT WILL BE REJECTED IF TITLE NOT INDICATED) | | |
| --- | --- | --- | --- |
| DALE PAUL CLEVELAND | ☑ MANAGER | ☐ MANAGING MEMBER | |
| ADDRESS | CITY | ST | ZIP |
| 5301 LAUREL CANYON BLVD  SUITE 132, USA | VALLEY VILLAGE | CA | 91607 |
| NAME | (DOCUMENT WILL BE REJECTED IF TITLE NOT INDICATED) | | |
| WILLIAM R WILSON | ☐ MANAGER | ☑ MANAGING MEMBER | |
| ADDRESS | CITY | ST | ZIP |
| 5301 LAUREL CANYON BLVD  SUITE 132, USA | VALLEY VILLAGE | CA | 91607 |
| NAME | (DOCUMENT WILL BE REJECTED IF TITLE NOT INDICATED) | | |
| | ☐ MANAGER | ☐ MANAGING MEMBER | |
| ADDRESS | CITY | ST | ZIP |
| | | | |
| NAME | (DOCUMENT WILL BE REJECTED IF TITLE NOT INDICATED) | | |
| | ☐ MANAGER | ☐ MANAGING MEMBER | |
| ADDRESS | CITY | ST | ZIP |
| | | | |
| NAME | (DOCUMENT WILL BE REJECTED IF TITLE NOT INDICATED) | | |
| | ☐ MANAGER | ☐ MANAGING MEMBER | |
| ADDRESS | CITY | ST | ZIP |
| | | | |

I declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of NRS 360.780 and acknowledge that pursuant to NRS 239.330 it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

X Signature of Manager or Managing Member    Title PRESIDENT    Date 4/17/2007 5:58:33 PM

DALE PAUL CLEVELAND

Nevada Secretary of State Form ANNUAL LIST LLC 2003
Revised on 11/11/03

## ANNUAL LIST OF MANAGERS OR MANAGING MEMBERS AND RESIDENT AGENT OF:

EDEBITPAY, L.L.C.

**FOR THE PERIOD APR 2008 TO 2009. DUE BY APR 30, 2008.**



The Limited-Liability Company's duly appointed resident agent in the State of Nevada upon whom process can be served is:

LLC4408-2002

NATIONAL REGISTERED AGENTS INC OF N
1000 EAST WILLIAM STREET STE 204
CARSON CITY NV 89701

| Filed in the office of | Document Number |
|---|---|
| *[signature]*<br>Ross Miller<br>Secretary of State<br>State of Nevada | 20080396907-14 |
| | Filing Date and Time<br>06/11/2008 8:00 AM |
| | Entity Number<br>LLC4408-2002 |

** PLEASE NOTE: YOU MAY NOW FILE YOUR ANNUAL
LIST ONLINE AT WWW.SECRETARYOFSTATE.BIZ **

☐ IF THE ABOVE INFORMATION IS INCORRECT, PLEASE CHECK THIS BOX AND
A CHANGE OF RESIDENT AGENT/ADDRESS FORM WILL BE SENT.

THE ABOVE SPACE IS FOR OFFICE USE ONLY

**PLEASE READ INSTRUCTIONS BEFORE COMPLETING AND RETURNING THIS FORM.**

1. Include the names and addresses, either residence or business, for all managers, or if none, its managing members. Last year's information has been preprinted. If you need to make changes, cross out the incorrect information and insert the new information above it. A manager, or if none, a managing member of the company must sign the form. FORM WILL BE RETURNED IF UNSIGNED.
2. If there are additional managers or managing members, attach a list of them to this form.
3. Return the completed form with the $125.00 filing fee. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4. Make your check payable to the Secretary of State. To receive a certified copy, enclose an additional $30.00 and appropriate instructions.
5. Return the completed form to: Secretary of State, 202 N. Carson St., Carson City, NV 89701-4201. (775) 684-5708.
6. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties.

FILING FEE: $125.00     PENALTY: $75.00

| NAME | TITLE(S) | (Document will be rejected if Title not indicated.) (Mark one) |
|---|---|---|
| DALE PAUL CLEVELAND | | ☒ MANAGER  ☒ MANAGING MEMBER |
| ADDRESS ~~15765 VENTURA BLVD~~ *SUITE 200*<br>5301 LAUREL CANYON BLVD  ~~SUITE 132~~ | CITY ~~SHERMAN OAKS~~<br>VALLEY VILLAGE CA  91607 | ST. CA  ZIP 91403 |

| NAME | TITLE(S) | (Document will be rejected if Title not indicated.) (Mark one) |
|---|---|---|
| WILLIAM R WILSON | | ☐ MANAGER  ☐ MANAGING MEMBER |
| ADDRESS ~~15765 VENTURA BLVD~~ *SUITE 200*<br>5301 LAUREL CANYON BLVD  ~~SUITE 132~~ | CITY ~~SHERMAN OAKS~~<br>VALLEY VILLAGE CA  91607 | ST. CA  ZIP 91403 |

| NAME | TITLE(S) | (Document will be rejected if Title not indicated.) (Mark one) |
|---|---|---|
| | | ☐ MANAGER  ☐ MANAGING MEMBER |
| P.O. BOX  ADDRESS | CITY | ST.  ZIP |

| NAME | TITLE(S) | (Document will be rejected if Title not indicated.) (Mark one) |
|---|---|---|
| | | ☐ MANAGER  ☐ MANAGING MEMBER |
| P.O. BOX  ADDRESS | CITY | ST.  ZIP |

| NAME | TITLE(S) | (Document will be rejected if Title not indicated.) (Mark one) |
|---|---|---|
| | | ☐ MANAGER  ☐ MANAGING MEMBER |
| P.O. BOX  ADDRESS | CITY | ST.  ZIP |

I declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of NRS 360.780 and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

X *[signature] Dale Paul Cleveland*
Signature of Manager or Managing Member

Date 3/7/2008

01C85A8
(Rev 12/07)

ANNUAL LIST OF MANAGER OR MANAGING MEMBERS AND REGISTERED AGENT OF

**FILE NUMBER**
LLC4408-2002

EDEBITPAY, L.L.C.

(Name of Limited-Liability Company)

FOR THE FILING PERIOD OF  4/2009   TO   4/2010

The corporation's duly appointed registered agent in the State of Nevada upon whom process can be served is.

NATIONAL REGISTERED AGENTS, INC. OF NV (Commercial Registered Agent)
1000 EAST WILLIAM STREET SUITE 204
CARSON CITY, NV 89701 USA

| Filed in the office of | Document Number |
| --- | --- |
| *Ross Miller* | 20090422401-94 |
| Ross Miller | Filing Date and Time |
| Secretary of State | 05/19/2009 12:33 PM |
| State of Nevada | Entity Number |
| | LLC4408-2002 |

☐ CHECK BOX IF YOU REQUIRE A FORM TO UPDATE YOUR REGISTERED AGENT INFORMATION

( This document was filed electronically.)
THE ABOVE SPACE IS FOR OFFICE USE ONLY.

Important: Read instructions before completing and returning this form.

1. Print or type names and addresses, either residence or business, for all managers, or if none, its managing members. A Manager, or if none a Managing Member of the company must sign the form FORM WILL BE RETURNED IF UNSIGNED.
2. If there are additional managers or managing members, attach a list of them to this form.
3. Return the completed form with the $125.00 filing fee. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year
4. Make your check payable to the Secretary of State. Your cancelled check will constitute a certificate to transact business. To receive a certified copy, enclose an additional $30.00 and appropriate instructions.
5. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, NV 89701-4201, (775) 684-5708
6. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties.

FILING FEE $125.00    LATE PENALTY $75.00

| NAME | (DOCUMENT WILL BE REJECTED IF TITLE NOT INDICATED) | | |
| --- | --- | --- | --- |
| DALE PAUL CLEVELAND | ☐ MANAGER  ☑ MANAGING MEMBER | | |
| ADDRESS | CITY | ST | ZIP |
| 15165 VENTURA BLVD STE 200, USA | SHERMAN OAKS | CA | 91403 |

| NAME | (DOCUMENT WILL BE REJECTED IF TITLE NOT INDICATED) | | |
| --- | --- | --- | --- |
| WILLIAM R WILSON | ☐ MANAGER  ☑ MANAGING MEMBER | | |
| ADDRESS | CITY | ST | ZIP |
| 15165 VENTURA BLVD STE 200, USA | SHERMAN OAKS | CA | 91403 |

| NAME | (DOCUMENT WILL BE REJECTED IF TITLE NOT INDICATED) | | |
| --- | --- | --- | --- |
| | ☐ MANAGER  ☐ MANAGING MEMBER | | |
| ADDRESS | CITY | ST | ZIP |

| NAME | (DOCUMENT WILL BE REJECTED IF TITLE NOT INDICATED) | | |
| --- | --- | --- | --- |
| | ☐ MANAGER  ☐ MANAGING MEMBER | | |
| ADDRESS | CITY | ST | ZIP |

| NAME | (DOCUMENT WILL BE REJECTED IF TITLE NOT INDICATED) | | |
| --- | --- | --- | --- |
| | ☐ MANAGER  ☐ MANAGING MEMBER | | |
| ADDRESS | CITY | ST | ZIP |

I declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of NRS 360.780 and acknowledge that pursuant to NRS 239.330 it is a category C felony to knowingly offer any false or forged instruments for filing in the Office of the Secretary of State.

X Signature of Manager or Managing Member    Title CEO, MEMBER    Date 5/19/2009 12:27:37 PM
DALE P CLEVELAND

# ATTACHMENT B



## State of California
### Secretary of State

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

That the attached transcript of _____/_____ page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



**IN WITNESS WHEREOF,** I execute this certificate and affix the Great Seal of the State of California this day of

APR 0 8 2010

_____

DEBRA BOWEN
Secretary of State

**EXHIBIT 7, ATT. B**
**-145-**

LLC-1   File # _____  2 0 0 9 2 8 6 1 0 0 7 3

## State of California
### Secretary of State

**LIMITED LIABILITY COMPANY ARTICLES OF ORGANIZATION**

A $70.00 filing fee must accompany this form.

**IMPORTANT – Read instructions before completing this form.**

**FILED**
In the office of the Secretary of State
of the State of California

OCT 1 8 2009

This Space For Filing Use Only

**ENTITY NAME** (End the name with the words "Limited Liability Company," or the abbreviations "LLC" or "L.L.C." The words "Limited" and "Company" may be abbreviated to "Ltd." and "Co.," respectively.)

1. NAME OF LIMITED LIABILITY COMPANY

Platinum Online Group LLC

**PURPOSE** (The following statement is required by statute and should not be altered.)

2. THE PURPOSE OF THE LIMITED LIABILITY COMPANY IS TO ENGAGE IN ANY LAWFUL ACT OR ACTIVITY FOR WHICH A LIMITED LIABILITY COMPANY MAY BE ORGANIZED UNDER THE BEVERLY-KILLEA LIMITED LIABILITY COMPANY ACT.

**INITIAL AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and both Items 3 and 4 must be completed. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 3 must be completed (leave Item 4 blank).

3. NAME OF INITIAL AGENT FOR SERVICE OF PROCESS

Bill Wilson

| 4. IF AN INDIVIDUAL, ADDRESS OF INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 15165 Ventura Blvd., Suite 200 | SHERMAN OAKS | CA | 91403 |

**MANAGEMENT** (Check only one)

5. THE LIMITED LIABILITY COMPANY WILL BE MANAGED BY:

☐ ONE MANAGER

☐ MORE THAN ONE MANAGER

☑ ALL LIMITED LIABILITY COMPANY MEMBER(S)

**ADDITIONAL INFORMATION**

6. ADDITIONAL INFORMATION SET FORTH ON THE ATTACHED PAGES, IF ANY, IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS CERTIFICATE.

**EXECUTION**

7. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

10/8/2009
DATE

SIGNATURE OF ORGANIZER

Meghan Record
TYPE OR PRINT NAME OF ORGANIZER

MyCorporation Business Services, Inc. Los Angeles County LDA # LDA-281   ex. 2/17/2010

LLC-1 (REV 04/2007)                                  APPROVED BY SECRETARY OF STATE

**EXHIBIT 7, ATT. B**
**-146-**



# State of California
Secretary of State

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

That the attached transcript of ____ page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



**IN WITNESS WHEREOF,** I execute this certificate and affix the Great Seal of the State of California this day of

APR 0 8 2010

_____

Debra Bowen

DEBRA BOWEN
Secretary of State

Sec/State Form CE 108 (REV 1/2007)                                  OSP 08 111444

**EXHIBIT 7, ATT. B**
**-147-**



# State of California
## Secretary of State

**STATEMENT OF INFORMATION** 38
(Limited Liability Company)

Filing Fee $20.00. If amendment, see instructions.

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**FILED**
In the office of the Secretary of State
of the State of California

**NOV 1 6 2009**

This Space For Filing Use Only

1. LIMITED LIABILITY COMPANY NAME (Please do not alter if name is preprinted.)

PLATINUM ONLINE GROUP, L.L.C.
15165 VENTURA BLVD., SUITE 200
SHERMAN OAKS, CA 91403

**DUE DATE:** JAN 1 3 2010

**FILE NUMBER AND STATE OR PLACE OF ORGANIZATION**

2. SECRETARY OF STATE FILE NUMBER
200928610073

3. STATE OR PLACE OF ORGANIZATION
CALIFORNIA

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE / CITY AND STATE / ZIP CODE
15165 VENTURA BLVD, SUITE 200 / SHERMAN OAKS, CA / 91403

5. CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY) / CITY / STATE / ZIP CODE
15165 VENTURA BLVD, SUITE 200 / SHERMAN OAKS, / CA / 91403

**NAME AND COMPLETE ADDRESS OF THE CHIEF EXECUTIVE OFFICER, IF ANY**

6. NAME / ADDRESS / CITY AND STATE / ZIP CODE
DALE CLEVELAND / 15165 VENTURA BLVD, #200 / SHERMAN OAKS, CA / 91403

**NAME AND COMPLETE ADDRESS OF ANY MANAGER OR MANAGERS, OR IF NONE HAVE BEEN APPOINTED OR ELECTED, PROVIDE THE NAME AND ADDRESS OF EACH MEMBER** (Attach additional pages, if necessary.)

7. NAME / ADDRESS / CITY AND STATE / ZIP CODE
DALE CLEVELAND / 15165 VENTURA BLVD, #200 / SHERMAN OAKS, CA / 91403

8. NAME / ADDRESS / CITY AND STATE / ZIP CODE
BILL WILSON / 15165 VENTURA BLVD, #200 / SHERMAN OAKS, CA / 91403

9. NAME / ADDRESS / CITY AND STATE / ZIP CODE

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California address. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 11 must be left blank.)

10. NAME OF AGENT FOR SERVICE OF PROCESS
BILL WILSON

11. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL / CITY / STATE / ZIP CODE
15165 VENTURA BLVD, SUITE 200 / SHERMAN OAKS / CA / 91403

**TYPE OF BUSINESS**

12. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY
INTERNET ADVERTISING & RETAIL SALES TO CONSUMERS

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT

DALE CLEVELAND / [signature] / CEO / 11/13/09
TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM / SIGNATURE / TITLE / DATE

LLC 12 (REV 03/2007) / APPROVED BY SECRETARY OF STATE

**EXHIBIT 7, ATT. B**
**-148-**

# ATTACHMENT C

# (manually filed)

# ATTACHMENT D

...:::: Starter Credit Direct :::::...



## Application

**First Name:**

**Initial**

**Last Name:**

**Address:** (No P.O. Box)

**City:**

**State:** (Not available in Wisconsin)
< pick one >

**Zip Code:**

**Daytime Phone:**

**Email Address:**

**Credit Problems?** Receive a phone call from a CreditRepair.com trusted partner and learn how your credit rating can be raised with a low cost program.

Are you currently looking for an Auto Loan?

I have read, understood and agree to the Privacy Policy and that I may receive special email offers from marketing partners, including, but not limited to EverybodyGetsCreditNews.com.

**CONTINUE STEP 2**

## Privacy Policy

Century Platinum Membership
Application Processing = $99.00
Monthly Membership Fees Apply

**Starter Credit Direct PRIVACY POLICY**
                    Updated: August 20, 2008

**Disclosure of Information to Non-affiliated Third Parties**
Starter Credit Direct and Affiliates ("Companies") will disclose nonpublic personal information about you to other market participants that provide goods and services. The Companies may also disclose aggregate, anonymous data to investors and potential partners based on information collected from Users. You authorize us, or a marketing partner, to contact you with exciting new offers and information, via email and automated telephone messages, even if you are listed on a Do Not Call Registry. Users may opt out of the Companies disclosure to nonaffiliated third parties by following the instructions in the opt out section of

## Customer Protection Policy:

For security, your I. P. address is being logged as 65.242.42.227. All information is transmitted via secure socket layer (SSL). We GUARANTEE that this application will not be processed unless you have agreed to Terms & Conditions and click the "Apply Now" button below. (Usage fees are listed in the Terms & Conditions). Please read this application completely and carefully.

## Secure Information

*Social Security Number:    [    ] - [   ] - [    ]

[4/28/2010 9:40:56 AM]

**EXHIBIT 7, ATT. D**
**-151-**

...:::: Starter Credit Direct :::::...

**Date of Birth (MM/DD/YYYY):** [ ] [ ] [ ]

[?]

**Great Value :**

☐ I want to receive the AIG Identity Theft Protection Plan worth **$20,000**.



MARY B or WILLIAM JOHNSON
123 MAIN STREET, APT 45
YOUR TOWN, STATE 00876-5432

9-6678/1234        0301

Date _____

Pay to the
Order of _____  $ _____

_____ Dollars

YOUR FINANCIAL INSTITUTION
ANYTOWN, USA

for _____

⑆123456780⑆ 0301 123⑈456⑈ 7⑈

ABA or Routing #        Bank Account #

**Routing Number:** [ ]     **Bank Account Number:** [ ]     **Account Type:** [Checking]

**IF YOU DON'T HAVE A BANK ACCOUNT**
**CLICK HERE**

**REQUIRED FIELDS**

Shop
Major Brands
and
Products!

$10,000
credit line
Almost Completed!

SAMSUNG  LG  SONY  iPod

► OPTIONAL INFORMATION

Would you like a **FREE[1] Laptop Computer**, **$2500 Credit Line** AND **Medical Discounts**?
CLICK YES TO APPLY! It's easy because you already have my information on file.

○ Yes      ○ No

**Great Value :**

☐ I want to receive the AIG Identity Theft Protection Plan worth **$20,000**.

☐ **By checking the box you understand:**
**StarterCreditDirect will electronically debit your checking account for our one-time $99.00 Application and Processing fee.** StarterCreditDirect is an authorized marketer of Century Platinum™, and Century Platinum will debit my account for

[4/28/2010 9:40:56 AM]

**EXHIBIT 7, ATT. D**
**-152-**

...::::: Starter Credit Direct ::::...

my **$14 monthly membership fee**. If the Application and Processing fee is not collected, I understand that I will be provided a lower credit line of **$2,500** and charged the monthly membership fee by Century Platinum. I certify that I am at least 18 years old and have read and agree to the Century Platinum <u>Terms & Conditions</u> and <u>Privacy Policy</u>, and membership usage fees. I will allow 15-20 working days from the date my payment is verified and received, to receive a membership kit with **$10,000 credit line.**





<u>Century Terms & Conditions</u> | <u>Century Privacy</u> | <u>FAQ's</u> | <u>Unsubscribe</u>



© 2008, All rights reserved.

**Online Security:**
For your online protection, we have implemented an Anti-Fraud and Security feature that validates and records the computer Internet Protocol (I. P.) address of the computer that you are using to complete this transaction. As a result, your I. P. address is being logged as 65.242.42.227 and your transaction date and time are being logged as 7/16/2009 11:24:53 AM EST.
**Final Digital Signature: The Federal E-Sign Act (HR-1714)**
The E-Sign Act grants electronic signatures and documents equivalent legal status as traditional handwritten signatures. By completing our online application, you are certifying that your digital signature is the equivalent of your handwritten signature. Furthermore, you agree that you have read all of the agreement and are agreeing to and signing each section of this Agreement with your digital signature.
[1]To Purchase Brand Name Merchandise Exclusively From Our Online Mega-Store! Restrictions apply. See Century Platinum® <u>terms and conditions</u> for additional details. This is a membership program and not a debit or credit card. Applicant must be at least 18 years of age and have a valid U.S. checking account. Century Platinum allows account holder to make merchandise purchases exclusively from its on-line shopping site. Most purchases from online shopping site will require a small down payment. CENTURY PLATINUM® DOES NOT REPORT to any credit bureau or reporting agency. The CENTURY PLATINUM® Account does not aid in building or re-building credit, or the posting of any positive references to any credit report. This offer not available to residents of Wisconsin.
[2]The Cash Advance Offer contracts with several independent loan companies and is not a financial institution or lender. The Cash Advance Offer will place you with one of several loan providers depending on the information you submit on this website. We cannot guarantee final approval of unsecured cash loans. Not all lenders can provide up to $1500. Cash transfer time may vary between lenders. Please be sure to review the terms and conditions of each service prior to doing business with them as Cash Advance charges vary by lender. This service does not constitute an offer or solicitation for short term loans in every state and may or may not be available in your particular state. The states in which this service is available may change from time to time without notice.
[3]The USA PATRIOT Act is a Federal law that requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. You will be asked to provide your name, address, date of birth, and other information that will allow us to identify you. You may also be asked to provide documentation as proof of identification. "Guaranteed Approval" is contingent upon successfully passing this mandatory identification confirmation.

# ATTACHMENT E

**Starter Credit Direct REFUND POLICY**
Read this Agreement, and retain it for your records.

**Application & Processing Fees.**

| You authorize Starter Credit Direct to debit the total initial charge for your Application & Processing Fee from your bank account. |
| --- |
| Total Initial Charge:     $99.00 App & Processing |
| (this includes the processing, account setup and administration) |
| **Cancellation & NSF Transactions** |
| **Non-sufficient Funds (NSF)** |
| NSF:          $25.00 |



Century Platinum™, **NOT Starter Credit Direct** will debit your bank account for your $14 per month membership fee.

**Cancellation Policy.**
Once the application process has been completed Starter Credit Direct can refund your Application & Processing fee within 3 days of your submission and your bank account will not be charged. After 3 days your application is automatically processed and you must contact our customer service department directly at 818.255.9978 (PST) 8:30am to 5pm M-F.

Starter Credit Direct will refund your Application & Processing fee by sending you a check in the mail to the address on record.  Your cancellation of the Application & Processing will not affect any of your rights or your obligations per Century Platinum™ terms & conditions. You may cancel your Century Platinum™ Membership at any time by contacting Century Platinum™ their information is listed within their terms & conditions.

**Refund Policy.**
A full refund of the Application & Processing fee will be made if a request is received within 5 days after the date that you receive your bank statement showing the Application & Processing payment of $99.00 being debited from your bank account. We will require a copy of your bank statement showing the deducted funds and statement date. Please allow up to thirty (30) days for any qualifying refund to be returned from the date we verify your payment was received by us. No refund will be given for requests made beyond 5 days after the receipt of your statement or if you have received and activated your Century Platinum™ Membership.

**Non-sufficient Funds (NSF)**
We reserve the right to re-deposit **(up to 2 attempts)** any payment returned to us for non-sufficient funds (NSF). We are not responsible for any NSF fees that your bank may charge. In addition you authorize us to collect from your bank account via electronic debit or paper draft debit up to $25.00 for the processing of an NSF payment.

**Fraud Resolution**
We cooperate fully with all law enforcement agencies in the pursuit of fraud, with regard to the StarterCreditDirect application. If you believe your account was fraudulently charged for the purchase price of this product, every effort will be made to aid in a resolution.  Before any action can be taken, please fax or mail a copy of the official investigation outcome with your local Police or law enforcement agency detailing the suspected fraudulent act and also a copy of the portion of your bank account statement showing the date and amount of the withdrawal.  Please allow 2 weeks for resolution after your report and statement have been received by us.  Fax:  (818) 487-0634

**EXHIBIT 7, ATT. E -155-**

# ATTACHMENT F

**CENTURY PLATINUM™ TERMS AND CONDITIONS**

Welcome to the CENTURY PLATINUM™ website located at www.CENTURYplatinum.com (the "Website"). This Website is brought to you by CENTURY PLATINUM™. By accessing and/or using the Website and/or our CENTURY PLATINUM™ service (the "Service") you agree to comply with, and be bound by, the following terms and conditions (the "Agreement"). Please review this Agreement carefully. If you do not agree to this Agreement in its entirety, you are not authorized to use this Website and/or Service in any manner or form, whatsoever.

1. Acceptance of Agreement. You agree to the terms and conditions set forth in this Agreement with respect to your use of the Website and/or Service. This Agreement constitutes the entire agreement between you and CENTURY PLATINUM™, and supersedes all prior or contemporaneous agreements, representations, warranties and/or understandings with respect to the Website, the Service and/or your Account, as defined herein below. We may amend this Agreement from time to time, in our sole discretion, without specific notice to you. The latest Agreement will be posted on the Website, and you should review this Agreement prior to each use of the Website, the Service and/or your Account. By your continued use of the Website, the Service and/or your Account, you hereby agree to all the terms and conditions contained within the Agreement in effect at that time. Therefore, you should regularly check this page for updates and changes.

2. Disclaimers. CENTURY PLATINUM™ IS NOT A CREDIT SERVICES ORGANIZATION, FINANCIAL OR BANKING INSTITUTION, NOR IS IT AFFILIATED WITH ANY CREDIT SERVICES ORGANIZATION, FINANCIAL OR BANKING INSTITUTION. THE CENTURY PLATINUM™ CARD IS NOT A CREDIT CARD AND THE CENTURY PLATINUM™ ACCOUNT IS NOT A CREDIT CARD ACCOUNT. A CENTURY PLATINUM™ ACCOUNT IS A LINE OF CREDIT THAT CAN BE USED BY AN ACCOUNT HOLDER TO SHOP EXCLUSIVELY AT OUR ONLINE SHOPPING WEBSITE. THERE ARE DOWN PAYMENT REQUIREMENTS FOR MOST PURCHASES AT OUR WEBSITE. CENTURY PLATINUM™ DOES NOT FACILITATE, NOR PROVIDE ASSITANCE, IN OBTAINING CREDIT FROM ANY OTHER CREDIT-ISSUING ENTITIES. CENTURY PLATINUM™ DOES NOT REPORT TO ANY CREDIT BUREAU OR REPORTING AGENCY. CENTURY PLATINUM™ DOES NOT CHARGE AN ADVANCED FEE TO ESTABLISH CREDIT, NOR DOES CENTURY PLATINUM™ ATTEMPT, OR CLAIM TO ATTEMPT, TO ESTABLISH, RE-ESTABLISH OR REPAIR ANY CUSTOMER CREDIT HISTORY. THERE IS A ONE TIME FEE OF $15.00 ASSOCIATED WITH THE ACCOUNT. IN ADDITION, THERE ARE MONTHLY ACCOUNT MAINTENANCE FEES OF $14.00 PER MONTH.

3. Additional Terms and Conditions For CENTURY PLATINUM™ Accounts. The CENTURY PLATINUM™ Service is an online merchandise shopping service. All purchase payments must be made through an associated CENTURY PLATINUM™ charge account ("Account"). By obtaining an Account, you can make purchases of select items available at or through the Service. Accounts may be obtained by individuals 18 years of age or older, who possesses a valid and active U.S. checking or savings bank account. There are no credit checks, income requirements or employment requirements to obtain an Account. You do not need a social security number to obtain an Account and there are no residency requirements. U. S. citizenship is not required. There are also no restrictions applicable to those with past bankruptcy history.

ACCOUNTS: To obtain an Account, you must submit an application to CENTURY PLATINUM™ to qualify for an Account. When you apply for an Account, you agree to provide accurate, current and complete information about yourself ("Application Data") as prompted by our application form. You also represent that we may rely on your submitted Application Data as accurate, current and complete. You agree to maintain and update your Application Data to keep it as accurate, current and complete as possible. CENTURY PLATINUM™ reserves the right, in its sole discretion, to terminate your Account for inaccurate, untrue, deceptive and/or incomplete Application Data. In order to update your Application Data, please access and update your online profile. You

EXHIBIT 7, ATT. F
-157-

understand that by submitting an application to CENTURY PLATINUM™, you are not guaranteed to obtain an Account. CENTURY PLATINUM™ reserves the right, in its sole discretion, to accept or reject any application for any reason, or for no reason, whatsoever.

If CENTURY PLATINUM™ approves your application, you will receive an e-mail confirming your application approval and your associated username and password information ("Login") information. Once you receive this Login information, you may make immediate use of the Service.

HOW IT WORKS: Upon Account activation, you will receive a $10,000 line of credit to spend exclusively on purchases available through the Website. Your Account will not work at any other website and has no value other than at the Website. Due to the lack of restrictions associated with obtaining an Account, there are down payments required on most items. However, there are certain items available that require no down payment. We reserve the right to substitute any gift with an equal or greater value for the one chosen. You must be a member in good standing for a minimum of 6 months from the account activation date to qualify for gift. You should receive a physical CENTURY PLATINUM™ card within four (4) weeks of your Account activation. If you do not receive your card, please contact us at: service@CENTURYplatinum.com .

DISCLOSURE OF COSTS, FEES AND RATES :
Creditor: CENTURY PLATINUM
Amount financed: itemization: Equal to the value of the Account holder's open balance
Finance charge: N/A
Annual percentage rate for purchases: 0.0%
Initial credit limit Increase Fee: No charge Variable-rate information: N/A
Grace period for repayment of balances for purchases: N/A
Method of computing the balance for purchases: N/A
Minimum finance charge: N/A
Transaction fee for purchases: N/A
Payment schedule: The payment schedule will vary depending upon the purchase cost of all goods purchased by the Account holder and the amount and frequency of payments. Account holder is required to make a specified minimum payment each month (in most cases, 10% of the outstanding balance)
Total of payments: Equal to the purchase cost of all goods purchased by the Account Holder
Total sale price: Equal to the purchase cost of all goods purchased by the Account Holder
Prepayment: No penalties for prepayment
Late payment fees: No charge
Fee for returned checks or debits: $5.00
Monthly Membership fee from Century Platinum™: $14.00
    ($168.00 calculated on a yearly basis)
One time fee from StarterCreditDirect.com: $99.00
    (Application & Processing fee)


Century Platinum™ Cancellation Policy: (NOT Starter Credit Direct)
Once the application process has been completed and the applicant has agreed to the online "Terms and Conditions", the fully automated transaction cannot be stopped.


If you contact Century Platinum™ customer service department within three (3) business days from the time when your application was submitted to request that you would like to cancel your Membership Submission order, a refund of your Processing Fee will be made.


Cancellation requests made more than three (3) business days from the date you submit your online application will not receive any refund. All qualifying refunds will be remitted in thirty (30) days or less per the Refund Policy below.

EXHIBIT 7, ATT. F
-158-

ACH DEBITS: If any Automated Clearing House ("ACH") debit request for a fee associated with your Account is returned due to non-sufficient funds available in your bank account, CENTURY PLATINUM™ may attempt to collect the applicable fee by automatically resubmitting to your bank subsequent ACH debits. Any subsequent debit attempts by CENTURY PLATINUM™ will not exceed the original fee amount. Furthermore, you understand and agree that if CENTURY PLATINUM™ is unable to obtain payment from your bank, CENTURY PLATINUM™ reserves the right to immediately terminate your Account or reduce your available credit until a consistent payment history has been established.

DOWN PAYMENTS: You understand and agree that the use of your Account is fully subject to this Agreement. You understand that your Account is being issued with no credit check or investigation and, as a result of this, you will be required to make a down payment for most merchandise purchases (approximately 30-50% of the total cost, depending on the item, although higher down payments may be required). However, there are certain items available which require no down payment. All required down payments must be received in the form of a money order or cashier's check prior to our processing your merchandise order.

CREDIT LIMIT: Accounts begin with a credit limit of $10,000.

INITIAL ACCOUNT ADVANCE: When your new Account is activated, CENTURY PLATINUM™ will post an initial $2,500 advance to your Account. You may use this initial Account advance to pay against your charged credit balances for purchases at the Website. There is no time limit in which you must use this initial credit. You may use it all at once or over a period of time. This initial Account advance cannot be used to pay for any required down payments or for any purpose other than to pay for open balances on your Account. You understand and agree that this initial credit has no cash value and cannot be redeemed or withdrawn.

CREDIT BUREAU REPORTING: CENTURY PLATINUM™ **DOES NOT REPORT** to any credit bureau or reporting agency. **The CENTURY PLATINUM™ Account does not aid in building or re-building credit, or the posting of any positive references to any credit report.**

PURCHASES AND MONTHLY BILLING: You will be billed each month for charges made to your Account. Only Account holders that are in good standing may make purchases at the Website and receive additional Account holder benefits.

YOUR PROMISE TO PAY: You agree to pay at least the minimum payment amount shown on each monthly billing statement. All payments must be received on or before the due date indicated on the billing statement.

APPLICATION OF PAYMENTS RECEIVED: Payments received are always applied to any unpaid balance. Payments are applied toward purchases in the same order that they were made, older purchases first.

MINIMUM MONTHLY PAYMENT: The minimum monthly payment for any given month (as long as your account shows an outstanding balance) is the greater of: a) 10% of the account balance owed immediately following any purchase made to your account; or b) $10.00. The minimum monthly payment does not automatically decrease as your account balance decreases. Notwithstanding the foregoing, should your new balance be less than $10.00, the minimum payment due will be the total amount of the new balance.

DEFAULT: Your Account will be considered in default status if: a) you fail to pay the minimum monthly payment when due; or b) you breach any of the terms and conditions of this Agreement. If your Account is in default, in compliance with applicable law, CENTURY PLATINUM™ may: a) demand that you immediately pay the entire unpaid balance on your Account; b) apply monies received on subsequent purchases to any delinquent account balance owed; and/or c) proceed with legal action to collect any

CENTURY PLATINUM™ TERMS AND CONDITIONS                    Page 4 of 7

unpaid amounts.

**REFUND POLICY: (PLEASE READ AND SAVE)**
**DO NOT SUBMIT UNLESS YOU HAVE READ, UNDERSTAND AND AGREE TO ALL OF THE FOLLOWING POLICIES.**
Processing Fee Refund Policy: **IMPORTANT! PLEASE READ!**
When processing begins, you are immediately sent an email confirming your application and
re-stating the fact that there will be a debit for the processing fee to your bank account using the information that you submitted and authorized. You have **3 business days from the time of submittal** to contact member services and cancel processing as well as the debit before it is transmitted to the bank. Due to this fact, as well as the fact that the processing fee debit is automated and after 3 business days cannot be stopped, **there will be no refund of any portion of the processing fee.**
Fraud Resolution:
As a matter of policy, we cooperate fully with all law enforcement agencies in the pursuit of fraud, with regard to the unauthorized use of information in order to apply for this membership. If you believe your account was fraudulently charged for the application and processing fee, we will make every effort to aid in a resolution. Before we can take any action, please fax or mail a copy of the official report filed with your local Police or law enforcement agency detailing the suspected fraudulent act, have the investigating officer contact our office at (704) 525-3880 and also a copy of the portion of your account statement showing the date and amount of the withdrawal. Fax: (704) 525-3886. The Computer's IP address is recorded when application for membership is applied for.
GOOD STANDING REQUIREMENT: You understand that you must maintain your Account in good standing by making at least the minimum monthly payments on time. If your Account is in default status, you understand that your Account privileges and benefits may be suspended and/or terminated until you have re-established a consistent pattern of on-time monthly minimum payments.

MEMBERSHIP CANCELLATION: If you wish to cancel your membership you may do so at any time by contacting us and making a cancellation request. This may be done by calling us at 704-525-3880 between the hours of 9 A.M. and 6 P.M. (EST) Monday through Friday, excluding holidays. This request must be made by the account holder of record only and this information will be verified by us.
**There will be no refunds of monthly membership fees already collected.**

4. Authorized Use. The Website and Service are available only to individuals who can enter into legally binding contracts under applicable law. However, if you are under the age of 18, you do not have authorization to access or use the Website and/or Service in any manner whatsoever. If you are a Website visitor ("Visitor"), you may use the Website in order to obtain information about CENTURY PLATINUM™ and the Service and to apply for a CENTURY PLATINUM™ card account ("Account"). Visitors are not authorized to access any content and/or data available to those individuals that are Account holders. In addition, to apply for and obtain an Account, you must be at least 18 years old and have a valid and active U.S. checking or savings bank account. Notwithstanding the foregoing, the Service and Accounts are not available to Wisconsin State residents.

5. License Grant. As a Visitor to the Website or an Account holder, you are granted a non-exclusive, non-transferable, revocable and limited license to access and use the Website (and its associated content), the Service and/or an Account in accordance with this Agreement. CENTURY PLATINUM™ may terminate this license at any time for any reason. You may use the Website on one computer for your own personal, non-commercial use. No part of the Website, the Service and/or an Account may be reproduced in any form or incorporated into any information retrieval system, electronic or mechanical. You may not use, copy, emulate, clone, rent, lease, sell, modify, decompile, disassemble, reverse engineer or transfer the Website (and its associated content), the Service, your Account and/or any portion thereof. CENTURY PLATINUM™ reserves any rights not explicitly granted in this Agreement. You may not use any

**EXHIBIT 7, ATT. F**
**-160-**

device, software or routine to interfere or attempt to interfere with the proper working of the Website, the Service and/or your Account. You may not take any action that imposes an unreasonable or disproportionately large load on the CENTURY PLATINUM™ infrastructure.

Your right to use the Website, the Service and/or your Account including, without limitation, your Login, is non-transferable. Access to, and use of, your Account and the Service is made through your Login information. Your Login must be kept strictly confidential. For security reasons, CENTURY PLATINUM™ will not release passwords for any reason, other than to the applicable Account holder, except as may be specifically required by law or court order. Unauthorized access to the Website, the Service and/or an Account is a breach of this Agreement and a violation of applicable law.

6. Proprietary Rights. The content, organization, graphics, design, compilation, magnetic translation, digital conversion, software and other matters related to the Website, the Service and/or your Account are protected under applicable copyrights, trademarks and other proprietary (including, without limitation, intellectual property) rights. The copying, redistribution and/or publication by you of any part of the Website, the Service and/or your Account is strictly prohibited. You do not acquire ownership rights to any content, document, software, service or other materials viewed at or through the Website, the Service and/or your Account. The posting of information or material at the Website and Service by CENTURY PLATINUM™ does not constitute a waiver of any right in such information and/or materials.

7. Privacy Policy. Use of the Website, the Service and/or your Account is subject to our Privacy Policy, which is hereby incorporated into, and made part of, this Agreement. We reserve the right, and you authorize us, to use and assign all information regarding your Website, Service and Account use, and any and all other personal information provided by you, in any manner consistent with our Privacy Policy, which is hereby made a part of this Agreement.

8. Editing, Deleting and Modification. We reserve the right, in our sole discretion, to edit and/or delete any documents, information or other content appearing on the Website, the Service and/or your Account at anytime, without notice to you.

9. Indemnification. You agree to indemnify, defend and hold CENTURY PLATINUM™, its owners, and each of their respective officers, partners, members, employees, agents and attorneys (each a "Covered Party"), harmless against any and all liabilities, claims, actions, suits, proceedings, judgments, fines, damages, costs, losses and expenses (including reasonable attorneys' fees, administrative costs and/or settlement costs) arising from your breach of this Agreement and/or your use of the Website, the Service and/or your Account, in any manner whatsoever.

10. Disclaimers and Limitations. THE WEBSITE, THE SERVICE, YOUR ACCOUNT AND ANY MERCHANDISE OBTAINED THROUGH THE SERVICE ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS AND ALL WARRANTIES, EXPRESS OR IMPLIED, ARE DISCLAIMED (INCLUDING, WITHOUT LIMITATION, THE DISCLAIMER OF ANY WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT OF INTELLECTUAL PROPERTY AND/OR FITNESS FOR A PARTICULAR PURPOSE). THE WEBSITE, THE SERVICE, YOUR ACCOUNT AND ANY MERCHANDISE OBTAINED THROUGH THE SERVICE MAY CONTAIN BUGS, ERRORS, PROBLEMS OR OTHER LIMITATIONS. CENTURY PLATINUM™ AND THE COVERED PARTIES HAVE NO LIABILITY WHATSOEVER FOR YOUR USE OF, OR INABILITY TO USE, THE WEBSITE, THE SERVICE, YOUR ACCOUNT AND ANY MERCHANDISE OBTAINED THROUGH THE SERVICE. IN PARTICULAR, BUT NOT AS A LIMITATION THEREOF, CENTURY PLATINUM™ AND THE COVERED PARTIES ARE NOT LIABLE TO YOU AND/OR ANY THIRD PARTY FOR ANY INDIRECT, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES (INCLUDING DAMAGES FOR LOSS OF BUSINESS, LOSS OF PROFITS, LITIGATION, OR THE LIKE), WHETHER BASED ON BREACH OF CONTRACT, BREACH OF WARRANTY, TORT (INCLUDING NEGLIGENCE), PRODUCT LIABILITY OR OTHERWISE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. THE NEGATION OF DAMAGES SET FORTH ABOVE IS A FUNDAMENTAL ELEMENT OF THE

**EXHIBIT 7, ATT. F**
**-161-**

CENTURY PLATINUM™ TERMS AND CONDITIONS                        Page 6 of 7

BASIS OF THE BARGAIN BETWEEN CENTURY PLATINUM™ AND YOU. THE WEBSITE, THE SERVICE, YOUR ACCOUNT AND ANY MERCHANDISE OBTAINED THROUGH THE SERVICE WOULD NOT BE PROVIDED TO YOU WITHOUT SUCH LIMITATIONS. NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU FROM US THROUGH THE WEBSITE, THE SERVICE, YOUR ACCOUNT AND ANY MERCHANDISE OBTAINED THROUGH THE SERVICE SHALL CREATE ANY WARRANTY, REPRESENTATION AND/OR GUARANTEE NOT EXPRESSLY STATED IN THIS AGREEMENT.

ALL RESPONSIBILITY AND/OR LIABILITY FOR ANY DAMAGES CAUSED BY VIRUSES AND/OR WORMS CONTAINED WITHIN AN ELECTRONIC FILE AVAILABLE AT THE WEBSITE AND/OR THROUGH THE SERVICE IS DISCLAIMED. YOU UNDERSTAND AND AGREE THAT ANY MATERIAL DOWNLOADED, OBTAINED OR OTHERWISE ACCESSED THROUGH THE USE OF THE WEBSITE, THE SERVICE AND/OR YOUR ACCOUNT IS DONE AT YOUR OWN DISCRETION AND AT YOUR OWN RISK. YOU WILL BE SOLELY RESPONSIBLE FOR ANY AND ALL DAMAGE TO YOUR COMPUTER SYSTEM OR LOSS OF DATA THAT MAY RESULT FROM THE DOWNLOADING OF ANY SUCH MATERIAL.

OUR CENTURY LIABILITY TO YOU UNDER ANY AND ALL CIRCUMSTANCES WILL BE EQUAL TO THE LOWEST PURCHASE PRICE THAT YOU HAVE PAID FOR ANY SINGLE PIECE OF MERCHANDISE AT THE WEBSITE AND/OR THROUGH THE SERVICE. NOTWITHSTANDING THE FOREGOING, CENTURY PLATINUM SHALL NOT BE LIABLE TO YOU FOR ANY SERVICE, GOODS OR INFORMATION AVAILABLE FROM THIRD PARTIES, EVEN IF OBTAINED AT OR THROUGH THE WEBSITE AND/OR SERVICE.

11. Third Party Websites. The Website may provide, and/or third parties may provide, links to other Internet websites and/or resources. Because CENTURY PLATINUM™ has no control over such third party websites and/or resources, you hereby acknowledge and agree that CENTURY PLATINUM is not responsible for the availability of such third party websites and/or resources. Furthermore, CENTURY PLATINUM™ does not endorse, and is not responsible or liable for, any terms and conditions, privacy policies, content, advertising, products and/or other materials at or available from such third party websites or resources, or for any damages and/or losses arising there from.

12. Equipment. You shall be responsible for obtaining and maintaining all telephone, computer hardware and any other equipment needed to access and/or use the Website, the Service and/or your Account, as well as any and all charges related thereto.

13. Miscellaneous. This Agreement shall be treated as though it were executed and performed in New York , New York and shall be governed by and construed in accordance with the laws of the State of New York (without regard to conflict of law principles). Should a dispute arise concerning the terms and conditions of this Agreement, or the breach of same by either party hereto, the parties agree to submit their dispute for resolution by arbitration before the American Arbitration Association in New York City , in accordance with the then current Commercial Arbitration Rules of the American Arbitration Association. Any award rendered shall be final and conclusive to the parties and a judgment thereon may be entered in any court of competent jurisdiction. Nothing herein shall be construed to preclude any party from seeking injunctive relief in order to protect its rights pending an outcome in arbitration. Should any part of this Agreement be held invalid or unenforceable, that portion shall be construed consistent with applicable law and the remaining portions shall remain in full force and effect. To the extent that anything in or associated with the Website, the Service and/or your Account is in conflict or inconsistent with this Agreement, this Agreement shall take precedence. Our failure to enforce any provision of this Agreement shall not be deemed a waiver of such provision nor of the right to enforce such provision. The parties do not intend that any agency or partnership relationship be created through operation of this Agreement.

In order to expedite fulfillment of the product to the customer, we reserve the right to substitute another merchandise charge card of equal or greater value.

**EXHIBIT 7, ATT. F**

**-162-**

14 .GIFTS:

We reserve the right to substitute any gift with an equal or greater value for the one chosen. You must be a member in good standing for a minimum of 8 months from the account activation date to qualify for gift.

To receive your gift, after 8 months of membership, you must send in a note or letter to Member Services, 5401-A South Blvd., Box 269 , Charlotte , NC 28217-2741 . No notice will be sent. It is solely your responsibility to notify member services in writing at the above listed address to redeem your gift. CENTURY Platinum will not notify you of your eligibility.

ACKNOWLEDGMENT

I certify that I have read, understand and fully agree to all the terms and conditions contained in this Agreement. I certify that all the Application Data I supplied to CENTURY PLATINUM™ is true, accurate and verifiable. The information concerning costs and fees associated with my Account is accurate as of May 2007. I understand that these costs and fees, and any other term associated with my Account, may change at anytime, in the sole discretion of CENTURY PLATINUM™. I understand that my only recourse to any changes in terms is the cancellation of my Account in accordance with this Agreement.

EXHIBIT 7, ATT. F
-163-

# ATTACHMENT G



EXHIBIT 7, ATT. G
-165-

# ATTACHMENT H



☐ **By checking the box you understand:**
**StarterCreditDirect will electronically debit your checking account for our one-time $99.00 Application and Processing fee.** StarterCreditDirect is an authorized marketer of Century Platinum™, and Century Platinum will debit my account for my **$14 monthly membership fee**. If the Application and Processing fee is not collected, I understand that I will be provided a lower credit line of **$2,500** and charged the monthly membership fee by Century Platinum. I certify that I am at least 18 years old and have read and agree to the Century Platinum Terms & Conditions and Privacy Policy, and membership usage fees. I will allow 15-20 working days from the date my payment is verified and received, to receive a membership kit with **$10,000 credit line.**

APPLY NOW³

Century Terms & Conditions | Century Privacy | FAQ's | Unsubscribe

© 2008, All rights reserved.



**APPLY NOW³**

Century Terms & Conditions | Century Privacy | FAQ's | Unsubscribe

© 2008, All rights reserved.

**Online Security:**
For your online protection, we have implemented an Anti-Fraud and Security feature that validates and records the computer Internet Protocol (I. P.) address of the computer that you are using to complete this transaction. As a result, your I. P. address is being logged as 65.242.42.227 and your transaction date and time are being logged as 7/16/2009 11:24:53 AM EST.
**Final Digital Signature: The Federal E-Sign Act (HR-1714)**
The E-Sign Act grants electronic signatures and documents equivalent legal status as traditional handwritten signatures. By completing our online application, you are certifying that your digital signature is the equivalent of your handwritten signature. Furthermore, you agree that you have read all of the agreement and are agreeing to and signing each section of this Agreement with your digital signature.
¹To Purchase Brand Name Merchandise Exclusively From Our Online Mega-Store! Restrictions apply. See Century Platinum® terms and conditions for additional details. This is a membership program and not a debit or credit card. Applicant must be at least 18 years of age and have a valid U.S. checking account. Century Platinum allows account holder to make merchandise purchases exclusively from its on-line shopping site. Most purchases from online shopping site will require a small down payment. CENTURY PLATINUM® DOES NOT REPORT to any credit bureau or reporting agency. The CENTURY PLATINUM® Account does not aid in building or re-building credit, or the posting of any positive references to any credit report. This offer not available to residents of Wisconsin.
²The Cash Advance Offer contracts with several independent loan companies and is not a financial institution or lender. The Cash



Century Terms & Conditions | Century Privacy | FAQ's | Unsubscribe

**ICN**
**CONSUMER PROTECTION**
www.icomplyonl.com

@ 2008, All rights reserved.

**Online Security:**
For your online protection, we have implemented an Anti-Fraud and Security feature that validates and records the computer Internet Protocol (I. P.) address of the computer that you are using to complete this transaction. As a result, your I. P. address is being logged as 65.242.42.227 and your transaction date and time are being logged as 7/16/2009 11:24:53 AM EST.

**Final Digital Signature: The Federal E-Sign Act (HR-1714)**
The E-Sign Act grants electronic signatures and documents equivalent legal status as traditional handwritten signatures. By completing our online application, you are certifying that your digital signature is the equivalent of your handwritten signature. Furthermore, you agree that you have read all of the agreement and are agreeing to and signing each section of this Agreement with your digital signature.

[1]To Purchase Brand Name Merchandise Exclusively From Our Online Mega-Store! Restrictions apply. See Century Platinum® terms and conditions for additional details. This is a membership program and not a debit or credit card. Applicant must be at least 18 years of age and have a valid U.S. checking account. Century Platinum allows account holder to make merchandise purchases exclusively from its on-line shopping site. Most purchases from online shopping site will require a small down payment. CENTURY PLATINUM® DOES NOT REPORT to any credit bureau or reporting agency. The CENTURY PLATINUM® Account does not aid in building or re-building credit, or the posting of any positive references to any credit report. This offer not available to residents of Wisconsin.

[2]The Cash Advance Offer contracts with several independent loan companies and is not a financial institution or lender. The Cash Advance Offer will place you with one of several loan providers depending on the information you submit on this website. We cannot guarantee final approval of unsecured cash loans. Not all lenders can provide up to $1500. Cash transfer time may vary between lenders. Please be sure to review the terms and conditions of each service prior to doing business with them as Cash Advance charges vary by lender. This service does not constitute an offer or solicitation for short term loans in every state and may or may not be available in your particular state. The states in which this service is available may change from time to time without notice.

[3]The USA PATRIOT Act is a Federal law that requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. You will be asked to provide your name, address, date of birth, and other information that will allow us to identify you. You may also be asked to provide documentation as proof of identification. "Guaranteed Approval" is contingent upon successfully passing this mandatory identification confirmation.

EXHIBIT 7, ATT. H
-169-