# EXHIBIT F

## DECLARATION OF NAOMI PARNES
### Pursuant to 28 U.S.C. § 1746

I, Naomi Parnes, declare and state as follows:

1. My name is Naomi Parnes. I am over 18 years of age and I am a citizen of the United States. I am employed by the Federal Trade Commission (FTC) as an Honors Paralegal in the Bureau of Consumer Protection. My work address is 600 Pennsylvania Ave. NW, Washington, DC 20580. I have worked at the FTC since July 2009. I have personal knowledge of the facts set forth herein.

2. Staff with the Bureau of Consumer of Protection, Division of Enforcement, asked me for assistance on the matter of *FTC v. EDebitPay, LLC, et al.*, CV-07-4880 ODW (AJWx) (C.D. Cal.). In particular, staff asked me to review and summarize voluminous complaints received by EDebitPay, LLC ("EDP") and Insite Marketing Group, LLC ("Insite") in connection with the Century Platinum online shopping club, which EDP marketed on its website, StarterCreditDirect.com ("Starter Credit Direct").

### EDP Complaints

3. I was instructed to review Microsoft Excel spreadsheets that I used to calculate Starter Credit Direct consumer complaint data in my May 25, 2010 declaration. Specifically, I was asked to determine whether complaints identified in my declaration included multiple complaints from the same consumer. To do this, I ran an Excel formula on the complaints to identify consumers who had multiple complaint entries and count the number consumers who complained.

4. In my previous declaration, I found a total of 957 EDP complaint descriptions, which indicated that consumers: thought they were applying

**EXHIBIT 9**
-286-

1.     for a loan, payday loan, cash advance, or credit card; did not apply for Starter Credit Direct; did not authorize charges relating to Starter Credit Direct; did not understand why they were charged by EDP; or wanted to know where the charge on their bill was coming from
2. After accounting for consumers who may have had multiple complaint entries, I found a total of 923 EDP consumers who had complaint descriptions that fell within one of categories identified in Paragraph 4.

### EDP and Insite Complaint Comparison

6. In addition, I was asked to examine the complaints provided by EDP and Insite to determine if any of the consumers complained to both companies. To do this, I combined, in an Excel spreadsheet, the EDP complaints identified in Paragraph 4 with the Insite complaint descriptions described in Ronald D. Lewis' June 28, 2010 declaration. I then used an Excel formula to determine if consumers complained to both companies.
7. After accounting for consumers who complained to both EDP and Insite or had multiple complaint entries with each company, I found a total of 2,261 EDP and Insite complaint descriptions that indicated consumer confusion about what they were being charged for or why they were being charged.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____, 2010.      _____

                                                     Naomi Parnes