# EXHIBIT H -- OSC ORDER

1   WILLARD K. TOM
    General Counsel
2

3   JOHN D. JACOBS, Bar No. 134154
    jjacobs@ftc.gov, (310) 824-4343 (tel.)
    Federal Trade Commission
4   10877 Wilshire Boulevard, Suite 700
    Los Angeles, CA 90024
5   (310) 824-4380 (fax)

6   MARK MORELLI
    mmorelli@ftc.gov, (202) 326-2601 (tel.)
7   ELIZABETH TUCCI
    etucci@ftc.gov, (202) 326-2402 (tel.)
8   ZACHARY V. HUNTER
    zhunter@ftc.gov, (202) 326-3235 (tel.)
9   Federal Trade Commission
    600 Pennsylvania Avenue, NW, Rm. M-8102B
10  Washington, DC 20580
    (202) 326-2558 (fax)
11  ATTORNEYS FOR PLAINTIFF
    FEDERAL TRADE COMMISSION

**NOTE: CHANGES MADE BY THE COURT**

12

13            UNITED STATES DISTRICT COURT
             CENTRAL DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | CV-07-4880 ODW (AJWx) |
|           Plaintiff, | **Order for Defendants to Show Cause Why They Should Not Be Held in Contempt** |
|           v. | |
| **EDEBITPAY, LLC, et al.,** | Hearing Date: July 12, 2010<br>Time: 1:30 pm<br>Courtroom 11<br>Judge: Hon. Otis D. Wright II |
|           Defendants. | |

22         Upon consideration of Plaintiff Federal Trade Commission's ("FTC")

23   Application for an Order to Show Cause Why Defendants Should Not Be Held in

24   Contempt for violating the Stipulated Final Judgment and Order for Permanent

25   Injunction and Monetary Relief that this Court entered on January 22, 2008

26   ("Order"), the accompanying memorandum of points and authorities and exhibits,

27   and Defendants EdebityPay, LLC, Dale Paul Cleveland, and William Richard

28   Wilson's ("Defendants") opposing papers and exhibits, and finding good cause for

the FTC's Application, **IT IS HEREBY ORDERED** that:

(1)   The Application is **GRANTED**.

(2)   Defendants shall appear before this Court on <u>**Friday, October 15, 2010, at 3:00 p.m.**</u> at the United States District Courthouse, Central District of California, 312 N. Spring St., Los Angeles, CA 90012, to show cause why this Court should not find them in civil contempt for failing to comply with the requirements of this Court's January 22, 2008 Order and impose such relief as it deems appropriate.

(3)   Defendants shall file and serve the FTC with any documentary evidence and memoranda of points and authorities on which they will rely at the show cause hearing **no later than twenty-one (21) days prior to the hearing,** by electronic mail to mmorelli@ftc.gov or by overnight delivery addressed to Mark Morelli, Federal Trade Commission, 600 Pennsylvania Ave., N.W., Room M-8102B, Washington, D.C. 20580. Service of all Court filings on the FTC shall also be made electronically or by overnight mail.

(4)   The FTC shall then file and serve its reply, if any, **no later than fourteen (14) days prior to the hearing.**

(5)   In addition, if Defendants intend to present the testimony of any witness at the show cause hearing, they shall file and serve the FTC, by electronic mail to mmorelli@ftc.gov and by overnight delivery to the above address, **no later than fourteen (14) days prior to the hearing,** a statement containing the name, address, and telephone number of any such witness.

(6)   The FTC is similarly ordered to file and serve Defendants **no later than fourteen (14) days prior to the hearing,** with a statement

2

1    containing the name, address, and telephone number of any such

2    witnesses the testimony of whom it also intends to present.

3

4    **IT IS SO ORDERED.**

5

6    Dated: July 2, 2010

7

8                                         Hon. Otis D. Wright, II
9                                         United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                              3