# EXHIBIT J -- FIRST INTERIM REPORT

1  14489.2 (57395.1)
   HOWARD I. CAMHI, SBN 149194
2  FEDERAL COURT RECEIVER
   2029 CENTURY PARK EAST, 21ST FLOOR
3  LOS ANGELES, CALIFORNIA   90067
   TELEPHONE:   310/551-3100
4  FACSIMILE:   310/ 551-0238
   E-Mail: HCamhi@MSFSLaw.com
5

6

7

8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11

12  FEDERAL TRADE COMMISSION,        CASE NO. CV 07-4880 ODW (AJWx)

13             Plaintiff,

14                                   FIRST INTERIM REPORT OF
                                     FEDERAL COURT RECEIVER;
15  v.                               MOTION FOR AUTHORIZATION
                                     TO PAY ADMINISTRATIVE
16  EDEBITPAY, LLC; EDP REPORTING,   EXPENSES
    LLC; EDP TECHNOLOGIES
17  CORPORATION; SECURE DEPOSIT      DATE:    December 17, 2007
    CARD, INC.; and                  TIME:    3:00 p.m.
18                                   CTRM:    11
    DALE PAUL CLEVELAND and
19  WILLIAM RICHARD WILSON,

20

21             Defendants.

22

23

24       TO THE HONORABLE OTIS D. WRIGHT II, UNITED STATES

25  DISTRICT JUDGE, PLAINTFF FEDERAL TRADE COMMISSION,

26  DEFENDANTS AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

27

28

## I.    Initial Background Information and Check

The Receiver was contacted by the Federal Trade Commission (hereinafter, "FTC") regarding the Receiver's availability to serve as a Receiver for the corporate defendants named in the instant action.  The Receiver performed appropriate conflict checks relating to the corporate and individual defendants and determined that no conflicts existed that would prevent serving as Receiver herein.

## II.    Pre-Filing Activity

Upon learning that the FTC was intending to proceed with filing the instant lawsuit, the Receiver contacted several professionals seeking to enlist their services to assist the Receiver carry out his duties.  The Receiver, with the knowledge and consent of the FTC, hired Moldo Davidson, Fraioli, Seror & Sestanovich LLP, a firm in which the Receiver is a member, as his legal counsel as well as Grobstein, Horwath & Co. as his accountants.  The Receiver also hired Interco Management and Tony Shokrai as his field agent to assist him with various ministerial acts.  The Receiver attended numerous meetings with representatives of the FTC in order to coordinate the filing of the instant Complaint.

## III.    Issuance of TRO and Initial Raid on Defendants' Premises

After coordinating with certain law enforcement agencies, the FTC filed its Complaint and concurrently sought a TRO against Defendants.  The court issued its TRO which empowered the Receiver to perform certain administrative functions, such as securing the Defendants' premises and property and freezing and recovering assets, including but not limited to, bank accounts.  The TRO also enabled the Receiver to divert mail to his attention and to otherwise work with the parties to secure the business records of the corporate Defendants.   The TRO also required the Defendants to disclose to the FTC and Receiver various information pertaining to the operations of the businesses.

The Receiver and his professionals coordinated with the FTC to conduct a raid on the Defendants' business premises on August 1, 2007.  The Receiver and his

2

1    professionals attended numerous meetings before the actual raid in order to coordinate

2    timing, meeting place, electronic data security and various related issues.  The

3    Receiver also coordinated between his IT personnel and those hired by, or working

4    for, the FTC, in order to ensure the integrity of all data was maintained prior to any

5    investigation by the Receiver into the operation of, and potential assets owned by, the

6    defendants.

7         Subsequently, on August 1, 2007, the Receiver and his professionals met the

8    representatives of the FTC, its IT staff, certain law enforcement officials, as well as

9    those designated to perform an initial raid on, and review of, the defendants' business

10   premises.

11        On August 1, 2007, upon coordination of all the various parties, the Receiver,

12   law enforcement and FTC attorneys and staff entered the business premises of the

13   Defendants.  The individual defendants were present at that time.  The FTC staff

14   arranged to personally serve copies of court documents, including but not limited to

15   the Complaint and TRO, on all defendants as well as the individuals on behalf of the

16   corporate defendants.

17        Upon entry into the business, the Receiver informed all present, including

18   employees and the individual defendants, that he had been appointed as the

19   Temporary Receiver for the businesses.  The Receiver brought numerous copies of the

20   TRO and distributed copies to all who requested.  The Receiver specifically

21   referenced the pertinent portions of the TRO when asked to provide a basis for the

22   Receiver's authority to enter the business and gather information regarding the

23   operations and assets of the business.  The FTC had previously advised the defendants

24   that they were entitled to have their attorney present and, at some point later that day

25   on August 1, 2007, attorney David Katz came to the business purporting to represent

26   all defendants.

27        The first order of business for the FTC, after securing the premises, was to have

28   its IT staff make forensically correct and secure copies of the Defendants computers,

3

1   servers and other business related machines.  This process took several days until the

2   FTC staff was able to copy all of the data from the Defendants.

3       During this time, and before the Receiver or his professionals had access to the

4   computer systems or other files or documents, the Receiver personally interviewed the

5   employees who were present at that time.  The employee interviews lasted several

6   hours that day and proceeded continuously over the next few days while the Receiver

7   and his professionals attempted to learn the nature of the businesses and possible

8   locations of assets.  The Receiver also interviewed the principals in the presence of

9   their attorney in order to understand the nature of the businesses and possible

10  locations of assets.  These interviews proceeded over several days.

11      The Receiver also caused his professionals to collect computer passwords and

12  other important information to enable the Receiver to have access to the data once the

13  forensic copies were secured by the FTC.  The employees were allowed to leave at

14  that point after having provided the requested information to the Receiver and his

15  professionals.

16      The Receiver's IT professionals immediately caused the business systems to be

17  disconnected from the Internet to avoid the possibility of data destruction from an

18  offsite location as well as to reduce the potential that there would be any further

19  consumer injury as alleged in the Complaint.

20      The Receiver's accountants were also present at the Defendants' business

21  premises on August 1, 2007, at the time the FTC and Receiver entered the premises.

22  On that day, and on the several days that followed, the accountants interviewed the

23  Controller and principals of the businesses in order to understand the specific financial

24  information relating to the business defendants.  The accountants also spent time with

25  the Controller and her staff coming up to speed on the location of bank accounts,

26  reserve accounts, clearing accounts as well as other financial reporting and related

27  issues regarding the then-current financial condition of the businesses.

28      \ \ \

4

57395.1  14489.00002

Additionally on August 1, 2007, the following occurred:

1.     All locks were changed on the business premises;

2.     The Receiver coordinated with the building landlord regarding the current status of the FTC action against the defendants as well as discussed with the Landlord the current status of rent payment for the premises;

3.     The Receiver caused his field agent to notify the United States Postal Service of the issuance of the TRO and to direct all mail be forwarded to the Receiver's address;

4.     The Receiver caused the Director of Customer Service for the businesses to change the respective voice mails indicating what consumers who have complaints should do and advising callers about the Receivership;

5.     The Receiver started to review documents located at the business premises, where possible and not interfering with the FTC;

6.     The Receiver drafted an asset-freeze letter and caused the Receiver Administrator to contact all of the financial institutions in which the business defendants had accounts in order to freeze those accounts and ultimately to turn over to Receiver the funds in the frozen accounts;

7.     The Receiver met with numerous employees and allowed them to remove various personal belongings, all under the supervision of the Receiver's field agent;

8.     The Receiver requested and obtained reports regarding the then-current outstanding payables and receivables relating to the operations of the businesses;

9.     The Receiver inquired about the status of a certain airplane that was owned by the businesses and obtained various records relating to the plane;

10.    The Receiver began his initial interview with the principals of the businesses and their attorney in order to gain an understanding of the operations.  The Receiver and his professionals also met with the defendants and their attorney regarding the setup, operation and maintenance of the websites as well as revenue streams and how they are generated.

5

57395.1  14489.00002

1        11.    The Receiver also arranged for the Bond required by the TRO to be put

2   in place.

3        The Receiver and his professionals, over the remainder of that week, also

4   worked with the Human Resources Director for the defendant companies, in order to

5   provide a statement to the employees about the prospect for further employment, past-

6   due salaries and accrued benefits.

7        During the initial week, the Receiver and his accountants also worked with the

8   Controller to ensure that invoices would be sent to the Accounts Receivable of the

9   business in order to maximize payments on those accounts.  The Receiver and his

10  accountants also reviewed certain other possible assets of the business Defendants,

11  including but not limited to, a Cessna aircraft, certain lawsuits pending or anticipated

12  against various receivables, possible loans to principals as well as other transfers that

13  may be avoided for the benefit of consumers.  The Receiver, along with his

14  administrator, also spent a significant amount of time identifying and seizing assets

15  located in the Defendants' numerous bank accounts.  Additionally, the Receiver

16  personally met with representatives of an entity known as Ebenex in which the

17  Defendants had made an investment and from which certain accounts receivable were

18  due and owing.

19       During the initial month, the Receiver undertook to familiarize himself with

20  various NACHA regulations that may apply to the clearing house transactions

21  processed through the Defendants' business.  The Receiver spent numerous hours

22  researching applicable NACHA regulations and how they may apply to certain

23  "disputes" with the clearing houses used by the Defendants.

24       During the initial week, the Receiver worked closely with the Customer Service

25  Manager and her department in order to ensure that Complaints that were being

26  lodged were addressed and the consumers received responses to their inquiries.

27       The Receiver and his professionals also met on numerous occasions with the

28  FTC and Defendants as well as their counsel regarding the potential mechanisms by

6

57395.1  14489.00002

1   which the operations of the business defendants could be run profitably and legally

2   without utilizing the websites complained of by the FTC in its Complaint. These

3   meetings involved detailed discussions of the web platforms in use at the time as well

4   as the prospective changes that were to be considered by the Defendants. The

5   discussions also entailed a specific analysis of various portions of the business of the

6   Defendants and whether certain business models may be able to be run profitably and

7   legally. Over the next several weeks, the Receiver and his professionals met on

8   numerous occasions with representatives of the FTC as well as the Defendants and

9   their counsel in order to discuss the Defendants proposed resolutions of certain

10   allegedly offending materials contained on their website as well as to discuss a

11   manner in which there could be a transition to the Defendants' proposed go-forward

12   business model.

13        During the initial week, the Receiver, FTC and Defendants began negotiating

14   an arrangement whereby the business operations of the Defendants could be run under

15   the oversight of the Receiver with the involvement of the principals of the business

16   defendants. The FTC and Defendants also agreed to postpone the then-set hearing on

17   Preliminary Injunction. See Docket Nos. 15, 16. The stipulations, which were

18   approved by this Court, also provide that certain of the Defendants' pre-existing

19   accounts could be "unfrozen" so long as certain funds were transferred to the

20   Receiver's bank account. Such funds were, in fact, transferred to the Receiver and the

21   Defendants were able to utilize their accounts. In this manner, the businesses could

22   enjoy a relatively smooth transition back into operations since many of their

23   customers had the pre-existing bank account information and, additionally, the various

24   accounts were set up to process the Defendants' transactions. The transition back into

25   operations was effective August 13, 2007.

26        The Receiver and his IT consultant, spend most of the next week ensuring that

27   the Defendants were back online and able to function smoothly. Additionally, the

28

7

57395.1   14489.00002

1  Receiver worked with the FTC and Defendants to ensure that none of the allegedly

2  misleading websites were functional or were able to process applications.

3      At the time of the Initial Raid, the Defendants were also planning to move their

4  offices to a location that provided better security and ability to house additional server

5  capacity.  A lease had been entered into and was to be effective September 1, 2007.

6  The Receiver and his professionals evaluated the lease, and potential liability of the

7  ongoing businesses of potentially breaching the lease and, in consultation with the

8  FTC, decided that it was in the best interests of the ongoing operations of the

9  businesses to continue with the move.  The businesses have, in fact, moved into the

10 newly leased space.  Moreover, and in order to facilitate the move to the new offices,

11 the Receiver and his professionals also coordinated with the former landlord to pay

12 rent for August and to allow for a smooth transition out of the former premises.

13      During the transition period where the operations of the businesses were going

14 to continue, the Receiver spoke with representatives of numerous banks regarding

15 their ability to unfreeze the existing accounts and to continue operations.  This process

16 turned out to be fairly complex as it required the Receiver and his professionals to

17 ascertain the amounts in each account that were available for turnover (as opposed to

18 the various banks attempting to hold funds that they argued must be available for

19 future "returns" against their accounts).  The process also involved a certain level of

20 educating the bank officers regarding the status of the litigation between the FTC and

21 the Defendants in order to provide them comfort that the banks were authorized to

22 continue to do business with the Defendants.

23 **IV.   INVOLVMENT WITH ONGOING BUSINESS OPERATIONS**

24      As discussed above, the operations of the businesses have continued and the

25 Receiver has been and is currently assisting the principals where appropriate in

26 reestablishing affiliate and banking relationships.  In relation to the businesses

27 continuing to operate, the Receiver is onsite at the premises on nearly a daily basis and

28 has established a mechanism by which the Receiver must approve all expenditures by

8

1   way of requests from the Controller for payment approval. Moreover, the Receiver

2   has also arranged to receive daily reports showing all receipts so he can evaluate the

3   payment requests that come from the businesses. In the event the Receiver deems one

4   or more of the payment requests to be out of the ordinary, the Receiver will first

5   discuss the issue with representatives of the FTC and obtain prior approval to ensure

6   all parties agree as to any of such expenditures. Additionally, the businesses are

7   providing on a regular basis current limited sets of financial documents to the

8   Receiver's accountants in order to enable them to assist the Receiver carry out his

9   duties.

10        In light of the fact that the businesses continue to operate, the Receiver is

11  intentionally omitting certain proprietary business information and strategy in light of

12  the fact that this Report will become publicly available. In the event the Court

13  requires further information on the specific current operations of the businesses, the

14  Receiver can supplement this Report for *in camera* review.

15  **V.    CURRENT FINANCIAL STATUS OF RECEIVER ACCOUNT**[1]

16  **1.    Deposits**

17        At the initial raid, and pursuant to the terms of the TRO, the Receiver and his

18  professionals seized all assets of the business defendants. Some of these assets

19  included checks payable to the companies on account of accounts receivable as well

20  as certain checks payable to the companies designated by customers to "load" their

21  respective debit cards. The amount received by the Receiver on account of such

22  checks is $207,871.03. Additionally, after serving the TRO on certain banks in which

23  the businesses had accounts, the Receiver demanded that the banks turn over to the

24  Receiver all funds frozen by the TRO. The amount received by the Receiver on

25  account of the turnover from the banks is $2,170,136.94. Lastly, the businesses have

26  deposited into the Receiver's account, funds in the amount of $136,229.00 which

27

28  [1] All figures current as of November 19, 2007 and subject to change thereafter.

9

57395.1  14489.00002

1  represents advance payment of an amount tentatively agreed to by the parties for a full

2  and final resolution.  The account has earned interest in the amount of $7,737.76 and

3  thus, **as of November 19, 2007, total deposits in to the account are $2,521,974.73.**

4        **2.**    **Disbursements**

5        In accordance with the terms of the TRO and/or in accordance with

6  agreements made between the FTC and Defendants, the Receiver has made certain

7  disbursements related to the Receivership.  The disbursements include the following: a

8  total of $2,253.80 for services rendered by the Controller and Customer Service

9  Manager directly for the benefit of the Receiver (before the operations of the

10 businesses restarted, at which time, they are being paid by the companies); Rent for

11 the former premises for August, 2007, in the total amount of $12,130 (pursuant to the

12 terms of the TRO and for actual use during August); and, payment to the business

13 defendants in the amount of $242,066.93 as part of an agreement between the parties

14 to fund the restart of the operations of the businesses.  **Accordingly, the Receivership**

15 **account is holding $2,265,524.00 as of November 19, 2007.**

16 **VI.**    **REQUEST TO PAY ADMINISTRATIVE EXPENSES**

17     **1.**    **Howard I. Camhi (Federal Court Receiver)**

18       As discussed above, and as more fully detailed in the attached time and billing

19 records (Exhibit "A"), the Receiver has expended significant time and effort and has

20 devoted the majority of his daily work routine in matters related to the instant case.

21 Beginning well before the initial raid, the Receiver was involved in this matter and

22 attended numerous meetings with representatives of the FTC regarding the status of

23 the matter.  Additionally, in light of the fact that the Receiver is an attorney, the

24 Receiver is able to deal with various issues as they arise without having to involve his

25 counsel and, in that manner, avoid billing by both the Receiver and attorneys.  The

26 Receiver suggests this scenario is the cause of the attorneys' fee request below being

27 well below the normal request in matters of this nature.  The Receiver's time and

28 billing sheets, however, commence July 27, 2007 (just a few days before the initial

1  raid) and are submitted through and including October 31, 2007. The total interim

2  compensation sought by the Receiver is $147,924.00

3    2.    **Moldo Davidson Fraioli Seror & Sestanovich LLP (Attorneys)**

4        Attached hereto as Exhibit "B" are copies of the time and billing records

5  submitted by Moldo Davidson Fraioli Seror & Sestanovich LLP, attorneys for the

6  Receiver. As detailed therein, the firm has assisted the Receiver in carrying out his

7  duties as well as collecting on receivables, through litigation if necessary. The firm

8  was also present in meetings with the Defendants and their counsel regarding location

9  of assets as well as possible operations of the businesses. The total interim

10 compensation sought by the firm is $21,167.50. Additionally, as detailed on the

11 attached time and billing records, the firm has expended $996.50 in out of pocket

12 costs on behalf of the Receiver. These costs include photocopy, facsimile, attorney

13 service and other charges as detailed therein. The total interim compensation plus

14 reimbursement of expenses sought by the firm, through October 31, 2007, is

15 $22,164.00.

16   3.    **Grobstein, Horwath & Company, LLP. (Accountants)**

17       Attached hereto as Exhibit "C" are true and correct copies of time and billing

18 records submitted by Grobstein, Horwath & Company, LLP, accountants to the

19 Receiver. Initially, the accountants assisted the Receiver in identifying and locating

20 assets of the businesses. The accountants also worked closely with the Controller to

21 ensure that the accounting systems in place would be available to the Receiver.

22 Moreover, the accountants worked with the Controller to make sure invoices were

23 sent to the accounts receivable in order to maximize payments of those accounts.

24       The accountants have been integral in analyzing for the Receiver the financial

25 condition of the companies and whether the businesses could be run profitably and

26 legally. The accountants have also advised the Receiver regarding certain tax

27 ramifications of particular issues that arise in the operations of the businesses. The

28

11

total interim compensation ($51,376.00) plus reimbursement of expenses ($1,008.41) sought by the accountants, through October 31, 2007, is $52,384.41.

### 4. Interco Management/Tony Shokrai (Field Agent)

The Receiver employed Interco Management/Tony Shokrai as his field agent. The field agent was integral in assisting a smooth transition at the initial raid and following.  The field agent arranged for locksmiths to be present at initial raid to change the locks and secure the premises.  The field agent also arranged to have the mail forwarded to the Receiver in accordance with the terms of the TRO.

The Field agent also assisted the Receiver in coordinating employees and their personal belongings at the initial raid as well as commencing an interim inventory of items located at the premises.  Additionally, the field agent devised an interim filing system that allowed certain documents to be sorted and thus more easily evaluated by the Receiver.

Over the course of this matter, the field agent has also been present onsite consistently in order to review mail, complaints and track any checks that have been received as well as being the Receiver's "eyes and ears" when the Receiver is unable to be personally present at the business premises.

To date, the field agent has expended 374 hours at a rate of $125 per hour for a total of $46,750.00 and has paid out of pocket $808.00 for expenses for a total request of $47,558.00

### PROCEDURE FOR PAYMENT FOR PROFESSIONAL SERVICES

The Receiver also prays for this Court to authorize him to pay for the services rendered by professionals on a monthly basis.  The Receiver shall prepare and serve monthly statements reflecting the Receiver's fees and administrative expenses, including fees and costs of accountants and attorneys incurred for each monthly period in the operation and administrative of the Receivership Estate.  Upon service of each statement, the Receiver may disburse from estate funds, if any, the amount of each

12

57395.1  14489.00002

1   statement. Notwithstanding periodic payments of fees expenses, fees and expenses

2   shall be submitted to the Court for its approval and confirmation, in the form of either

3   a properly noticed interim request for fees, stipulation of all parties, or Receiver's

4   Final Account and Report.  The Receiver believes the adoption of this procedure will

5   save expenses by eliminating the need for hearings on interim applications for

6   compensation.

7

8        DATED:  November , 2007

9                         HOWARD I. CAMHI,

                           FEDERAL COURT RECEIVER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

57395.1  14489.00002

**EXHIBIT "A"**



# MOLDO DAVIDSON FRAIOLI SEROR & SESTANOVICH LLP

21ST FLOOR
2029 CENTURY PARK EAST
LOS ANGELES, CA 90067
PHONE:  310-551-3100
FAX:  310-551-0238

|  |  |
|---|---|
| | 14489     00003 |
| HOWARD CAMHI, RECEIVER | **November 19, 2007** |
| 2029 Century Park East, 21st Floor | **Invoice #    29410** |
| Los Angeles, CA  90067 | |

Regarding:  EDP Receivership

*For services and costs through November 30, 2007*

## *For Professional Services Rendered*

| | | | *Hours* | *Amount* |
|---|---|---|---|---|
| 07/27/2007 | HIC | Review various draft pleadings and statements re: court filing | 2.50 | 900.00 |
| 07/30/2007 | HIC | TCs field agent re: status of service and locksmith; Numerous calls with Commission re:service and TRO; Review TRO termsn and requirements | 2.50 | 900.00 |
| 07/31/2007 | HIC | Attention to TRO and service on financial institutions; Conference with Secret Service re: search: Review and draft various asset freeze letters; Review information re: financial accounts | 1.90 | 684.00 |
| 08/01/2007 | HIC | Attend initial entry into business premises; Commence review of various business issues; Interview principals and staff; Meet with Defendants attorney | 9.50 | 3,420.00 |
| 08/02/2007 | HIC | Continue business review; Conf. with Landlord and tenants re: lease issues; Conf. with IT involvement re: imaging; Conf. with accountants re: financial information | 8.00 | 2,880.00 |
| 08/03/2007 | HIC | Continue business review; Meeting with Defendants and counsel re: business strategy and financial information | 8.00 | 2,880.00 |
| 08/04/2007 | HIC | Review various correspondence re: account and financial information; Prepare for and meet with Defendants and counsel re: business information | 3.00 | 1,080.00 |
| 08/06/2007 | HIC | Meeting with Controller regarding billing of account receivable; TC Velia re: Customer Service;  TC FTC re: defendant representation; Continue review business documents | 7.50 | 2,700.00 |
| 08/07/2007 | HIC | Attend meetings with Defendants and counsel re: financial reporting; Attention to invoicing accounts receivable; Continue review business documents; Numerous conferences with Commission regarding employment contact information | 8.50 | 3,060.00 |
| 08/08/2007 | HIC | Attention to complaint removal and logging system with Customer service; Continue review complaints; Work with Defendants regarding internet access for financial reporting; TC various employees re: status | 8.50 | 3,060.00 |
| 08/09/2007 | HIC | Review various proposals from Defendants; Review budgets re: same; Meeting with commission and defendants re: ongoing operations; Attention to bank freezes and reversal of debits; Numerous conferences re: potential office move | 8.50 | 3,060.00 |
| 08/10/2007 | HIC | Meeting with Cleveland regarding possible future operation of business entities; TCs with Commission and Mallow re: business points; Review various stipulations re: continuation of business operations; Continue review financial information | 8.20 | 2,952.00 |

**HOWARD CAMHI, RECEIVER**

Client/Matter No.:    14489  00003

**Invoice # 29410**

Page  2

| | | | | |
|---|---|---|---|---|
| 08/13/2007 | HIC | Review various correspondence re: stipulations; TC Bass re: Ebenix proposal; Meetings with Cleveland and employees re: possible operation of business; Numerous calls with FTC re: same | 8.00 | 2,880.00 |
| 08/14/2007 | HIC | Prep for and attend conference call with counsel and FTC re: operations of the business; Continued presence at business location regarding complaints and operations; Conf. with accountants re: tasks completed | 8.50 | 3,060.00 |
| 08/15/2007 | HIC | Meeting with Cleveland, Controller and accountants regarding go-forward structure; Meeting with IT presence to re-initiate business connections; TC FTC re: possible resolution and status of bank accounts; Review correspondence from Mickelson re: same | 8.50 | 3,060.00 |
| 08/16/2007 | HIC | Meeting with Cleveland regarding status of operations; Numerous conferences re: accounts and transfer of frozen assets; Meeting with employees regarding payment of wages; Deal with Furniture seller re: possible move | 8.50 | 3,060.00 |
| 08/17/2007 | HIC | Meetings with Cleveland and staff re: operations; TC Newman regarding receivable and TRO; Continue review and analysis of frozen funds; Conf. With Cleveland re: load amounts in bank account | 7.50 | 2,700.00 |
| 08/20/2007 | HIC | Conference re: receivables; TC McKown re: same; Conference with Cleveland and employees re: receivables and bank accounts; Presence onsite regarding operations; Review information regarding Ebenex offer for payment | 8.20 | 2,952.00 |
| 08/21/2007 | HIC | Review numerous complaints; TC Klein re: status of FTC matter and ongoing business; Continue presence onsite to conduct business; TC Warner at Monterey bank re: transfer of funds; Conf. Re: possible violation of Graham Leach Bliley action; review various documents and invoices from Lead Flash | 9.10 | 3,276.00 |
| 08/22/2007 | HIC | Continued presence onsite regarding operations; Conference call with E-Commerce Cubed re: continued business operations and turnover of assets; Conf. With accountants re: status of cash requirements report; Review additional consumer complaints | 8.50 | 3,060.00 |
| 08/23/2007 | HIC | TC Vogler at National Bank re: continued operations; Review various documents re: same; Continued presence at location; Conf. With Bass re: notebook computer and proposal | 8.10 | 2,916.00 |
| 08/24/2007 | HIC | Presence onsite re: operations; Continued investigation of receivables and bank transfers; TC McKown re: status; Conference with Greg Pacheco and Christy English of Accountnow regarding future operations; Conf. With Cleveland regarding possible move; TC Vogler re: status of funds in National Bank | 9.00 | 3,240.00 |
| 08/27/2007 | HIC | Presence onsite regarding business plan, expenses to FTC and discussion of move; Review various information from FCC re: complaints; Attention to wire transfer of frozen funds and transfer from Wells Fargo; Conf. With Wilson re: status of receivables and affiliate numbers | 8.30 | 2,988.00 |
| 08/28/2007 | HIC | Presence onsite; Conf. with Cleveland regarding move and other issues; TC Kahn regarding receivables and continued reporting by business; Review correspondence from Wilson re: receivables; Attention to e-commerce-cubed issues; Exchange correspondence with Downs of Secret Service re:status | 7.50 | 2,700.00 |
| 08/29/2007 | HIC | Onsite regarding payables and receivables; Meeting with Cleveland re: same; TC McKown re: status of receiver account; Review various correspondence re: expenses; TC Kahn re: status of EDP reporting | 6.50 | 2,340.00 |

**HOWARD CAMHI, RECEIVER**                                        Invoice # 29410
Client/Matter No.:    14489  00003                                        Page  3

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 08/30/2007 | HIC | Onsite presence regarding receivables; TC McKown re: status of funds; Meeting with Cleveland regarding payables and mechanism to make payments; Conference regarding moving office premises; Conf. regarding Datran receivables | 5.10 | 1,836.00 |
| 08/31/2007 | HIC | Presence onsight regarding moving business; Conf. with Cleveland re: status of receivables and affiliate traffic; Conference regarding Datran receivables; Conference regarding furniture for office move | 6.20 | 2,232.00 |
| 09/04/2007 | HIC | Onsite presence at new location; Conference regarding payables and receivables; Begin review complaint against LST; Conf. with Cleveland regarding payables; Exchange correspondence regarding Principals' draws | 7.00 | 2,520.00 |
| 09/05/2007 | HIC | Presence onsite regarding operational issues; Meeting with Cleveland regarding same; Exchange correspondence regarding ability of business to pay automobile expenses; Meeting regarding LST Financial and lawsuit | 7.50 | 2,700.00 |
| 09/06/2007 | HIC | Presence onsite regarding expenses and necessary payments; Conference re: receivables and status of Datran funds; Meeting with Cleveland regarding possible FTC Settlement | 6.70 | 2,412.00 |
| 09/07/2007 | HIC | Onsite regarding operational issues; Conf. with Controller regarding payroll; Meeting with Cleveland regarding payables and status of litigation; Numerous calls with McKown re: status of receivables | 6.60 | 2,376.00 |
| 09/10/2007 | HIC | Presence onsite re: operational issues; Meeting with Cleveland re: same; Conf. with Kahn re: meeting with Principals; Attention to automatic debits to accounts; Review correspondence from Mallow and Martha re: frozen funds | 7.10 | 2,556.00 |
| 09/11/2007 | HIC | Meeting with Cleveland and Kahn re: payables, receivables and financial condition; TCs McKown and Mallow re: status of financials; Presence onsite regarding operational issues; Conf. with Velia regarding complaints; Conf. re: teledata receivable; Conf. with Cleveland re: Datran receivable | 7.20 | 2,592.00 |
| 09/12/2007 | HIC | Presence onsite re: operational issues; Attention to wire transfer of Datran funds; TC Shokrai re: status; Conf. re: Teledate receivable; Attention to American Express breakdown and personal car expenses | 6.50 | 2,340.00 |
| 09/14/2007 | HIC | Presence onsite re: operational issues and payables; TC Klein re: status; Conf. with Controller re; employment issues; TC Herrera re: status of funds in account and freeze | 6.30 | 2,268.00 |
| 09/17/2007 | HIC | Numerous correspondence re: status and continuance; Draft correspondence to Cleveland re: Monterey Bank; Attention to receivable issues and Teledraft claim; Numerous conferences re: same | 4.90 | 1,764.00 |
| 09/18/2007 | HIC | Presence onsite re: operational issues; Meeting with Cleveland re: same; Conf. with Controller re: financial reports; Numerous correspondence re: Swish receivable; TC Cleveland re: same; Review various correspondence and inquiries from accountants | 6.60 | 2,376.00 |
| 09/19/2007 | HIC | Evaluation of proposed continuance; Review correspondence re: same; Conf. re: Cessna payments; Review responses to inquiries regarding financial statements; TCs numerous creditors regarding complaints; Review numerous documents re: complaints | 4.90 | 1,764.00 |

*16*

 

**HOWARD CAMHI, RECEIVER**                                      **Invoice # 29410**
Client/Matter No.:     14489  00003                                      Page  4

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 09/20/2007 | HIC | Presence onsite re: operational issues; Conf. with Cleveland re: Cessna and tax implications; Review various correspondence with E-Cubed re: payments; Conf. with McKown regarding $10 loads at Monterey Bank; Review correspondence from accountants re: financials | 5.20 | 1,872.00 |
| 09/21/2007 | HIC | Presence onsite re: operational issues; Conf. with Martha re: payroll; Conference with Cleveland re: receivable and E-Cubed payments; Review various correspondence re: payroll | 3.90 | 1,404.00 |
| 09/24/2007 | HIC | Presence onsite regarding operational issues; Conf. with Cleveland regarding statistics on conversion and return rates; Review numerous documents re: same; Conf with HR Director regarding payment of accrued vacation; Review various documents re: payment of legal fees; TC McKown re: status of payments; Review ex parte application re: cross examination | 7.20 | 2,592.00 |
| 09/25/2007 | HIC | Presence onsite re: operational issues; Conf. with Martha re: E-Cubed receivable; Conf. re: Teledraft complaint; TC McKown re: payment of legal fees; Review correspondence re: teledraft; Review updated cash flow information | 5.10 | 1,836.00 |
| 09/26/2007 | HIC | Presence onsite re: operational issues; Review budget regarding Ad Tech; Conf. with Cleveland re: same; Begin review payable list | 3.10 | 1,116.00 |
| 09/27/2007 | HIC | Onsite presence re: operational issues; Conf. with Velia re: complaint list; Review various matters re; payment requests; Review correspondence re: Volt payable; Review information regarding employee vacation claims | 6.40 | 2,304.00 |
| 09/28/2007 | HIC | Presence onsite re: operational issues; Conf. with Cleveland re: same; TC Terry at Volt re: payment; Conf. with Martha re: payables | 4.50 | 1,620.00 |
| 10/01/2007 | HIC | Presence onsite re: operational issues; TC McKown re: status of account and possible sale of automobile; TC Cleveland re: same and specifics of automobile; Conf. with McKown re: balance in Receivership account; Conf. with Martha regarding accounts to be closed | 6.10 | 2,196.00 |
| 10/02/2007 | HIC | Presence onsite re: operational issues; Conf. with Cleveland re: same; Conf. with Martha re: payables; Review various correspondence re: partner draws and timing of payment; Conf. with Martha re: rent payment for offices | 4.70 | 1,692.00 |
| 10/03/2007 | HIC | presence onsite re: operational issues; Conf. with Cleveland re: settlement; TC McKown regarding salaries; Attention to FTC required fiscal year information and reporting; Draft responses to same; Review various correspondence re: E-Cubed breakdown; Conf. with Martha re: Star Billing payment and approval; Review cash flow update and Broadthnk issues | 6.10 | 2,196.00 |
| 10/04/2007 | HIC | Presence onsite re: operational issues; Conf. with Martha re: funds on deposit in receiver account for load funds; Review various documents regarding Teledraft receivable and status of collection efforts | 5.60 | 2,016.00 |
| 10/05/2007 | HIC | Presence onsite re: operational issues; Attention to FTC annual reporting and accounting documents; Conf. with Assistant re: financial information; Evaluate payables and payment requests | 5.40 | 1,944.00 |
| 10/08/2007 | HIC | Conf. regarding Teledraft response; Review same and various documents related to receivable; Conf. with Cleveland regarding Teledraft issues and timing of setoffs for reserve accounts | 4.50 | 1,620.00 |

**HOWARD CAMHI, RECEIVER**

Client/Matter No.:   14489 00003

Invoice # 29410

Page 5

| | | | | |
|---|---|---|---|---|
| 10/09/2007 | HIC | Presence onsite re: operational issues; Conf. with Cleveland re: Teledraft Correspondence and NACHA regs; Conf. with Sandoval re: change to employee hours; Conf. with Kahn re: outstanding payments and status of settlement | 3.70 | 1,332.00 |
| 10/10/2007 | HIC | Onsite presence re: operational issues; Review various bank balances and necessary payments; Review information regarding Flex Marketing Group; Draft correspondence to Martha re: same; Conf. re: G4G Interactive payment | 4.60 | 1,656.00 |
| 10/11/2007 | HIC | Presence onsite re: operational issues; Conf. re: benefits to employees; Conf. with Cleveland re: status and bank issues; Conference with Controller re: payments required | 4.90 | 1,764.00 |
| 10/12/2007 | HIC | Review correspondence re: claims; Numerous calls from consumers re: same | 1.80 | 648.00 |
| 10/15/2007 | HIC | Review various correspondence re: consumer complaints; Numerous conferences re: same and refunds | 1.90 | 684.00 |
| 10/16/2007 | HIC | Presence onsite re: operational issues; Review various financials; Evaluate reserve account and additional funds for settlement; Draft correspondence re: same and reduction in reserve account | 4.90 | 1,764.00 |
| 10/17/2007 | HIC | Presence onsite re: operational issues; Conf. with Cleveland re: same and payables; Conf. with Controller re: bank balances and reserve amounts | 4.30 | 1,548.00 |
| 10/18/2007 | HIC | TC Fesik re: outstanding payment for salary; Presence onsite regarding operational issues; Conf. with Cleveland regarding new loading programs and new potential hires; Conference with Controller regarding original load checks | 4.10 | 1,476.00 |
| 10/19/2007 | HIC | Presence onsite re: operational issues; Conf. with Wilson regarding Teledraft; Review voluminous documents re: same and Teledraft receivable; Conf. re: Teledraft lawsuit | 6.10 | 2,196.00 |
| 10/22/2007 | HIC | Presence onsite re: operational issues; Conf. with Cleveland regarding former website formats; TC Neal regarding JBR Media Ventures; Attention to Receiver report; Attention to furniture issues for new offices; Review correspondence regarding September financials | 6.40 | 2,304.00 |
| 10/23/2007 | HIC | Continue work on report; Exchange correspondence with Hydra Media re: balance outstanding; Numerous calls from consumers regarding claims process; Review various financial information | 5.20 | 1,872.00 |
| 10/24/2007 | HIC | Onsite presence re: operational issues; Conf. with Wilson re: possible interference with business relationships by former employee; Review various documents re: same; Review various information regarding Ebenex debt; Conf. with Controller regarding Method Marketing; Conf regarding D&R Furniture claims | 6.90 | 2,484.00 |
| 10/25/2007 | HIC | Continue work on report; Evaluate financial information; Conf. re: Teledraft response and lawsuit; Exchange correspondence with McKown regarding administrative fees; Review information regarding affiliate marketing rule from FTC; Review Teledraft response; Exchange correspondence with FTC regarding fees and costs of administration | 4.70 | 1,692.00 |
| 10/26/2007 | HIC | Numerous calls with consumers re: claims and claims process; Review various documents re: same; Numerous calls from affiliates re: payment; Review correspondence from Internet Media re: payment; Review various correspondence from consumers; Continue work on report | 6.50 | 2,340.00 |

**HOWARD CAMHI, RECEIVER**

Client/Matter No.:      14489  00003

Invoice # 29410

Page 6

| | | | | |
|---|---|---|---|---|
| 10/29/2007 | HIC | Presence onsite regarding operational issues; Conf. with Martha regarding payables; Review numerous complaint documents; Evaluate various documents regarding Teledraft response | 4.70 | 1,692.00 |
| 10/30/2007 | HIC | TC Jordan at Volt regarding outstanding receivable; Review daily financial updates from controller; Review correspondence from, and TCs with, consumers regarding refunds and claims; Review various requests for approval to pay claim | 4.10 | 1,476.00 |
| 10/31/2007 | HIC | Numerous calls with consumers re: status; Review daily financials; Continue efforts re: Report; Conf. re: teledraft receivable; Evaluate various IRS tas issues regarding previous wages paid | 2.90 | 1,044.00 |

|  |  |  |
|---|---|---|
| **Total professional services rendered:** | 410.90 | **$147,924.00** |

| | |
|---|---|
| **Total Current Charges** | **$147,924.00** |

## *Matter Account Summary:*

| | | |
|---|---|---|
| Total professional services | | $147,924.00 |
| **Net total of this invoice** | | **$147,924.00** |
| | | |
| Less:  Payments received since last invoice | $0.00 | |
| **Net Balance forward** | | **$0.00** |

### *Please pay this amount*                    *$147,924.00*

| *Timekeeper* | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| CAMHI, HOWARD I. | 410.90 | 360.00 | $147,924.00 |

**Payment due upon 15 days of receipt of this invoice**

15

**EXHIBIT "B"**



# MOLDO DAVIDSON FRAIOLI SEROR & SESTANOVICH LLP

21ST FLOOR
2029 CENTURY PARK EAST
LOS ANGELES, CA 90067
PHONE: 310-551-3100
FAX: 310-551-0238

| | |
|---|---|
| HOWARD CAMHI, RECEIVER | 14489    00002 |
| 2029 Century Park East, 21st Floor | **November 19, 2007** |
| Los Angeles, CA  90067 | **Invoice #   29409** |

Regarding:  Edebitpay, Etc.

*For services and costs through November 30, 2007*

## For Professional Services Rendered

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 07/31/2007 | RKS | Tel. conf. w/ Bank of America re set up of new Receiver and banking relationship (x3) | 0.40 | 70.00 |
| 07/31/2007 | RKS | Tel. conf. w/ EPIQ Systems re set up of new Receiver on software | 0.20 | 35.00 |
| 07/31/2007 | RKS | Draft corresp. to financial institution re freeze bank accounts | 0.20 | 35.00 |
| 07/31/2007 | RKS | Conf. w/ Receiver re punchlist | 0.20 | 35.00 |
| 07/31/2007 | RKS | Review TRO | 0.20 | 35.00 |
| 07/31/2007 | RKS | Conf. w/ Receiver re freeze of bank accounts, possible Cesna and pending matters | 0.20 | 35.00 |
| 08/01/2007 | PAD | Meet with Receiver and aid in taking over Edebitpay business; deal with employees vacating premises; meet with Receiver and principals of business; meet with Katz attorney for defendants regarding issues, possible settlement, operations of web sites and business; meet with FTC attorneys regarding business records and review business records. | 9.50 | 4,180.00 |
| 08/01/2007 | RKS | Tel. conf. w/ attorney for Receiver re registration numbers of 2 Cessna planes | 0.20 | 35.00 |
| 08/01/2007 | RKS | Research FAA website re confirmation of registration and ownership of 2 Cessna planes | 0.40 | 70.00 |
| 08/01/2007 | RKS | Tel. conf. w/ National Bank of California re freeze account | 0.20 | 35.00 |
| 08/01/2007 | RKS | Prepare corresp. to National Bank of California re freeze account | 0.20 | 35.00 |
| 08/01/2007 | RKS | Tel. conf. w/ attorney for Receiver re opening bank accounts | 0.10 | 17.50 |
| 08/01/2007 | RKS | Prepare memo to Receiver re status of freeze of bank accounts and plane and other pending matters | 0.30 | 52.50 |
| 08/01/2007 | RKS | Tel. msg. to FAA in Oklahoma | 0.20 | 35.00 |
| 08/01/2007 | RKS | Tel. msg. to FAA in Washington, DC | 0.20 | 35.00 |
| 08/01/2007 | RKS | Tel. conf. w/ FAA in Los Angeles re seizure of assets and grounding plane | 0.40 | 70.00 |
| 08/01/2007 | RKS | Tel. conf. w/ FTC re fax information re various accounts | 0.10 | 17.50 |
| 08/01/2007 | RKS | Review e-mail from FTC re contact information and faxes | 0.10 | 17.50 |
| 08/01/2007 | RKS | Tel. conf. w/ Wells Fargo Bank re freeze bank account | 0.20 | 35.00 |
| 08/01/2007 | RKS | Prepare corresp./fax to Wells Fargo re freeze account | 0.20 | 35.00 |
| 08/01/2007 | RKS | Research FAA website re additional contact information | 0.20 | 35.00 |
| 08/01/2007 | RKS | Tel. conf. w/ First Premier Bank re freeze accounts and confirmation of location | 0.20 | 35.00 |
| 08/01/2007 | RKS | Prepare corresp. to First Premier Bank to freeze accounts | 0.20 | 35.00 |
| 08/02/2007 | RKS | Conf. w/ BofA re bank account set up and signatory authority | 0.20 | 35.00 |

20

**HOWARD CAMHI, RECEIVER**                                    Invoice # 29409

Client/Matter No.:    14489  00002                                    Page 2

| | | | | |
|---|---|---|---|---|
| 08/02/2007 | RKS | Conf. w/ Receiver re case status | 0.20 | 35.00 |
| 08/02/2007 | RKS | Tel. conf. w/ Receiver re TIN | 0.10 | 17.50 |
| 08/02/2007 | RKS | Research re value of Cessna | 0.10 | 17.50 |
| 08/03/2007 | PAD | Phone call Receiver regarding status and issues on business operations. | 0.30 | 132.00 |
| 08/03/2007 | PAD | Meet with Receiver and defendants and defendants counsel regarding operations and settlement issues. | 4.30 | 1,892.00 |
| 08/03/2007 | PAD | Review FTC complaint | 0.30 | 132.00 |
| 08/03/2007 | PAD | Review points and authorities for TRO and Receiver. | 0.60 | 264.00 |
| 08/03/2007 | PAD | Review declarations in support of TRO and Receiver | 1.30 | 572.00 |
| 08/03/2007 | PAD | Draft Receiver's oath | 0.20 | 88.00 |
| 08/03/2007 | PAD | Draft notice of appointment of Federal Court Receiver. | 0.20 | 88.00 |
| 08/03/2007 | RKS | Prepare deposits | 2.00 | 350.00 |
| 08/03/2007 | RKS | Open new account and prepare W-9 certification | 0.10 | 17.50 |
| 08/06/2007 | PAD | Have Receiver's Oath and Notice of Appointment filed and served. | 0.10 | 44.00 |
| 08/06/2007 | PAD | Phone call Receiver regarding issues with frozen funds; loan to Wilson by EDP; operating the business. | 0.30 | 132.00 |
| 08/06/2007 | RKS | Conf. w/ Receiver re turnover of bank accounts | 0.10 | 17.50 |
| 08/06/2007 | RKS | Prepare deposits | 0.60 | 105.00 |
| 08/06/2007 | RKS | Prepare corresp. to Well Fargo Exception Payments re freeze accounts and turnover | 0.20 | 35.00 |
| 08/06/2007 | RKS | Prepare corresp. to First Premier Bank re turnover and confirmation of freeze | 0.20 | 35.00 |
| 08/06/2007 | RKS | Prepare corresp. to National Bank of California re turnover and confirmation of freeze | 0.20 | 35.00 |
| 08/06/2007 | RKS | Research re companies holding assets of defendants | 0.40 | 70.00 |
| 08/06/2007 | RKS | Research re status of operation of defendant websites | 0.30 | 52.50 |
| 08/07/2007 | PAD | Phone call Receiver regarding meeting with defendant and issue of operating part of business and defendant's attorney's fees. | 0.20 | 88.00 |
| 08/07/2007 | PAD | Phone call Receiver regarding meeting of officers and Loeb's demand for access to records and computer files. | 0.10 | 44.00 |
| 08/07/2007 | PAD | Review EDP documents regarding loan to Wilson and lawsuit against Teledraft. | 0.30 | 132.00 |
| 08/07/2007 | PAD | Phone call Kahn regarding Receiver's accountant regarding meeting on receiver's report. | 0.10 | 44.00 |
| 08/07/2007 | PAD | Phone call Receiver regarding meeting with attorney's from Loeb and giving internet access to records. | 0.30 | 132.00 |
| 08/08/2007 | PAD | Meet with Receiver regarding lease for new offices, access to records; Receiver's initial report. | 0.40 | 176.00 |
| 08/08/2007 | PAD | Phone call Receiver regarding Pier 1 server issues and shutting down so server can be imaged. | 0.20 | 88.00 |
| 08/08/2007 | PAD | Phone call Receiver and Kahn regarding accounting work needed and Receiver's report. | 0.30 | 132.00 |
| 08/08/2007 | PAD | Write Eskanos regarding status of Edebitpay v Teledraft litigation. | 0.30 | 132.00 |
| 08/08/2007 | RKS | Prepare deposits | 0.40 | 70.00 |
| 08/08/2007 | RKS | Review memo from Receiver re First Premier bank accounts | 0.10 | 17.50 |
| 08/09/2007 | PAD | Meet with FTC, Receiver, defendant and his counsel regarding starting up business, web page disclosures and related matters. | 4.10 | 1,804.00 |
| 08/09/2007 | PAD | Conference Receiver regarding operating business issues and ordered furniture and bank problems. | 0.40 | 176.00 |

**HOWARD CAMHI, RECEIVER**

Client/Matter No.:   14489  00002

**Invoice # 29409**

Page 3

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 08/09/2007 | PAD | Phone call Adam Fatiti regarding consulting check bounced and what to do. | 0.20 | 88.00 |
| 08/09/2007 | PAD | Phone call Keith Gower - attorney for First Prarie Bank regarding TRO and account freeze issues. | 0.30 | 132.00 |
| 08/09/2007 | PAD | Phone call Jason - B& R office worker regarding delivery of office furniture and payment issues. | 0.20 | 88.00 |
| 08/09/2007 | PAD | Phone call Jason regarding  B&R on furniture order. | 0.10 | 44.00 |
| 08/09/2007 | PAD | Phone call Receiver regarding operating business. | 0.30 | 132.00 |
| 08/09/2007 | RKS | Conf. w/ Receiver re wire transfer of funds at National Bank of California | 0.10 | 17.50 |
| 08/09/2007 | RKS | Tel. conf. w/ National Bank of California re funds on hand and turnover | 0.20 | 35.00 |
| 08/09/2007 | RKS | Review corresp. from FAA re TRO and grounding of aircraft | 0.10 | 17.50 |
| 08/09/2007 | RKS | Conf. w/ Receiver and attorney re bank balance, charge back and corresp. from FAA | 0.10 | 17.50 |
| 08/09/2007 | RKS | Prepare memo to attorney for Receiver re wire transfer instructions | 0.10 | 17.50 |
| 08/09/2007 | RKS | Tel. conf. w/ BofA re wire transfer instructions and confirmation of account set up | 0.10 | 17.50 |
| 08/10/2007 | PAD | Phone call Receiver, FTC and defendant's counsel regarding operating the business under receiver's control. | 0.50 | 220.00 |
| 08/10/2007 | PAD | Phone call FTC and Receiver regarding operating business. | 0.40 | 176.00 |
| 08/10/2007 | PAD | Review and revise stipulation for receiver's operation of the business. | 0.20 | 88.00 |
| 08/10/2007 | RKS | Prepare deposit | 0.20 | 35.00 |
| 08/13/2007 | RKS | Review and respond to e-mail from First Premier Bank re turnover and issue re website | 0.10 | 17.50 |
| 08/13/2007 | RKS | Conf. w/ Receiver re turnover of funds from First Premier and issue re website | 0.10 | 17.50 |
| 08/13/2007 | RKS | Confirm deposit postings | 0.10 | 17.50 |
| 08/13/2007 | RKS | Prepare account transfer | 0.10 | 17.50 |
| 08/13/2007 | RKS | Prepare e-mail to First Premier Bank re wire transfer instructions | 0.10 | 17.50 |
| 08/14/2007 | PAD | Phone call Camhi regarding status of business and budget issues. | 0.20 | 88.00 |
| 08/14/2007 | PAD | Conference Receiver regarding company litigation and how to proceed and operation of business and issues on A/R and salaries. | 0.40 | 176.00 |
| 08/14/2007 | PAD | Phone call FTC attorney's regarding company A/R collections and use in ongoing business. | 0.30 | 132.00 |
| 08/14/2007 | PAD | Conference with Receiver regarding A/R collections and use in business and call with FTC and setting up procedures for business operations. | 0.20 | 88.00 |
| 08/14/2007 | PAD | Conference with Receiver regarding money in Nation Bank of California and problems with turnover and getting them to release non-chargeback accounts. | 0.20 | 88.00 |
| 08/14/2007 | RKS | Prepare deposit | 0.20 | 35.00 |
| 08/14/2007 | RKS | Review e-mail from First Premier Bank re turnover balance on account | 0.10 | 17.50 |
| 08/14/2007 | RKS | Conf. w/ Receiver re payment of rent | 0.10 | 17.50 |
| 08/14/2007 | RKS | Tel. conf. w/ BofA re account reconciliation | 0.10 | 17.50 |
| 08/14/2007 | RKS | Tel. conf. w/ BofA re check stock | 0.10 | 17.50 |
| 08/14/2007 | RKS | Tel. conf. w/ National Bank of California re bank account funds and turnover | 0.10 | 17.50 |

**HOWARD CAMHI, RECEIVER**

Invoice # 29409

Client/Matter No.:   14489 00002

Page 4

| | | | | |
|---|---|---|---|---|
| 08/14/2007 | RKS | Prepare e-mail to J. Vogler at National Bank re wire transfer instructions | 0.10 | 17.50 |
| 08/14/2007 | RKS | Prepare memo to Receiver re accounts and balance at time of freeze at National Bank | 0.10 | 17.50 |
| 08/14/2007 | RKS | Prepare corresp. to Monterey Co. Bank re freeze accounts | 0.20 | 35.00 |
| 08/14/2007 | RKS | Prepare corresp. to Wells Fargo re turnover of funds | 0.20 | 35.00 |
| 08/15/2007 | PAD | Conference with Receiver regarding chargebacks on bank accounts; tax returns issues; operations issues. | 0.30 | 132.00 |
| 08/15/2007 | RKS | Prepare e-mail to National Bank of California re confirmation of wire transfer | 0.10 | 17.50 |
| 08/15/2007 | RKS | Tel. conf. w/ Receiver re case status | 0.10 | 17.50 |
| 08/15/2007 | RKS | Prepare memo to Receiver re receipts to date | 0.10 | 17.50 |
| 08/15/2007 | RKS | Prepare memo to Receiver re funds received and bank account turnover information | 0.10 | 17.50 |
| 08/15/2007 | RKS | Tel. conf. w/ Wells Fargo re account freeze | 0.10 | 17.50 |
| 08/15/2007 | RKS | Confirm deposit posting | 0.10 | 17.50 |
| 08/15/2007 | RKS | Prepare account transfer | 0.10 | 17.50 |
| 08/16/2007 | PAD | Letter to Sheridan requesting information on lawsuit against Lekander. | 0.30 | 132.00 |
| 08/16/2007 | RKS | Review and respond to e-mail from National Bank re non-turnover | 0.10 | 17.50 |
| 08/16/2007 | RKS | Prepare memo to Receiver re issue re TRO and turnover of funds from National Bank | 0.10 | 17.50 |
| 08/16/2007 | RKS | Conf. w/ Receiver re turnover of funds | 0.10 | 17.50 |
| 08/16/2007 | RKS | Tel. conf. w/ Wells Fargo Bank re turnover | 0.10 | 17.50 |
| 08/16/2007 | RKS | Prepare corresp. to Wells Fargo Bank re turnover | 0.20 | 35.00 |
| 08/16/2007 | RKS | Review and respond to e-mail from National Bank re confirmation that funds will be wire transferred | 0.10 | 17.50 |
| 08/16/2007 | RKS | Prepare memo to Receiver re transfer of funds | 0.10 | 17.50 |
| 08/16/2007 | RKS | Tel. conf. w/ Wells Fargo re confirmation of balance in accounts and turnover via cashier's check | 0.10 | 17.50 |
| 08/16/2007 | RKS | Prepare memo to Receiver re balances on hand and turnover | 0.10 | 17.50 |
| 08/17/2007 | RKS | Confirm deposit postings | 0.10 | 17.50 |
| 08/17/2007 | RKS | Prepare account transfer | 0.10 | 17.50 |
| 08/17/2007 | RKS | Tel. conf. w/ BofA re confirmation of incoming wire transfers | 0.10 | 17.50 |
| 08/17/2007 | RKS | Conf. w/ Receiver re case status | 0.10 | 17.50 |
| 08/17/2007 | RKS | Review and reconcile account | 0.10 | 17.50 |
| 08/17/2007 | RKS | Prepare deposit | 0.20 | 35.00 |
| 08/17/2007 | RKS | Review corresp. from attorney for Trustee re settlement proposal | 0.10 | 17.50 |
| 08/20/2007 | PAD | Letter to Callahan demanding funds owed by Datran be turned over to Receiver. | 0.30 | 132.00 |
| 08/20/2007 | PAD | Letter to Cashonlineamerica as to why Receiver can not pay invoice at this time. | 0.20 | 88.00 |
| 08/20/2007 | RKS | Conf. w/ Receiver re turnover of funds from Wells Fargo | 0.10 | 17.50 |
| 08/20/2007 | RKS | Tel. conf. w/ Receiver re status of turnover from Monterey Bank | 0.10 | 17.50 |
| 08/21/2007 | PAD | Revise letter to creditor regarding old invoices. | 0.10 | 44.00 |
| 08/21/2007 | PAD | Conference with Receiver regarding funds not turned over by National Bank of California and payables prior to receivership. | 0.20 | 88.00 |
| 08/21/2007 | RKS | Confirm deposit postings | 0.10 | 17.50 |
| 08/21/2007 | RKS | Prepare account transfers | 0.10 | 17.50 |

**HOWARD CAMHI, RECEIVER**

Client/Matter No.:   14489 00002

| | | | | |
|---|---|---|---|---|
| 08/21/2007 | RKS | Review and reconcile account | 0.30 | 52.50 |
| 08/21/2007 | RKS | Prepare account transfers re distribution | 0.10 | 17.50 |
| 08/21/2007 | RKS | Prepare disbursement to Desert Vew, LLC re rent | 0.20 | 35.00 |
| 08/21/2007 | RKS | Prepare disbursement to V. Murillo | 0.20 | 35.00 |
| 08/21/2007 | RKS | Prepare disbursement to M. Ortega-Leon | 0.20 | 35.00 |
| 08/21/2007 | RKS | Prepare correps. to Monterey Co. Bank re turnover and wire instructions | 0.20 | 35.00 |
| 08/21/2007 | RKS | Review and respond to e-mail from Monterey Co. Bank re turnover of funds and balance on hand | 0.10 | 17.50 |
| 08/21/2007 | RKS | Conf. w/ Receiver re pending matters | 0.10 | 17.50 |
| 08/22/2007 | RKS | Prepare e-mail to Monterey Co. Bank re confirmation of funds to be held and funds to be wire transferred | 0.10 | 17.50 |
| 08/22/2007 | RKS | Conf. w/ Receiver re case status | 0.10 | 17.50 |
| 08/22/2007 | RKS | Review and respond to e-mail from Monterey Co. Bank re confirmation of wire transfer and secondary transfer tomorrow | 0.10 | 17.50 |
| 08/22/2007 | RKS | Review and reconcile accounts | 0.50 | 87.50 |
| 08/22/2007 | RKS | Prepare account transfers | 0.10 | 17.50 |
| 08/23/2007 | RKS | Confirm incoming wire transfer | 0.10 | 17.50 |
| 08/23/2007 | RKS | Prepare account transfer | 0.10 | 17.50 |
| 08/23/2007 | RKS | Tel. conf. w/ Wells Fargo Bank re confirmation of turnover | 0.10 | 17.50 |
| 08/23/2007 | RKS | Conf. w/ Receiver re pending matters | 0.10 | 17.50 |
| 08/24/2007 | PAD | Conference with Receiver regarding handling of funds at National Bank, demand for release and how long Bank can hold funds. | 0.20 | 88.00 |
| 08/24/2007 | RKS | Conf. w/ Receiver re turnover of additional funds from National Bank | 0.10 | 17.50 |
| 08/27/2007 | PAD | Review FCC citation and complaint from consumer. | 0.30 | 132.00 |
| 08/27/2007 | RKS | Confirm posting of incoming wire from Monterey Co. Bank - 2nd account | 0.10 | 17.50 |
| 08/27/2007 | RKS | Prepare account transfer | 0.10 | 17.50 |
| 08/27/2007 | RKS | Prepare deposit | 0.20 | 35.00 |
| 08/27/2007 | RKS | Conf. w/ Receiver re case status | 0.10 | 17.50 |
| 08/27/2007 | RKS | Tel. conf. w/ BofA re incoming wire transfer | 0.10 | 17.50 |
| 08/27/2007 | RKS | Prepare memo to Receiver re incoming wire transfers | 0.10 | 17.50 |
| 08/28/2007 | PAD | Conference with Receiver regarding FCC Complaint against Edebitpay. | 0.10 | 44.00 |
| 08/28/2007 | RKS | Confirm posting of incoming wire transfer | 0.10 | 17.50 |
| 08/28/2007 | RKS | Prepare account transfer | 0.10 | 17.50 |
| 08/28/2007 | RKS | Prepare memo to Receiver re account investment | 0.10 | 17.50 |
| 08/28/2007 | RKS | Tel. conf. w/ BofA re account reconciliation | 0.10 | 17.50 |
| 08/29/2007 | PAD | Conference with Receiver regarding outstanding A/R and dealing with Paul on getting approval on paying A/P's. | 0.10 | 44.00 |
| 08/29/2007 | PAD | Phone call Sheridan regarding Edebitpay lawsuit and status. | 0.20 | 88.00 |
| 08/29/2007 | RKS | Confirm deposit posting | 0.10 | 17.50 |
| 08/29/2007 | RKS | Prepare account transfer | 0.10 | 17.50 |
| 08/29/2007 | RKS | Tel. conf. w/ BofA re incoming wire instructions | 0.10 | 17.50 |
| 08/29/2007 | RKS | Conf. w/ Receiver re case status | 0.10 | 17.50 |
| 08/30/2007 | PAD | Phone call Callahan regarding Datran funds and Edebitpay and its paying and doing future business. | 0.20 | 88.00 |

**HOWARD CAMHI, RECEIVER**

Client/Matter No.:   14489 00002

| | | | | |
|---|---|---|---|---|
| 08/30/2007 | PAD | Letter to Callahan regarding paying Datran obligation to Receiver and OK to restart work to Edebitpay. | 0.30 | 132.00 |
| 08/30/2007 | RKS | Review memo from Monterey Co. Bank re funds on hold | 0.10 | 17.50 |
| 08/31/2007 | PAD | Revise letter to Datran Media to restart service to Edebitpay. | 0.10 | 44.00 |
| 08/31/2007 | RKS | Tel. conf. w/ BofA re incoming wire notification | 0.10 | 17.50 |
| 08/31/2007 | RKS | Review and reconcile accounts | 0.30 | 52.50 |
| 08/31/2007 | RKS | Prepare memo to Receiver and attorney re incoming wire transfers | 0.10 | 17.50 |
| 08/31/2007 | RKS | Conf. w/ Receiver re additional funds | 0.10 | 17.50 |
| 09/04/2007 | PAD | Review Complaint and Answer in Edebitpay v. Lekander | 0.30 | 132.00 |
| 09/04/2007 | RKS | Review and reconcile accounts | 0.10 | 17.50 |
| 09/04/2007 | RKS | Prepare account transfer | 0.10 | 17.50 |
| 09/05/2007 | PAD | Write to Sheridan regarding his going forward with LST lawsuit. | 0.20 | 88.00 |
| 09/05/2007 | RKS | Conf. w/ Receiver re additional wire | 0.10 | 17.50 |
| 09/06/2007 | PAD | Conference with Receiver regarding old legal bills of company for ongoing litigation and how to treat. | 0.10 | 44.00 |
| 09/06/2007 | PAD | Review letter from Callahan regarding Datran turning over $242,066.00 to the Receiver. | 0.20 | 88.00 |
| 09/06/2007 | RKS | Review and respond to memo from Receiver re status of incoming wire | 0.10 | 17.50 |
| 09/06/2007 | RKS | Review and reconcile accounts | 0.10 | 17.50 |
| 09/07/2007 | PAD | Conference with Receiver regarding Edebitpay settlement talks and payment from Datran. | 0.20 | 88.00 |
| 09/07/2007 | RKS | Conf. w/ Receiver re case status | 0.10 | 17.50 |
| 09/07/2007 | RKS | Prepare memo to Receiver re confirmation of incoming wire amount | 0.10 | 17.50 |
| 09/10/2007 | RKS | Prepare account transfer | 0.10 | 17.50 |
| 09/10/2007 | RKS | Review and reconcile account | 0.20 | 35.00 |
| 09/11/2007 | RKS | Review and respond to memo from Receiver re wire transfer authorization | 0.10 | 17.50 |
| 09/11/2007 | RKS | Prepare wire transfer authorization letter | 0.20 | 35.00 |
| 09/11/2007 | RKS | Conf. w/ Receiver re case status | 0.10 | 17.50 |
| 09/11/2007 | RKS | Prepare summary of receipts and disbursements and forward to Receiver | 0.10 | 17.50 |
| 09/11/2007 | RKS | Prepare account transfer | 0.10 | 17.50 |
| 09/12/2007 | KDL | Conference with P. Davidson to discuss facts of claim against Edebit. | 0.20 | 70.00 |
| 09/12/2007 | RKS | Review and reconcile accounts | 0.20 | 35.00 |
| 09/12/2007 | RKS | Review stop payment advice and reverse transaction | 0.10 | 17.50 |
| 09/12/2007 | RKS | Prepare account transfer | 0.10 | 17.50 |
| 09/13/2007 | KDL | Conference with P. Davidson re facts of case and instructions for further handling. | 0.20 | 70.00 |
| 09/13/2007 | RKS | Tel. conf. w/ BofA re outgoing wire confirmation | 0.10 | 17.50 |
| 09/13/2007 | RKS | Review and reconcile accounts | 0.30 | 52.50 |
| 09/14/2007 | RKS | Prepare memo to BofA re confirmatio of outgoing wire transfer | 0.10 | 17.50 |
| 09/17/2007 | RKS | Review and reconcile accounts | 0.20 | 35.00 |
| 09/17/2007 | RKS | Review confirmation of out-going wire transfer | 0.10 | 17.50 |

**HOWARD CAMHI, RECEIVER**

Client/Matter No.:    14489 00002

**Invoice # 29409**

Page 7

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| 09/25/2007 | KDL | Research law as to whether choice of law/jurisdiction/venue clause in Merchant Agreement with Teledraft is enforceable and requires action against Teledraft to be brought in Maricopa County in Arizona. | 1.00 | 350.00 |
| 09/25/2007 | KDL | Review file materials (complaint, TRO, applicable agreement and emails) and analyze same. Conference with Receiver re course of action. | 1.00 | 350.00 |
| 09/25/2007 | KDL | Draft demand letter to Teledraft re payment of sums owed EDebit. | 1.00 | 350.00 |
| 09/25/2007 | RKS | Conf. w/ Receiver re case status | 0.10 | 17.50 |
| 09/27/2007 | PAD | Conference with Receiver regarding 6 month report and pending litigation. | 0.20 | 88.00 |
| 09/28/2007 | KDL | Conference with Receiver re demand letter to Teledraft and finalize same for mailing. | 0.50 | 175.00 |
| 10/01/2007 | RKS | Review and respond to memo from Receiver re balance report | 0.10 | 17.50 |
| 10/05/2007 | RKS | Prepare FTC Survey and forward same | 0.40 | 70.00 |
| 10/05/2007 | RKS | Conf. w/ Receiver re case status | 0.10 | 17.50 |
| 10/08/2007 | KDL | Receive and review response from Teledraft to demand letter of 9/27 and attached documentation. | 0.50 | 175.00 |
| 10/08/2007 | KDL | Conference with Receiver re Teledraft's response to demand letter and forward same to him. | 0.30 | 105.00 |
| 10/09/2007 | PAD | Phone call D & R office furniture and its claim. | 0.20 | 88.00 |
| 10/11/2007 | KDL | Draft correspondence responding to statements made by Teledraft's counsel in their letter of 10/4/07 in response to Receiver's demand letter. | 1.00 | 350.00 |
| 10/15/2007 | KDL | Conference with Receiver re revisions to correspondence to Teledraft's counsel and finalize same. | 0.30 | 105.00 |
| 10/15/2007 | PAD | Phone call McKown at FTC regarding tax payment for Edebit pay. | 0.10 | 44.00 |
| 10/16/2007 | RKS | Prepare deposit | 0.20 | 35.00 |
| 10/17/2007 | RKS | Conf. w/ field agent re case status | 0.10 | 17.50 |
| 10/18/2007 | RKS | Conf. w/ Receiver re customer loads | 0.10 | 17.50 |
| 10/18/2007 | RKS | Review ledger re customer loads and prepare list re same | 0.50 | 87.50 |
| 10/18/2007 | RKS | Confirm deposit posting | 0.10 | 17.50 |
| 10/18/2007 | RKS | Prepare account transfer | 0.10 | 17.50 |
| 10/26/2007 | KDL | Telephone conference with Teledraft's counsel re issues in case and draft memo to Receiver re same. | 0.40 | 140.00 |
| 10/29/2007 | KDL | Meeting with Receiver to discuss requests for information from Teledraft's counsel and claims in complaint and related issues. | 0.30 | 105.00 |
| 10/29/2007 | KDL | Receive and review additional documents provided by Edebitpay. | 0.20 | 70.00 |
| 10/29/2007 | PAD | Letter to Continental Currency regarding bounced Edebitpay checks | 0.30 | 132.00 |
| 11/07/2007 | DKM | Legal Research via Westlaw for cases related to Teledraft. | 0.60 | 105.00 |
| 11/08/2007 | DKM | Meeting with partner re draft complaint in Edebitpay vs. LST Financial, Inc.. | 0.20 | 35.00 |
| 11/08/2007 | DKM | Review and analysis of case re preparation meeting with attorneys re draft complaint in Edebitpay vs. LST Financial, Inc.. | 0.70 | 122.50 |

**Total professional services rendered:**          65.60          $21,167.50

For Costs Advanced                                                                                 ***Amount***

16

**HOWARD CAMHI, RECEIVER**
Client/Matter No.:   14489  00002

Invoice # 29409
Page 8

| | | | |
|---|---|---|---|
| 08/15/2007 | Vendor FEDERAL EXPRESS; Invoice # 2-197-87877; Federal Express 8/2/07 to Priscilla Simpson | | 12.26 |
| 08/16/2007 | Vendor BOND SERVICES OF CALIFORNIA, LLC; Invoice # 394486; Miscellaneous Bond Service / Civil- Receiver FTC v. EDEBITPAY | | 100.00 |
| 08/27/2007 | Vendor FEDERAL EXPRESS; Invoice # 2-21076865; Federal Express 8/10/07 to Trish M. / MDFS | | 11.63 |
| 08/28/2007 | Vendor IN-HOUSE ATTORNEY SERVICE, INC.; Invoice # 082107; Attorney Service 8/6/07 | | 47.50 |
| 08/28/2007 | Vendor IN-HOUSE ATTORNEY SERVICE, INC.; Invoice # 082107; Attorney Service 8/14/07 | | 42.50 |
| 08/30/2007 | Vendor PETER A. DAVIDSON; Invoice # 8/29/07; Mileage 8/1/07 To E-debit Pay Office | | 16.97 |
| 08/30/2007 | Vendor PETER A. DAVIDSON; Invoice # 8/29/07; Mileage 8/3/07 to E-debit Pay Office | | 16.97 |
| 08/30/2007 | Vendor PETER A. DAVIDSON; Invoice # 8/29/07; Mileage 8/9/07 meet w/ FTC in Westwood. | | 4.85 |
| 08/30/2007 | Vendor PETER A. DAVIDSON; Invoice # 8/29/07; Parking 8/9/07 Meet w/ FTC in Westwood | | 20.00 |
| 08/30/2007 | Vendor HOWARD CAMHI; Invoice # 083007; Parking 8/8/07 Meeting to commission | | 20.00 |
| 10/11/2007 | Vendor OVERNITE EXPRESS; Invoice # 881439; Delivery Service 9/28/07 to Al Slaten, Teledraft Inc | | 17.46 |
| 10/16/2007 | Vendor PACER SERVICE CENTER; Invoice # re0318; Online Research | | 0.64 |
| 10/16/2007 | Vendor PACER SERVICE CENTER; Invoice # re0562; Online Research | | 0.16 |
| 11/06/2007 | Vendor WEST GROUP PAYMENT CENTER- online; Invoice # 814587264; Online Research | | 45.08 |
| 11/06/2007 | Vendor WEST GROUP PAYMENT CENTER- online; Invoice # 814587264; Online Research | | 44.36 |
| 11/30/2007 | Copy/Scan Expense | 993 | 148.95 |
| 11/30/2007 | Fax Expense | | 424.00 |
| 11/30/2007 | Postage Expense | | 22.06 |
| 11/30/2007 | Long Distance Telephone Expense | | 1.11 |

| | |
|---|---|
| **Total costs advanced:** | **$996.50** |
| **Total Current Charges** | **$22,164.00** |

## Matter Account Summary:

| | |
|---|---|
| Total professional services | $21,167.50 |
| Total expenses advanced | $996.50 |
| **Net total of this invoice** | **$22,164.00** |

| | | |
|---|---|---|
| Previous Balance | | $128,409.54 |
| Less:  Payments received since last invoice | $0.00 | |

 

**HOWARD CAMHI, RECEIVER**
Client/Matter No.:    14489  00002

**Invoice # 29409**
Page 9

| | | |
|---|---|---:|
| Adjustments applied since last invoice | ($128,409.54) | |
| Net Balance forward | | $0.00 |

### *Please pay this amount*                          *$22,164.00*

| Timekeeper | Hours | Rate | Amount |
|---|---:|---:|---:|
| LEWIS, KIM D. | 6.90 | 350.00 | $2,415.00 |
| MOORE, Dennis K. | 1.50 | 175.00 | $262.50 |
| DAVIDSON, PETER A. | 32.00 | 440.00 | $14,080.00 |
| SUZUKI, Randall K. | 25.20 | 175.00 | $4,410.00 |

**Payment due upon 15 days of receipt of this invoice**

**EXHIBIT "C"**



**Grobstein, Horwath & Company LLP**
Certified Public Accountants
Member Horwath International

15233 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-2201
818.501.5200 Main
818.907.9632 Fax
www.horwathcal.com

November 20, 2007

Howard Camhi, Esq.
Receiver – FTC vs. Edebitpay, LLC et al
Moldo, Davidson, Fraioli, Seror & Sestanovich, LLP
2029 Century Park East, 21st Floor
Los Angeles, Ca   90067

**Re: Federal Trade Commission vs. Edebitpay, LLC - Receivership**

Dear Howard

Attached, please find the detailed billings covering the periods from July 25, 2007 through October 31, 2007.

The amount due is **$51,376.00** in fees and **$1,008.41** in costs for a total amount due of **$52,384.41.**

The services provided covered a wide range of projects, including but not limited to:

1. On August 1, 2007, GHC assisted receiver in participating in the raid to take control of the books and records as well as the computer files

2. GHC advised the receiver as to the amounts and locations of the bank accounts to have accounts frozen so that the company's personnel could no longer withdraw money.

3. GHC met with Martha Ortega-Leone, controller, to discuss different sources of revenue generated by the company and her knowledge of accounting procedures.

4. Arranged with Martha to have accounts receivable invoices to be generated and mailed to customers

5. Worked with FTC to arrange for document sharing

6. Inventoried records received from FTC

7. Began reviewing bank records (very preliminary)

{00254499.DOC / 2}

29

 



**Grobstein, Horwath & Company LLP**
Certified Public Accountants
Member Horwath International

15233 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-2201
818.501.5200 Main
818.907.9632 Fax
www.horwathcal.com

8.  Obtained current bank balances

9.  Participated in meetings with Debtor principals

**Functions performed by IT Department:**

1.  Review and Inventory Workstations, network equipment and servers

2.  Monitor imaging of systems and discuss options when machines would not function correctly during duplication process

3.  Forensically image CD's per attorney requests

4.  Securely configure an external laptop (GHC equipment) to connect to the internet, bypassing client network completely.

5.  Monitor Edebitpay staff while work was being performed on backing and reporting systems

Thank you for the opportunity to assist you.

Yours truly,

Alan Kahn, CPA
doc 254499

cc: Peter Davidson, Esq.

{00254499.DOC / 2}

34

FTC/Edebitpay, LLC
Howard Camhi, Receiver

Summary of Fees and Costs Incurred by Grobstein, Horwath & Co., LLP

From July 25, 2007 through October 31, 2007

| Billing Period | Hours | Fees | Costs | Total Fees Plus Costs |
|---|---|---|---|---|
| July 25, 2007 through August 31, 2007 | 164.5 | 42,694.00 | 9.60 | 42,703.60 |
| September 1, 2007 through September 30, 2007 | 21.6 | 6,887.50 | 998.81 | 7,886.31 |
| October 1, 2007 through October 31, 2007 | 5.4 | 1,794.50 | - | 1,794.50 |
| Total Requested: | 191.5 | 51,376.00 | 1,008.41 | 52,384.41 |

31



**Howard I. Camhi, Receiver for EDEBITPAY**

### Grobstein, Horwath & Company LLP

### Time Summary

### For the period 07/25/2007 through 08/31/2007

### By Category of Work Performed

| Category of Work | | Time | Charges |
|---|---|---|---|
| Accounting Services | | 139.50 | 33,436.00 |
| General Systems Analysis | | 3.70 | 888.00 |
| Litigation Consulting | | 16.90 | 6,219.00 |
| Litigation Services | | 4.20 | 2,079.00 |
| Tax Issues | | 0.20 | 72.00 |
| | Total Professional Fees | 164.50 | 42,694.00 |
| | | | |
| Out-of-Pocket Expenses | | | |
| Mileage | | | 9.60 |
| | Total Out-of-Pocket Expenses | | 9.60 |
| | **Total Professional Fees & Costs** | | 42,703.60 |




**Howard I. Camhi, Receiver for EDEBITPAY**

### Grobstein, Horwath & Company LLP

### Time Summary

### For the period 07/25/2007 through 08/31/2007

### Professional Fees and Time by Employee

| Name | Time | Rate | Charges |
|------|------|------|---------|
| Barton, Barbara | 0.20 | 160.00 | 32.00 |
| Gottlieb, David | 5.20 | 495.00 | 2,574.00 |
| Kahn, Alan | 40.30 | 360.00 | 14,508.00 |
| Milner, Keenen | 3.70 | 240.00 | 888.00 |
| Paniaqua, Boris | 46.70 | 130.00 | 6,071.00 |
| Roberts, David | 16.20 | 360.00 | 5,832.00 |
| Senio, Pat | 52.20 | 245.00 | 12,789.00 |
| | 164.50 | | 42,694.00 |



**Howard I. Camhi, Receiver for EDEBITPAY**

**Grobstein, Horwath & Company LLP**
**Time Summary**
**For the period 07/25/2007 through 08/31/2007**

**Accounting Services**

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Senio, Pat | 07/27/2007 | 1.60 | 245.00 | 392.00 |
| Prepare badges for 8/1/07 project | | | | |
| Kahn, Alan | 07/31/2007 | 1.40 | 360.00 | 504.00 |
| Review pleadings and other documents in anticipation of raid | | | | |
| Kahn, Alan | 07/31/2007 | 0.40 | 360.00 | 144.00 |
| Discuss issues with D Roberts | | | | |
| Senio, Pat | 07/31/2007 | 3.90 | 245.00 | 955.50 |
| Prepare for trip tomorrow | | | | |
| Kahn, Alan | 08/01/2007 | 7.80 | 360.00 | 2,808.00 |
| Work out at EBITPAY with receiver and others, including working with FTC and Secret Service on securing books and records | | | | |
| Paniaqua, Boris | 08/01/2007 | 5.80 | 130.00 | 754.00 |
| Assisting FTC receiver with TRO and posession and control of assets and documents | | | | |
| Senio, Pat | 08/01/2007 | 10.00 | 245.00 | 2,450.00 |
| Prepared for raid, participated in raid, reviewed data at facility, interviewed controller with A Kahn and D Roberts, counted petty cash, turned over keys and security modules to on line banks to Receiver, turned over addtional banks found to DA. | | | | |
| Kahn, Alan | 08/02/2007 | 0.40 | 360.00 | 144.00 |
| Follow up with Senio on work done and status | | | | |
| Kahn, Alan | 08/02/2007 | 0.10 | 360.00 | 36.00 |
| Attempt to contact Camhi re: scheduling | | | | |
| Paniaqua, Boris | 08/02/2007 | 0.90 | 130.00 | 117.00 |
| Burn images from debtor's office in CD's | | | | |
| Senio, Pat | 08/02/2007 | 2.40 | 245.00 | 588.00 |
| Review of copied records, index and file | | | | |
| Kahn, Alan | 08/03/2007 | 0.30 | 360.00 | 108.00 |
| Talk to Senio to discuss going out to Debtor's offices | | | | |
| Kahn, Alan | 08/03/2007 | 4.60 | 360.00 | 1,656.00 |
| Go out to Debtor offices for meetings with debtor representatives and to look over financial statements | | | | |
| Senio, Pat | 08/03/2007 | 5.40 | 245.00 | 1,323.00 |
| Travel to office of edebitbuy and start review of computer records | | | | |
| Kahn, Alan | 08/04/2007 | 0.40 | 360.00 | 144.00 |
| Conference with Martha Ortega Leone to arrange for her to go out to meet Pat at offices on Monday | | | | |

Howard I. Camhi, Receiver for EDEBITPAY

## Grobstein, Horwath & Company LLP
## Time Summary
### For the period 07/25/2007 through 08/31/2007

### Accounting Services

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Paniaqua, Boris | 08/04/2007 | 5.30 | 130.00 | 689.00 |
| Overlook edebit pay officers produce personal documents | | | | |
| Kahn, Alan | 08/06/2007 | 0.40 | 360.00 | 144.00 |
| Conference with Senio to discuss status of work out at offices | | | | |
| Kahn, Alan | 08/06/2007 | 0.20 | 360.00 | 72.00 |
| Attempt to contact receiver via e-mail and phone to discuss issues | | | | |
| Kahn, Alan | 08/06/2007 | 0.20 | 360.00 | 72.00 |
| Conference with Martha regarding billing | | | | |
| Kahn, Alan | 08/06/2007 | 0.30 | 360.00 | 108.00 |
| Meet with Paniagua to discuss events from Saturday | | | | |
| Senio, Pat | 08/06/2007 | 9.40 | 245.00 | 2,303.00 |
| Review books and records, work with Controller re billing | | | | |
| Kahn, Alan | 08/07/2007 | 0.50 | 360.00 | 180.00 |
| Meet with Senio to discuss plans for review of documents | | | | |
| Kahn, Alan | 08/07/2007 | 0.30 | 360.00 | 108.00 |
| Conference with receiver to discuss receivables billings | | | | |
| Kahn, Alan | 08/07/2007 | 0.30 | 360.00 | 108.00 |
| Conference with receiver to discuss status of FTC document production and coordination of phone conference | | | | |
| Kahn, Alan | 08/07/2007 | 0.20 | 360.00 | 72.00 |
| Conference with P Davidson to arrange for conference on 8/8 | | | | |
| Kahn, Alan | 08/07/2007 | 0.30 | 360.00 | 108.00 |
| Follow up meeting with Senio to discuss events later in day regarding Martha | | | | |
| Kahn, Alan | 08/07/2007 | 0.30 | 360.00 | 108.00 |
| Various additional late e-mail review and responses | | | | |
| Paniaqua, Boris | 08/07/2007 | 2.10 | 130.00 | 273.00 |
| Drove to EdebitPay offices and secured records - babysitting of records | | | | |
| Senio, Pat | 08/07/2007 | 4.90 | 245.00 | 1,200.50 |
| Continue review documents and review current a/r | | | | |
| Senio, Pat | 08/07/2007 | 0.30 | 245.00 | 73.50 |
| Travel back to office | | | | |
| Kahn, Alan | 08/08/2007 | 0.40 | 360.00 | 144.00 |
| Review and respond to various e-mails from receiver | | | | |



Howard I. Camhi, Receiver for EDEBITPAY

**Grobstein, Horwath & Company LLP**
**Time Summary**
**For the period 07/25/2007 through 08/31/2007**

**Accounting Services**

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Kahn, Alan | 08/08/2007 | 4.10 | 360.00 | 1,476.00 |
| Go out to Edebitpay offices to go through boxes; meet with receiver; phone conference with counsel and work with Martha | | | | |
| Senio, Pat | 08/08/2007 | 2.90 | 245.00 | 710.50 |
| Review current A/R, review books and records returned by FTC, Prepare preliminary A/P list | | | | |
| Kahn, Alan | 08/09/2007 | 0.40 | 360.00 | 144.00 |
| Various e-mails with counsel | | | | |
| Kahn, Alan | 08/09/2007 | 4.40 | 360.00 | 1,584.00 |
| Out to offices to go through financials and boxes and to analyze profitability of various aspects of company | | | | |
| Paniaqua, Boris | 08/09/2007 | 8.00 | 130.00 | 1.040.00 |
| Inventory records | | | | |
| Senio, Pat | 08/09/2007 | 1.90 | 245.00 | 465.50 |
| Continue review documents returned by FTC, review documents meeting with A Kahn re same | | | | |
| Kahn, Alan | 08/10/2007 | 0.60 | 360.00 | 216.00 |
| Review bank cut off statements for January and have sent to receiver and counsel | | | | |
| Kahn, Alan | 08/10/2007 | 0.50 | 360.00 | 180.00 |
| Summarization of financial statements and have sent to receiver and counsel | | | | |
| Paniaqua, Boris | 08/10/2007 | 8.00 | 130.00 | 1,040.00 |
| Inventory of documents copied by FTC | | | | |
| Senio, Pat | 08/10/2007 | 4.10 | 245.00 | 1,004.50 |
| Travel to office, review and mail invoices, review banking information in QB | | | | |
| Kahn, Alan | 08/13/2007 | 0.40 | 360.00 | 144.00 |
| Meet with Keenen Milner regarding additional tasks | | | | |
| Kahn, Alan | 08/13/2007 | 0.30 | 360.00 | 108.00 |
| Review Milner's schedule of tasks done in working with receiver | | | | |
| Kahn, Alan | 08/13/2007 | 0.30 | 360.00 | 108.00 |
| Conference with Paniagua to discuss handling of inventory issues | | | | |
| Kahn, Alan | 08/13/2007 | 0.10 | 360.00 | 36.00 |
| Follow up call to Camhi to discuss status | | | | |
| Paniaqua, Boris | 08/13/2007 | 7.10 | 130.00 | 923.00 |
| Inventory of records from FTC and create binders | | | | |

 

Howard I. Camhi, Receiver for EDEBITPAY

### Grobstein, Horwath & Company LLP
### Time Summary
### For the period 07/25/2007 through 08/31/2007

#### Accounting Services

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Kahn, Alan | 08/14/2007 | 1.30 | 360.00 | 468.00 |
| Preparation of schedule reflecting tasks performed and going through notes to prepare | | | | |
| Kahn, Alan | 08/14/2007 | 0.40 | 360.00 | 144.00 |
| Conference with Camhi and K Milner to discuss continuing operations of business entitiy | | | | |
| Paniaqua, Boris | 08/14/2007 | 9.10 | 130.00 | 1,183.00 |
| Inventory of records taken and returned by FTC | | | | |
| Kahn, Alan | 08/15/2007 | 0.40 | 360.00 | 144.00 |
| Review inventory listing to give to receiver | | | | |
| Kahn, Alan | 08/15/2007 | 0.40 | 360.00 | 144.00 |
| Prepare for meeting at Edeibtpay offices | | | | |
| Kahn, Alan | 08/15/2007 | 3.10 | 360.00 | 1,116.00 |
| Meet at Edebitpay offices with receiver and Paul Cleveland to discuss resuming business | | | | |
| Paniaqua, Boris | 08/15/2007 | 0.40 | 130.00 | 52.00 |
| Finish inventory of records taken and returned by FTC | | | | |
| Kahn, Alan | 08/16/2007 | 0.30 | 360.00 | 108.00 |
| Review various e-mails concerning backing up system | | | | |
| Kahn, Alan | 08/20/2007 | 0.30 | 360.00 | 108.00 |
| Conference with Martha to discuss banking issues | | | | |
| Kahn, Alan | 08/22/2007 | 0.40 | 360.00 | 144.00 |
| Various e-mails to and from Martha regarding status of payables and taxes | | | | |
| Kahn, Alan | 08/22/2007 | 0.40 | 360.00 | 144.00 |
| Discuss case status with D Gottlieb | | | | |
| Kahn, Alan | 08/23/2007 | 0.60 | 360.00 | 216.00 |
| Review cash account information sent by controller | | | | |
| Roberts, David | 08/24/2007 | 0.30 | 360.00 | 108.00 |
| Reviewed, organized and filed case documents. | | | | |
| Kahn, Alan | 08/28/2007 | 0.40 | 360.00 | 144.00 |
| Conference call with Camhi to discuss status of case | | | | |
| Kahn, Alan | 08/28/2007 | 0.50 | 360.00 | 180.00 |
| Meet with Senio to discuss current case status | | | | |
| Barton, Barbara | 08/29/2007 | 0.20 | 160.00 | 32.00 |
| Sort documents and insert into pertinent binders. | | | | |

Howard I. Camhi, Receiver for EDEBITPAY

**Grobstein, Horwath & Company LLP**
**Time Summary**
**For the period 07/25/2007 through 08/31/2007**

**Accounting Services**

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Kahn, Alan | 08/29/2007 | 0.30 | 360.00 | 108.00 |
| Conference with Camhi to discuss various issues regarding approval of payments | | | | |
| Kahn, Alan | 08/29/2007 | 0.40 | 360.00 | 144.00 |
| Look over schedule prepared by Martha | | | | |
| Senio, Pat | 08/29/2007 | 1.20 | 245.00 | 294.00 |
| Meeting with A Kahn, review data received from M. Leon | | | | |
| Kahn, Alan | 08/30/2007 | 0.70 | 360.00 | 252.00 |
| Meet with Senio to discuss setting up schedules for reporting receipts and disbursements | | | | |
| Kahn, Alan | 08/30/2007 | 0.30 | 360.00 | 108.00 |
| Review and respond to e-mails from receiver regarding approval of invoices | | | | |
| Senio, Pat | 08/30/2007 | 1.70 | 245.00 | 416.50 |
| Review data received to date from M Leon | | | | |
| Senio, Pat | 08/30/2007 | 1.90 | 245.00 | 465.50 |
| Prepare summary schedule re payment approval | | | | |
| Senio, Pat | 08/30/2007 | 0.60 | 245.00 | 147.00 |
| Meeting with A Kahn re our responsibility and how we will proceed | | | | |
| Total Accounting Services | | 139.50 | | 33,436.00 |



Howard I. Camhi, Receiver for EDEBITPAY

**Grobstein, Horwath & Company LLP**
**Time Summary**
**For the period 07/25/2007 through 08/31/2007**

**General Systems Analysis**

| Name | Date | Time | Rate | Charges |
|---|---|---|---|---|
| Milner, Keenen | 08/15/2007 | 3.70 | 240.00 | 888.00 |
| FTC case - reconnect internet.  Reset all user passwords.  Test system with edebitpay's internet IT staff to verify it works. | | | | |
| Total General Systems Analysis | | 3.70 | | 888.00 |



Howard I. Camhi, Receiver for EDEBITPAY

**Grobstein, Horwath & Company LLP**
**Time Summary**
**For the period 07/25/2007 through 08/31/2007**

**Litigation Consulting**

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Gottlieb, David | 07/25/2007 | 1.00 | 495.00 | 495.00 |
| (Howard Camhi Receiver) telephone with J. Camhi and read draft TRO | | | | |
| Roberts, David | 07/30/2007 | 0.80 | 360.00 | 288.00 |
| Continued review of TRO. | | | | |
| Roberts, David | 07/30/2007 | 0.30 | 360.00 | 108.00 |
| Reviewed plans re: possession of and inventory of records including discussion with P. Senio re: box supplies, camera, labels and name tags. | | | | |
| Roberts, David | 07/30/2007 | 0.10 | 360.00 | 36.00 |
| Emailed D. Gottlieb re: case information. | | | | |
| Roberts, David | 07/31/2007 | 2.50 | 360.00 | 900.00 |
| Continued review of TRO and summarized for associates assisting with takeover and possession of records. | | | | |
| Roberts, David | 07/31/2007 | 0.50 | 360.00 | 180.00 |
| Various discussions with P. Senio to confirm preparation for assisting FTC and Receiver with possession and control of documents. | | | | |
| Roberts, David | 07/31/2007 | 0.10 | 360.00 | 36.00 |
| Discussed assisting FTC and Receiver possession and control of documents with D. Gottlieb. | | | | |
| Roberts, David | 07/31/2007 | 0.40 | 360.00 | 144.00 |
| Discussed assisting FTC and Receiver possession and control of documents with A. Kahn. | | | | |
| Roberts, David | 07/31/2007 | 0.20 | 360.00 | 72.00 |
| Confirmed assisting receiver with possession and control of documents and electronic data with K. Milner. | | | | |
| Roberts, David | 07/31/2007 | 1.50 | 360.00 | 540.00 |
| Continued preparation for assisting Receiver tomorrow with possession and control of documents at EDebitpay premises, including summary of TRO. | | | | |
| Roberts, David | 08/01/2007 | 1.70 | 360.00 | 612.00 |
| Continued preparation for assisting Howard I. Camhi with service of TRO re: EDebitpay et al. | | | | |
| Roberts, David | 08/01/2007 | 1.40 | 360.00 | 504.00 |
| Met with GHC personnel, Receiver, FTC representatives and others in preparation for serving TRO and taking possession and control. | | | | |
| Roberts, David | 08/01/2007 | 0.80 | 360.00 | 288.00 |
| Video taped premises of 5301 Laurel Canyon Blvd., Suites 132 and 214 including review of premises. | | | | |

Howard I. Camhi, Receiver for EDEBITPAY

**Grobstein, Horwath & Company LLP**
**Time Summary**
**For the period 07/25/2007 through 08/31/2007**

**Litigation Consulting**

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Roberts, David | 08/01/2007 | 1.30 | 360.00 | 468.00 |
| Interviewed Martha Ortega-Leon, Controller re: business of EDebitpay, assets and bank accounts. | | | | |
| Roberts, David | 08/01/2007 | 0.80 | 360.00 | 288.00 |
| Various discussions with Receiver and FTC personnel. | | | | |
| Roberts, David | 08/01/2007 | 1.10 | 360.00 | 396.00 |
| Reviewed financial documents including audited 2006 financial statements. | | | | |
| Roberts, David | 08/01/2007 | 0.50 | 360.00 | 180.00 |
| Reviewed EDebitpay employee responsibilities. | | | | |
| Roberts, David | 08/01/2007 | 0.50 | 360.00 | 180.00 |
| Continued review of financial and business documents on premises. | | | | |
| Roberts, David | 08/01/2007 | 0.50 | 360.00 | 180.00 |
| Various discussions with A. Kahn, P. Senio, B. Paniagua and D. Gottlieb. | | | | |
| Roberts, David | 08/01/2007 | 0.30 | 360.00 | 108.00 |
| Discussed plane and bank account information with Receiver. | | | | |
| Roberts, David | 08/01/2007 | 0.30 | 360.00 | 108.00 |
| Inspected and video taped Suite 116. | | | | |
| Roberts, David | 08/03/2007 | 0.30 | 360.00 | 108.00 |
| Followed up with P. Senio and A. Kahn re: work for receiver. | | | | |
| Total Litigation Consulting | | 16.90 | | 6,219.00 |



**Howard I. Camhi, Receiver for EDEBITPAY**

**Grobstein, Horwath & Company LLP**
**Time Summary**
**For the period 07/25/2007 through 08/31/2007**

**Litigation Services**

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Gottlieb, David | 08/01/2007 | 4.00 | 495.00 | 1,980.00 |
| (Camhi Receivership) Prepare and attend meeting | | | | |
| Gottlieb, David | 08/03/2007 | 0.20 | 495.00 | 99.00 |
| (Camhi Receivership) Read and execute engagement letter | | | | |
| Total Litigation Services | | 4.20 | | 2,079.00 |

 

**Howard I. Camhi, Receiver for EDEBITPAY**

**Grobstein, Horwath & Company LLP**
**Time Summary**
**For the period 07/25/2007 through 08/31/2007**

**Tax Issues**

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Kahn, Alan | 08/22/2007 | 0.20 | 360.00 | 72.00 |
| Follow up with Martha on tax returns | | | | |
| Total Tax Issues | | 0.20 | | 72.00 |



**Howard I. Camhi, Receiver for EDEBITPAY**

**Grobstein, Horwath & Company LLP**
**Time Summary**
**For the period 07/25/2007 through 08/31/2007**

**Mileage**

| Name | Date | Charges |
|------|------|---------|
| Expense | 08/07/2007 | 2 40 |
| Travel back to office | | |
| Expense | 08/08/2007 | 2 40 |
| Travel to office | | |
| Expense | 08/10/2007 | 4.80 |
| Travel to office and back to our office | | |
| Total Mileage | | 9.60 |

 

**Howard I. Camhi, Receiver for EDEBITPAY**

**Grobstein, Horwath & Company LLP**

**Time Summary**

**For the period 09/01/2007 through 09/30/2007**

**By Category of Work Performed**

| Category of Work | | Time | Charges |
|---|---|---|---|
| Accounting Services | | 20.60 | 6,599.50 |
| Fee/Employment App | | 0.40 | 144.00 |
| General Systems Analysis | | 0.60 | 144.00 |
| | Total Professional Fees | 21.60 | 6,887.50 |
| **Out-of-Pocket Expenses** | | | |
| Miscellaneous Expenses | | | 998.81 |
| | Total Out-of-Pocket Expenses | | 998.81 |
| | **Total Professional Fees & Costs** | | 7,886.31 |

45

**Howard I. Camhi, Receiver for EDEBITPAY**

**Grobstein, Horwath & Company LLP**
**Time Summary**
**For the period 09/01/2007 through 09/30/2007**
**Fees and Time by Month**

| Month | | Time | Charges |
|---|---|---|---|
| September 2007 | | 21.60 | 6,887.50 |
| | Totals: | 21.60 | 6,887.50 |



**Howard I. Camhi, Receiver for EDEBITPAY**

**Grobstein, Horwath & Company LLP**

**Time Summary**

**For the period 09/01/2007 through 09/30/2007**

**Professional Fees and Time by Employee**

| Name | Time | Rate | Charges |
|------|------|------|---------|
| Kahn, Alan | 13.90 | 360.00 | 5,004.00 |
| Milner, Keenen | 0.60 | 240.00 | 144.00 |
| Senio, Pat | 7.10 | 245.00 | 1,739.50 |
| | 21.60 | | 6,887.50 |



Howard I. Camhi, Receiver for EDEBITPAY

### Grobstein, Horwath & Company LLP
### Time Summary
### For the period 09/01/2007 through 09/30/2007

### Accounting Services

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Kahn, Alan | 09/04/2007 | 0.40 | 360.00 | 144.00 |
| Review list of payments to be made and cash flow needs | | | | |
| Kahn, Alan | 09/05/2007 | 1.30 | 360.00 | 468.00 |
| Review extensive spreadsheets prepared by Edebitpay personnel detailing receipts and expenses required to fund operations | | | | |
| Kahn, Alan | 09/05/2007 | 0.40 | 360.00 | 144.00 |
| Conference call with receiver regarding schedules | | | | |
| Kahn, Alan | 09/10/2007 | 1.10 | 360.00 | 396.00 |
| Review cash flow schedules and receivables/payables reports | | | | |
| Kahn, Alan | 09/10/2007 | 0.50 | 360.00 | 180.00 |
| Various e-mail exchanges with receiver | | | | |
| Kahn, Alan | 09/11/2007 | 0.70 | 360.00 | 252.00 |
| Review reports in preparation for meeting | | | | |
| Kahn, Alan | 09/11/2007 | 0.90 | 360.00 | 324.00 |
| Meeting with Howard Camhi prior to meeting with Paul Cleveland to discuss financial information | | | | |
| Kahn, Alan | 09/11/2007 | 1.20 | 360.00 | 432.00 |
| Meet with Camhi and Cleveland to discuss profits/losses | | | | |
| Kahn, Alan | 09/11/2007 | 0.40 | 360.00 | 144.00 |
| Discuss accounting information with Martha | | | | |
| Kahn, Alan | 09/14/2007 | 0.10 | 360.00 | 36.00 |
| Contact Martha for status on income statement | | | | |
| Kahn, Alan | 09/14/2007 | 0.10 | 360.00 | 36.00 |
| Review phone message from Martha re: financials | | | | |
| Kahn, Alan | 09/17/2007 | 0.10 | 360.00 | 36.00 |
| Conference with Martha regarding status of profit and loss | | | | |
| Kahn, Alan | 09/17/2007 | 0.60 | 360.00 | 216.00 |
| Look over financial statement binder for August | | | | |
| Senio, Pat | 09/17/2007 | 0.90 | 245.00 | 220.50 |
| Picked up income statement from client.  Discussed status of balance sheet, and missing data | | | | |
| Senio, Pat | 09/17/2007 | 1.70 | 245.00 | 416.50 |
| Analysis of Income Statement for Aug 2007 | | | | |



**Howard I. Camhi, Receiver for EDEBITPAY**

**Grobstein, Horwath & Company LLP**
**Time Summary**
**For the period 09/01/2007 through 09/30/2007**
**Accounting Services**

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Kahn, Alan | 09/18/2007 | 1.20 | 360.00 | 432.00 |
| Prepare memo outlining significant variances in financial statements | | | | |
| Senio, Pat | 09/18/2007 | 1.60 | 245.00 | 392.00 |
| Schedule out Profit & Loss Statement and analyze same | | | | |
| Kahn, Alan | 09/19/2007 | 0.40 | 360.00 | 144.00 |
| Review e-mails between receiver and Edebitpay staff | | | | |
| Kahn, Alan | 09/19/2007 | 0.30 | 360.00 | 108.00 |
| Conference with Senio to discuss cash flow report | | | | |
| Senio, Pat | 09/19/2007 | 1.80 | 245.00 | 441.00 |
| Review cash flow | | | | |
| Kahn, Alan | 09/20/2007 | 0.80 | 360.00 | 288.00 |
| Review replies to financial statement review | | | | |
| Kahn, Alan | 09/20/2007 | 0.40 | 360.00 | 144.00 |
| review subsequent e-mails from Martha regarding financial transactions | | | | |
| Senio, Pat | 09/20/2007 | 0.40 | 245.00 | 98.00 |
| Review response from Martha and discuss same with A Kahn | | | | |
| Kahn, Alan | 09/21/2007 | 0.30 | 360.00 | 108.00 |
| Review and respond to various e-mails on financials | | | | |
| Kahn, Alan | 09/21/2007 | 1.20 | 360.00 | 432.00 |
| Review and analysis of updated profit and loss statement and | | | | |
| Kahn, Alan | 09/21/2007 | 0.30 | 360.00 | 108.00 |
| Prepare and send analysis and e-mail to receiver | | | | |
| Senio, Pat | 09/21/2007 | 0.70 | 245.00 | 171.50 |
| Meeting with M Leon and pick up revised income statement | | | | |
| Kahn, Alan | 09/24/2007 | 0.40 | 360.00 | 144.00 |
| Review correspondence regarding check approval | | | | |
| Kahn, Alan | 09/26/2007 | 0.40 | 360.00 | 144.00 |
| Review various e-mails from Martha with check requests and payables | | | | |
| Total Accounting Services | | 20.60 | | 6,599.50 |

Howard I. Camhi, Receiver for EDEBITPAY

**Grobstein, Horwath & Company LLP**
**Time Summary**
**For the period 09/01/2007 through 09/30/2007**

**Fee/Employment App**

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Kahn, Alan | 09/04/2007 | 0.40 | 360.00 | 144.00 |
| Work on letter along with August invoice to receiver | | | | |
| Total Fee/Employment App | | 0.40 | | 144.00 |

 

**Howard I. Camhi, Receiver for EDEBITPAY**

**Grobstein, Horwath & Company LLP**
**Time Summary**
**For the period 09/01/2007 through 09/30/2007**

**General Systems Analysis**

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Milner, Keenen | 09/04/2007 | 0.60 | 240.00 | 144.00 |
| coordinate handling of hard drive images | | | | |
| Total General Systems Analysis | | 0.60 | | 144.00 |

 

Howard I. Camhi, Receiver for EDEBITPAY

**Grobstein, Horwath & Company LLP**
**Time Summary**
**For the period 09/01/2007 through 09/30/2007**

**Miscellaneous Expenses**

| Name | Date | Charges |
|------|------|---------|
| Expense | 09/03/2007 | 936.23 |
| Hard drives and supplies for imaging computers | | |
| Expense | 09/10/2007 | 62.58 |
| Cell Phone Usage, minutes only | | |
| Total Miscellaneous Expenses | | 998.81 |



**Howard I. Camhi, Receiver for EDEBITPAY**

**Grobstein, Horwath & Company LLP**

**Time Summary**

**For the period 10/01/2007 through 10/31/2007**

**By Category of Work Performed**

| Category of Work | | Time | Charges |
|---|---|---|---|
| Accounting Services | | 5.20 | 1,722.50 |
| Fee/Employment App | | 0.20 | 72.00 |
| | Total Professional Fees | 5.40 | 1,794.50 |
| | **Total Professional Fees & Costs** | | 1,794.50 |

$5^{'}3$




**Howard L Camhi, Receiver for EDEBITPAY**

**Grobstein, Horwath & Company LLP**
**Time Summary**
**For the period 10/01/2007 through 10/31/2007**
**Fees and Time by Month**

| Month | | Time | Charges |
|---|---|---|---|
| October 2007 | | 5.40 | 1,794.50 |
| | Totals: | 5.40 | 1,794.50 |

**Howard I. Camhi, Receiver for EDEBITPAY**



### Grobstein, Horwath & Company LLP

### Time Summary

### For the period 10/01/2007 through 10/31/2007

### Professional Fees and Time by Employee

| Name | Time | Rate | Charges |
|------|------|------|---------|
| Kahn, Alan | 4.10 | 360.00 | 1,476.00 |
| Senio, Pat | 1.30 | 245.00 | 318.50 |
| | 5.40 | | 1,794.50 |

Howard I. Camhi, Receiver for EDEBITPAY

### Grobstein, Horwath & Company LLP
### Time Summary
### For the period 10/01/2007 through 10/31/2007

#### Accounting Services

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Kahn, Alan | 10/01/2007 | 0.30 | 360.00 | 108.00 |
| Review correspondence regarding invoices to be paid | | | | |
| Kahn, Alan | 10/02/2007 | 0.40 | 360.00 | 144.00 |
| Review various e-mails between receiver and Martha | | | | |
| Kahn, Alan | 10/03/2007 | 0.30 | 360.00 | 108.00 |
| Review various e-mails between Martha and Camhi | | | | |
| Senio, Pat | 10/04/2007 | 1.30 | 245.00 | 318.50 |
| Review and file email notices | | | | |
| Kahn, Alan | 10/09/2007 | 0.30 | 360.00 | 108.00 |
| Check on status of case with receiver | | | | |
| Kahn, Alan | 10/09/2007 | 0.20 | 360.00 | 72.00 |
| Review and respond to various e-mails on status | | | | |
| Kahn, Alan | 10/10/2007 | 0.20 | 360.00 | 72.00 |
| Conference with receiver to discuss status | | | | |
| Kahn, Alan | 10/10/2007 | 0.40 | 360.00 | 144.00 |
| Review cash flow reports | | | | |
| Kahn, Alan | 10/11/2007 | 0.30 | 360.00 | 108.00 |
| review and respond to various e-mails | | | | |
| Kahn, Alan | 10/12/2007 | 0.40 | 360.00 | 144.00 |
| Review various e-mails from debtor regarding cash needs | | | | |
| Kahn, Alan | 10/16/2007 | 0.10 | 360.00 | 36.00 |
| review various e-mails regarding cash flow reports | | | | |
| Kahn, Alan | 10/22/2007 | 0.20 | 360.00 | 72.00 |
| Review cash flow reports and follow up on status of financials for September | | | | |
| Kahn, Alan | 10/29/2007 | 0.20 | 360.00 | 72.00 |
| Review various e-mails from receiver and controller | | | | |
| Kahn, Alan | 10/30/2007 | 0.40 | 360.00 | 144.00 |
| Review various cash flow e-mails between Martha and receiver | | | | |
| Kahn, Alan | 10/31/2007 | 0.20 | 360.00 | 72.00 |
| Review various e-mails regarding cash requirements and IRS notice | | | | |
| **Total Accounting Services** | | **5.20** | | **1,722.50** |



Howard I. Camhi, Receiver for EDEBITPAY

**Grobstein, Horwath & Company LLP**
**Time Summary**
**For the period 10/01/2007 through 10/31/2007**

**Fee/Employment App**

| Name | Date | Time | Rate | Charges |
|------|------|------|------|---------|
| Kahn, Alan | 10/09/2007 | 0.20 | 360.00 | 72.00 |
| Review billing update | | | | |
| Total Fee/Employment App | | 0.20 | | 72.00 |

1

## PROOF OF SERVICE

2

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3

     I am employed in the County of Los Angeles, State of California; I am over the age of 18

4 years and am not a party to the within action. I am employed by the law firm of Moldo Davidson Fraioli Seror & Sestanovich LLP, located at 2029 Century Park East, 21st Floor, Los Angeles, California 90067, Telephone: (310) 551-3100, Facsimile: (310) 551-0238.

5

     On **November 21, 2007**, I served the document(s) described as FIRST INTERIM REPORT

6 OF REDERAL COURT RECEIVER; MOTION FOR AUTHORIZATION TO PAY ADMINISTRATIVE EXPENSES on the interested parties in said action by enclosing the

7 document(s) in a sealed envelope addressed as follows:

8 | Raymond E. McKown, Esq. | Michael Mallow, Esq. |
Barbara Y. Ck. Chun, Esq.

9 Federal Trade Commission | Loeb & Loeb
10877 Wilshire Blvd. #700 | 10100 Santa Monica Blvd., #2200

10 Los Angeles, CA 90024 | Los Angeles, CA 90067

11 ☒   **BY MAIL:** I caused such envelope(s) with postage thereon, fully prepaid, to be placed in the United States mail.

12

13     I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same

14 day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

15 ☐   **BY FEDERAL EXPRESS/EXPRESS MAIL:** I caused said document(s) to be sent via Federal Express / Express Mail for next business day delivery.

16

17 ☐   **BY FACSIMILE:** I caused said document(s) to be sent via facsimile.

18 ☐   **BY PERSONAL SERVICE:** I caused said document(s) to be delivered to the addresses listed on the attached Service List.

19 ☐   **[State]**     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

20

21 ☒   **[Federal]**     I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

22

23      Executed on November 21, 2007, at Los Angeles, California.

24

25

26                        KIMBERLY ANTHONY

27

28

45173.1  14489.00002