**EXHIBIT L -- AUGUST 2007 STIPULATION**

LOEB & LOEB LLP
MICHAEL L. MALLOW (SBN 188745)
mmallow@loeb.com
EUGENIE L. WARNER (SBN 217323)
ewarner@loeb.com
DELILAH VINZON (SBN 222681)
dvinzon@loeb.com
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Telephone: 310-282-2000
Facsimile: 310-282-2200

Attorneys for Defendants
EDEBITPAY, LLC; EDP REPORTING, LLC; EDP TECHNOLOGIES CORPORATION; SECURE DEPOSIT CARD, INC., DALE PAUL CLEVELAND and WILLIAM RICHARD WILSON

FILED
CLERK, U.S. DISTRICT COURT
AUG 13 2007
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

LODGED
2007 AUG 13 PM 12:49
CLERK U.S. DIST.
CENTRAL DIST.
LOS ANGELES
BY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> EDEBITPAY, LLC; EDP REPORTING, LLC; EDP TECHNOLOGIES CORPORATION; SECURE DEPOSIT CARD, INC.; and DALE PAUL CLEVELAND and WILLIAM RICHARD WILSON; <br><br> Defendants. | Case No. CV07-4880 ODW (AJWx) <br><br> STIPULATION AND [PROPOSED] ORDER REGARDING OPERATION OF THE BUSINESS ENTITY DEFENDANTS UNDER THE COURT'S JULY 30, 2007 TEMPORARY RESTRAINING ORDER |

DOCKETED ON CM
AUG 14 2007
BY        005

16

LA1673033.1
666666-66666

1
STIPULATION TO EXTEND TEMPORARY RESTRAINING ORDER

1  Counsel for Defendants EDebitPay, LLC, EDP Reporting, LLC, EDP
2  Technologies Corporation, Secure Deposit Card, Inc., (collectively, the "Business
3  Entity Defendants") and Dale Paul Cleveland, and William Richard Wilson on the
4  one hand and Howard Camhi, the Court appointed temporary receiver for the
5  Business Entity Defendants ("Receiver"), on the other hand, hereby stipulate as
6  follows:
7  WHEREAS, this Court entered the Temporary Restraining Order with Asset
8  Freeze, Appointment of Temporary Receiver, Immediate Access to Business
9  Premises, Expedited Discovery and Order to Show Cause Why a Preliminary
10 Injunction Should Not Issue (the "TRO") on July 30, 2007;
11 WHEREAS, the Parties have considered and discussed the implications of the
12 TRO and the Receiver's authority there under;
13 AND WHEREAS, Defendants and the Receiver stipulate to the authority of
14 the Receiver to continue certain operations of the business and seek clarification of
15 the terms of the TRO to permit such operations.
16 THEREFORE, BE IT RESOLVED THAT:
17 1. Based on Defendants' representations, it appears that the Business
18 Entity Defendants' existing bank accounts are an integral part of the Defendants'
19 business operations. To ensure that frozen funds are adequately protected during the
20 litigation and to provide Defendants an opportunity to continue certain business
21 operations, the Receiver is authorized to transfer funds currently frozen in the
22 Business Entity Defendants' bank accounts to the Receiver's trust account.
23 Thereafter, the Business Entity Defendants' accounts will be released from the asset
24 freeze.
25 2. Defendant Dale Paul Cleveland shall be permitted to transfer funds
26 from his qualified retirement plan to the Business Entity Defendants' operating
27 account for the purpose of funding certain operations of the business.
28

3. The Receiver is authorized to permit individual Defendants Cleveland and Wilson to participate in certain operations of EDebitPay's business under the supervision of the Receiver.

4. The Receiver and the FTC are authorized to determine what percentage, if any, of the Business Entity Defendants' future operating profit should be held in reserve to be used for consumer redress should such redress be ordered by the Court.

IT IS SO STIPULATED.

DATED: August 10, 2007

LOEB & LOEB LLP
Michael L. Mallow
Delilah Vinzon
Eugenie I. Warner

By_____
Michael Mallow
for Defendants EDEBITPAY, LLC; EDP REPORTING, LLC; EDP TECHNOLOGIES CORPORATION; SECURE DEPOSIT CARD, INC., DALE PAUL CLEVELAND and WILLIAM RICHARD WILSON

DATED: August 10, 2007

Howard Camhi
COURT APPOINTED TEMPORARY RECEIVER FOR DEFENDANTS EDEBITPAY, LLC; EDP REPORTING, LLC; EDP TECHNOLOGIES CORPORATION; SECURE DEPOSIT CARD, INC.,

ORDER

PURSUANT TO THE STIPULATION of the Parties, and finding GOOD CAUSE therefore, the Court HEREBY ORDERS that:

1.    The Receiver is authorized to transfer funds currently frozen in the Business Entity Defendants' bank accounts to the Receiver's trust account. Thereafter, the Business Entity Defendants' accounts will be released from the asset freeze; it is further ordered that,

2.    Defendant Dale Paul Cleveland shall be permitted to transfer funds from his qualified retirement plan to the Business Entity Defendants' operating account for the purpose of funding certain operations of the business; it is further ordered that,

3.    The Receiver is authorized to permit individual Defendants Cleveland and Wilson to participate in certain operations of EDebitPay's business under the supervision of the Receiver; it is further ordered that,

4.    The Receiver and the FTC are authorized to determine what percentage, if any, of the Business Entity Defendants' future operating profit should be held in reserve to be used for consumer redress should such redress be ordered by the Court.

5.    Mr. Camhi shall continue as the Temporary Receiver through the conclusion of the Preliminary Injunction Hearing.

IT IS SO ORDERED.

DATED: August 13, 2007

By: _____
Hon. Otis D. Wright II
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I, the undersigned, declare that:

I am employed in the County of Los Angeles, State of California, over the age of 18, and not a party to this cause. My business address is 10100 Santa Monica Boulevard, Suite 2200, Los Angeles, California 90067-4120.

On August 13, 2007, I served a true copy of the **STIPULATION AND [PROPOSED] ORDER REGARDING OPERATION OF THE BUSINESS ENTITY DEFENDANTS UNDER THE COURT'S JULY 30, 2007 TEMPORARY RESTRAINING ORDER** on the interested parties in this cause Via Email as follows:

| | |
|---|---|
| Howard I. Camhi, Esq.<br>Moldo Davidson Fraioli Seror & Sestanovich LLP<br>2029 Century Park East<br>21st Floor<br>Los Angeles, CA 90067<br>Fax: (310) 551-0238<br>Email: hcamhi@mdfslaw.com | Raymond McKown, Esq.<br>Barbara Chun, Esq.<br>Alberto Rivera –Fournier, Esq.<br>Federal Trade Commission<br>10877 Wilshire Boulevard<br>Suite 700<br>Los Angeles, CA 90024<br>Fax: (310) 824-4380<br>Email: rmckown@ftc.gov |

I am readily familiar with Loeb & Loeb LLP's practice for collecting and processing correspondence for mailing with the United States Postal Service and Overnight Delivery Service. That practice includes the deposit of all correspondence with the United States Postal Service and/or Overnight Delivery Service the same day it is collected and processed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 13, 2007, at Los Angeles, California.

_____
Victoria Garza