# ATTACHMENT 1

# TO MALLOW DECL.

# 2007 08 08 M. MALLOW EMAIL TO H. CAMHI & P. DAVIDSON

**Derek Ishikawa**

| | |
|---|---|
| **From:** | Michael Mallow |
| **Sent:** | Wednesday, August 08, 2007 9:22 PM |
| **To:** | 'Howard Camhi'; 'Peter Davidson' |
| **Cc:** | 'rmckown@ftc.gov'; Eugenie L. Warner; Delilah Vinzon; 'BCHUN@ftc.gov'; 'ARIVERAFOURNIER@ftc.gov'; Vicki Garza |
| **Subject:** | FTC v. EDebitPay (file) |
| **Attachments:** | Sterling VIP - Get the Power of Mastercard® TODAY!.pdf; FAQs.pdf; Order Cancellation.pdf; Post Day-3 Cancellation.pdf; withValidation.bmp; Thank you for your order!.pdf |

Revised marketing material.

Mallow

Michael L. Mallow
Loeb & Loeb LLP
10100 Santa Monica Blvd.
Suite 2200
Los Angeles, CA 90067
310.282.2000 (o)
310.282.2287 (direct)
310.409.5577 (mobile)
http://www.loeb.com/mmallow/

Sterling VIP – Get the Power of Mastercard® TODAY!

8/8/07 6:10 PM



**$49.95** One Time Fee
Additional monthly fee may apply

**$10.00 BONUS REBATE**

Only **$39.95** AFTER REBATE

**Max Load Value $2,500**

Bad Credit? NO PROBLEM! Bankruptcy?

Prepaid Master Card® Card

## ▶ Account Information

**First Name:** | **Initial**

**Last Name:**

**Address:** (No P.O. Box)

**City:**

**State:(Not available in Wisconsin)**
< pick one >

**Zip Code:**

**Daytime Phone:**

**Email Address:**

**Social Security Number\*:** 🔒

**Date of Birth:**
-- | -- | --





**Apply Now!**

- **No Security Deposit**
- **No Employment Required**

MasterCard® Cards are accepted in 150 countries at more than 20 million locations including more than 855,000 ATM's.

### Customer Protection Policy:

- We GUARANTEE that this application will not be processed unless you have agreed to the Privacy Policy and Terms & Conditions (Usage fees are listed in the card holder agreement).
- We GUARANTEE that NO personal information will be collected or received by us until you click the "Apply Now" button below.
- All information is transmitted via secure socket layer (SSL).
- For security, your I.P. address is being logged as 122.21.180.11.

Optional:
☐ Yes, I am interested in additional information about AIG Identity Theft Protection.
Optional:
☐ Please send me information about securing a new Auto Loan.

## PRIVACY POLICY

#### Updated: February 26, 2006

Protecting your privacy has always been important to us. This Privacy Policy governs the manner in which we (the "Company") collects, uses, maintains and discloses information collected from users of this Web site (the "Users").

**Privacy**
Users' privacy is very important to Company. Company is committed to safeguarding the information Users entrust to Company. This Web site is not directed at individuals under 18 years of age.

**Disclosure of Information to Nonaffiliated Third Parties**
Company may disclose nonpublic personal information about you to other market

## ▶ Checking Information

**Routing Number:**

**Bank Account Number:**

**Account Type:**
Checking

John Q. Customer    09-09    1502
123 Your Street
Your Town, USA 12345    99-9999xx
                                    99
Pay to the
Order of _____ $
_____ DOLLARS
Any Bank
FOR _____
⑈ ⑈234567⑈    ⑈345678901⑈    ⑈⑈01
**ABA or Routing #    Bank Account #**

☐ **By checking the box you understand:**
**STERLINGVIP, not Monterey County Bank, will electronically**

Sterling VIP – Get the Power of Mastercard® TODAY!

8/8/07 6:10 PM

**debit your checking account for our one-time $49.95 Processing and Application fee.** Remember, this is a one-time fee that will appear on your banking statement from MasterCard Sterling as full and complete payment for your Sterling VIP Prepaid MasterCard® Card. This amount will be debited from your bank account, so don't forget to deduct this amount from your checking account. Your monthly fee of **$6.95** will be deducted from your card balance, NOT from your bank account. Allow 15-20 working days, from the date your payment is verified and received, to receive your card, and approximately another 3 working days to receive your PIN. Your card and PIN are mailed separately for security purposes. By clicking on the "Apply Now" button, you certify that you are at least 18 years old.

participants that provide goods and services. These nonaffiliated third parties may include, but are not limited to (i) financial service providers such as mortgage lenders or brokers outside of our network of lenders and brokers, insurance companies and title companies and (ii) non-financial companies such as retailers and direct marketers. The



☐ I have read, understood and agree that I have to the Privacy Policy and Terms & Conditions

Benefits | FAQs | Unsubscribe

Sterling VIP Prepaid MasterCard® Card is issued by Monterey County Bank under license from MasterCard® International.

© 2007, All rights reserved.

Marketed by EDebitPay, LLC as an authorized Member Service Provider of Monterey County Bank. For questions or comments about the Sterling VIP Prepaid MasterCard® Card, please contact us directly at www.edpreporting.com , or by phone at 818.255.9978.

U.S. Residents Only (not available in WI). Cards WILL NOT be mailed outside the U.S. Please provide the following information.You will be notified via email if you are accepted for a Sterling VIP Prepaid Mastercard® Card.

**\*Final Digital Signature: The Federal E-Sign Act (HR-1714)**
The E-Sign Act grants electronic signatures and documents equivalent legal status as traditional handwritten signatures. By completing our online application, you are certifying that your digital signature is the equivalent of your handwritten signature. Furthermore, you agree that you have read all of the agreement and are agreeing to and signing each section of this Agreement with your digital signature.

**The USA PATRIOT Act** requires all financial institutions to record and verity information that will serve to identify each person that opens an account. Receiving your card is contingent upon the successful completion of this mandatory identification confirmation.

**Monterey County Bank is NOT AFFILIATED WITH, NOR DOES IT ENDORSE ANY OTHER OFFER ON THIS PAGE EXCEPT THE PREPAID DEBIT CARD.**

z

# Frequently Asked Questions

**How can I cancel my order ?**
If you made a mistake or have changed your mind, click here to automatically cancel your order. If
you decide to cancel more than 3 days after you placed your order, you must call customer service at
1-818-255-9978

**What is the Prepaid MasterCard® Card?**
The Prepaid MasterCard® Card is a payment card that can be used to access cash or make
purchases at merchants that accept signature-based or PIN-based debit cards (such as gas stations,
grocery stores, or convenience stores). You or your employer deposits money into your Card account,
then you can access your money by ATM cash withdrawal or by using your Card just like a debit card
at any merchant that accepts a Debit MasterCard®, Maestro® or Cirrus® Cards.

**Can I use my Prepaid MasterCard Card to withdraw cash from an ATM?**
Of course. Your Card can be used at any ATM operated by the bank that issued your Card or by any
ATM that displays any of the network brands on the back of your card. You'll need to enter your PIN
number when prompted - your PIN either was delivered to you with your card or was mailed to you.
Remember that if you use an ATM outside of the network operated by the issuing bank, you will be
subject to additional ATM fees.

**Where else can I use my Prepaid MasterCard Card?**
You can use your Card just like a debit card at any merchant that accepts a Debit MasterCard®,
Maestro® or Cirrus® Cards.

**Can the Prepaid MasterCard Card be used to make online purchases?**
Currently, you cannot use your Card to make purchases over the Internet.

**Are there any costs associated with using the Prepaid MasterCard Card?**
There are fees associated with card usage or card funding. Please see the Cardholder Agreement.

**I just received my Prepaid MasterCard Card in the mail. What do I do now?**
You must activate your card once you receive it. Complete instructions on how to do so are included
with your card.  However, there are no funds in your account until your employer submits your pay or
until you add your own funds to your card. Generally, your pay funds should be available to you on
the same day you used to receive your paycheck.

**How will I know my Prepaid MasterCard Card balance?**
There are several ways to keep on top of your account balance. The easiest way is document your
deposits and withdrawals to calculate your balance. If you have Internet access you can visit
(www.debitcardsupport.com) and use your card number and Account Access Code to log into the
site. Once you're on the site you can see your up-to-the minute account balance and view all
transactions you've made. You can also call 1-800-757-0717 24-hours a day to hear your account
balance and to hear your last 5 deposits or withdrawals.

**Can I add my own money to my Prepaid MasterCard Card account?**
You can add your own personal money to your active Card account by logging onto your account and
selecting "Add Personal Funds".

**What happens if I use up all of the money in my Prepaid MasterCard Card account?**
If you use up all of the money on the card, you can always add more money to the account to
continue using it until the expiration date. Otherwise, if you have used up all of the money on the
card and it is expired, please destroy the card by cutting it up.

**Will I get a monthly statement in the mail?**
You can log on to the Card website (www.debitcardsupport.com) anytime using your card number
and Account Access Code and view your monthly statement or your entire transaction history. You
can also call 1-800-757-0717 and log into the automated voice response system to hear your last
five transactions (withdrawals or deposits).

**Can my Prepaid MasterCard Card ever carry a negative balance?**
An authorization request for an amount that is greater than the account balance will be declined.
However, occasionally, a merchant does not immediately send through an authorization request,

meaning that while the money has been spent with a merchant, the account has not yet been debited. If another purchase is made before the authorization is put through, there is a possibility that your Card account could hold a negative balance. If that happens, you would be notified immediately to add additional funds to the account by e-mail and/or phone and/or postal mail.

**Will my employer be able to know what I buy or where I spend?**
No. All transactions using the Card will be available only to the holder of the Card.

**How do I log into the Prepaid MasterCard Card website or into the automated phone system?**
You'll need your Card number and your access code in order to log into the website.

**How can I change my account information?**
You can change account information such as the billing address associated with your Card by calling customer service at 1-800-757-0717 or login to www.debitcardsupport.com.

**When I view my transaction history, what does "pending" mean next to some of my purchases?**
A notice of 'pending' next to a merchant's name on your statement means that while we have received notice from that merchant that you spent that amount at their store or web site the merchant hasn't yet sent through the final amount for payment. This notice, called an authorization, is done to make sure that your card is valid and to tell us to put on hold that money in your account until the merchant sends through the final transaction amount for payment. When we receive that final notification (usually within 3 days of the purchase) the transaction is considered 'settled' or 'posted,' and the amount of that transaction is taken out of your account.

**Why is the amount shown as 'pending' different than the amount I actually spent at that merchant?**
In some cases, like at a restaurant, the merchant will send us request for authorization (see above) for only the amount of the food you purchased (since you won't have yet written in a tip). In that case, we'll place on hold the amount the restaurant sends us, plus an additional 20% in case you write in a tip. While the money is on hold, it isn't taken out of your account until we get the FINAL, correct amount from the restaurant. Another case where the amount you spent may look different from the pending amount from a merchant is in the case of a gas station. If you're paying for gas at the pump, the machine will send through a preliminary authorization just to make sure your card is valid, and we'll place on hold $20 to cover the potential cost of filling up your tank. Again, this is just a hold on the money until we receive the final amount you spent on gas. Once this transaction settles, you'll see the correct amount reflected in your statement.

**Why is there an unfamiliar merchant name listed on my statement? I don't remember shopping there.**
There are several reasons why this might happen. Some stores are part of a larger corporation that may have a different name than the store name. And other merchants choose to do their credit card processing under a different company name.

**What should I do if my Prepaid MasterCard Card gets lost or stolen?**
You must call the customer service number 1-800-757-0717 or log on to www.debitcardsupport.com to report the card lost/stolen, and then contact customer service.

**I've forgotten my Account Access Code. What do I do?**
The only way to retrieve this information is by calling customer service at 1-800-757-0717. A new one will be sent regular mail.

**I've lost my PIN number. What do I do?**
The only way to retrieve this information is by calling customer service at 1-800-757-0717. A new one will be sent regular mail.

Close Window

Issued by Monterey County Bank ,
pursuant to a license issued by MasterCard® International.

**Tip:** if this page did not open in a pop-up window,
please click here to return to the previous page.

**The USA PATRIOT Act** requires all financial institutions to record and verity information that will serve to identify each person that opens an account. Receiving your card is contingent upon the successful completion of this mandatory identification confirmation.

[Click here to return to the top of the page.]

Order Cancellation                                                                                    8/8/07 6:27 PM

## Cancellation Confirmation

Your order number #1234 placed on 08-08-2007 has been automatically cancelled.
Your bank account will not be charged. No further action is required.

[ Print for Your Records ]

Post Day-3 Cancellation                                                    8/8/07 6:27 PM

# Cancellation Failure

Sorry, you have tried to cancel beyond the 3 day limit. Your order has NOT be cancelled. Please contact customer service at 1-818-255-9978 or visit
www.edpreporting.com



Sterling VIP - Get the Power of Mastercard® TODAY!

File   Edit   View   Bookmarks   Sidebar   Tabs   Sign In   Tools   Help

Home   Mail   Yahoo!   Photos   Games   Protection   News   Help

Search the web

YellowPages   Finance   Music   Sports   People

C:\Documents and Settings\Administrator\Desktop\EDP-1\index_FTC.htm

- We GUARANTEE that this application will not be processed unless you have agreed to the Privacy Policy and Terms & Conditions (Usage fees are listed in the card holder agreement).
- We GUARANTEE that NO personal information will be collected or received by us until you click the "Apply Now" button below.
- All information is transmitted via a secure socket layer (SSL).
- For security, your I.P. address is being logged as 122.21.180.11.

**Microsoft Internet Explorer**

Please enter valid values for the following:

First Name
Last Name
Legal Email
Street Address
City
State
Zipcode
Home Phone Number
Routing No. (must be a 9 digit number)
Bank Account No. must be a number
Birth Date
Social Security Number
You must agree to the Terms and Conditions and the Privacy Policy
You must check the box on the right hand side of the page confirming you have read and understood the Privacy Policy

OK

**Updated: February 26, 2006**

Protecting your privacy has always been important to us. This Privacy Policy governs the manner in which the "Company") collects, uses...

market participants that provide goods and services. These nonaffiliated third parties may include, but are not limited to (i) financial service providers such as mortgage lenders or brokers outside of our network of lenders and brokers...

☐ I have read, understood and agree that I have to the Privacy Policy and Terms & Conditions

**Application fee.** Remember, this is a one-time fee that will appear on your banking statement from MasterCard and Sterling as full and complete payment for your Sterling VIP Prepaid MasterCard® Card. This amount will be debited from your bank account, so don't forget to deduct this amount from your checking account. Your monthly fee of $6.95 will be deducted from your card balance, NOT from your bank account. Allow 15-20 working days, from the date your payment is verified and received to receive your card, and approximately another 1-3 working days to receive your PIN. Your card and PIN are mailed separately for security purposes. By clicking on the "Apply Now" button, you certify that you are at least 18 years old.

Optional:
☐ Yes, I
Optional:
☐ Please

Che...
Routin...
Bank A...
Account
Checki...
☐ By...
S...
you...

★ Apply Now ®

Thank you for your order!

8/8/07 6:27 PM



**Congratulations, John!**   Your Order Number is 1234.

You will now receive a confirmation email from support@edpreporting.com sent to fsad@dsfa.com as final verification and for your personal security and anti-fraud provision. Please print out this verification email for your records.

---

**Go to FAQ to get information about your Order and Card.**

---

# Congratulations Again!

## You may now apply for a Cash Advance Loan.
## Let us find a lender for you!

## In order to complete your application, please click the button below to apply for your cash loan.

**Customer Protection Policy:**
- We will NOT share or transfer your "SENSITIVE" personal information with any potential lenders.
- You MUST re-enter "SENSITIVE" information into the following loan application.



*We are not the provider of this Cash Advance Loan. Your application will be directed to a qualified 3rd party loan processor.

© 2007, All rights reserved

Marketed by EDP Card Services