ATTACHMENT 2

TO MALLOW DECL.

2007 08 17 M. MALLOW EMAIL STRING TO B.

CHUN & R. MCKOWN

**Derek Ishikawa**

**From:** Michael Mallow
**Sent:** Friday, August 17, 2007 5:41 PM
**To:** 'Chun, Barbara'
**Cc:** 'McKown, Raymond'
**Subject:** RE: FTC v. EDebitPay

https://servedoc.com/new/sterlingcardapp/edp/edp/main_index.htm

Duh.  Sorry.

> **From:** Chun, Barbara [mailto:BCHUN@ftc.gov]
> **Sent:** Friday, August 17, 2007 5:41 PM
> **To:** Michael Mallow
> **Subject:** RE: FTC v. EDebitPay
>
> Michael - was there supposed to be an attachment? If so, we didn't receive anything.
>
>> -----Original Message-----
>> **From:** Michael Mallow [mailto:mmallow@loeb.com]
>> **Sent:** Friday, August 17, 2007 5:38 PM
>> **To:** McKown, Raymond; Chun, Barbara
>> **Cc:** Eugenie L. Warner; Delilah Vinzon
>> **Subject:** FTC v. EDebitPay
>>
>> Ray and Barbara:
>>
>> Revised is the new EDebitPay website ad. I think you will be pleased. Let me know if you have any concerns. If not, we will send this to MasterCard and Visa for their approval. I'm hoping we can get this live early next week.
>>
>> Michael
>>
>> Michael L. Mallow
>> Loeb & Loeb LLP
>> 10100 Santa Monica Blvd.
>> Suite 2200
>> Los Angeles, CA 90067
>> 310.282.2000 (o)
>> 310.282.2287 (direct)
>> 310.409.5577 (mobile)
>> http://www.loeb.com/mmallow/
>>
>>> CONFIDENTIALITY NOTICE:  This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED.  If you have received this transmission in error, please immediately notify the sender.  Please destroy the original transmission and its attachments without reading or saving in any manner.  Thank you, Loeb & Loeb LLP.

10/4/2010