# ATTACHMENT 3

# TO MALLOW DECL.

# 20070820 R. MCKOWN EMAIL STRING TO M. MALLOW AND B. CHUN

## Derek Ishikawa

**From:** McKown, Raymond [RMCKOWN@ftc.gov]
**Sent:** Monday, August 20, 2007 11:32 AM
**To:** Michael Mallow; Chun, Barbara
**Subject:** RE: [SPAM] Link

Michael, you were kicked into our spam folder.   We've made an attempt to prevent that going forward, but we'll keep checking periodically to make sure it doesn't happen again.

Ray

-----Original Message-----
**From:** Michael Mallow [mailto:mmallow@loeb.com]
**Sent:** Monday, August 20, 2007 11:09 AM
**To:** McKown, Raymond; Chun, Barbara
**Subject:** [SPAM] Link

https://servedoc.com/new/sterlingcardapp/edp/edp/main_index.htm

Michael L. Mallow
Loeb & Loeb LLP
10100 Santa Monica Blvd.
Suite 2200
Los Angeles, CA 90067
310.282.2000 (o)
310.282.2287 (direct)
310.409.5577 (mobile)
http://www.loeb.com/mmallow/

```
CONFIDENTIALITY NOTICE:  This e-mail transmission, and any
documents, files or previous e-mail messages attached to it may
contain confidential information that is legally privileged.  If
you are not the intended recipient, or a person responsible for
delivering it to the intended recipient, you are hereby notified
that any disclosure, copying, distribution or use of any of the
information contained in or attached to this transmission is
STRICTLY PROHIBITED.  If you have received this transmission in
error, please immediately notify the sender.  Please destroy the
original transmission and its attachments without reading or
saving in any manner.  Thank you, Loeb & Loeb LLP.
```