# ATTACHMENT 4

# TO MALLOW DECL.

# 20070820 M. MALLOW EMAIL W ATT TO

# R. MCKOWN & B. CHUN

## Christine Reilly

**From:** Michael Mallow
**Sent:** Monday, August 20, 2007 11:13 AM
**To:** 'McKown, Raymond'; 'Chun, Barbara'
**Subject:** Emailing: main_index

The message is ready to be sent with the following file or link attachments:

Shortcut to: https://servedoc.com/new/sterlingcardapp/edp/edp/main_index.htm

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments.  Check your e-mail security settings to determine how attachments are handled.

1

EDPFTC-02948

## Sterling VIP (MC) w/ FTC updates

1. One Page Card Site
2. Thank You Page
3. FAQ
4. Terms & Conditions
5. Privacy
6. Cancellation Warning
7. Cancellation Confirmation
8. Cancellation Failure

EDPFTC-02949



### Account Information

*First Name:  Initial  *Last Name:

*Address: (No P.O. Box)  *City:

*State: (Not available in Wisconsin)  *Zip Code:
< pick one >

*Daytime Phone:  *Email Address:

☐ I want to receive the AIG Identity Theft Protection Plan product providing me up to $20,000 worth of expense reimbursement and recovery services and authorize you to debit my bank account $19.98 per month.

☐ Please send me information about securing a new Auto Loan.

**Customer Protection Policy:**
- We GUARANTEE that this application will not be processed unless you have agreed to the Privacy Policy and Terms & Conditions (Usage fees are listed in the card holder agreement).
- We GUARANTEE that NO personal information will be collected or received by us until you click the "Apply Now" button below.
- All information is transmitted via secure socket layer (SSL).
- For security, your I.P. address is being logged as 122.21.180.11.

- No Security Deposit
- No Employment Required



You can make purchases with your Prepaid MasterCard® Card up to the $2,500 max value amount that you can load on to your card. You can use this card where ever MasterCard® Cards are accepted in 150 countries at more than 20 million locations including more than 855,000 ATM's.

**PRIVACY POLICY**

### Secure Information

*Routing Number:

*Bank Account Number:

*Account Type:
Checking

*Social Security Number*:  *Date of Birth:

**\*REQUIRED FIELDS**

☐ By checking the box you understand:
STERLINGVIP, not Monterey County Bank, will electronically debit your checking account for our one-time **$49.95 Application and Processing fee.** Remember, this is a one-time fee that will appear on your banking statement from Sterling VIP as full and complete payment for your Sterling VIP Prepaid MasterCard® Card. See Terms & Conditions for Card usage fees. This amount will be debited

from your bank account, so don't forget to deduct this amount from your checking account. A monthly maintenance fee of $6.95 will be assessed and deducted from your card balance and NOT from your bank account. Allow 15-20 working days, from the date your payment is verified and received, to receive your card, and approximately another 3 working days to receive your PIN. Your card and PIN are mailed separately for security purposes. By clicking on the "Apply Now" button, you certify that you are at least 18 years old.



### MONTEREY COUNTY BANK & STERLING VIP PRIVACY POLICY
Updated: August 21, 2007

**Disclosure of Information to Non-affiliated Third Parties**
Monterey County Bank, Sterling VIP and EDebitPay ("Companies") will disclose nonpublic personal information about you to other market participants that provide goods and services. The Companies may also disclose aggregate, anonymous data to investors and potential partners based on information collected from Users. Users may opt out of the Companies disclosure to nonaffiliated third parties by following the instructions in the opt out section of this privacy policy. We may also disclose nonpublic personal information about you as permitted by law.

**Privacy**
Users' privacy is very important to us. Companies are committed to safeguarding the information Users entrust to Companies. This Web site is not directed at individuals under 18 years of age.

**Consent to Receive Privacy Notice and Opt Out Notice Via this Web Site**
By acknowledging receipt of this privacy notice, you the customer also consent to receive your annual notice of the privacy policy, as required by FTC regulation, via this web site. By acknowledging receipt of this privacy notice, you the customer also consent to receive your opt out notice and

☐ I have read, understood and agree to the Privacy Policy and Terms & Conditions and that this is not a credit card and no credit is extended.

Benefits | FAQs | Unsubscribe

Sterling VIP Prepaid MasterCard® Card is issued by Monterey County Bank under license from MasterCard® International.

© 2007, All rights reserved.

Marketed by EDebitPay, LLC as an authorized Member Service Provider of Monterey County Bank. For questions or comments about the Sterling VIP Prepaid MasterCard® Card, please contact us directly at www.edpreporting.com, or by phone at 818.255.9978.

U.S. Residents Only (not available in Wisconsin). Cards WILL NOT be mailed outside the U.S. You will be notified via email if you are accepted for a Sterling VIP Prepaid Mastercard® Card.
**\*\*Final Digital Signature: The Federal E-Sign Act (HR-1714)**
The E-Sign Act grants electronic signatures and documents equivalent legal status as traditional handwritten signatures. By completing our online application, you are certifying that your digital signature is the equivalent of your handwritten signature. Furthermore, you agree that you have read all of the agreement and are agreeing to and signing each section of this Agreement with your digital signature.
\*\*The USA PATRIOT Act requires all financial institutions to record and verify information that will serve to identify each person that opens an account. Receiving your card is contingent upon the successful completion of this mandatory identification confirmation. Monterey County Bank is NOT AFFILIATED WITH, NOR DOES IT ENDORSE ANY OTHER OFFER ON THIS PAGE EXCEPT THE PREPAID DEBIT CARD.



# Congratulations, John!

### Your Order Number is 1234.

Thank you for your order. You will now receive a confirmation email from support@edpreporting.com sent to John@yahoo.com to further verify your application and for your personal security and anti-fraud protection. Your IP address for this transaction is 12.198.8.98. In 3 days, the bank account you identified in your application will be debited for your One Time Application & Processing fee of $49.95. You should expect delivery of your card in approximately 15-20 business days. If you wish to cancel your order, click here. Please print out this verification email for your records.

**Go to FAQ to get information about your Order and Card.**

# Now that you Ordered your Sterling Prepaid MasterCard® Card!

## You can also apply for a Cash Advance Loan. Let us find a lender for you!

## Please click the button below to apply for your cash loan.

**Customer Protection Policy:**
- We will NOT share or transfer your "SENSITIVE" personal information with any potential lenders.
- You MUST re-enter "SENSITIVE" information into a separate loan application.



*We are not the provider of this Cash Advance Loan. Your application will be directed to a qualified 3rd party loan processor.

© 2007, All rights reserved

Marketed by EDP Card Services

***Monterey County Bank is NOT AFFILIATED WITH, NOR DOES IT ENDORSE ANY CASH ADVANCE PAY DAY LOAN COMPANY ASSOCIATED WITIN THIS SITE.** Card members may be approved for a Cash Advance Pay Day Loan up to $1,500. Your loan may be placed with one of several independent loan companies. Not all independent loan companies will approve you for a loan or can provide you with up to $1,500 on your first loan. We cannot guarantee final approval of unsecured cash loans. Qualifying for final approval of a cash loan depends on various factors including income and the state in which you reside. For details regarding cash advance loans associated with this offer please see Terms and Conditions.

# Frequently Asked Questions

EDPFTC-02954

**How can I cancel my order?**
If you made a mistake or have changed your mind, click here to cancel your order. If you decide to cancel more than 3 days after you placed your order, you must call customer service at 1-818-255-9978 or See Application & Processing Policies.

**What is the Prepaid MasterCard® Card?**
The Prepaid MasterCard® Card is not a credit card and no credit is extended. Rather, it is a payment card that can be used to access cash or make purchases at merchants that accept signature-based or PIN-based debit cards (such as gas stations, grocery stores, or convenience stores). You or your employer deposits money into your Card account, then you can access your money by ATM cash withdrawal or by using your Card just like a debit card at any merchant that accepts a Debit MasterCard®, Maestro® or Cirrus® Cards.

**Can I use my Prepaid MasterCard Card to withdraw cash from an ATM?**
Of course. Your Card can be used at any ATM operated by the bank that issued your Card or by any ATM that displays any of the network brands on the back of your card. You'll need to enter your PIN number when prompted - your PIN either was delivered to you with your card or was mailed to you. Remember that if you use an ATM outside of the network operated by the issuing bank, you will be subject to additional ATM fees.

**Where else can I use my Prepaid MasterCard Card?**
You can use your Card just like a debit card at any merchant that accepts a Debit MasterCard®, Maestro® or Cirrus® Cards.

**Can the Prepaid MasterCard Card be used to make online purchases?**
Currently, you cannot use your Card to make purchases over the Internet.

**Are there any costs associated with using the Prepaid MasterCard Card?**
There are fees associated with card usage or card funding. Please see the Application & Processing.

**I just received my Prepaid MasterCard Card in the mail. What do I do now?**
You must activate your card once you receive it. Complete instructions on how to do so are included with your card. However, there are no funds in your account until you add your own funds to your card.

**How will I know my Prepaid MasterCard Card balance?**
There are several ways to keep on top of your account balance. The easiest way is document your deposits and withdrawals to calculate your balance. If you have Internet access you can visit (www.debitcardsupport.com) and use your card number and Account Access Code to log into the site. Once you're on the site you can see your up-to-the minute account balance and view all transactions you've made. You can also call 1-800-757-0717 24-hours a day to hear your account balance and to hear your last 5 deposits or withdrawals.

**Can I add my own money to my Prepaid MasterCard Card account?**
You can add your own personal money to your active Card account by logging onto your account and selecting "Add Personal Funds".

**What happens if I use up all of the money in my Prepaid MasterCard Card account?**
If you use up all of the money on the card, you can always add more money to the account to continue using it until the expiration date. Otherwise, if you have used up all of the money on the card you will need to load additional funds to be able to continue using your card.

**Will I get a monthly statement in the mail?**
You do not automatically receive a statement in the mail. Instead, you can log on to the Card website (www.debitcardsupport.com) anytime using your card number and Account Access Code and view your monthly statement or your entire transaction history. You can also call 1-800-757-0717 and log into the automated voice response system to hear your last five transactions (withdrawals or deposits). If you want a statement mailed to you, please contact customer service and a statement can be provided for an additional fee.

**Can my Prepaid MasterCard Card ever carry a negative balance?**
In some very limited circumstances, your card can have a negative balance. But generally, an authorization request for an amount that is greater than the account balance will be declined. However, occasionally, a merchant does not immediately send through an authorization request, meaning that while the money has been spent with a merchant, the account has not yet been debited. If another purchase is made before the authorization is put through, there is a possibility that your Card account could hold a negative balance. If that happens, you would be notified

Case 2:07-cv-04880-ODW-AJW   Document 75-18   Filed 10/06/10   Page 10 of 16   Page ID #:2289

https://servedoc.com/new/sterlingcardapp/edp/edp/faq-mtr.htm

EDPFTC-02956

# TERMS & CONDITIONS
PLEASE CHOOSE ONE BELOW FOR MORE INFROMATION:

**CARDHOLDER AGREEMENT**



**APPLICATION AND PROCESSING**



**ATM AND POINT OF SALE**



EDPFTC-02957

# MONTEREY COUNTY BANK & STERLING VIP PRIVACY POLICY

**Updated: August 21, 2007**

### Disclosure of Information to Non-affiliated Third Parties

Monterey County Bank, Sterling VIP and EDebitPay ("Companies") will disclose nonpublic personal information about you to other market participants that provide goods and services. The Companies may also disclose aggregate, anonymous data to investors and potential partners based on information collected from Users. Users may opt out of the Companies disclosure to nonaffiliated third parties by following the instructions in the opt out section of this privacy policy. We may also disclose nonpublic personal information about you as permitted by law.

### Privacy

Users' privacy is very important to us. Companies are committed to safeguarding the information Users entrust to Companies. This Web site is not directed at individuals under 18 years of age.

### Consent to Receive Privacy Notice and Opt Out Notice Via this Web Site

By acknowledging receipt of this privacy notice, you the customer also consent to receive your annual notice of the privacy policy, as required by FTC regulation, via this web site. By acknowledging receipt of this privacy notice, you the customer also consent to receive your opt out notice and opportunity to opt out, as required by FTC regulation, via this web site.

### The Information We Collect

This Privacy Policy applies to consumers that have signed up on this website and all affiliated website links and products. We may sell the personal information that you supply to us and we may work with other third party businesses to bring selected retail opportunities to our members via direct mail, email and telemarketing. These businesses may include providers of direct marketing services and applications, including lookup and reference, data enhancement, suppression and validation and email marketing.

Companies may collect nonpublic personal information from User in a variety of ways, including online forms for ordering products and services, and other instances where Users are invited to volunteer such information. The type of information we collect from consumers includes, but is not limited to: Name, Last Name, Address1, Address2, City, State, Zip Code, Phone Number, Email Address, IP Address, TimeDate Stamp and any information required to process an application to receive the product being offered within the site.

Companies may also collect information about how Users use our Web site, for example, by tracking the number of unique views received by the pages of the Web site or the domains from which Users originate. We may use "cookies" to track how Users use our Web site. A cookie is a piece of software that a Web server can store on the Users' PC and use to identify the Users should they visit the Web site again. While not all of the information that we collect from Users is nonpublic personal information, it may be associated with nonpublic personal information that Users provide us through our Web site.

### How We Use Information

Companies collect nonpublic personal information from its Users in order to match Users with lenders and brokers. By submitting the application, Users consent to the disclosure of their nonpublic personal information to these lenders and brokers. The lenders and brokers may contact you directly after they receive your nonpublic personal information. Companies may also use information collected through our web site for research regarding the effectiveness of the web site and Company's marketing and advertising efforts.

### Maintenance of Information & Security

Information about Users that is maintained on our systems is protected using industry standard security measures that includes but is not limited to security measures in place to protect the loss, misuse and alteration of the information under our control. All data is protected using the most advanced methods available. We do not store financial information, credit card numbers or personal information like social security numbers on this Web site. However, due to the nature of the Internet, computer networks, systems and other factors, we cannot guarantee that the information submitted to, maintained on, or transmitted from our systems will be completely secure.

### Use of IP Addresses

An IP (Internet Protocol) address is a number that is assigned to your computer when you use the Internet. Your IP address does not contain any nonpublic personal information about you. Companies collect IP addresses for the purposes of system administration, to report aggregate information to our advertisers, and to ensure the validity of customer requests.

### Web Site Links

This Web site may contain links to other Internet web sites. We are not responsible for the privacy practices or the content of such Internet web sites.

**Opt Out Notice and Opportunity to Opt-Out**

Companies may disclose nonpublic personal information about you the customer to nonaffiliated third parties, as previously described in this privacy policy. You have the right to opt out of this disclosure at any time before or after you submit nonpublic personal information. If you wish to opt out, please

1. Click this link to electronically opt-out.

OR

2. Please print a copy of the ad that you received and send it along with a letter indicating your desire to opt-out, to:

EDP Services
15165 Ventura Blvd. Suite 200
Sherman Oaks, CA 91403

© 2008, All rights reserved.

Issued by Monterey County Bank
under license from MasterCard® International.

Marketed by EDebitPay, LLC. under agreement with issuing bank.
Monterey County Bank is not affiliated with, nor does it endorse, any products other than the debit card shown and mentioned within this web site.

# Cancellation Warning!

To cancel your card purchase, please fill out the information below. This information must match the original application for this card in order for your cancellation to be processed. Your order number #1234 placed on 08-08-2007 will be cancelled when your information for the card cancellation has been submitted. Your bank account will not be charged. Please proceed with your information below to verify your request for this card cancellation.

First Name:
Last Name:
Address:
City:
Zip:
State: Select:

For questions or comments about the Prepaid MasterCard® Card, please contact us directly at www.edpreporting.com , or by phone at 818.255.9978.

Cancel Card Order!

Prepaid MasterCard® Card is issued by Monterey County Bank under license from MasterCard® International.

© 2007, All rights reserved.

EDPFTC-02960

## Cancellation Confirmation

Your order number #1234 placed on 08-08-2007 has been automatically cancelled.
Your bank account will not be charged. No further action is required.

Print for Your Record

EDPFTC-02961

## Cancellation Failure

Sorry you have tried to cancel beyond the 3 day limit. Please contact customer service at 1-818-255-9978 or visit www.edpreporting.com

EDPFTC-02962