# ATTACHMENT 5

# TO MALLOW DECL.

# 20070822 R. MCKOWN EMAIL STRING TO

# M. MALLOW & B. CHUN

**Derek Ishikawa**

**From:** McKown, Raymond [RMCKOWN@ftc.gov]
**Sent:** Wednesday, August 22, 2007 6:54 AM
**To:** Michael Mallow; Chun, Barbara
**Cc:** Delilah Vinzon
**Subject:** RE: Slightly Revised Letter

I'll call you later today. Any particular time that good or bad for you?

-----Original Message-----
**From:** Michael Mallow [mailto:mmallow@loeb.com]
**Sent:** Tuesday, August 21, 2007 4:30 PM
**To:** McKown, Raymond; Chun, Barbara
**Cc:** Delilah Vinzon
**Subject:** RE: Slightly Revised Letter

Where are you on the website review, aside from the privacy policy?

**From:** McKown, Raymond [mailto:RMCKOWN@ftc.gov]
**Sent:** Tuesday, August 21, 2007 12:59 PM
**To:** Delilah Vinzon; Michael Mallow
**Cc:** Chun, Barbara
**Subject:** Slightly Revised Letter

<<LiquidateRetirement.zip>>

CONFIDENTIALITY NOTICE:  This e-mail transmission, and any
documents, files or previous e-mail messages attached to it may
contain confidential information that is legally privileged.  If
you are not the intended recipient, or a person responsible for
delivering it to the intended recipient, you are hereby notified
that any disclosure, copying, distribution or use of any of the
information contained in or attached to this transmission is
STRICTLY PROHIBITED.  If you have received this transmission in
error, please immediately notify the sender.  Please destroy the
original transmission and its attachments without reading or
saving in any manner.  Thank you, Loeb & Loeb LLP.