**ATTACHMENT 6**

**TO MALLOW DECL.**

**2007 10 22 H. CAMHI EMAIL STRING TO**

**R. MCKOWN & 2007 10 15 R. MCKOWN EMAIL**

**TO M. MALLOW**

Derek Ishikawa

| | |
|---|---|
| From: | Howard Camhi [hcamhi@mdfslaw.com] |
| Sent: | Monday, October 22, 2007 11:36 AM |
| To: | McKown, Raymond |
| Cc: | Chun, Barbara; Michael Mallow; Paul Cleveland |
| Subject: | RE: EDP's websites |
| Attachments: | Howard Camhi.vcf |

Ray,

I spoke with Paul this morning regarding this issue and he confirmed with me the following:

First, that the company has undertaken to remove all sites that were in the "old" format complained of by the Commission. There may be a few out there that are technically accessible on the internet if someone has an old banner or what-not. However, and I believe importantly, none of the old sites are functional and thus if someone happens upon a site that contains the old information, it will not allow them to sign up for anything.

Meanwhile, if you or anyone learns of a site that remains accessible, kindly forward me the information so the company can look into it.

Hope this helps.

Howard


Howard I. Camhi
Partner
Moldo Davidson Fraioli Seror & Sestanovich LLP
2029 Century Park East, 21st Floor
Los Angeles, CA  90067
Tel: (310) 551-3100
Fax: (310) 551-0238
Email: hcamhi@mdfslaw.com
Web: www.mdfslaw.com


***********************************************************************
**CONFIDENTIAL AND PRIVILEGED COMMUNICATION:** The foregoing name, telephone number, facsimile number and email information is provided to the recipient for informational purposes only and is not intended to be the signature of the sender for purposes of binding the sender or Moldo Davidson Fraioli Seror & Sestanovich LLP, or any client of the sender or the firm, to any contract or agreement under the Uniform Electronic Transaction Act or any similar law. This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged or otherwise inadvertently disclosed to you.  If you are not the intended recipient, or person responsible for delivering it to the intended recipient, or person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, distribution, or other use of any of the

6/11/2010

EDPFTC-02869

information contained in or attached to this message is STRICTLY PROHIBITED. Interception of e-mail is a crime under the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and 2701-2709. If you have received this transmission in error, please immediately notify me or my assistant by replying to this e-mail or by telephone at 310.551.3100, and destroy the original transmission and its attachments without reading them or saving them in any format.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

---

**From:** McKown, Raymond [mailto:RMCKOWN@ftc.gov]
**Sent:** Friday, October 19, 2007 2:37 PM
**To:** Howard Camhi
**Cc:** Chun, Barbara; Michael Mallow
**Subject:** EDP's websites

Howard,

Last week a reporter asked our Washington press office about some of EDP's websites. The reporter sent us two links to what appeared to be two older EDP prepaid debit card sites that were using the format and representations that prompted us to file our case.

I've spoken to Michael Mallow about this and it's his understanding that any "old" sites do not function, i.e., orders cannot be place through them. Michael's told me his clients are working to "take down" any of the old sites that are still up. My purpose in writing to you is to engage your help in that effort.

If you have any questions please don't hesitate to call.

Thanks,

Ray

Raymond E. McKown
Federal Trade Commission
10877 Wilshire Blvd., Ste. 700
Los Angeles, CA 90024
(310) 824-4325
(310) 824-4380 (fax)

6/11/2010

EDPFTC-02870

# Derek Ishikawa

| | |
|---|---|
| From: | McKown, Raymond [RMCKOWN@ftc.gov] |
| Sent: | Monday, October 15, 2007 9:44 AM |
| To: | Michael Mallow; Delilah Vinzon |
| Cc: | Chun, Barbara; Howard Camhi |
| Subject: | FW: EDP |

Michael,

A reporter is asking us about these sites. It looks like the old format. Can you please tell me what's going on?

Thanks,

Ray


https://www.superacclaimcard.com/one.asp,
https://sterlingcardnow.com/index.asp?masteraff=mc&aff=1)

1

EDPFTC-02868