# ATTACHMENT 7

# TO MALLOW DECL.

# 2007 12 10 R. MCKOWN EMAIL STRING TO

# M. MALLOW

## Derek Ishikawa

**From:** McKown, Raymond [RMCKOWN@ftc.gov]
**Sent:** Monday, December 10, 2007 1:16 PM
**To:** Michael Mallow
**Subject:** Portion of Website
**Attachments:** SCAN6160_000.pdf

<<SCAN6160_000.pdf>>

Michael,

I'm going to call you right now.

Raymond E. McKown
Federal Trade Commission
10877 Wilshire Blvd., Ste. 700
Los Angeles, CA 90024
(310) 824-4325
(310) 824-4380 (fax)

6/11/2010

EDPFTC-02876

7/6/2006



## Step 2: Account Holder Banking Information

**ADDITIONAL INFORMATION:**

Social Security Number* 

Date of Birth (MM/DD/YYYY)

## You are Almost Finished: 1 Simple Questions

Would you like a FREE Audiovox 8912 Cellular Phone with color display from Sprint?
Yes  No    ☐ I agree to the Wireless Terms and Conditions & Privacy Policy



**VUECARD** or **CARDSVCS**, not Monterey County Bank, will electronically debit your checking account for our one-time **$159.95 Processing and Application fee.** Remember, this is a one-time fee that will appear as a on your banking statement from CARDSVCS as full and complete payment for your VUE Prepaid MasterCard® Card. This amount will be debited from your bank account, so don't forget to deduct this amount from your checking account. For security, your I.P. address is being logged as 68.183.21.197.

**PRIMARY ACCOUNT HOLDER CHECKING INFORMATION:**

Note: There are different types of checks. Make sure the information you enter is correct.

000031

EXHIBIT
02

https://instantvuecard.com/index2.asp?id=2534228

EDPFTC-02877