# ATTACHMENT 8

# TO MALLOW DECL.

# 2010 05 Z. HUNTER EMAILS W ATT TO

# M. MALLOW & C. REILLY

## Christine Reilly

**From:** Hunter, Zachary [zhunter@ftc.gov]
**Sent:** Tuesday, May 11, 2010 10:54 AM
**To:** Michael Mallow; Christine Reilly
**Cc:** Tucci, Elizabeth
**Subject:** EDebitPay

Michael and Christine,

I hope you are well. My colleague Liz Tucci and I would like to speak with you later this week regarding EDebitPay. We propose holding a conference call at 12:30 pm EDT this Friday, May 14th. Please let me know if you are available.

Thanks,

Zachary V. Hunter
Federal Trade Commission
Bureau of Consumer Protection
Enforcement Division
600 Pennsylvania Ave., NW
Mailstop M-8102B
Washington, DC 20580
(202) 326-3235
(202) 326-2558 (fax)

10/2/2010

## Christine Reilly

**From:** Hunter, Zachary [zhunter@ftc.gov]
**Sent:** Tuesday, May 11, 2010 3:10 PM
**To:** Michael Mallow; Christine Reilly
**Cc:** Tucci, Elizabeth
**Subject:** RE: EDebitPay

We would like to discuss EDP's compliance with the January 22, 2008 Stipulated Final Order. Are you available Monday, May 17 at 12:30 EDT?

---

**From:** Michael Mallow [mailto:mmallow@loeb.com]
**Sent:** Tuesday, May 11, 2010 3:59 PM
**To:** Hunter, Zachary; Christine Reilly
**Cc:** Tucci, Elizabeth
**Subject:** RE: EDebitPay

I have a deposition on Friday. What's going on?

---

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Loeb & Loeb LLP.

**From:** Hunter, Zachary [mailto:zhunter@ftc.gov]
**Sent:** Tuesday, May 11, 2010 10:54 AM
**To:** Michael Mallow; Christine Reilly
**Cc:** Tucci, Elizabeth
**Subject:** EDebitPay

Michael and Christine,

I hope you are well. My colleague Liz Tucci and I would like to speak with you later this week regarding EDebitPay. We propose holding a conference call at 12:30 pm EDT this Friday, May 14th. Please let me know if you are available.

Thanks,

Zachary V. Hunter
Federal Trade Commission
Bureau of Consumer Protection
Enforcement Division
600 Pennsylvania Ave., NW
Mailstop M-8102B
Washington, DC 20580
(202) 326-3235
(202) 326-2558 (fax)

10/2/2010

# Christine Reilly

| | |
|---|---|
| **From:** | Hunter, Zachary [zhunter@ftc.gov] |
| **Sent:** | Friday, May 14, 2010 3:40 PM |
| **To:** | Michael Mallow |
| **Cc:** | Christine Reilly; Tucci, Elizabeth; Morelli, Mark |
| **Subject:** | EDebitPay |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |
| **Attachments:** | Hunter Ltr to Mallow 5-14-10.pdf; Proposed Supplemental Stipulated Final Order 5-14-10.pdf; Website attachments to 5-14-10 Hunter Ltr.pdf |

Michael:

Please see the attached letter, Proposed Supplemental Stipulated Final Order, and website printouts that you requested during our call today. If you have any questions, please contact me at (202) 326-3235.

Regards,

Zach

10/2/2010

# Starter Credit Direct
Finally, the Benefits and Credit you deserve!

## Get an Immediate Guaranteed $10,000 Credit Line[1]

100% Online Approval

- ☑ Guaranteed $10,000
- ☑ Instant $2,500 Account
- ☑ NO Job Requirements
- ☑ NO Credit Checks

**Start today and YOU can ENJOY the Instant $2,500 Account Advance!**

"Finally [Starter Credit Direct] provides me with the purchasing [power to buy] great products"

*Upon Completion of Your StarterCreditDirect Application You May be Approved for a Separate Cash Advance up to $1,500[2]*

## Application

**First Name:** [ ]   **Initial** [ ]   **Last Name:** [ ]

**Address:** (No P.O. Box) [ ]   **City:** [ ]

**State:** (Not available in Wisconsin) < pick one >   **Zip Code:** [ ]

**Daytime Phone:** [ ] - [ ] - [ ]   **Email Address:** [ ]

SUPER BillSaver

☐ Credit Problems? Receive a phone call from a CreditRepair.com trusted partner and learn how your credit rating can be raised with a low cost program.

☐ Are you currently looking for an Auto Loan?

☐ I have read, understood and agree to the Privacy Policy and that I may receive special email offers from marketing partners, including, but not limited to EverybodyGetsCreditNews.com.

**CONTINUE STEP 2**

## Privacy Policy

Century Platinum Membership Application Processing = $99.00
Monthly Membership Fees Apply

**Starter Credit Direct PRIVACY POLICY**

Updated: August 20, 2008

### Disclosure of Information to Non-affiliated Third Parties

Starter Credit Direct and Affiliates ("Companies") will disclose nonpublic personal information about you to other market participants that provide goods and services. The Companies may also disclose aggregate, anonymous data to investors and potential partners based on information collected from Users. You authorize us, or a marketing partner, to contact you with exciting new offers and information, via email and automated telephone messages, even if you are listed on a Do Not Call Registry. Users may opt out of the Companies disclosure to nonaffiliated third parties by following the instructions in the opt out section of

## Customer Protection Policy:

For security, your I.P. address is being logged as 65.242.42.227. All information is transmitted via secure socket layer (SSL). We GUARANTEE that this application will not be processed unless you have agreed to Terms & Conditions and click the "Apply Now" button below. (Usage fees are listed in the Terms & Conditions). Please read this application completely and carefully.

## Secure Information

*Social Security Number: [ ] - [ ] - [ ]

*Date of Birth (MM/DD/YYYY):

**Great Value :**

☐ I want to receive the AIG Identity Theft Protection Plan worth **$20,000**.

[Sample check image showing:
MARY B or WILLIAM JOHNSON
123 MAIN STREET, APT 48
YOUR TOWN, STATE 00078-5432
Pay to the Order of
YOUR FINANCIAL INSTITUTION
ANYTOWN, USA
⑁123456780⑁ 0301 123⇀456⇀7⇀
↑ ABA or Routing #     ↑ Bank Account #]

Shop Major Brands and Products!

**$10,000** credit line **Almost Completed!**

SAMSUNG   LG   SONY   iPod

*Routing Number:

*Bank Account Number:

*Account Type: Checking

**IF YOU DON'T HAVE A BANK ACCOUNT CLICK HERE**

*REQUIRED FIELDS

---

▸ OPTIONAL INFORMATION

Would you like a FREE¹ Laptop Computer, $2500 Credit Line **AND** Medical Discounts?
**CLICK YES TO APPLY! It's easy because you already have my information on file.**

○ Yes    ○ No

---

**Great Value :**

☐ I want to receive the AIG Identity Theft Protection Plan worth **$20,000**.

---

☐ **By checking the box you understand:
StarterCreditDirect will electronically debit your checking account for our one-time $99.00 Application and Processing fee.** StarterCreditDirect is an authorized marketer of Century Platinum™, and Century Platinum will debit my account for

my **$14 monthly membership fee**. If the Application and Processing fee is not collected, I understand that I will be provided a lower credit line of $2,500 and charged the monthly membership fee by Century Platinum. I certify that I am at least 18 years old and have read and agree to the Century Platinum Terms & Conditions and Privacy Policy, and membership usage fees. I will allow 15-20 working days from the date my payment is verified and received, to receive a membership kit with $10,000 credit line.



CONSUMER PROTECTION
www.icomplynet.com



APPLY NOW³

Century Terms & Conditions | Century Privacy | FAQ's | Unsubscribe



CONSUMER PROTECTION

© 2008, All rights reserved.

**Online Security:**
For your online protection, we have implemented an Anti-Fraud and Security feature that validates and records the computer Internet Protocol (I. P.) address of the computer that you are using to complete this transaction. As a result, your I. P. address is being logged as 65.242.42.227 and your transaction date and time are being logged as 7/16/2009 11:24:53 AM EST.

**Final Digital Signature: The Federal E-Sign Act (HR-1714)**
The E-Sign Act grants electronic signatures and documents equivalent legal status as traditional handwritten signatures. By completing our online application, you are certifying that your digital signature is the equivalent of your handwritten signature. Furthermore, you agree that you have read all of the agreement and are agreeing to and signing each section of this Agreement with your digital signature.

[1] To Purchase Brand Name Merchandise Exclusively From Our Online Mega-Store! Restrictions apply. See Century Platinum® terms and conditions for additional details. This is a membership program and not a debit or credit card. Applicant must be at least 18 years of age and have a valid U.S. checking account. Century Platinum allows account holder to make merchandise purchases exclusively from its on-line shopping site. Most purchases from online shopping site will require a small down payment. CENTURY PLATINUM® DOES NOT REPORT to any credit bureau or reporting agency. The CENTURY PLATINUM® Account does not aid in building or re-building credit, or the posting of any positive references to any credit report. This offer not available to residents of Wisconsin.

[2] The Cash Advance Offer contracts with several independent loan companies and is not a financial institution or lender. The Cash Advance Offer will place you with one of several loan providers depending on the information you submit on this website. We cannot guarantee final approval of unsecured cash loans. Not all lenders can provide up to $1500. Cash transfer time may vary between lenders. Please be sure to review the terms and conditions of each service prior to doing business with them as Cash Advance charges vary by lender. This service does not constitute an offer or solicitation for short term loans in every state and may or may not be available in your particular state. The states in which this service is available may change from time to time without notice.

[3] The USA PATRIOT Act is a Federal law that requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. You will be asked to provide your name, address, date of birth, and other information that will allow us to identify you. You may also be asked to provide documentation as proof of identification. "Guaranteed Approval" is contingent upon successfully passing this mandatory identification confirmation.

# ePLATINUM+

2 Great Optional Offers available with ePlatinum+ Membership!



**1.** $12,500
ePlatinum+ Membership Credit Line[4]

A Chance to Borrow Up to $2500 **Cash Advance**

- 100%[1] Online Approval
- No Credit Checks
- Application Processing=$99.00



**2.** **24-Hour Cash Advance**
May be Approved for Separate Cash Offer

- Personal Loans up to $1500[2]
- ePlatinum+ Membership Required
- All Credit Types Welcomed



**3.** FREE[5] $2500 Unsecured Credit Line MEDICAL DISCOUNTS

**Great Benefits in 1 Offer!**

- FREE[5] Laptop Computer
- $2,500 Credit Line
- Medical Discounts
- ePlatinum+ Membership Required

◉ **Bankruptcy?**   ◉ **No Credit?**   ◉ **No Problem!**   ◉ **All May Apply**

## Application Information

**First Name:** [ ]   **Initial** [ ]   **Last Name:** [ ]

**Address:** (No P.O. Box) [ ]   **City:** [ ]

**State:** (Not available in Wisconsin) < pick one >   **Zip Code:** [ ]

**Daytime Phone:** [ ]-[ ]-[ ]   **Email Address:** [ ]

○ Yes ○ No   Are you interested in online education? The Career Institute can help. Privacy Policy

○ Yes ○ No   Are you OVERWHELMED WITH DEBT and unable to pay your bills? Learn how **BANKRUPTCY CAN HELP** keep what you have and reduce or eliminate your debt!

☐ I have read, understood and agree to the Privacy Policy and that I may receive special email offers from marketing partners, including, but not limited to SmartCreditApprovalsNews.com.

**CONTINUE STEP 2**

## Privacy Policy

ePlatinum+ Membership
Application Processing = $99.00
Monthly Membership Fees Apply

### ePlatinumDirect PRIVACY POLICY

Updated: **March 31, 2010**

**Disclosure of Information to Non-affiliated Trusted Third Parties**
ePlatinumDirect and Affiliates ("Companies") will disclose nonpublic personal information about you to other market participants that provide goods and services. The Companies may also disclose aggregate, anonymous data to investors and potential partners based on information collected from Users. You authorize us, or a marketing partner, to contact you with exciting new offers and information, via email, automated telephone messages or SMS/Text messages to your mobile phone, even if you are listed on a Do Not Call Registry. Users may opt out of the Companies

## Customer Protection Policy:

For security, your I. P. address is being logged as 12.228.133.190. All information is transmitted via secure socket layer (SSL). We GUARANTEE that this application will not be processed unless you have agreed to Terms & Conditions and click the Apply Now "button below." Usage fees are listed in

the agreement). Please read this application completely and carefully.

# CASH ADVANCE

You may qualify up to $1,500.00[2] for a Secure Cash Advance Offer on next page!

## Secure Information

*Social Security Number:  ☐ - ☐ - ☐

*Date of Birth (MM/DD/YYYY): ☐ ☐ ☐

Shop Major Brands and Products!

**Great Value :**

☐ I want to receive the AIG Identity Theft Protection Plan worth **$20,000.**



$12,500 credit line

**Almost Completed!**

SAMSUNG  LG  SONY.  iPod

ABA or Routing #     Bank Account #

*Routing Number:     *Bank Account Number:     *Account Type: Checking

*Confirm Bank Account Number:

**IF YOU DON'T HAVE A BANK ACCOUNT CLICK HERE**

*REQUIRED FIELDS

▸ OPTIONAL INFORMATION

**Safer Than Cash!**

Get a Prepaid Visa Card at NO COST! — **No Overdraft Fees or Interest Charges!**

◯ Yes     ◯ No

▸ OPTIONAL OFFERS

## THIS GREAT OFFER IS YOURS...

**Would you like a FREE[1] Laptop Computer, $2500 Credit Line AND Medical Discounts?
CLICK YES TO APPLY! It's easy because you already have my information on file.**

◯ Yes     ◯ No

**Great Value :**

☐ I want to receive the AIG Identity Theft Protection Plan worth **$20,000**.

☐ **By checking the box you understand:
ePlatinum Direct will electronically debit your bank account for our
one-time $99.00 Application and Processing fee.** ePlatinum Direct is an authorized marketer of USA Credit™, and USA Credit will debit my bank account for my ePlatinum+ **$14.00 monthly membership fee. If the Application and Processing fee is not collected, I understand that I will be provided a lower credit line of** $2,500 **and debited the monthly membership fee by USA Credit. I certify that I am at least 18 years old and have read and agree to the USA Credit™ ePlatinum+™** Terms & Conditions **and** Privacy Policy**, and membership usage fees. I will allow 15-20 working days from the date my payment is verified and received, to receive a membership kit with** $12,500 credit line.



 APPLY NOW![3]

ePlatinum+ Terms & Conditions  |  ePlatinumDirect Privacy  |  FAQ's  |  Unsubscribe

© 2008, All rights reserved.

**Online Security:**
For your online protection, we have implemented an Anti-Fraud and Security feature that validates and records the computer Internet Protocol (I. P.) address of the computer that you are using to complete this transaction. As a result, your I. P. address is being logged as 12.228.133.190 and your transaction date and time are being logged as 1/6/2010 2:25:24 PM EST.
**Final Digital Signature: The Federal E-Sign Act (HR-1714)**
The E-Sign Act grants electronic signatures and documents equivalent legal status as traditional handwritten signatures. By completing our online application, you are certifying that your digital signature is the equivalent of your handwritten signature. Furthermore, you agree that you have read all of the agreement and are agreeing to and signing each section of this Agreement with your digital signature.

1

When I complete the application, and upon approval, I will be entitled to receive my $12,500 Unsecured ePlatinum+™ Shopping Card for use exclusively at the USA Credit™ Shopping Club. ePlatinumDirect will debit my banking account for my one-time $99.00 Application and Processing Fee. My unsecured ePlatinum+™ Shopping Card has a monthly membership fee of $14.00 for which USA Credit™ will debit my bank account each month. My account is a line of credit that can be used by an Accountholder to shop exclusively at the USA Credit™ Shopping Club Web Site. This is not a credit repair service. USA Credit™ is not a credit services organization, financial or banking institution. Do not use this charge account before you read the USA Credit™ Terms & Conditions for additional details. The USA Credit™ ePlatinum+™ Shopping Card is not a VISA® or a MASTERCARD® Guaranteed qualifications: You must be 18 years of age, a U.S. Citizen (EXCLUDING RESIDENTS OF WISCONSIN, VERMONT AND INDIANA) OR PERMANENT RESIDENT. The $2,500 loan feature requires prior on time repayment of product purchased at the USA Credit™ shopping club web site.

[2] The Cash Advance Offer contracts with several independent loan companies and is not a financial institution or lender. The Cash Advance Offer will place you with one of several loan providers depending on the information you submit on this website. We cannot guarantee final approval of unsecured cash loans. Not all lenders can provide up to $1500. Cash transfer time may vary between lenders. Please be sure to review the terms and conditions of each service prior to doing business with them as Cash Advance charges vary by lender. This service does not constitute an offer or solicitation for short term loans in every state and may or may not be available in your particular state. The states in which this service is available may change from time to time without notice.

[3] The USA PATRIOT Act is a Federal law that requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. You will be asked to provide your name, address, date of birth, and other information that will allow us to identify you. You may also be asked to provide documentation as proof of identification. "Guaranteed Approval" is contingent upon successfully passing this mandatory identification confirmation.

[4] USA Credit is not affiliated with, nor does it endorse any other offer on this page except the ePlatinum+ Shopping Card.

[5] Some conditions apply; see Terms and Conditions for details.

This site was grabbed using the                              . This message does not appear on a licensed copy of

## Christine Reilly

**From:** Hunter, Zachary [zhunter@ftc.gov]
**Sent:** Monday, May 17, 2010 5:50 AM
**To:** Christine Reilly; Michael Mallow
**Cc:** Tucci, Elizabeth; Morelli, Mark
**Subject:** RE: EDebitPay

The "No Cost" prepaid Visa card, which we discussed on Thursday and Friday, is marketed on the ePlatinumDirect site.

---

**From:** Christine Reilly [mailto:creilly@loeb.com]
**Sent:** Friday, May 14, 2010 6:49 PM
**To:** Hunter, Zachary; Michael Mallow
**Cc:** Tucci, Elizabeth; Morelli, Mark
**Subject:** RE: EDebitPay

Thanks Zach. What is the FTC's issue with the eplatinum site? We did not discuss that particular site during yesterday's or today's call.

Thanks,
Christine

**Christine Reilly**
*Attorney At Law*


LOEB &
LOEB LLP

10100 Santa Monica Blvd., Suite 2200 | Los Angeles, CA 90067
**Direct Dial:** 310.282.2361 | **Fax:** 213.652.1830 | **Email:** creilly@loeb.com

**Los Angeles | New York | Chicago | Nashville | Washington, DC | Beijing | www.loeb.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner. Thank you, Loeb & Loeb LLP.

---

**From:** Hunter, Zachary [mailto:zhunter@ftc.gov]
**Sent:** Friday, May 14, 2010 3:40 PM
**To:** Michael Mallow
**Cc:** Christine Reilly; Tucci, Elizabeth; Morelli, Mark
**Subject:** EDebitPay

Michael:

Please see the attached letter, Proposed Supplemental Stipulated Final Order, and website printouts that you requested during our call today. If you have any questions, please contact me at (202) 326-3235.

Regards,

Zach

10/2/2010