MICHAEL L. MALLOW (SBN 188745)
mmallow@loeb.com
KAREN R. THORLAND (SBN 172092)
kthorland@loeb.com
CHRISTINE M. REILLY (SBN 226388)
creilly@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Telephone: 310-282-2000
Facsimile: 310-282-2200

Attorneys for Defendants
EDEBITPAY, LLC; DALE PAUL
CLEVELAND; and WILLIAM
RICHARD WILSON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> EDEBITPAY, LLC; EDP REPORTING, LLC; EDP TEHNOLOGIES CORPORATION; SECURE DEPOSIT CARD, INC.; DALE PAUL CLEVELAND; and WILLIAM RICHARD WILSON, <br><br> Defendants. | Case No. 07-4880 ODW (AJWx) <br><br> Assigned to Hon. Otis D. Wright II <br><br> **DECLARATION OF CHRISTINE M. REILLY IN SUPPORT OF JOINT STIPULATION RE: PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES AND DEPOSITION** <br><br> Hearing Date: July 12, 2010 <br> Time: 1:30 p.m. <br> Courtroom: 11 <br> Judge: Hon. Otis D. Wright II |

LA2078849.1
211465-10001

DECLARATION OF CHRISTINE M. REILLY IN SUPPORT OF
JOINT STIPULATION RE: PLAINTIFF'S MOTION TO COMPEL
DISCOVERY RESPONSES AND DEPOSITION

## DECLARATION OF CHRISTINE M. REILLY

I, CHRISTINE M. REILLY, declare as follows:

1. I am an attorney at the law firm of Loeb & Loeb LLP, counsel of record for Defendants EDebitPay, LLC, Paul Dale Cleveland, and William Richard Wilson (collectively "Defendants") in the instant case. I make this declaration in support of the parties' Joint Stipulation Re: Plaintiff's Motion to Compel Discovery Responses and Deposition. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. On November 17, 2009, FTC Staff Attorney Elizabeth Tucci, Esq. deposed Defendant Bill Wilson. True and correct excerpts from Mr. Wilson's deposition transcript are attached as Attachment 1.

3. On September 27, 2010, FTC Staff Attorney Zachary Hunter, Esq. deposed Loris Desa, EDP's Chief Technology Officer. True and correct excerpts from Mr. Desa's draft deposition transcript are attached as Attachment 2. A final transcript is not yet available from the court reporter.

4. On November 17, 2009, FTC Staff Attorney Elizabeth Tucci, Esq. deposed Defendant Paul Cleveland. True and correct excerpts from Mr. Cleveland's deposition transcript are attached as Attachment 3.

5. On September 27, 2010, FTC Staff Attorney Mark Morelli, Esq. deposed Martha Ortega-Leon, EDP's Controller. True and correct excerpts from Ms. Ortega-Leon's draft deposition transcript are attached as Attachment 4. A final transcript is not yet available from the court reporter.

6. On or about September 7, 2010, the FTC produced documents responsive to EDP's Requests for Production of Documents. As part of that

LA2078849.1
211465-10001

1

DECLARATION OF CHRISTINE M. REILLY IN SUPPORT OF
JOINT STIPULATION RE: PLAINTIFF'S MOTION TO COMPEL
DISCOVERY RESPONSES AND DEPOSITION

1 production, the FTC produced an email communication from FTC Staff Attorney
2 Raymond McKown, Esq. to Howard Camhi, the Court-appointed Receiver, on June
3 18, 2009 regarding the EDP Receivership. A true and correct copy of that
4 communication, as produced by the FTC with bates label FTC008290, is attached
5 as Attachment 5.

6     7. On July 23, 2009, the FTC served on Defendants a cover letter and
7 Request for Documents and Information in accordance with Section V.A. of the
8 Final Order. The cover letter was addressed to Michael Mallow, Esq., but I was
9 also a recipient of the document. A true and correct copy of the cover letter and the
10 FTC's July 23, 2009 Requests are attached as Attachment 6.

11     8. On or about August 12, 2009, Defendants served the FTC with
12 responses to its July 23, 2009 Requests along with several banker boxes of
13 responsive material. A true and correct copy of Defendants' written responses are
14 attached as Attachment 7.

15     9. On or about October 22, 2009, the FTC served the Deposition Notice
16 of EDebitPay, LLC, Dale Paul Cleveland, and William Richard Wilson. A true
17 and correct copy of the FTC's Deposition Notice is attached as Attachment 8.

18     10. The FTC argues that Defendants have committed a violation of the
19 Final Order by refusing to provide the discovery that serves as the basis for its
20 motion to compel. The parties have exchanged several meet and confer letters and
21 engaged in several meet and confer conferences regarding various discovery issues
22 over the course of the last several months and the FTC has never raised this
23 argument. It appears for the first time in its portions of the Joint Stipulation Re:
24 Plaintiff's Motion to Compel Discovery Responses and Deposition.

25     11. On October 1, 2010, after having a chance to review the FTC's lengthy
26 Joint Stipulation Re: Plaintiff's Motion to Compel Discovery Responses and
27 Deposition, I wrote to Mr. Morelli regarding the FTC's demand for a privilege log.
28

2

LA2078849.1
211465-10001

DECLARATION OF CHRISTINE M. REILLY IN SUPPORT OF
JOINT STIPULATION RE: PLAINTIFF'S MOTION TO COMPEL
DISCOVERY RESPONSES AND DEPOSITION

Later that same day, I sent a follow up email to Mr. Morelli clarifying one issue related to my prior email regarding the request for a privilege log. True and correct copies of my two emails to Mr. Morelli are attached hereto as Attachment 9.

12. On October 4, 2010, Mr. Morelli responded to my October 1, 2010 email. A true and correct copy of Mr. Morelli's email is attached hereto as Attachment 10.

13. If Defendants are required to log all privileged communications with my firm regarding the Starter Credit Direct marketing and all privileged communications with my firm regarding their defenses from January 22, 2008 through the conclusion of the contempt hearing in this case, as the FTC demands, Defendants would be required to log hundreds of email communications between Defendants and my firm that occurred after the filing of the FTC's contempt application. These communications expressly related to Defendants' defense of the contempt proceeding and included communications with my firm on such subjects as the preparation of Defendants' opposition brief, their responses to nearly 100 discovery requests propounded by the FTC, preparation for depositions in this case, overall defense strategy, potential settlement terms and other such undeniably privileged issues.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of October, 2010, at Los Angeles, California.

/s/ Christine M. Reilly
CHRISTINE M. REILLY

---

LA2078849.1
211465-10001

3

DECLARATION OF CHRISTINE M. REILLY IN SUPPORT OF
JOINT STIPULATION RE: PLAINTIFF'S MOTION TO COMPEL
DISCOVERY RESPONSES AND DEPOSITION