**ATTACHMENT 4**

**TO REILLY DECL.**

**M. ORTEGA-LEON DRAFT DEPO TRANSCRIPT**

1                    UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

3

4     FEDERAL TRADE COMMISSION,        )
                                       )
5                    Plaintiff,        )
                                       )
6              vs.                     )    No. 07-4880 ODW
                                       )         (AJWx)
7                                      )
      EDEBITPAY, LLC; EDP              )
8     REPORTING, LLC; EDP             )
      TECHNOLOGIES CORPORATION;        )
9     SECURE DEPOSIT CARD, INC.;       )
      DALE PAUL CLEVELAND; and         )
10    WILLIAM RICHARD WILSON           )
                                       )
11                   Defendants.       )
                                       )

12

13

14

15              CONFIENTIAL DEPOSITION OF

16                MARTHA ORTEGA-LEON

17

18

19        DATE & TIME:   Thursday, September 30, 2010
                         XXXX a.m. - XXXX p.m.

20

21        LOCATION:     10877 Wilshire Boulevard
                        Suite 700
22                      Los Angeles, California

23

          REPORTER:     Christina Kim-Campos, CSR
24                      Certificate No. 12598

25

Draft Copy

2

1                    UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

3

4     FEDERAL TRADE COMMISSION,        )
                                       )
5                   Plaintiff,         )
                                       )
6            vs.                       )     No. 07-4880 ODW
                                       )
7                                      )
      EDEBITPAY, LLC; EDP              )
8     REPORTING, LLC; EDP             )
      TECHNOLOGIES CORPORATION;        )
9     SECURE DEPOSIT CARD, INC.;       )
      DALE PAUL CLEVELAND; and         )
10    WILLIAM RICHARD WILSON           )
                                       )
11                  Defendants.        )
                                       )

12

13

14

15          CONFIDENTIAL DEPOSITION OF MARTHA

16    ORTEGA-LEON, taken on behalf of the Plaintiff, at

17    10877 Wilshire Boulevard, Suite 700, Los Angeles,

18    California, commencing at XXXX a.m., and concluding

19    at XXXX, on Thursday, September 30, 2010, pursuant

20    to Notice, before CHRISTINA KIM-CAMPOS,

21    CSR No. 12598, a Certified Shorthand Reporter, in

22    and for the State of California.

23                              ***

24

25

Draft Copy

FTC v. Edebitpay, LLC, et al.      Leon                          9/30/2010

1      BY MR. MORELLI:

2          Q.    The court reporter has handed you what's

3      been marked as Exhibit 6.  Do you recognize this

4      document?

5          A.    Yes.

6          Q.    And what is it?

7          A.    It is an e-mail, a copy of an e-mail from

8      Boris Paniagua who is an accountant under Howard

9      Camhi.  And he was sending me a document I requested

10     from him, or from his firm.

11         Q.    And what was the document?

12         A.    It was the FTCs inventory list of the

13     documents that they collected from our office.

14         Q.    And do you recall why you were requesting

15     this?

16         A.    There were several documents that we

17     couldn't locate after everything was taken or

18     returned by the FTC, and so I requested an inventory

19     to see if we could more easily locate them.

20         Q.    And going back to deposition Exhibit 2, your

21     declaration, you say both the FTC and Receiver had

22     every piece of marketing material that existed at

23     the time including creatives for Starter Credit.

24     How do you know that's the case?

25         A.    Can you tell me what line that is.

43

FTC v. Edebitpay, LLC, et al.        Leon                    9/30/2010

1        Q.   I'm sorry it's paragraph 4 it's line 26,

2   continuing over to line 1 of page, the following

3   page.

4        A.   I said that because they, the FTC took

5   control of the office and had access to everything.

6        Q.   On line 5 of page 2 of your declaration, it

7   says, "The inventory listing included Starter Credit

8   'website print-outs' and 'banner samples.'"  Do you

9   see that?

10       A.   Correct.

11       Q.   Could you tell me where an inventory

12   listing, that is, please?

13       A.   Sorry.  I'm still looking for it.

14            MS. REILLY:  I might be able to assist here

15   if you want the assistance.

16            THE WITNESS:  I recall there's two lines of

17   information referring to Starter Credit Direct.  The

18   first one is on page 3 of 8 in the inventory.

19   BY MR. MORELLI:

20       Q.   Okay.

21       A.   Where it says towards the bottom century

22   platinum and Starter Credit Direct binder.

23       Q.   Okay.

24       A.   And the other --

25            MS. REILLY:  I'm seeing it on page 7.

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

47

FTC v. Edebitpay, LLC, et al.        Leon                    9/30/2010

1      e-mails?

2             MS. REILLY:  Objection vague.  Calls for

3      speculation.

4             THE WITNESS:  No.

5      BY MR. MORELLI:

6         Q.   Would he have ever had to click on the

7      Starter Credit link on page 2?

8             MS. REILLY:  Objection.  Same objections.

9             THE WITNESS:  To respond, no.

10     BY MR. MORELLI:

11        Q.   And he wouldn't have had to click on the

12     link on page 3 either correct?

13            MS. REILLY:  Same objections.

14            THE WITNESS:  No.

15     BY MR. MORELLI:

16        Q.   Now going back to your declaration again,

17     the deposition Exhibit 2, in paragraph 2 on line 9,

18     you say As EDP's controller I am intimately

19     knowledgeable about EDP's financial records.  I

20     regularly maintain in the course of my duties and

21     responsibilities financial information about EDP

22     generally and as it relates to particular marketing

23     pieces.

24            Do you see that?

25        A.   Yes.

48

FTC v. Edebitpay, LLC, et al.        Leon                    9/30/2010

1        Q.    So does EDebitPay keep records of the
2    revenue it receives from each website?
3        A.    Yes.
4        Q.    And also for each product or service offer
5    as well correct?
6        A.    Yes.
7              MR. MORELLI:  Please mark that.
8              (Plaintiff's Exhibit 8 was marked
9              for identification by the court
10             reporter and is attached hereto.)
11   BY MR. MORELLI:
12       Q.    And the court reporter has handed you what
13   has been marked as deposition Exhibit 8 and for the
14   record this document also includes a Bates number
15   EDPFTC-02885.
16             And do you recognize this document?
17       A.    Yes.
18       Q.    What is it?
19       A.    It is an income statement that I prepared
20   for the Starter Credit Direct dot com and Starter
21   Credit Direct dot com slash blue marketing pieces.
22       Q.    And does --
23             MS. REILLY:  And I'll represent to counsel
24   that the amended discovery responses that I handed
25   you had this morning do have updated revenue figures

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555

FTC v. Edebitpay, LLC, et al.       Leon                    9/30/2010

1      dot com and Starter Credit Direct dot com slash

2      blue.

3          A.    Yes.

4          Q.    And do you recall now what Starter Credit

5      Direct dot com blue is?

6          A.    As I recall, it was just a different style

7      or coloring of the same site, as I understood it.

8          Q.    Do you know how it differed from Starter

9      Credit Direct dot com?

10         A.    No.

11         Q.    The next line is 40015, Recurring Revenue

12     Share.  Do you see that?

13         A.    Yes.

14         Q.    And what does that refer to?

15         A.    Our agreement with the fulfillment company

16     for the Starter Credit Direct product, century

17     platinum product.  Agreed to share recurring revenue

18     from the fees charged to members, the monthly fees

19     charged to members.

20         Q.    And so this is a payment from century

21     platinum to EDebitPay is that correct?

22         A.    Yes.

23         Q.    And there is an asterisk footnote that talks

24     about EDP's ability to ascertain recurring revenue

25     for the Starter Credit Direct dot com website do you

Draft Copy

51

1      see that?

2          A.   Yes.

3          Q.   And can you explain why that is please?

4          A.   The way that Century Platinum, or Insight

5      Marketing as they're known to us reports our share

6      of recurring revenue is just by reporting a bulk

7      number of members from which they collected the 14

8      dollar monthly fee without indicating from where

9      that original order was generated.  So we're unable

10     to ascertain exactly how much recurring revenue was

11     generated from an order that came from a Starter

12     Credit Direct dot com sight.

13         Q.   Were there a number of different websites

14     through which EDebitPay marketed Century Platinum

15     shopping club?

16         A.   Yes.

17              MS. REILLY:  Objection.  Asked and answered.

18     Same standing objection earlier that it's outside

19     the scope it's irrelevant and improperly noticed,

20     but she can answer.

21     BY MR. MORELLI:

22         Q.   And what were, do you recall the other sites

23     that marketed search platinum shopping club?

24         A.   Yes.  I believe I mentioned before, super

25     elite offer dot com, holiday credit source dot com,

FTC v. Edebitpay, LLC, et al.       Leon                     9/30/2010

```
 1                    REPORTER'S CERTIFICATE

 2

 3          I, the undersigned, a Certified Shorthand

 4   Reporter of the State of California, do hereby

 5   certify;

 6          That the foregoing proceedings were taken

 7   before me at the time and place herein set forth;

 8   that any witnesses in the foregoing proceedings,

 9   prior to testifying, were placed under oath; that a

10   verbatim record of the proceedings was made by me

11   using machine shorthand, which was thereafter

12   transcribed under my direction; further, that the

13   foregoing is an accurate transcription thereof.

14          I further certify that I am neither

15   financially interested in the action, nor a relative

16   or employee of any attorney of any of the parties.

17          IN WITNESS WHEREOF, I have this date

18   subscribed my name.

19

20   Dated:

21

22

23

24               CHRISTINA KIM-CAMPOS

25               CERTIFICATE NO. 12598
```

Draft Copy

For The Record, Inc.
(301) 870-8025 - www.ftrinc.net - (800) 921-5555