# ATTACHMENT 5

# TO REILLY DECL.

# R. MCKOWN EMAIL TO

# RECEIVER H. CAMHI

| | |
|---|---|
| **From:** | McKown, Raymond |
| **Sent:** | Thursday, June 18, 2009 2:49 PM (GMT) |
| **To:** | McKown, Raymond <RMCKOWN@ftc.gov>; 'Howard Camhi' <hcamhi@ECJLAW.COM> |
| **Cc:** | Chun, Barbara <BCHUN@ftc.gov> |
| **Subject:** | EDP Receivership Closed? |

Hi Howard,

I thought that the EDP receivership had closed, but when I checked the court docket this morning I didn't see anything about that. Am I wrong, is it still open? If so, do you see any reason to keep it open instead of closing it?

Please let me know.

Thanks,

Ray

---

**From:** McKown, Raymond
**Sent:** Monday, April 20, 2009 5:28 PM
**To:** 'Howard Camhi'
**Cc:** Chun, Barbara
**Subject:** RE: EDebitPay -- Pink Slip for Aston Martin

Howard,

We think turning over the pink slip to the son or his mom is fine. In addition, we'd recommend making a copy of the pink slip and sending it, along with the documents memorializing the sale, to Michael Mallow. That way, if Bill Wilson continues to get blamed for tickets etc. that are attributed to the Aston Martin, Wilson and Mallow can show the DMV that the car was sold and Wilson should not be held responsible.

Thanks for keeping us in the loop.

Raymond E. McKown, Esq.
Federal Trade Commission
10877 Wilshire Blvd., Ste. 700
Los Angeles, CA 90024
(310) 824-4325
(310) 824-4380 (fax)

---

**From:** Howard Camhi [mailto:hcamhi@ECJLAW.COM]
**Sent:** Monday, April 20, 2009 1:18 PM
**To:** McKown, Raymond
**Cc:** Chun, Barbara
**Subject:** EDebitPay -- Pink Slip for Aston Martin

Ray and Barbara,

Greetings, hope this finds you well. I received a call from Laura Aflalo (the mother of the purchaser of the Aston Martin) seeking information on the pink slip. I have the Pink Slip in my possession and would gladly give it to her so her son can transfer title. Alternatively, I can give you the Pink Slip if you prefer (I don't know what benefit this would give, but I'm putting it out there).

Let me know how you would like me to proceed.

Howard

*Treasury Circular 230 Disclosure* -- In order to comply with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

Howard I. Camhi, Esq.
Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974

FTC008290

Phone: 310-281-6375
Direct Fax: 310-887-6840
Email: hcamhi@ecjlaw.com

*It's Not a Common Practice.*<sup>SM</sup>

The information contained herein is confidential and privileged attorney-client information or work product intended only for the individual or entity to whom it is addressed. Any unauthorized use, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify me immediately.

🖶 Please don't print this e-mail unless it is necessary.

FTC008291