# ATTACHMENT 7

## TO REILLY DECL.

## DEFTS. RESPONSES TO FTC REQUESTS

1.  With regard to Marketing Affiliates, as defined in the Final Order:

    a.  Provide copies of any and all contracts, including revisions and addendums that are now or
        have been in effect at any time during the last twelve months between EDP and any Marketing
        Affiliate.

    b.  Provide copies of all notices and acknowledgements of receipt of the Final Order from each
        such Marketing Affiliate, as required by Paragraph I.H of the Final Order.


*Enclosed are the contract copies requested in 1.a above.*

*The acknowledgements required by Paragraph I.H of the Final Order and requested in 1.b
above are normally incorporated into the body or as addenda to the enclosed agreements.
Marketing Affiliates are also required to digitally acknowledge and accept our Affiliate Network
Standard Terms and Conditions (attached), which contains the information required to comply
with Paragraph I.H of the Final Order.*

1.  With regard to Marketing Affiliates, as defined in the Final Order:

    c.  Fully describe EDP's compliance with Paragraph I.H of the Final Order as to each such Marketing Affiliate, including EDP's efforts, if any, to monitor and ensure the Marketing Affiliate's compliance with Paragraph IA-G of the Final Order.

*In compliance with Paragraph I.H of the Final Order, EDebitPay requires the signed acknowledgement of receipt and the acceptance from each Marketing Affiliate that they will comply with the terms of Section I, as part of all our written agreements. Marketing Affiliates are also required to acknowledge and accept the same clause included in our online terms and conditions when they sign on to our affiliate network.*

*EDebitPay reviews all of the websites it markets to fulfill a Compliance Checklist. We design our own websites to adhere to the principles outlined in Paragraphs IA-F of the Final Order and also model all of our sites on http://ultimateplatinumoffer.com. This website was specifically designed under the review and advice of Mr. Raymond McKown of the Federal Trade Commission. Under Mr. KcKown's guidance and direction, various design elements were positioned, designed, and scripted to comply with Paragraphs IA-F of the Final Order.*

*EDebitPay has a trained staff of customer care professionals to address customer inquiries, refund requests, and complaints with courtesy and efficiency in order to comply with Paragraph IG of the Final Order.*

*EDebitPay reviews the websites of Marketing Affiliates where EDebitPay offers have been placed to ensure that provided creatives have not been changed as to content or appearance. When we update a product, we send the updated information to the Marketing Affiliate for revision to their website. We then monitor those sites to ensure that our information remains updated. Affiliates that do not comply with our standards or are slow to comply are terminated.*

*Finally, EDebitPay also monitors the use of its data by seeding our own email databases with EDebitPay-owned email addresses, so that we can ensure that SPAM or other prohibited emails are NOT being sent to our consumers. We review the emails received at these addresses and evaluate our competitors' offers for compliance with EDebitPay's standards. We previously provided to the FTC a sample letter, which we distributed to our affiliates, requiring that they cease emailing to our list offers we found to be grossly non-compliant.*

*As a step towards consumer education and protection, EDebitPay is also the creator and proud sponsor of iComplyNet.com (ICN) and the ICN Consumer Protection Check-List, of which screenshots and a press release are enclosed. This checklist was originally developed by EDebitPay as a means of self-regulating the content of its website to ensure that consumers have sufficient information to make informed purchasing decisions. Through ICN, EDebitPay is now publicizing this information to help consumers make informed decisions when viewing EDebitPay's and all other websites.*

1. With regard to Marketing Affiliates, as defined in the Final Order:

   d. Provide copies of any complaints received by EDP in the last twelve months, whether received directly or indirectly, regarding each such Marketing Affiliate.  Describe any actions taken to resolve each such complaint.

   *EDebitPay has had no such complaints by consumers against any of our Marketing Affiliates during the past year.  In the past, the only complaint we have received about a Marketing Affiliate was regarding alleged SPAM email.  We investigated the matter with the affiliate and chose to end the relationship with them.*

2   With regard to the websites listed on Attachment 1 to this request and any business entities controlling such websites (hereinafter "website/business entity"):

  a.  Fully describe any business relationship, if any exists or has existed at any time in the last twelve months, between the website/business entity and EDP, including whether and how EDP derives revenue from that relationship.

*The enclosed table provides the requested information for each of the websites listed in Addendum 1.*

2   With regard to the websites listed on Attachment 1 to this request and any business entities controlling such websites (hereinafter "website/business entity"):

   b.   Provide copies of any contracts including revisions and addendums, that are now or have been in effect at any time during the last twelve months, between the website/business entity and EDP.

   *EDebitPay only has a direct relationship with the owner of one of the websites listed in Attachment 1 of the request, Efolks Network, LLC (a.k.a. Progrexion).  The contract between EDebitPay and Efolks is enclosed.*

2    With regard to the websites listed on Attachment 1 to this request and any business entities controlling such websites (hereinafter "website/business entity"):

   c.   To the extent that EDP has or has had at any time in the last twelve months a business relationship with the website/business entity:

      i.    Provide copies of all notices and acknowledgements of receipt of the Final Order provided to or by the website/entity, pursuant to Paragraph I.H of the Final Order; and

*EDebitPay only has a direct relationship with the owner of one of the websites listed in Attachment 1 of the request, Efolks Network, LLC (a.k.a. Progrexion).  The acknowledgement of receipt of the Final Order, signed by Efolks is enclosed.*

2. With regard to the websites listed on Attachment 1 to this request and any business entities controlling such websites (hereinafter "website/business entity"):

   c. To the extent that EDP has or has had at any time in the last twelve months a business relationship with the website/business entity:

      ii. Fully describe EDP's compliance with Paragraph I.H of the Final Order as to each such website/business entity, including EDP's efforts, if any, to monitor and ensure the website/entity's compliance with Paragraph IA-G of the Final Order.

*EDebitPay has direct relationships only with those websites/owners explained in 2.a. For those websites/owners, the following applies:*

*In compliance with Paragraph I.H of the Final Order, EDebitPay requires the signed acknowledgement of receipt and the acceptance from each Marketing Affiliate that they will comply with the terms of Section I, as part of all our written agreements. Marketing Affiliates are also required to acknowledge and accept the same clause included in our online terms and conditions when they sign on to our affiliate network.*

*EDebitPay reviews all of the websites it markets to fulfill a Compliance Checklist. We design our own websites to adhere to the principles outlined in Paragraphs IA-F of the Final Order and also model all of our sites on http://ultimateplatinumoffer.com. This website was specifically designed under the review and advice of Mr. Raymond McKown of the Federal Trade Commission. Under Mr. KcKown's guidance and direction, various design elements were positioned, designed, and scripted to comply with Paragraphs IA-F of the Final Order.*

*EDebitPay has a trained staff of customer care professionals to address customer inquiries, refund requests, and complaints with courtesy and efficiency in order to comply with Paragraph IG of the Final Order.*

*As a step towards consumer education and protection, EDebitPay is also the creator and proud sponsor of iComplyNet.com (ICN) and the ICN Consumer Protection Check-List, of which screenshots and a press release are enclosed. This checklist was originally developed by EDebitPay as a means of self-regulating the content of its website to ensure that consumers have sufficient information to make informed purchasing decisions. Through ICN, EDebitPay is now publicizing this information to help consumers make informed decisions when viewing EDebitPay's and all other websites.*

2.  With regard to the websites listed on Attachment 1 to this request and any business entities controlling such websites (hereinafter "website/business entity"):

    .

    .

    .

    d.  Provide copies of any complaints (as defined in fn.1) received by EDP in the last twelve months, whether received directly or indirectly, regarding each such websites/business entity.  Describe any actions taken to resolve each such complaint.


    *EDebitPay has no direct relationship with most of the websites listed in Attachment 1, except as otherwise stated in our response to 2.a.  The three complaints listed below, of which copies are enclosed, were received during the last twelve months, however, and specifically mention three of the websites listed in Attachment 1.  They are:*

| Referencing | Venue | Name | Report/ Complaint # |
|---|---|---|---|
| *Creditloan.com* | *Ripoff Report* | *Yawei Wang* | *465912* |
| *Loanshop.com* | *BBB* | *Aaron Phipps* | *98427374* |
| *Paydayloan.com* | *BBB* | *Tamika McCants* | *98432849* |

3. With regard to Paul Cleveland's statement during a July 2, 2009 telephone call with FTC and EDP counsel, that EDP generates substantial revenue through "lead generation," specifically by providing leads to loan underwriters:

   a. Identify and describe all sources from which EDP generates or has generated leads at any time in the last twelve months.

   *Attached is the list of Marketing Affiliates (sources) from which EDebitPay has generated leads to loan underwriters or loan lead aggregators during the past twelve months.*

3.  With regard to Paul Cleveland's statement during a July 2, 2009 telephone call with FTC and EDP counsel, that EDP generates substantial revenue through "lead generation," specifically by providing leads to loan underwriters:

    b.  With regard to any and all business entities to which EDP sells or has sold leads at any time in the last twelve months:

        i.   Identify each such business entity;

        *Enclosed is the list of loan lead buyers to which EDebitPay has sold leads during the past twelve months.*

3.  With regard to Paul Cleveland's statement during a July 2, 2009 telephone call with FTC and EDP counsel, that EDP generates substantial revenue through "lead generation," specifically by providing leads to loan underwriters:

    b.  With regard to any and all business entities to which EDP sells or has sold leads at any time in the last twelve months:

        ii.  Provide copies of all contracts, including revisions and addendums, that are now or have been in effect at any time during the last twelve months, between EDP and said business entities.

        *Enclosed are copies of the contracts, including revisions and addenda with the business entities listed in 3.b.i.*

3. With regard to Paul Cleveland's statement during a July 2, 2009 telephone call with FTC and EDP counsel, that EDP generates substantial revenue through "lead generation," specifically by providing leads to loan underwriters:

   b. With regard to any and all business entities to which EDP sells or has sold leads at any time in the last twelve months:

      iii. Fully describe how EDP derives revenue from its relationship with said business entities.

*As illustrated below, EDebitPay derives revenue from the relationship with businesses listed in 3.a by marketing their loan products and sending them consumer referrals interested in applying for loans. EDebitPay hosts websites which allow visitors to complete an online application for a loan. Upon submission, the consumer's application information is sent to one lead buyer at a time. Based on various parameters of the information submitted by the consumer, one lead buyer may choose to accept the referral, at which point the consumer is redirected to the lead buyer's website to complete the application and loan underwriting process. EDebitPay is paid a predetermined, flat commission for every valid referral accepted by the lead buyer.*



3.  With regard to Paul Cleveland's statement during a July 2, 2009 telephone call with FTC and EDP counsel, that EDP generates substantial revenue through "lead generation," specifically by providing leads to loan underwriters:

    c.  To the extent EDP obtains, or has obtained at any time in the twelve months, any leads through websites:

        i.  Provide domain names of all such websites and the business entities controlling said websites; and

    *Below are the domain names of all such websites, of which EDebitPay controls all.*

    Cashadvancemutual.com
    Advancepaydaysupreme.com/cashadvance/index.asp
    Sterlingvipcash.com
    Cashadvancevip.com
    Easyandsimplecash.com
    Cashadvancemutual.com/fiscalpayday/index.asp
    Cashadvancemutual.com/fiscalpaydayfull/index.asp
    Approvalsinstantlynow.com

3.  With regard to Paul Cleveland's statement during a July 2, 2009 telephone call with FTC and EDP counsel, that EDP generates substantial revenue through "lead generation," specifically by providing leads to loan underwriters:

   c.  To the extent EDP obtains, or has obtained at any time in the twelve months, any leads through websites:

   ii.  Provide copies of disclosures to consumers, if any, advising them that their information will be forwarded to loan underwriters.

   *Enclosed are screenshots of the requested disclosures to consumers.*

3.  With regard to Paul Cleveland's statement during a July 2, 2009 telephone call with FTC and EDP counsel, that EDP generates substantial revenue through "lead generation," specifically by providing leads to loan underwriters:

.

.

.

   d.  Describe in detail all information about consumers that is transmitted by or through EDP to loan underwriters.  To the extent that the types of consumer information that is transmitted varies, fully explain these varying circumstances and specify the information transmitted in each such circumstance.

*The data which consumers supply as part of a loan application referral site is transmitted to loan underwriters or lead aggregators (collectively "lead buyers") depending on the needs of the lead buyer and the agreement between EDebitPay and the lead buyer.  The following spreadsheet summarizes which application fields data are transmitted to which lead buyers.*

3.  With regard to Paul Cleveland's statement during a July 2, 2009 telephone call with FTC and EDP counsel, that EDP generates substantial revenue through "lead generation," specifically by providing leads to loan underwriters:

    e.  With regard to all business entities identified in response to 3.b or 3.c. above,

        i.  Provide copies of all notices and acknowledgements of receipt of the Final Order provided to or by the website/entity, pursuant to Paragraph I.H of the Final Order; and

        *The acknowledgements required by Paragraph I.H of the Final Order are normally incorporated into the body or as addenda to the enclosed agreements, a copy of which is included herein.*

3. With regard to Paul Cleveland's statement during a July 2, 2009 telephone call with FTC and EDP counsel, that EDP generates substantial revenue through "lead generation," specifically by providing leads to loan underwriters:

   .

   .

   .

   .

   e. With regard to all business entities identified in response to 3.b or 3.c. above,

      ii. Fully describe EDP's compliance with Paragraph I.H of the Final Order as to each such entity, including EDP's efforts, if any, to monitor and ensure the entity's compliance with Paragraph IA-G of the Final Order.

*In compliance with Paragraph I.H of the Final Order, EDebitPay requires the signed acknowledgement of receipt and the acceptance from each Marketing Affiliate that they will comply with the terms of Section I, as part of all our written agreements. Marketing Affiliates are also required to acknowledge and accept the same clause included in our online terms and conditions when they sign on to our affiliate network.*

*EDebitPay reviews all of the websites it markets to fulfill a Compliance Checklist. We design our own websites to adhere to the principles outlined in Paragraphs IA-F of the Final Order and also model all of our sites on http://ultimateplatinumoffer.com. This website was specifically designed under the review and advice of Mr. Raymond McKown of the Federal Trade Commission. Under Mr. KcKown's guidance and direction, various design elements were positioned, designed, and scripted to comply with Paragraphs IA-F of the Final Order.*

*EDebitPay has a trained staff of customer care professionals to address customer inquiries, refund requests, and complaints with courtesy and efficiency in order to comply with Paragraph IG of the Final Order.*

*As a step towards consumer education and protection, EDebitPay is also the creator and proud sponsor of iComplyNet.com (ICN) and the ICN Consumer Protection Check-List, of which screenshots and a press release are enclosed. This checklist was originally developed by EDebitPay as a means of self-regulating the content of its website to ensure that consumers have sufficient information to make informed purchasing decisions. Through ICN, EDebitPay is now publicizing this information to help consumers make informed decisions when viewing EDebitPay's and all other websites.*

3.  With regard to Paul Cleveland's statement during a July 2, 2009 telephone call with FTC and EDP counsel, that EDP generates substantial revenue through "lead generation," specifically by providing leads to loan underwriters:

   .

   .

   .

   f.  Provide copies of any complaints (as defined in fn.1) received by EDP in the last twelve months, whether received directly or indirectly, regarding EDP's "lead generation" business. Describe any actions taken to resolve each such complaint.

   *As described previously in 3.b.iii, EDebitPay's role in the lead generation model is to provide the form for referring consumers to potential loan providers only. Consumers who pass through our website are redirected to complete their loan application process and be serviced by the loan provider. Customer service is provided by the loan provider.*

4.   With regard to Mr. Cleveland's statement, also during the July 2, 2009 telephone call, that EDP generates substantial revenue by sending out emails that offer "touchy-feely" products:

   a.   Provide a complete description of EDP's business activities during the last twelve months as they relate to email marketing, including how EDP generates revenue through such activities;

*EDebitPay uses email as a marketing method in order to attract consumers to certain websites. Although EDebitPay has not emailed offers for "touchy-feely" products as described above, it is interested in doing so in the future.  EDebitPay emails offers for services such as cash advances, and derives revenue from emailing such offers by earning a commission from the website owner that receives our valid referrals.*

*Over the past twelve months, EDebitPay has offered 3rd Party "touchy-feely" product campaigns on our network, for which our Marketing Affiliates have provided email marketing services to the 3rd Party Advertiser.  EDebitPay derives income from these offers by earning a commission from the Advertiser that receives valid referrals from our Marketing Affiliates.*

4.  With regard to Mr. Cleveland's statement, also during the July 2, 2009 telephone call, that EDP generates substantial revenue by sending out emails that offer "touchy-feely" products:

    b.  Identify all EDP's affiliates with regard to email marketing, along with descriptions of the products sold through such affiliates;

*EDebitPay uses email as a marketing method in order to attract consumers to certain websites. Although EDebitPay has not emailed offers for "touchy-feely" products as described above, it is interested in doing so in the future.  Over the past twelve months, EDebitPay has offered 3rd Party "touchy-feely" product campaigns on our network, for which our Marketing Affiliates have provided email marketing services to the 3rd Party Advertiser.  These advertisers and a descriptive name of their products are listed below.*

| Company | Descriptive Campaign Name |
|---|---|
| 424 Media, LLC | [Health Product] #1 Rated PhendrexinXR - 884 |
| 424 Media, LLC | [Health Product] Colotrim Internal Cleansing Formula - 882 |
| 424 Media, LLC | [Health Product] PomoSlim Extreme Weight Loss - 883 |
| AdEx Media, Inc. | [Retail] Become an Overnight Genius (CD-ROM) - 888 |
| AdEx Media, Inc. | [Retail] Easy White Labs – Teeth Whitening - 846 |
| Dalbey Education Institute | [BizOpp] Russ Dalbey - 837 |
| Dataffinity Networks, Inc. | [Free Trial] SunBrushed - Golden Tan Without The Sun - 947 |
| Dataffinity Networks, Inc. | [Health & Beauty]  STOP SMOKING FOR LIFE! Herbal Formulated Cig-Arette - 948 |
| Dataffinity Networks, Inc. | [Health & Beauty] Cleaner Skin Solution - Healthy Pores - 950 |
| Dataffinity Networks, Inc. | [Health & Beauty] Ultra Hair Away - No More Shaving - 951 |
| Dataffinity Networks, Inc. | [Retail] Ultimate Fishing Watch + Magazine - 952 |
| digitalmoses llc / ConfiMedia | [Retail] FREE Healthy Zapp Gum - 889 |
| eAdvertising - LeadClick | [Health & Beauty] Acai Instant Face Lift - 878 |
| eAdvertising - LeadClick | [Health & Beauty] Amino Genesis - 876 |
| eAdvertising - LeadClick | [Health & Beauty] Colon Cleanse Ultimate Flush - 879 |
| eAdvertising - LeadClick | [Health & Beauty] Resveratrol Supreme - 877 |
| eAdvertising - LeadClick | [Health Product] Acai Berry Ultimate - 798 |
| eAdvertising - LeadClick | [Health Product] Acai Burn - 870 |

| | |
|---|---|
| eAdvertising - LeadClick | [Health Product] Acai-A Slim - 861 |
| eAdvertising - LeadClick | [Health Product] Total Cleanse - 772 |
| eAdvertising - LeadClick | [Health] Acai Noni *Sale* - 787 |
| eAdvertising - LeadClick | [Health] Acai Noni - 783 |
| enCircle Media | [Education] Free Education & Career Handbook - 981 |
| enCircle Media | [Education] Free Military Career Handbook - 982 |
| Lead Click Media | [Health & Beauty] ReVive Resveratrol - 875 |
| Sylmark | [Fitness Product] Bun & Thigh Roller - 794 |
| Sylmark | [Free Trial] Drink VIV & Get Energized! - 972 |
| Sylmark | [Health Product] Alpha Calm - 793 |
| Sylmark | [Health Product] Prosvent - 795 |
| Sylmark | [Retail] Ionic Pro Turbo - 796 |
| Sylmark | [Retail] Miracle Blade III - 797 |

4.   With regard to Mr. Cleveland's statement, also during the July 2, 2009 telephone call, that EDP generates substantial revenue by sending out emails that offer "touchy-feely" products:

c.   Provide copies of all contracts, including revisions and addendums, that are now or have been in effect at any time during the last twelve months, with all such affiliates;

*EDebitPay uses email as a marketing method in order to attract consumers to certain websites. Although EDebitPay has not emailed offers for "touchy-feely" products as described above, it is interested in doing so in the future.  Over the past twelve months, EDebitPay has offered 3rd Party "touchy-feely" product campaigns on our network, for which our Marketing Affiliates have provided email marketing services to the 3rd Party Advertiser.  EDebitPay's agreement with these advertisers are enclosed herein.*

4.  With regard to Mr. Cleveland's statement, also during the July 2, 2009 telephone call, that EDP generates substantial revenue by sending out emails that offer "touchy-feely" products:

   d.  Fully describe how EDP obtains the email addresses and other personal information used with regard to said email marketing, including disclosures to consumers, if any, advising them that their email or other information will be shared;

   *EDebitPay obtains the email addresses and other personal information from consumers through its various websites.  Privacy policies are prominently displayed and the consumer is required to check a box stating "I have read, understood and agree to the Privacy Policy and that I may receive special email offers from marketing partners…".*

   *Samples of these disclosures and a sample privacy policy are in the attached pages.*

4.  With regard to Mr. Cleveland's statement, also during the July 2, 2009 telephone call, that EDP generates substantial revenue by sending out emails that offer "touchy-feely" products:

    .

    .

    .

    .

    e.  Provide representative samples of all emails sent by or on behalf of EDP offering products sold by affiliates, and explain how EDP determined the sample emails were representative;

*EDebitPay uses email as a marketing method in order to attract consumers to certain websites. Although EDebitPay has not emailed offers for "touchy-feely" products as described above, it is interested in doing so in the future. Over the past twelve months, EDebitPay has offered 3rd Party "touchy-feely" product campaigns on our network, for which our Marketing Affiliates have provided email marketing services to the 3rd Party Advertiser.*

*Below are email creatives for some of the 3rd Party product offers on our network, which some of our Marketing Affiliates send to consumers. They were chosen as representative, because they are for the most active offers of this type.*

4.  With regard to Mr. Cleveland's statement, also during the July 2, 2009 telephone call, that EDP generates substantial revenue by sending out emails that offer "touchy-feely" products:

f.  With regard to all EDP affiliates identified in response to 4.b above,

   i.  Provide copies of all notices and acknowledgements of receipt of the Final Order provided to or by the affiliate, pursuant to Paragraph I.H of the Final Order; and

*EDebitPay uses email as a marketing method in order to attract consumers to certain websites. Although EDebitPay has not emailed offers for "touchy-feely" products as described above, it is interested in doing so in the future.  Over the past twelve months, EDebitPay has offered 3rd Party "touchy-feely" product campaigns on our network, for which our Marketing Affiliates have provided email marketing services to the 3rd Party Advertiser.  EDebitPay's agreement with these advertisers are enclosed herein, which incorporates the required acknowledgment pursuant to Paragraph I.H of the Final Order at the end of each agreement or by addendum.*

4.  With regard to Mr. Cleveland's statement, also during the July 2, 2009 telephone call, that EDP generates substantial revenue by sending out emails that offer "touchy-feely" products:

f.  With regard to all EDP affiliates identified in response to 4.b above,

      ii.  Fully describe EDP's compliance with Paragraph I.H of the Final Order as to each such affiliate, including EDP's efforts, if any, to monitor and ensure the affiliates compliance with Paragraph IA-G of the Final Order.

*Although EDebitPay has not emailed offers for "touchy-feely" products as described above, it is interested in doing so, and over the past twelve months has placed 3rd Party "touchy-feely" product campaigns on our network, for which our Marketing Affiliates have provided email marketing services to the 3rd Party Advertiser.*

*In compliance with Paragraph I.H of the Final Order, EDebitPay requires the signed acknowledgement of receipt and the acceptance from each Marketing Affiliate that they will comply with the terms of Section I, as part of all our written agreements. Marketing Affiliates are also required to acknowledge and accept the same clause included in our online terms and conditions when they sign on to our affiliate network.*

*EDebitPay reviews all of the websites it markets to fulfill a Compliance Checklist. We design our own websites to adhere to the principles outlined in Paragraphs IA-F of the Final Order and also model all of our sites on http://ultimateplatinumoffer.com. This website was specifically designed under the review and advice of Mr. Raymond McKown of the Federal Trade Commission. Under Mr. KcKown's guidance and direction, various design elements were positioned, designed, and scripted to comply with Paragraphs IA-F of the Final Order.*

*As a step towards consumer education and protection, EDebitPay is also the creator and proud sponsor of iComplyNet.com (ICN) and the ICN Consumer Protection Check-List, of which screenshots and a press release are enclosed. This checklist was originally developed by EDebitPay as a means of self-regulating the content of its website to ensure that consumers have sufficient information to make informed purchasing decisions. Through ICN, EDebitPay is now publicizing this information to help consumers make informed decisions when viewing EDebitPay's and all other websites.*

4.  With regard to Mr. Cleveland's statement, also during the July 2, 2009 telephone call, that EDP generates substantial revenue by sending out emails that offer "touchy-feely" products:

g.  Provide copies of any complaints (as defined in fn.1) received by EDP in the last twelve months, whether received directly or indirectly, regarding EDP's email marketing.  Describe any actions taken to resolve each such complaint.

*EDebitPay uses email as a marketing method in order to attract consumers to certain websites. Although EDebitPay has not emailed offers for "touchy-feely" products as described above, it is interested in doing so in the future.  Over the past twelve months, EDebitPay has offered 3rd Party "touchy-feely" product campaigns on our network, for which our Marketing Affiliates have provided email marketing services to the 3rd Party Advertiser.  Because the consumer is referred directly to the Advertiser's site through the email, EDebitPay has not received any complaints in regards to its services in this capacity.  The consumer is serviced by the ultimate Advertiser of the product.*

5. With regard to Mr. Cleveland's statement during the July 2, 2009, telephone call that EDP "gives away" debit cards:

    a. Provide the number of debit cards EDP has "give[n] away" during the last twelve months and the value(s) of such cards.

    *EDebitPay does not provide or promote "free" debit cards. We do market debit cards with "no initial processing or application fee" as an optional benefit and added value to our consumers on some of our product sites. During the last twelve months, we have delivered a total of 2,496 such cards.*

*Federal Trade Commission Request for Documents and Information*
*July 23, 2009*

*EDebitPay, LLC*

5. With regard to Mr. Cleveland's statement during the July 2, 2009, telephone call that EDP "gives away" debit cards:

 .

 b. Identify the issuing financial institution(s) for such debit cards.

 

 

*EDebitPay does not provide or promote "free" debit cards.  We do market debit cards with "no initial processing or application fee" as an optional benefit and added value to our consumers on some of our product sites.  The issuing financial institutions for such cards during the past twelve months have been:*

*Monterey County Bank through direct agreement with EDebitPay,*
*Monterey County Bank through agreement with International Processing and Fulfillment, Inc., and*
*Palm Desert Bank through agreement with Card of America Inc.*

5.  With regard to Mr. Cleveland's statement during the July 2, 2009, telephone call that EDP "gives away" debit cards:

    c.  Provide copies of any contracts, including revisions and addendums, that are now or have been in effect at any time during the last twelve months, regarding EDP's business practice of "giv[ing] away" debit cards, including but not limited to EDP's contracts with:

        i.      Any issuing financial institution(s); and

*EDebitPay does not provide or promote "free" debit cards.  We do market debit cards with "no initial processing or application fee" as an optional benefit and added value to our consumers on some of our product sites.  EDebitPay has promoted such cards over the past twelve months through the enclosed agreements with the following business entities:*

*Monterey County Bank: for the card program owned EDebitPay, which was active through December 31, 2008*

*International Processing and Fulfillment, Inc. (IPF):  for the card program owned by IPF and marketed by EDebitPay through May 31, 2009*

*Card of America Inc. (COA):  for the card program owned by COA and marketed by EDebitPay beginning June 1, 2009*

5.  With regard to Mr. Cleveland's statement during the July 2, 2009, telephone call that EDP "gives away" debit cards:

    c.  Provide copies of any contracts, including revisions and addendums, that are now or have been in effect at any time during the last twelve months, regarding EDP's business practice of "giv[ing] away" debit cards, including but not limited to EDP's contracts with:

        ii.  Any entity through which EDP has promoted its "free" debit cards in the last twelve months.

      *EDebitPay does not provide or promote "free" debit cards.  We do market debit cards with "no initial processing or application fee" as an optional benefit and added value to our consumers on some of our product sites.  Contracts with the Marketing Affiliates who have marketed these sites during the past twelve months, are included herein.  A copy of our Network Terms and Conditions are also included for those affiliates who only accepted our terms online upon signing up.*

5.  With regard to Mr. Cleveland's statement during the July 2, 2009, telephone call that EDP "gives away" debit cards:

      .

      .

      .

    d.  Describe the terms and conditions of the "free" debit cards, and provide copies of any disclosures of such terms and conditions to consumers.

*EDebitPay does not provide or promote "free" debit cards. We do market debit cards with "no initial processing or application fee" as an optional benefit and added value to our consumers on some of our product sites. The terms and conditions for such cards are attached, as well as screenshots of the disclosures displayed to consumers.*

5.  With regard to Mr. Cleveland's statement during the July 2, 2009, telephone call that EDP "gives away" debit cards:

    .

    .

    .

    .

    e.  Describe what EDP receives in exchange for the "free" debit cards.  To the extent that EDP obtains consumer information that it sells or uses to generate other EDP business:

        i.  Provide copies of the disclosures, if any, that EDP provides to consumers who apply for or receive such debit cards; and

        *EDebitPay does not provide or promote "free" debit cards.  We do market debit cards with "no initial processing or application fee" as an optional benefit and added value to our consumers on some of our product sites.  EDebitPay does not receive anything in exchange for the cards; we just offer it as an added benefit to the consumer.*

        *The consumer information collected on such product sites is done so with full disclosure to the consumer as exemplified in the attached screenshots.*

5.  With regard to Mr. Cleveland's statement during the July 2, 2009, telephone call that EDP "gives away" debit cards:

    e.  Describe what EDP receives in exchange for the "free" debit cards.  To the extent that EDP obtains consumer information that it sells or uses to generate other EDP business:

        ii.  Describe in detail all information about consumers who apply for or receive such debit cards that EDP sells or uses to generate other EDP business.  To the extent that the types of consumer information that EDP sells or uses, as described above, varies, fully explain these varying circumstances and specify the information sold or used in each such circumstance.

        *EDebitPay does not provide or promote "free" debit cards.  A consumer who completes an application and is approved for the principle product marketed on certain sites, such as that on https://ultimateplatinumoffer.com, is eligible to add on an optional card with "no initial processing or application fee" as an optional benefit and added value.  No additional data fields are required of the consumer for such a card.*

        *Of the consumer information collected for the principle offer, the consumer's full name and email may be used to later to email other offers in which we feel the consumer may be in interested.*

5. With regard to Mr. Cleveland's statement during the July 2, 2009, telephone call that EDP "gives away" debit cards:

   f. Identify any and all websites/business entities through which EDP has promoted "free" debit cards at any time in the past twelve months, and provide representative copies of website pages, emails, telemarketing scripts, or other media through which said debit cards have been promoted. Explain how EDP determined the samples were representative.

*EDebitPay does not provide or promote "free" debit cards. A consumer who completes an application and is approved for the principle product marketed on certain sites, such as that on https://ultimateplatinumoffer.com, is eligible to add on an optional card with "no initial processing or application fee" as an optional benefit and added value. Below is a list of the websites, which are all controlled by EDebitPay, where such a card was offered over the past twelve months.*

> https://ultimateplatinumoffer.com/index.asp
> https://ultimateplatinumoffer.com/index2.asp
> https://supereliteoffer.com/index_short.asp
> https://supereliteoffer.com/
> https://vue3source.com/index.asp
> https://vue3source.com/index2.asp
> https://homelandbenefits.com/3offers/
> https://homelandbenefits.com/3offers/index2.asp
> https://eplatinumdirect.com/index.asp
> https://eplatinumdirect.com/index2.asp
> https://academycreditcenter.com/index.asp
> https://academycreditcenter.com/index2.asp
> http://approvalsinstantlynow.com/new/mc_card.asp
> https://allianceplatinumoffer.com/index.asp
> https://allianceplatinumoffer.com/index2.asp
> https://primarycardaccount.com/index.asp

*These examples represent the standard information addressed in all the sites listed above.*

*Below are representative samples of our optional card offer on the
https://ultimateplatinumoffer.com website and emailers. These were selected as
representative samples because all such EDebitPay websites are modeled after the
ultimateplatinumoffer.com site, which was designed under the advice and direction of
Mr. Raymond McKown of the Federal Trade Commission, with respect to design
element, disclosure, and notice placement.*



Federal Trade Commission Request for Documents and Information
July 23, 2009

EDebitPay, LLC





The following is an Advertisement sent by an Ultimate Platinum Affiliate. To stop commercial email from us and remove your email address from future mailings, you may click **here** to unsubscribe or you may print out a copy of the ad and send a letter to: Card Services, 15165 Ventura Blvd. Suite 200, Sherman Oaks, CA 91403.

*Federal Trade Commission Request for Documents and Information*
*July 23, 2009*

*EDebitPay, LLC*



The following is an Advertisement sent by an Ultimate Platinum Affiliate. To stop commercial email from us and remove your email address from future mailings, you may click **here** to unsubscribe or you may print out a copy of the ad and send a letter to: Card Services, 15165 Ventura Blvd. Suite 200, Sherman Oaks, CA 91403.

5.  With regard to Mr. Cleveland's statement during the July 2, 2009, telephone call that EDP "gives away" debit cards:

    g.  With regard to all websites/business entities identified in response to 5.b, c, or f above:

        i.  Provide copies of all notices and acknowledgements of receipt of the Final Order provided to or by the website/business entity, pursuant to Paragraph I.H of the Final Order; and

            *EDebitPay does not provide or promote "free" debit cards. We do market debit cards with "no initial processing or application fee" as an optional benefit and added value to our consumers on some of our product sites.*

            *Acknowledgements of receipt of the Final Order provided to the entities named in 5.b, c, or f are contained incorporated into or as addenda to the body of each contract provided in 5.c. The acknowledgement is also included in the online terms and conditions which our Marketing Affiliates must accept upon sign-in.*

5.  With regard to Mr. Cleveland's statement during the July 2, 2009, telephone call that EDP "gives away" debit cards:

    .

    .

    .

    .

    .  .

    g.  With regard to all websites/business entities identified in response to 5.b, c, or f above:

        ii.  Fully describe EDP's compliance with Paragraph I.H of the Final Order as to each such website/business entity, including EDP's efforts, if any, to monitor and ensure the website/business entity's compliance with Paragraph IA-G of the Final Order.

*EDebitPay does not provide or promote "free" debit cards. We do market debit cards with "no initial processing or application fee" as an optional benefit and added value to our consumers on some of our product sites.*

*In compliance with Paragraph I.H of the Final Order, EDebitPay requires the signed acknowledgement of receipt and the acceptance from each Marketing Affiliate that they will comply with the terms of Section I, as part of all our written agreements. Marketing Affiliates are also required to acknowledge and accept the same clause included in our online terms and conditions when they sign on to our affiliate network.*

*EDebitPay reviews all of the websites it markets to fulfill a Compliance Checklist. We design our own websites to adhere to the principles outlined in Paragraphs IA-F of the Final Order and also model all of our sites on http://ultimateplatinumoffer.com. This website was specifically designed under the review and advice of Mr. Raymond McKown of the Federal Trade Commission. Under Mr. KcKown's guidance and direction, various design elements were positioned, designed, and scripted to comply with Paragraphs IA-F of the Final Order.*

*EDebitPay has a trained staff of customer care professionals to address customer inquiries, refund requests, and complaints with courtesy and efficiency in order to comply with Paragraph IG of the Final Order.*

*As a step towards consumer education and protection, EDebitPay is also the creator and proud sponsor of iComplyNet.com (ICN) and the ICN Consumer Protection Check-List, of which screenshots and a press release are enclosed. This checklist was originally developed by EDebitPay as a means of self-regulating the content of its website to ensure that consumers have sufficient information to make informed purchasing decisions. Through ICN, EDebitPay is now publicizing this information to help consumers make informed decisions when viewing EDebitPay's and all other websites.*

5.  With regard to Mr. Cleveland's statement during the July 2, 2009, telephone call that EDP "gives away" debit cards:

  h.  Provide copies of any complaints (as defined in fn.1) received by EDP in the last twelve months, whether directly or indirectly, regarding EDP's business practice of "giv[ing] away" debit cards. Describe any actions taken to resolve each such complaint.

     *EDebitPay does not provide or promote "free" debit cards.  We do market debit cards with "no initial processing or application fee" as an optional benefit and added value to our consumers on some of our product sites.*

     *EDebitPay has had no complaints in regard to such cards.*

6.  With regard to EDP's marketing of debit cards issued through Palm Desert Bank:

   a.  Describe, and provide documentation of, how Palm Desert Bank, EDP or third parties market said debit card, including representative copies of website pages, emails, telemarketing scripts, or other media through which the debit cards have been promoted.  Explain how EDP determined the samples were representative.

*EDebitPay currently markets the Card of America (issued by Palm Desert Bank) through websites placed on its affiliate marketing network.  The ultimateplatinumoffer.com is a representative website which includes the Card of America as an optional, added benefit to the consumer.  This site was chosen because it was designed under the guidance and direction of Mr. Raymond McKown of the Federal Trade Commission, with regard to design element, pricing, and notice placement.  All other sites that offer cards are modeled after this one.*

*Federal Trade Commission Request for Documents and Information*
*July 23, 2009*

*EDebitPay, LLC*

6.  With regard to EDP's marketing of debit cards issued through Palm Desert Bank:

    b.  Provide a copy of EDP's contract, including revisions and addendums, that is or has been [in] effect at any time in the last twelve months, with Palm Desert Bank.

    *EDebitPay's contract is not with Palm Desert Bank, but with the card program owner, Card of America, Inc.  See enclosed contract.*

6.  With regard to EDP's marketing of debit cards issued through Palm Desert Bank:

    c.  Provide copies of all notices and acknowledgements of receipt of the Final Order provided to or by Palm Desert Bank pursuant to Paragraph I.H of the Final Order.

    *EDebitPay's contract is not with Palm Desert Bank, but with the card program owner, Card of America, Inc.  Card of America is not considered a Marketing Affiliate of EDebitPay.*

6. With regard to EDP's marketing of debit cards issued through Palm Desert Bank:

   d. Fully describe EDP's compliance with Paragraph I.H of the Final Order as to Palm Desert Bank, including EDP's efforts, if any, to monitor and ensure Palm Desert Bank's compliance with Paragraph IA-G of the Final Order.

*EDebitPay's contract is not with Palm Desert Bank, but with the card program owner, Card of America, Inc. Card of America is not considered a Marketing Affiliate of EDebitPay.*

*In compliance with Paragraph I.H of the Final Order, EDebitPay requires the signed acknowledgement of receipt and the acceptance from each Marketing Affiliate that they will comply with the terms of Section I, as part of all our written agreements. Marketing Affiliates are also required to acknowledge and accept the same clause included in our online terms and conditions when they sign on to our affiliate network.*

*EDebitPay reviews all of the websites it markets to fulfill a Compliance Checklist. We design our own websites to adhere to the principles outlined in Paragraphs IA-F of the Final Order and also model all of our sites on <u>http://ultimateplatinumoffer.com</u>. This website was specifically designed under the review and advice of Mr. Raymond McKown of the Federal Trade Commission. Under Mr. KcKown's guidance and direction, various design elements were positioned, designed, and scripted to comply with Paragraphs IA-F of the Final Order.*

*EDebitPay has a trained staff of customer care professionals to address customer inquiries, refund requests, and complaints with courtesy and efficiency in order to comply with Paragraph IG of the Final Order.*

*As a step towards consumer education and protection, EDebitPay is also the creator and proud sponsor of iComplyNet.com (ICN) and the ICN Consumer Protection Check-List, of which screenshots and a press release are enclosed. This checklist was originally developed by EDebitPay as a means of self-regulating the content of its website to ensure that consumers have sufficient information to make informed purchasing decisions. Through ICN, EDebitPay is now publicizing this information to help consumers make informed decisions when viewing EDebitPay's and all other websites.*

6.  With regard to EDP's marketing of debit cards issued through Palm Desert Bank:

    e.  Provide copies of any complaints (as defined in fn.1) received by EDP in the last twelve months, whether received directly or indirectly, regarding debit cards issued by Palm Desert Bank. Describe any actions taken to resolve each such complaint.

    *Copies of the requested complaints are enclosed herein.*

7.  With regard to a "Prepaid MasterCard Card" (as referenced on www.startercreditdirect.com) from Monterey County Bank:

    a.  Identify any business relationship that exists or has existed at any time in the last twelve months between EDP and Monterey County Bank, including but not limited to promotion of a "Prepaid MasterCard Card".

*A "Prepaid MasterCard Card" is not marketed on the startercreditdirect.com site. However, EDebitPay has marketed such cards issued through Monterey County Bank on other websites, and had a direct relationship with the bank through December 31, 2008.*

*EDebitPay has also marketed "Prepaid MasterCard Cards" issued by Monterey County Bank through an indirect relationship, our distributor agreement with International Processing and Fulfillment, owner of the Primary Cash Card program.*

7.  With regard to a "Prepaid MasterCard Card" (as referenced on <u>www.startercreditdirect.com</u>) from Monterey County Bank:

    b.  Provide a copy of any contract, including revisions and addendums, that is or has been in effect at any time during the last twelve months, between EDP and Monterey County Bank.

*A "Prepaid MasterCard Card" is not marketed on the startercreditdirect.com site. However, EDebitPay has marketed such cards issued through Monterey County Bank through a direct relationship with the bank through December 31, 2008, and later through an indirect relationship via our distributor agreement with International Processing and Fulfillment through May 31, 2009. EDebitPay's contracts with both entities are enclosed.*

7.  With regard to a "Prepaid MasterCard Card" (as referenced on <u>www.startercreditdirect.com</u>) from Monterey County Bank:

> .
> .

  c.  Fully describe the terms and conditions of the "Prepaid MasterCard Card" and how it is promoted to consumers.  Provide representative copies of website pages, emails, telemarketing scripts, or other media through which "Prepaid MasterCard Card" have been promoted.  Explain how EDP determined the copies were representative.

> *A "Prepaid MasterCard Card" is not marketed on the startercreditdirect.com site.  However, EDebitPay has marketed such cards issued through Monterey County Bank through a direct relationship with the bank through December 31, 2008, and later through an indirect relationship via our distributor agreement with Internaltional Processing and Fulfillment through May 31, 2009.*

> *Terms and Conditions of the "Prepaid MasterCard Card" are enclosed herein.  Representative copies of marketing materials for such cards (also enclosed) were chosen because they are indicative of the standard information displayed on our sites.*

*Federal Trade Commission Request for Documents and Information*
*July 23, 2009*

*EDebitPay, LLC*

7.  With regard to a "Prepaid MasterCard Card" (as referenced on www.startercreditdirect.com) from Monterey County Bank:

    d.  Provide copies of all notices and acknowledgements of receipt of the Final Order provided to or by Monterey County Bank pursuant to Paragraph I.H of the Final Order.

    *A "Prepaid MasterCard Card" is not marketed on the startercreditdirect.com site.  However, EDebitPay has marketed such cards issued through Monterey County Bank through a direct relationship with the bank through December 31, 2008, and later through an indirect relationship via our distributor agreement with Internaltional Processing and Fulfillment through May 31, 2009.  Monterey County Bank is not a Marketing Affiliate and Paragraph I.H of the Final Order does not apply.*

7. With regard to a "Prepaid MasterCard Card" (as referenced on <u>www.startercreditdirect.com</u>) from Monterey County Bank:

   e. Fully describe EDP's compliance with Paragraph I.H of the Final Order as to Monterey County Bank, including a complete description of EDP's efforts, if any, to monitor and ensure Monterey County Bank's compliance with Paragraph IA-G of the Final Order.

   *A "Prepaid MasterCard Card" is not marketed on the startercreditdirect.com site. However, EDebitPay has marketed such cards issued through Monterey County Bank through a direct relationship with the bank through December 31, 2008, and later through an indirect relationship via our distributor agreement with International Processing and Fulfillment through May 31, 2009. Monterey County Bank is not a Marketing Affiliate and Paragraph I.H of the Final Order does not apply.*

   *EDebitPay reviews all of the websites it markets to fulfill a Compliance Checklist. We design our own websites to adhere to the principles outlined in Paragraphs IA-F of the Final Order and also model all of our sites on <u>http://ultimateplatinumoffer.com</u>. This website was specifically designed under the review and advice of Mr. Raymond McKown of the Federal Trade Commission. Under Mr. KcKown's guidance and direction, various design elements were positioned, designed, and scripted to comply with Paragraphs IA-F of the Final Order.*

   *EDebitPay has a trained staff of customer care professionals to address customer inquiries, refund requests, and complaints with courtesy and efficiency in order to comply with Paragraph IG of the Final Order.*

   *As a step towards consumer education and protection, EDebitPay is also the creator and proud sponsor of iComplyNet.com (ICN) and the ICN Consumer Protection Check-List, of which screenshots and a press release are enclosed. This checklist was originally developed by EDebitPay as a means of self-regulating the content of its website to ensure that consumers have sufficient information to make informed purchasing decisions. Through ICN, EDebitPay is now publicizing this information to help consumers make informed decisions when viewing EDebitPay's and all other websites.*

7.  With regard to a "Prepaid MasterCard Card" (as referenced on www.startercreditdirect.com) from Monterey County Bank:

    f.  Provide copies of any complaints (as defined in fn.1) received by EDP in the last twelve months, whether received directly or indirectly, regarding the "Prepaid MasterCard Card."  Describe any actions taken to resolve each such complaint.

    *A "Prepaid MasterCard Card" is not marketed on the startercreditdirect.com site.  However, EDebitPay has marketed such cards issued through Monterey County Bank through a direct relationship with the bank through December 31, 2008, and later through an indirect relationship via our distributor agreement with International Processing and Fulfillment through May 31, 2009.  Copies of complaints regarding the "Prepaid MasterCard Card" are enclosed herein.*

8.  With regard to the EDP site, www.startercreditdirect.com (terms in quotation marks are from the website as of 7/22/09);

a.  Provide a catalog of all products or services offered to consumers who obtain "credit" to an "online mega-store" through www.startercreditdirect.com.  Include pricing information and the "down payment," if any, required for each product or service.  To the extent the catalog has materially changed at any time in the last twelve months, provide representative copies of each version of the catalog and identify the dates that version was or is in effect.

*EDebitPay is not the fulfillment company for the credit line or the online mega-store, but the marketer for the Century Platinum membership program, and therefore, do not have access to various elements of the members' activity within the program.*

*Attached is a screenshot of the Century Platinum online catalog site (http://www.centuryplatinum.com).*



*Any required "down payment" is explained in Century Platinum's Terms and Conditions displayed below.*

## CENTURY PLATINUM™ TERMS AND CONDITIONS

Welcome to the CENTURY PLATINUM™ website located at www.CENTURYplatinum.com (the "Website"). This Website is brought to you by CENTURY PLATINUM™. By accessing and/or using the Website and/or our CENTURY PLATINUM™ service (the "Service") you agree to comply with, and be bound by, the following terms and conditions (the "Agreement"). Please review this Agreement carefully. If you do not agree to this Agreement in its entirety, you are not authorized to use this Website and/or Service in any manner or form, whatsoever.

1. Acceptance of Agreement. You agree to the terms and conditions set forth in this Agreement with respect to your use of the Website and/or Service. This Agreement constitutes the entire agreement between you and CENTURY PLATINUM™, and supersedes all prior or contemporaneous agreements, representations, warranties and/or understandings with respect to the Website, the Service and/or your Account, as defined herein below. We may amend this Agreement from time to time, in our sole discretion, without specific notice to you. The latest Agreement will be posted on the Website, and you should review this Agreement prior to each use of the Website, the Service and/or your Account. By your continued use of the Website, the Service and/or your Account, you hereby agree to all the terms and conditions contained within the Agreement in effect at that time. Therefore, you should regularly check this page for updates and changes.

2. Disclaimers. CENTURY PLATINUM™ IS NOT A CREDIT SERVICES ORGANIZATION, FINANCIAL OR BANKING INSTITUTION, NOR IS IT AFFILIATED WITH ANY CREDIT SERVICES ORGANIZATION, FINANCIAL OR BANKING INSTITUTION. THE CENTURY PLATINUM™ CARD IS NOT A CREDIT CARD AND THE CENTURY PLATINUM™ ACCOUNT IS NOT A CREDIT CARD ACCOUNT. A CENTURY PLATINUM™ ACCOUNT IS A LINE OF CREDIT THAT CAN BE USED BY AN ACCOUNT HOLDER TO SHOP EXCLUSIVELY AT OUR ONLINE SHOPPING WEBSITE. THERE ARE DOWN PAYMENT REQUIREMENTS FOR MOST PURCHASES AT OUR WEBSITE. CENTURY PLATINUM™ DOES NOT FACILITATE, NOR PROVIDE ASSITANCE, IN OBTAINING CREDIT FROM ANY OTHER CREDIT-ISSUING ENTITIES. CENTURY PLATINUM™ DOES NOT REPORT TO ANY CREDIT BUREAU OR REPORTING AGENCY. CENTURY PLATINUM™ DOES NOT CHARGE AN ADVANCED FEE TO ESTABLISH CREDIT, NOR DOES CENTURY PLATINUM™ ATTEMPT, OR CLAIM TO ATTEMPT, TO ESTABLISH, RE-ESTABLISH OR REPAIR ANY CUSTOMER CREDIT HISTORY. THERE IS A ONE TIME FEE OF $15.00 ASSOCIATED WITH THE ACCOUNT. IN ADDITION, THERE ARE MONTHLY ACCOUNT MAINTENANCE FEES OF $14.00 PER MONTH.

3. Additional Terms and Conditions For CENTURY PLATINUM™ Accounts. The CENTURY PLATINUM™ Service is an online merchandise shopping service. All purchase payments must be made through an associated CENTURY PLATINUM™ charge account ("Account"). By obtaining an Account, you can make purchases of select items available at or through the Service. Accounts may be obtained by individuals 18 years of age or older, who possesses a valid and active U.S. checking or savings bank account. There are no credit checks, income requirements or employment requirements to obtain an Account. You do not need a social security number to obtain an Account and there are no residency requirements. U. S. citizenship is not required. There are also no restrictions applicable to those with past bankruptcy history.

ACCOUNTS: To obtain an Account, you must submit an application to CENTURY PLATINUM™ to qualify for an Account. When you apply for an Account, you agree to provide accurate, current and complete information about yourself ("Application Data")

as prompted by our application form. You also represent that we may rely on your submitted Application Data as accurate, current and complete. You agree to maintain and update your Application Data to keep it as accurate, current and complete as possible. CENTURY PLATINUM™ reserves the right, in its sole discretion, to terminate your Account for inaccurate, untrue, deceptive and/or incomplete Application Data. In order to update your Application Data, please access and update your online profile. You understand that by submitting an application to CENTURY PLATINUM™, you are not guaranteed to obtain an Account. CENTURY PLATINUM™ reserves the right, in its sole discretion, to accept or reject any application for any reason, or for no reason, whatsoever.

If CENTURY PLATINUM™ approves your application, you will receive an e-mail confirming your application approval and your associated username and password information ("Login") information. Once you receive this Login information, you may make immediate use of the Service.

HOW IT WORKS: Upon Account activation, you will receive a $10,000 line of credit to spend exclusively on purchases available through the Website. Your Account will not work at any other website and has no value other than at the Website. Due to the lack of restrictions associated with obtaining an Account, there are down payments required on most items. However, there are certain items available that require no down payment. We reserve the right to substitute any gift with an equal or greater value for the one chosen. You must be a member in good standing for a minimum of 6 months from the account activation date to qualify for gift. You should receive a physical CENTURY PLATINUM™ card within four (4) weeks of your Account activation. If you do not receive your card, please contact us at: service@CENTURYplatinum.com .

DISCLOSURE OF COSTS, FEES AND RATES :
Creditor: CENTURY PLATINUM
Amount financed; itemization: Equal to the value of the Account holder's open balance
Finance charge: N/A
Annual percentage rate for purchases: 0.0%
Initial credit limit Increase Fee: No charge Variable-rate information: N/A
Grace period for repayment of balances for purchases: N/A
Method of computing the balance for purchases: N/A
Minimum finance charge: N/A
Transaction fee for purchases: N/A
Payment schedule: The payment schedule will vary depending upon the purchase cost of all goods purchased by the Account holder and the amount and frequency of payments. Account holder is required to make a specified minimum payment each month (in most cases, 10% of the outstanding balance)
Total of payments: Equal to the purchase cost of all goods purchased by the Account Holder
Total sale price: Equal to the purchase cost of all goods purchased by the Account Holder
Prepayment: No penalties for prepayment
Late payment fees: No charge
Fee for returned checks or debits: $5.00
Monthly Membership fee from Century Platinum™: $14.00
     ($168.00 calculated on a yearly basis)
One time fee from StarterCreditDirect.com: $99.00
     (Application & Processing fee)


Century Platinum™ Cancellation Policy: (NOT Starter Credit Direct)
Once the application process has been completed and the applicant has agreed to the online "Terms and Conditions", the fully automated transaction cannot be stopped.


If you contact Century Platinum™ customer service department within three (3)

business days from the time when your application was submitted to request that you would like to cancel your Membership Submission order, a refund of your Processing Fee will be made.

Cancellation requests made more than three (3) business days from the date you submit your online application will not receive any refund. All qualifying refunds will be remitted in thirty (30) days or less per the Refund Policy below.

ACH DEBITS: If any Automated Clearing House ("ACH") debit request for a fee associated with your Account is returned due to non-sufficient funds available in your bank account, CENTURY PLATINUM™ may attempt to collect the applicable fee by automatically resubmitting to your bank subsequent ACH debits. Any subsequent debit attempts by CENTURY PLATINUM™ will not exceed the original fee amount. Furthermore, you understand and agree that if CENTURY PLATINUM™ is unable to obtain payment from your bank, CENTURY PLATINUM™ reserves the right to immediately terminate your Account or reduce your available credit until a consistent payment history has been established.

DOWN PAYMENTS: You understand and agree that the use of your Account is fully subject to this Agreement. You understand that your Account is being issued with no credit check or investigation and, as a result of this, you will be required to make a down payment for most merchandise purchases (approximately 30-50% of the total cost, depending on the item, although higher down payments may be required). However, there are certain items available which require no down payment. All required down payments must be received in the form of a money order or cashier's check prior to our processing your merchandise order.

CREDIT LIMIT: Accounts begin with a credit limit of $10,000.

INITIAL ACCOUNT ADVANCE: When your new Account is activated, CENTURY PLATINUM™ will post an initial $2,500 advance to your Account. You may use this initial Account advance to pay against your charged balances for purchases at the Website. There is no time limit in which you must use this initial credit. You may use it all at once or over a period of time. This initial Account advance cannot be used to pay for any required down payments or for any purpose other than to pay for open balances on your Account. You understand and agree that this initial credit has no cash value and cannot be redeemed or withdrawn.

CREDIT BUREAU REPORTING: CENTURY PLATINUM™ **DOES NOT REPORT** to any credit bureau or reporting agency. **The CENTURY PLATINUM™ Account does not aid in building or re-building credit, or the posting of any positive references to any credit report.**

PURCHASES AND MONTHLY BILLING: You will be billed each month for charges made to your Account. Only Account holders that are in good standing may make purchases at the Website and receive additional Account holder benefits.

YOUR PROMISE TO PAY: You agree to pay at least the minimum payment amount shown on each monthly billing statement. All payments must be received on or before the due date indicated on the billing statement.

APPLICATION OF PAYMENTS RECEIVED: Payments received are always applied to any unpaid balance. Payments are applied toward purchases in the same order that they were made, older purchases first.

MINIMUM MONTHLY PAYMENT: The minimum monthly payment for any given month (as long as your account shows an outstanding balance) is the greater of: a) 10% of the account balance owed immediately following any purchase made to your account; or b) $10.00. The minimum monthly payment does not automatically decrease as your

account balance decreases. Notwithstanding the foregoing, should your new balance be less than $10.00, the minimum payment due will be the total amount of the new balance.

DEFAULT: Your Account will be considered in default status if: a) you fail to pay the minimum monthly payment when due; or b) you breach any of the terms and conditions of this Agreement. If your Account is in default, in compliance with applicable law, CENTURY PLATINUM™ may: a) demand that you immediately pay the entire unpaid balance on your Account; b) apply monies received on subsequent purchases to any delinquent account balance owed; and/or c) proceed with legal action to collect any unpaid amounts.

**REFUND POLICY: (PLEASE READ AND SAVE)**
**DO NOT SUBMIT UNLESS YOU HAVE READ, UNDERSTAND AND AGREE TO ALL OF THE FOLLOWING POLICIES.**
Processing Fee Refund Policy: **IMPORTANT! PLEASE READ!**
When processing begins, you are immediately sent an email confirming your application and
re-stating the fact that there will be a debit for the processing fee to your bank account using the information that you submitted and authorized. You have **3 business days from the time of submittal** to contact member services and cancel processing as well as the debit before it is transmitted to the bank. Due to this fact, as well as the fact that the processing fee debit is automated and after 3 business days cannot be stopped, **there will be no refund of any portion of the processing fee.**
Fraud Resolution:
As a matter of policy, we cooperate fully with all law enforcement agencies in the pursuit of fraud, with regard to the unauthorized use of information in order to apply for this membership. If you believe your account was fraudulently charged for the application and processing fee, we will make every effort to aid in a resolution. Before we can take any action, please fax or mail a copy of the official report filed with your local Police or law enforcement agency detailing the suspected fraudulent act, have the investigating officer contact our office at (704) 525-3880 and also a copy of the portion of your account statement showing the date and amount of the withdrawal. Fax: (704) 525-3886. The Computer's IP address is recorded when application for membership is applied for.
GOOD STANDING REQUIREMENT: You understand that you must maintain your Account in good standing by making at least the minimum monthly payments on time. If your Account is in default status, you understand that your Account privileges and benefits may be suspended and/or terminated until you have re-established a consistent pattern of on-time monthly minimum payments.

MEMBERSHIP CANCELLATION: If you wish to cancel your membership you may do so at any time by contacting us and making a cancellation request. This may be done by calling us at 704-525-3880 between the hours of 9 A.M. and 6 P.M. (EST) Monday through Friday, excluding holidays. This request must be made by the account holder of record only and this information will be verified by us.
**There will be no refunds of monthly membership fees already collected.**

4. Authorized Use. The Website and Service are available only to individuals who can enter into legally binding contracts under applicable law. However, if you are under the age of 18, you do not have authorization to access or use the Website and/or Service in any manner whatsoever. If you are a Website visitor ("Visitor"), you may use the Website in order to obtain information about CENTURY PLATINUM™ and the Service and to apply for a CENTURY PLATINUM™ card account ("Account"). Visitors are not authorized to access any content and/or data available to those individuals that are Account holders. In addition, to apply for and obtain an Account, you must be at least 18 years old and have a valid and active U.S. checking or savings bank account. Notwithstanding the foregoing, the Service and Accounts are not available to Wisconsin State residents.

5. License Grant. As a Visitor to the Website or an Account holder, you are granted a non-exclusive, non-transferable, revocable and limited license to access and use the Website (and its associated content), the Service and/or an Account in accordance with this Agreement. CENTURY PLATINUM™ may terminate this license at any time for any reason. You may use the Website on one computer for your own personal, non-commercial use. No part of the Website, the Service and/or an Account may be reproduced in any form or incorporated into any information retrieval system, electronic or mechanical. You may not use, copy, emulate, clone, rent, lease, sell, modify, decompile, disassemble, reverse engineer or transfer the Website (and its associated content), the Service, your Account and/or any portion thereof. CENTURY PLATINUM™ reserves any rights not explicitly granted in this Agreement. You may not use any device, software or routine to interfere or attempt to interfere with the proper working of the Website, the Service and/or your Account. You may not take any action that imposes an unreasonable or disproportionately large load on the CENTURY PLATINUM™ infrastructure.

Your right to use the Website, the Service and/or your Account including, without limitation, your Login, is non-transferable. Access to, and use of, your Account and the Service is made through your Login information. Your Login must be kept strictly confidential. For security reasons, CENTURY PLATINUM™ will not release passwords for any reason, other than to the applicable Account holder, except as may be specifically required by law or court order. Unauthorized access to the Website, the Service and/or an Account is a breach of this Agreement and a violation of applicable law.

6. Proprietary Rights. The content, organization, graphics, design, compilation, magnetic translation, digital conversion, software and other matters related to the Website, the Service and/or your Account are protected under applicable copyrights, trademarks and other proprietary (including, without limitation, intellectual property) rights. The copying, redistribution and/or publication by you of any part of the Website, the Service and/or your Account is strictly prohibited. You do not acquire ownership rights to any content, document, software, service or other materials viewed at or through the Website, the Service and/or your Account. The posting of information or material at the Website and Service by CENTURY PLATINUM™ does not constitute a waiver of any right in such information and/or materials.

7. Privacy Policy. Use of the Website, the Service and/or your Account is subject to our Privacy Policy, which is hereby incorporated into, and made part of, this Agreement. We reserve the right, and you authorize us, to use and assign all information regarding your Website, Service and Account use, and any and all other personal information provided by you, in any manner consistent with our Privacy Policy, which is hereby made a part of this Agreement.

8. Editing, Deleting and Modification. We reserve the right, in our sole discretion, to edit and/or delete any documents, information or other content appearing on the Website, the Service and/or your Account at anytime, without notice to you.

9. Indemnification. You agree to indemnify, defend and hold CENTURY PLATINUM™, its owners, and each of their respective officers, partners, members, employees, agents and attorneys (each a "Covered Party"), harmless against any and all liabilities, claims, actions, suits, proceedings, judgments, fines, damages, costs, losses and expenses (including reasonable attorneys' fees, administrative costs and/or settlement costs) arising from your breach of this Agreement and/or your use of the Website, the Service and/or your Account, in any manner whatsoever.

10. Disclaimers and Limitations. THE WEBSITE, THE SERVICE, YOUR ACCOUNT AND ANY MERCHANDISE OBTAINED THROUGH THE SERVICE ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS AND ALL WARRANTIES, EXPRESS OR IMPLIED, ARE DISCLAIMED (INCLUDING, WITHOUT LIMITATION, THE DISCLAIMER OF ANY WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT OF INTELLECTUAL PROPERTY AND/OR FITNESS FOR A PARTICULAR PURPOSE). THE WEBSITE, THE SERVICE, YOUR ACCOUNT

AND ANY MERCHANDISE OBTAINED THROUGH THE SERVICE MAY CONTAIN BUGS, ERRORS, PROBLEMS OR OTHER LIMITATIONS. CENTURY PLATINUM™ AND THE COVERED PARTIES HAVE NO LIABILITY WHATSOEVER FOR YOUR USE OF, OR INABILITY TO USE, THE WEBSITE, THE SERVICE, YOUR ACCOUNT AND ANY MERCHANDISE OBTAINED THROUGH THE SERVICE. IN PARTICULAR, BUT NOT AS A LIMITATION THEREOF, CENTURY PLATINUM™ AND THE COVERED PARTIES ARE NOT LIABLE TO YOU AND/OR ANY THIRD PARTY FOR ANY INDIRECT, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES (INCLUDING DAMAGES FOR LOSS OF BUSINESS, LOSS OF PROFITS, LITIGATION, OR THE LIKE), WHETHER BASED ON BREACH OF CONTRACT, BREACH OF WARRANTY, TORT (INCLUDING NEGLIGENCE), PRODUCT LIABILITY OR OTHERWISE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. THE NEGATION OF DAMAGES SET FORTH ABOVE IS A FUNDAMENTAL ELEMENT OF THE BASIS OF THE BARGAIN BETWEEN CENTURY PLATINUM™ AND YOU. THE WEBSITE, THE SERVICE, YOUR ACCOUNT AND ANY MERCHANDISE OBTAINED THROUGH THE SERVICE WOULD NOT BE PROVIDED TO YOU WITHOUT SUCH LIMITATIONS. NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU FROM US THROUGH THE WEBSITE, THE SERVICE, YOUR ACCOUNT AND ANY MERCHANDISE OBTAINED THROUGH THE SERVICE SHALL CREATE ANY WARRANTY, REPRESENTATION AND/OR GUARANTEE NOT EXPRESSLY STATED IN THIS AGREEMENT.

ALL RESPONSIBILITY AND/OR LIABILITY FOR ANY DAMAGES CAUSED BY VIRUSES AND/OR WORMS CONTAINED WITHIN AN ELECTRONIC FILE AVAILABLE AT THE WEBSITE AND/OR THROUGH THE SERVICE IS DISCLAIMED. YOU UNDERSTAND AND AGREE THAT ANY MATERIAL DOWNLOADED, OBTAINED OR OTHERWISE ACCESSED THROUGH THE USE OF THE WEBSITE, THE SERVICE AND/OR YOUR ACCOUNT IS DONE AT YOUR OWN DISCRETION AND AT YOUR OWN RISK. YOU WILL BE SOLELY RESPONSIBLE FOR ANY AND ALL DAMAGE TO YOUR COMPUTER SYSTEM OR LOSS OF DATA THAT MAY RESULT FROM THE DOWNLOADING OF ANY SUCH MATERIAL.

OUR CENTURY LIABILITY TO YOU UNDER ANY AND ALL CIRCUMSTANCES WILL BE EQUAL TO THE LOWEST PURCHASE PRICE THAT YOU HAVE PAID FOR ANY SINGLE PIECE OF MERCHANDISE AT THE WEBSITE AND/OR THROUGH THE SERVICE. NOTWITHSTANDING THE FOREGOING, CENTURY PLATINUM SHALL NOT BE LIABLE TO YOU FOR ANY SERVICE, GOODS OR INFORMATION AVAILABLE FROM THIRD PARTIES, EVEN IF OBTAINED AT OR THROUGH THE WEBSITE AND/OR SERVICE.

11. Third Party Websites. The Website may provide, and/or third parties may provide, links to other Internet websites and/or resources. Because CENTURY PLATINUM™ has no control over such third party websites and/or resources, you hereby acknowledge and agree that CENTURY PLATINUM is not responsible for the availability of such third party websites and/or resources. Furthermore, CENTURY PLATINUM™ does not endorse, and is not responsible or liable for, any terms and conditions, privacy policies, content, advertising, products and/or other materials at or available from such third party websites or resources, or for any damages and/or losses arising there from.

12. Equipment. You shall be responsible for obtaining and maintaining all telephone, computer hardware and any other equipment needed to access and/or use the Website, the Service and/or your Account, as well as any and all charges related thereto.

13. Miscellaneous. This Agreement shall be treated as though it were executed and performed in New York , New York and shall be governed by and construed in accordance with the laws of the State of New York (without regard to conflict of law principles). Should a dispute arise concerning the terms and conditions of this Agreement, or the breach of same by either party hereto, the parties agree to submit their dispute for resolution by arbitration before the American Arbitration Association in New York City , in accordance with the then current Commercial Arbitration Rules of the American Arbitration Association. Any award rendered shall be final and conclusive to

the parties and a judgment thereon may be entered in any court of competent jurisdiction. Nothing herein shall be construed to preclude any party from seeking injunctive relief in order to protect its rights pending an outcome in arbitration. Should any part of this Agreement be held invalid or unenforceable, that portion shall be construed consistent with applicable law and the remaining portions shall remain in full force and effect. To the extent that anything in or associated with the Website, the Service and/or your Account is in conflict or inconsistent with this Agreement, this Agreement shall take precedence. Our failure to enforce any provision of this Agreement shall not be deemed a waiver of such provision nor of the right to enforce such provision. The parties do not intend that any agency or partnership relationship be created through operation of this Agreement.

In order to expedite fulfillment of the product to the customer, we reserve the right to substitute another merchandise charge card of equal or greater value.

14 .GIFTS:

We reserve the right to substitute any gift with an equal or greater value for the one chosen. You must be a member in good standing for a minimum of 8 months from the account activation date to qualify for gift.

To receive your gift, after 8 months of membership, you must send in a note or letter to Member Services, 5401-A South Blvd., Box 269 , Charlotte , NC 28217-2741 . No notice will be sent. It is solely your responsibility to notify member services in writing at the above listed address to redeem your gift. CENTURY Platinum will not notify you of your eligibility.

ACKNOWLEDGMENT

I certify that I have read, understand and fully agree to all the terms and conditions contained in this Agreement. I certify that all the Application Data I supplied to CENTURY PLATINUM™ is true, accurate and verifiable. The information concerning costs and fees associated with my Account is accurate as of May 2007. I understand that these costs and fees, and any other term associated with my Account, may change at anytime, in the sole discretion of CENTURY PLATINUM™. I understand that my only recourse to any changes in terms is the cancellation of my Account in accordance with this Agreement.

*Federal Trade Commission Request for Documents and Information*
*July 23, 2009*

EDebitPay, LLC

8. With regard to the EDP site, www.startercreditdirect.com (terms in quotation marks are from the website as of 7/22/09);

  b. Identify any and all business entities to which EDP has sold consumer information collected on www.startercreditdirect.com at any time in the last twelve months. Describe in detail all information about consumers sold to such business entities. To the extent that the types of consumer information that EDP sells or has sold varies, fully explain these varying circumstances and specify the information sold in each such circumstance.

*The principal product marketed at startercreditdirect.com, the Century Platinum membership, does not involve the sale of any consumer information.*

*The screenshots below display the two additional questions posed to consumers during the application for the Century Platinum membership, which expand to include two additional form fields if the consumer clicks "Yes" in response to that question. If the consumer fills out the application, the additional question fields, and checks the box that they have read, understood, and agree to the Privacy Policy, then presses "SUBMIT", the consumer's data collected on this page is transmitted to eFolks/Progrexion as a lead for credit repair and/or bankruptcy help.*

*Federal Trade Commission Request for Documents and Information*
*July 23, 2009*

*EDebitPay, LLC*



At step 2, the consumer has the option to also choose the OPTIONAL offer shown below.



*If they click" Yes", the screen expands as shown below, where they should read the details of the optional offer.  The consumer can choose to click "No" and skip the offer.*



*If the consumer clicked "Yes" and submitted their application, the application data is transmitted to USA Benefits (Commonwealth Marketing Group).*

8.  With regard to the EDP site, www.startercreditdirect.com (terms in quotation marks are from the website as of 7/22/09);

   c.  Describe the terms and conditions of the "Century Platinum" "credit," and its relationship, if any, to the "Prepaid MasterCard Card" referenced in 7 above.

*The Prepaid MasterCard Card is not marketed on the startercreditdirect.com website and has no relationship to the terms and conditions of the Century Platinum membership and credit line. The terms and conditions of the Century Platinum membership are listed below.*

### CENTURY PLATINUM™ TERMS AND CONDITIONS

Welcome to the CENTURY PLATINUM™ website located at www.CENTURYplatinum.com (the "Website"). This Website is brought to you by CENTURY PLATINUM™. By accessing and/or using the Website and/or our CENTURY PLATINUM™ service (the "Service") you agree to comply with, and be bound by, the following terms and conditions (the "Agreement"). Please review this Agreement carefully. If you do not agree to this Agreement in its entirety, you are not authorized to use this Website and/or Service in any manner or form, whatsoever.

1. Acceptance of Agreement. You agree to the terms and conditions set forth in this Agreement with respect to your use of the Website and/or Service. This Agreement constitutes the entire agreement between you and CENTURY PLATINUM™, and supersedes all prior or contemporaneous agreements, representations, warranties and/or understandings with respect to the Website, the Service and/or your Account, as defined herein below. We may amend this Agreement from time to time, in our sole discretion, without specific notice to you. The latest Agreement will be posted on the Website, and you should review this Agreement prior to each use of the Website, the Service and/or your Account. By your continued use of the Website, the Service and/or your Account, you hereby agree to all the terms and conditions contained within the Agreement in effect at that time. Therefore, you should regularly check this page for updates and changes.

2. Disclaimers. CENTURY PLATINUM™ IS NOT A CREDIT SERVICES ORGANIZATION, FINANCIAL OR BANKING INSTITUTION, NOR IS IT AFFILIATED WITH ANY CREDIT SERVICES ORGANIZATION, FINANCIAL OR BANKING INSTITUTION. THE CENTURY PLATINUM™ CARD IS NOT A CREDIT CARD AND THE CENTURY PLATINUM™ ACCOUNT IS NOT A CREDIT CARD ACCOUNT. A CENTURY PLATINUM™ ACCOUNT IS A LINE OF CREDIT THAT CAN BE USED BY AN ACCOUNT HOLDER TO SHOP EXCLUSIVELY AT OUR ONLINE SHOPPING WEBSITE. THERE ARE DOWN PAYMENT REQUIREMENTS FOR MOST PURCHASES AT OUR WEBSITE. CENTURY PLATINUM™ DOES NOT FACILITATE, NOR PROVIDE ASSITANCE, IN OBTAINING CREDIT FROM ANY OTHER CREDIT-ISSUING ENTITIES. CENTURY PLATINUM™ DOES NOT REPORT TO ANY CREDIT BUREAU OR

REPORTING AGENCY. CENTURY PLATINUM™ DOES NOT CHARGE AN ADVANCED FEE TO ESTABLISH CREDIT, NOR DOES CENTURY PLATINUM™ ATTEMPT, OR CLAIM TO ATTEMPT, TO ESTABLISH, RE-ESTABLISH OR REPAIR ANY CUSTOMER CREDIT HISTORY. THERE IS A ONE TIME FEE OF $15.00 ASSOCIATED WITH THE ACCOUNT. IN ADDITION, THERE ARE MONTHLY ACCOUNT MAINTENANCE FEES OF $14.00 PER MONTH.

3. Additional Terms and Conditions For CENTURY PLATINUM™ Accounts. The CENTURY PLATINUM™ Service is an online merchandise shopping service. All purchase payments must be made through an associated CENTURY PLATINUM™ charge account ("Account"). By obtaining an Account, you can make purchases of select items available at or through the Service. Accounts may be obtained by individuals 18 years of age or older, who possesses a valid and active U.S. checking or savings bank account. There are no credit checks, income requirements or employment requirements to obtain an Account. You do not need a social security number to obtain an Account and there are no residency requirements. U. S. citizenship is not required. There are also no restrictions applicable to those with past bankruptcy history.

ACCOUNTS: To obtain an Account, you must submit an application to CENTURY PLATINUM™ to qualify for an Account. When you apply for an Account, you agree to provide accurate, current and complete information about yourself ("Application Data") as prompted by our application form. You also represent that we may rely on your submitted Application Data as accurate, current and complete. You agree to maintain and update your Application Data to keep it as accurate, current and complete as possible. CENTURY PLATINUM™ reserves the right, in its sole discretion, to terminate your Account for inaccurate, untrue, deceptive and/or incomplete Application Data. In order to update your Application Data, please access and update your online profile. You understand that by submitting an application to CENTURY PLATINUM™, you are not guaranteed to obtain an Account. CENTURY PLATINUM™ reserves the right, in its sole discretion, to accept or reject any application for any reason, or for no reason, whatsoever.

If CENTURY PLATINUM™ approves your application, you will receive an e-mail confirming your application approval and your associated username and password information ("Login") information. Once you receive this Login information, you may make immediate use of the Service.

HOW IT WORKS: Upon Account activation, you will receive a $10,000 line of credit to spend exclusively on purchases available through the Website. Your Account will not work at any other website and has no value other than at the Website. Due to the lack of restrictions associated with obtaining an Account, there are down payments required on most items. However, there are certain items available that require no down payment. We reserve the right to substitute any gift with an equal or greater value for the one chosen. You must be a member in good standing for a minimum of 6 months from the account activation date to qualify for gift. You should receive a physical CENTURY PLATINUM™ card within four (4) weeks of your Account activation. If you do not receive your card, please contact us at: service@CENTURYplatinum.com .

DISCLOSURE OF COSTS, FEES AND RATES :
Creditor: CENTURY PLATINUM
Amount financed; itemization: Equal to the value of the Account holder's open balance
Finance charge: N/A
Annual percentage rate for purchases: 0.0%
Initial credit limit Increase Fee: No charge Variable-rate information: N/A
Grace period for repayment of balances for purchases: N/A
Method of computing the balance for purchases: N/A
Minimum finance charge: N/A
Transaction fee for purchases: N/A
Payment schedule: The payment schedule will vary depending upon the purchase cost of all goods purchased by the Account holder and the amount and frequency of payments. Account holder is required to make a specified minimum payment each month (in most

cases, 10% of the outstanding balance)
Total of payments: Equal to the purchase cost of all goods purchased by the Account Holder
Total sale price: Equal to the purchase cost of all goods purchased by the Account Holder
Prepayment: No penalties for prepayment
Late payment fees: No charge
Fee for returned checks or debits: $5.00
Monthly Membership fee from Century Platinum™: $14.00
 ($168.00 calculated on a yearly basis)
One time fee from StarterCreditDirect.com: $99.00
 (Application & Processing fee)


Century Platinum™ Cancellation Policy: (NOT Starter Credit Direct)
Once the application process has been completed and the applicant has agreed to
the online "Terms and Conditions", the fully automated transaction cannot be stopped.

If you contact Century Platinum™ customer service department within three (3)
business days from the time when your application was submitted to request that you
would like to cancel your Membership Submission order, a refund of your Processing Fee
will be made.

Cancellation requests made more than three (3) business days from the date you submit
your online application will not receive any refund. All qualifying refunds will be remitted
in thirty (30) days or less per the Refund Policy below.

ACH DEBITS: If any Automated Clearing House ("ACH") debit request for a fee
associated with your Account is returned due to non-sufficient funds available in your
bank account, CENTURY PLATINUM™ may attempt to collect the applicable fee by
automatically resubmitting to your bank subsequent ACH debits. Any subsequent debit
attempts by CENTURY PLATINUM™ will not exceed the original fee amount.
Furthermore, you understand and agree that if CENTURY PLATINUM™ is unable to obtain
payment from your bank, CENTURY PLATINUM™ reserves the right to immediately
terminate your Account or reduce your available credit until a consistent payment
history has been established.

DOWN PAYMENTS: You understand and agree that the use of your Account is fully
subject to this Agreement. You understand that your Account is being issued with no
credit check or investigation and, as a result of this, you will be required to make a down
payment for most merchandise purchases (approximately 30-50% of the total cost,
depending on the item, although higher down payments may be required). However,
there are certain items available which require no down payment. All required down
payments must be received in the form of a money order or cashier's check prior to our
processing your merchandise order.

CREDIT LIMIT: Accounts begin with a credit limit of $10,000.

INITIAL ACCOUNT ADVANCE: When your new Account is activated, CENTURY
PLATINUM™ will post an initial $2,500 advance to your Account. You may use this initial
Account advance to pay against your charged credit balances for purchases at the
Website. There is no time limit in which you must use this initial credit. You may use it
all at once or over a period of time. This initial Account advance cannot be used to pay
for any required down payments or for any purpose other than to pay for open balances
on your Account. You understand and agree that this initial credit has no cash value and
cannot be redeemed or withdrawn.

CREDIT BUREAU REPORTING: CENTURY PLATINUM™ **DOES NOT REPORT** to any credit
bureau or reporting agency. **The CENTURY PLATINUM™ Account does not aid in**

**building or re-building credit, or the posting of any positive references to any credit report.**

PURCHASES AND MONTHLY BILLING: You will be billed each month for charges made to your Account. Only Account holders that are in good standing may make purchases at the Website and receive additional Account holder benefits.

YOUR PROMISE TO PAY: You agree to pay at least the minimum payment amount shown on each monthly billing statement. All payments must be received on or before the due date indicated on the billing statement.

APPLICATION OF PAYMENTS RECEIVED: Payments received are always applied to any unpaid balance. Payments are applied toward purchases in the same order that they were made, older purchases first.

MINIMUM MONTHLY PAYMENT: The minimum monthly payment for any given month (as long as your account shows an outstanding balance) is the greater of: a) 10% of the account balance owed immediately following any purchase made to your account; or b) $10.00. The minimum monthly payment does not automatically decrease as your account balance decreases. Notwithstanding the foregoing, should your new balance be less than $10.00, the minimum payment due will be the total amount of the new balance.

DEFAULT: Your Account will be considered in default status if: a) you fail to pay the minimum monthly payment when due; or b) you breach any of the terms and conditions of this Agreement. If your Account is in default, in compliance with applicable law, CENTURY PLATINUM™ may: a) demand that you immediately pay the entire unpaid balance on your Account; b) apply monies received on subsequent purchases to any delinquent account balance owed; and/or c) proceed with legal action to collect any unpaid amounts.

**REFUND POLICY: (PLEASE READ AND SAVE)**
**DO NOT SUBMIT UNLESS YOU HAVE READ, UNDERSTAND AND AGREE TO ALL OF THE FOLLOWING POLICIES.**
Processing Fee Refund Policy: **IMPORTANT! PLEASE READ!**
When processing begins, you are immediately sent an email confirming your application and
re-stating the fact that there will be a debit for the processing fee to your bank account using the information that you submitted and authorized. You have **3 business days from the time of submittal** to contact member services and cancel processing as well as the debit before it is transmitted to the bank. Due to this fact, as well as the fact that the processing fee debit is automated and after 3 business days cannot be stopped, **there will be no refund of any portion of the processing fee.**
Fraud Resolution:
As a matter of policy, we cooperate fully with all law enforcement agencies in the pursuit of fraud, with regard to the unauthorized use of information in order to apply for this membership. If you believe your account was fraudulently charged for the application and processing fee, we will make every effort to aid in a resolution. Before we can take any action, please fax or mail a copy of the official report filed with your local Police or law enforcement agency detailing the suspected fraudulent act, have the investigating officer contact our office at (704) 525-3880 and also a copy of the portion of your account statement showing the date and amount of the withdrawal. Fax: (704) 525-3886. The Computer's IP address is recorded when application for membership is applied for.
GOOD STANDING REQUIREMENT: You understand that you must maintain your Account in good standing by making at least the minimum monthly payments on time. If your Account is in default status, you understand that your Account privileges and benefits may be suspended and/or terminated until you have re-established a consistent pattern of on-time monthly minimum payments.

MEMBERSHIP CANCELLATION: If you wish to cancel your membership you may do so at any time by contacting us and making a cancellation request. This may be done by calling us at 704-525-3880 between the hours of 9 A.M. and 6 P.M. (EST) Monday through Friday, excluding holidays. This request must be made by the account holder of record only and this information will be verified by us.
**There will be no refunds of monthly membership fees already collected.**

4. Authorized Use. The Website and Service are available only to individuals who can enter into legally binding contracts under applicable law. However, if you are under the age of 18, you do not have authorization to access or use the Website and/or Service in any manner whatsoever. If you are a Website visitor ("Visitor"), you may use the Website in order to obtain information about CENTURY PLATINUM™ and the Service and to apply for a CENTURY PLATINUM™ card account ("Account"). Visitors are not authorized to access any content and/or data available to those individuals that are Account holders. In addition, to apply for and obtain an Account, you must be at least 18 years old and have a valid and active U.S. checking or savings bank account. Notwithstanding the foregoing, the Service and Accounts are not available to Wisconsin State residents.

5. License Grant. As a Visitor to the Website or an Account holder, you are granted a non-exclusive, non-transferable, revocable and limited license to access and use the Website (and its associated content), the Service and/or an Account in accordance with this Agreement. CENTURY PLATINUM™ may terminate this license at any time for any reason. You may use the Website on one computer for your own personal, non-commercial use. No part of the Website, the Service and/or an Account may be reproduced in any form or incorporated into any information retrieval system, electronic or mechanical. You may not use, copy, emulate, clone, rent, lease, sell, modify, decompile, disassemble, reverse engineer or transfer the Website (and its associated content), the Service, your Account and/or any portion thereof. CENTURY PLATINUM™ reserves any rights not explicitly granted in this Agreement. You may not use any device, software or routine to interfere or attempt to interfere with the proper working of the Website, the Service and/or your Account. You may not take any action that imposes an unreasonable or disproportionately large load on the CENTURY PLATINUM™ infrastructure.

Your right to use the Website, the Service and/or your Account including, without limitation, your Login, is non-transferable. Access to, and use of, your Account and the Service is made through your Login information. Your Login must be kept strictly confidential. For security reasons, CENTURY PLATINUM™ will not release passwords for any reason, other than to the applicable Account holder, except as may be specifically required by law or court order. Unauthorized access to the Website, the Service and/or an Account is a breach of this Agreement and a violation of applicable law.

6. Proprietary Rights. The content, organization, graphics, design, compilation, magnetic translation, digital conversion, software and other matters related to the Website, the Service and/or your Account are protected under applicable copyrights, trademarks and other proprietary (including, without limitation, intellectual property) rights. The copying, redistribution and/or publication by you of any part of the Website, the Service and/or your Account is strictly prohibited. You do not acquire ownership rights to any content, document, software, service or other materials viewed at or through the Website, the Service and/or your Account. The posting of information or material at the Website and Service by CENTURY PLATINUM™ does not constitute a waiver of any right in such information and/or materials.

7. Privacy Policy. Use of the Website, the Service and/or your Account is subject to our Privacy Policy, which is hereby incorporated into, and made part of, this Agreement. We reserve the right, and you authorize us, to use and assign all information regarding your Website, Service and Account use, and any and all other personal information provided by you, in any manner consistent with our Privacy Policy, which is hereby made a part of this Agreement.

8. Editing, Deleting and Modification. We reserve the right, in our sole discretion, to edit and/or delete any documents, information or other content appearing on the Website, the Service and/or your Account at anytime, without notice to you.

9. Indemnification. You agree to indemnify, defend and hold CENTURY PLATINUM™, its owners, and each of their respective officers, partners, members, employees, agents and attorneys (each a "Covered Party"), harmless against any and all liabilities, claims, actions, suits, proceedings, judgments, fines, damages, costs, losses and expenses (including reasonable attorneys' fees, administrative costs and/or settlement costs) arising from your breach of this Agreement and/or your use of the Website, the Service and/or your Account, in any manner whatsoever.

10. Disclaimers and Limitations. THE WEBSITE, THE SERVICE, YOUR ACCOUNT AND ANY MERCHANDISE OBTAINED THROUGH THE SERVICE ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS AND ALL WARRANTIES, EXPRESS OR IMPLIED, ARE DISCLAIMED (INCLUDING, WITHOUT LIMITATION, THE DISCLAIMER OF ANY WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT OF INTELLECTUAL PROPERTY AND/OR FITNESS FOR A PARTICULAR PURPOSE). THE WEBSITE, THE SERVICE, YOUR ACCOUNT AND ANY MERCHANDISE OBTAINED THROUGH THE SERVICE MAY CONTAIN BUGS, ERRORS, PROBLEMS OR OTHER LIMITATIONS. CENTURY PLATINUM™ AND THE COVERED PARTIES HAVE NO LIABILITY WHATSOEVER FOR YOUR USE OF, OR INABILITY TO USE, THE WEBSITE, THE SERVICE, YOUR ACCOUNT AND ANY MERCHANDISE OBTAINED THROUGH THE SERVICE. IN PARTICULAR, BUT NOT AS A LIMITATION THEREOF, CENTURY PLATINUM™ AND THE COVERED PARTIES ARE NOT LIABLE TO YOU AND/OR ANY THIRD PARTY FOR ANY INDIRECT, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES (INCLUDING DAMAGES FOR LOSS OF BUSINESS, LOSS OF PROFITS, LITIGATION, OR THE LIKE), WHETHER BASED ON BREACH OF CONTRACT, BREACH OF WARRANTY, TORT (INCLUDING NEGLIGENCE), PRODUCT LIABILITY OR OTHERWISE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. THE NEGATION OF DAMAGES SET FORTH ABOVE IS A FUNDAMENTAL ELEMENT OF THE BASIS OF THE BARGAIN BETWEEN CENTURY PLATINUM™ AND YOU. THE WEBSITE, THE SERVICE, YOUR ACCOUNT AND ANY MERCHANDISE OBTAINED THROUGH THE SERVICE WOULD NOT BE PROVIDED TO YOU WITHOUT SUCH LIMITATIONS. NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU FROM US THROUGH THE WEBSITE, THE SERVICE, YOUR ACCOUNT AND ANY MERCHANDISE OBTAINED THROUGH THE SERVICE SHALL CREATE ANY WARRANTY, REPRESENTATION AND/OR GUARANTEE NOT EXPRESSLY STATED IN THIS AGREEMENT.

ALL RESPONSIBILITY AND/OR LIABILITY FOR ANY DAMAGES CAUSED BY VIRUSES AND/OR WORMS CONTAINED WITHIN AN ELECTRONIC FILE AVAILABLE AT THE WEBSITE AND/OR THROUGH THE SERVICE IS DISCLAIMED. YOU UNDERSTAND AND AGREE THAT ANY MATERIAL DOWNLOADED, OBTAINED OR OTHERWISE ACCESSED THROUGH THE USE OF THE WEBSITE, THE SERVICE AND/OR YOUR ACCOUNT IS DONE AT YOUR OWN DISCRETION AND AT YOUR OWN RISK. YOU WILL BE SOLELY RESPONSIBLE FOR ANY AND ALL DAMAGE TO YOUR COMPUTER SYSTEM OR LOSS OF DATA THAT MAY RESULT FROM THE DOWNLOADING OF ANY SUCH MATERIAL.

OUR CENTURY LIABILITY TO YOU UNDER ANY AND ALL CIRCUMSTANCES WILL BE EQUAL TO THE LOWEST PURCHASE PRICE THAT YOU HAVE PAID FOR ANY SINGLE PIECE OF MERCHANDISE AT THE WEBSITE AND/OR THROUGH THE SERVICE. NOTWITHSTANDING THE FOREGOING, CENTURY PLATINUM SHALL NOT BE LIABLE TO YOU FOR ANY SERVICE, GOODS OR INFORMATION AVAILABLE FROM THIRD PARTIES, EVEN IF OBTAINED AT OR THROUGH THE WEBSITE AND/OR SERVICE.

11. Third Party Websites. The Website may provide, and/or third parties may provide, links to other Internet websites and/or resources. Because CENTURY PLATINUM™ has no

control over such third party websites and/or resources, you hereby acknowledge and agree that CENTURY PLATINUM is not responsible for the availability of such third party websites and/or resources. Furthermore, CENTURY PLATINUM™ does not endorse, and is not responsible or liable for, any terms and conditions, privacy policies, content, advertising, products and/or other materials at or available from such third party websites or resources, or for any damages and/or losses arising there from.

12. Equipment. You shall be responsible for obtaining and maintaining all telephone, computer hardware and any other equipment needed to access and/or use the Website, the Service and/or your Account, as well as any and all charges related thereto.

13. Miscellaneous. This Agreement shall be treated as though it were executed and performed in New York , New York and shall be governed by and construed in accordance with the laws of the State of New York (without regard to conflict of law principles). Should a dispute arise concerning the terms and conditions of this Agreement, or the breach of same by either party hereto, the parties agree to submit their dispute for resolution by arbitration before the American Arbitration Association in New York City , in accordance with the then current Commercial Arbitration Rules of the American Arbitration Association. Any award rendered shall be final and conclusive to the parties and a judgment thereon may be entered in any court of competent jurisdiction. Nothing herein shall be construed to preclude any party from seeking injunctive relief in order to protect its rights pending an outcome in arbitration. Should any part of this Agreement be held invalid or unenforceable, that portion shall be construed consistent with applicable law and the remaining portions shall remain in full force and effect. To the extent that anything in or associated with the Website, the Service and/or your Account is in conflict or inconsistent with this Agreement, this Agreement shall take precedence. Our failure to enforce any provision of this Agreement shall not be deemed a waiver of such provision nor of the right to enforce such provision. The parties do not intend that any agency or partnership relationship be created through operation of this Agreement.

In order to expedite fulfillment of the product to the customer, we reserve the right to substitute another merchandise charge card of equal or greater value.

14 .GIFTS:

We reserve the right to substitute any gift with an equal or greater value for the one chosen. You must be a member in good standing for a minimum of 8 months from the account activation date to qualify for gift.

To receive your gift, after 8 months of membership, you must send in a note or letter to Member Services, 5401-A South Blvd., Box 269 , Charlotte , NC 28217-2741 . No notice will be sent. It is solely your responsibility to notify member services in writing at the above listed address to redeem your gift. CENTURY Platinum will not notify you of your eligibility.

ACKNOWLEDGMENT

I certify that I have read, understand and fully agree to all the terms and conditions contained in this Agreement. I certify that all the Application Data I supplied to CENTURY PLATINUM™ is true, accurate and verifiable. The information concerning costs and fees associated with my Account is accurate as of May 2007. I understand that these costs and fees, and any other term associated with my Account, may change at anytime, in the sole discretion of CENTURY PLATINUM™. I understand that my only recourse to any changes in terms is the cancellation of my Account in accordance with this Agreement.

8.   With regard to the EDP site, www.startercreditdirect.com (terms in quotation marks are from the website as of 7/22/09);

    d.   Provide a copy of any contract, including revisions and addendums, with any business entity through which EDP at any time in the last twelve months has promoted or provided services in connection with www.startercreditdirect.com.

*Enclosed are copies of the requested contracts with:*

*Insite Marketing Group (Century Platinum Membership)*
*eFolks Network, LLC (Credit Repair/Bankruptcy Opt-Ins)*
*Commonwealth Marketing Group/USA Benefits (Credit/Medical Disc/Laptop Opt-in)*

8.  With regard to the EDP site, www.startercreditdirect.com (terms in quotation marks are from the website as of 7/22/09);

    e.  With regard to all business entit[ies] identified in response to 8.d above:

        i.  Provide copies of all notices and acknowledgement of receipt of the Final Order provided to or by the business entity, pursuant to Paragraph I.H of the Final Order; and

*Acknowledgements of receipt of the Final Order provided to the entities listed in 8.d are incorporated into or as addenda to the contract body.  The contracts are enclosed herein.*

8. With regard to the EDP site, www.startercreditdirect.com (terms in quotation marks are from the website as of 7/22/09);

    e. With regard to all business entit[ies] identified in response to 8.d above:

        ii. Fully describe EDP's compliance with Paragraph I.H of the Final Order as to each such business entity, including a description of EDP's efforts, if any, to monitor and ensure the website/business entity's compliance with Paragraph IA-G of the Final Order.

*In compliance with Paragraph I.H of the Final Order, EDebitPay requires the signed acknowledgement of receipt and the acceptance from each Marketing Affiliate that they will comply with the terms of Section I, as part of all our written agreements. Marketing Affiliates are also required to acknowledge and accept the same clause included in our online terms and conditions when they sign on to our affiliate network.*

*EDebitPay reviews all of the websites it markets to fulfill a Compliance Checklist. We design our own websites to adhere to the principles outlined in Paragraphs IA-F of the Final Order and also model all of our sites on http://ultimateplatinumoffer.com. This website was specifically designed under the review and advice of Mr. Raymond McKown of the Federal Trade Commission. Under Mr. KcKown's guidance and direction, various design elements were positioned, designed, and scripted to comply with Paragraphs IA-F of the Final Order.*

*EDebitPay has a trained staff of customer care professionals to address customer inquiries, refund requests, and complaints with courtesy and efficiency in order to comply with Paragraph IG of the Final Order.*

*As a step towards consumer education and protection, EDebitPay is also the creator and proud sponsor of iComplyNet.com (ICN) and the ICN Consumer Protection Check-List, of which screenshots and a press release are enclosed. This checklist was originally developed by EDebitPay as a means of self-regulating the content of its website to ensure that consumers have sufficient information to make informed purchasing decisions. Through ICN, EDebitPay is now publicizing this information to help consumers make informed decisions when viewing EDebitPay's and all other websites.*

*Federal Trade Commission Request for Documents and Information*
*July 23, 2009*

*EDebitPay, LLC*

8. With regard to the EDP site, www.startercreditdirect.com (terms in quotation marks are from the website as of 7/22/09);

   f.   Provide representative copies of any welcome emails, reminder emails, or other communications consumers receive as a result of applying for or joining www.startercreditdirect.com. Explain how EDP determined the copies were representative.

   *Enclosed are a few sample, welcome emails sent by Century Platinum to consumers who have enrolled in their program through the startercreditdirect.com site. These are representative because EDebitPay is blind-copied on only these emails to the consumer. The consumer also receives a welcome package by regular mail.*

8.   With regard to the EDP site, www.startercreditdirect.com (terms in quotation marks are from the website as of 7/22/09);

     .

     .

     .

     .

     .

     .

g.   Provide the name, address, telephone number, and email address of each consumer who has applied for "credit" through www.startercreditdirect.com in the last twelve months.

*The enclosed list provides the requested information for the consumers who applied at startercreditdirect.com during the last twelve months.*

8.  With regard to the EDP site, www.startercreditdirect.com (terms in quotation marks are from the website as of 7/22/09);

    h.  For each consumer, provide:

        i.  Length of membership;

        *EDebitPay is not the fulfillment company for the credit line or the online mega-store, but the marketer for the Century Platinum membership program, and therefore, do not have access to various elements of the members' activity within the program. Length of membership is one of those elements.*

8. With regard to the EDP site, www.startercreditdirect.com (terms in quotation marks are from the website as of 7/22/09);

   h. For each consumer, provide:

      ii.    Whether EDP or the consumer terminated the membership;

   *EDebitPay is not the fulfillment company for the credit line or the online mega-store, but the marketer for the Century Platinum membership program, and therefore, do not have access to various elements of the members' activity within the program.*

   *EDebitPay has no role in terminating the consumer's membership with Century Platinum and has no information regarding the details of their termination.*

8. With regard to the EDP site, www.startercreditdirect.com (terms in quotation marks are from the website as of 7/22/09);

    h. For each consumer, provide:

        iii. Amount purchased on "credit" via online store and amount paid up front in "down payments" for products/services;

*EDebitPay is not the fulfillment company for the credit line or the online mega-store, but the marketer for the Century Platinum membership program, and therefore, do not have access to various elements of the members' activity within the program. The members' purchasing activity, including any down payment information, is one of those elements. However, the enclosed Century Platinum terms and conditions explain the details of the required downpayment.*

**CENTURY PLATINUM™ TERMS AND CONDITIONS**

Welcome to the CENTURY PLATINUM™ website located at www.CENTURYplatinum.com (the "Website"). This Website is brought to you by CENTURY PLATINUM™. By accessing and/or using the Website and/or our CENTURY PLATINUM™ service (the "Service") you agree to comply with, and be bound by, the following terms and conditions (the "Agreement"). Please review this Agreement carefully. If you do not agree to this Agreement in its entirety, you are not authorized to use this Website and/or Service in any manner or form, whatsoever.

1. Acceptance of Agreement. You agree to the terms and conditions set forth in this Agreement with respect to your use of the Website and/or Service. This Agreement constitutes the entire agreement between you and CENTURY PLATINUM™, and supersedes all prior or contemporaneous agreements, representations, warranties and/or understandings with respect to the Website, the Service and/or your Account, as

defined herein below. We may amend this Agreement from time to time, in our sole discretion, without specific notice to you. The latest Agreement will be posted on the Website, and you should review this Agreement prior to each use of the Website, the Service and/or your Account. By your continued use of the Website, the Service and/or your Account, you hereby agree to all the terms and conditions contained within the Agreement in effect at that time. Therefore, you should regularly check this page for updates and changes.

2. Disclaimers. CENTURY PLATINUM™ IS NOT A CREDIT SERVICES ORGANIZATION, FINANCIAL OR BANKING INSTITUTION, NOR IS IT AFFILIATED WITH ANY CREDIT SERVICES ORGANIZATION, FINANCIAL OR BANKING INSTITUTION. THE CENTURY PLATINUM™ CARD IS NOT A CREDIT CARD AND THE CENTURY PLATINUM™ ACCOUNT IS NOT A CREDIT CARD ACCOUNT. A CENTURY PLATINUM™ ACCOUNT IS A LINE OF CREDIT THAT CAN BE USED BY AN ACCOUNT HOLDER TO SHOP EXCLUSIVELY AT OUR ONLINE SHOPPING WEBSITE. THERE ARE DOWN PAYMENT REQUIREMENTS FOR MOST PURCHASES AT OUR WEBSITE. CENTURY PLATINUM™ DOES NOT FACILITATE, NOR PROVIDE ASSITANCE, IN OBTAINING CREDIT FROM ANY OTHER CREDIT-ISSUING ENTITIES. CENTURY PLATINUM™ DOES NOT REPORT TO ANY CREDIT BUREAU OR REPORTING AGENCY. CENTURY PLATINUM™ DOES NOT CHARGE AN ADVANCED FEE TO ESTABLISH CREDIT, NOR DOES CENTURY PLATINUM™ ATTEMPT, OR CLAIM TO ATTEMPT, TO ESTABLISH, RE-ESTABLISH OR REPAIR ANY CUSTOMER CREDIT HISTORY. THERE IS A ONE TIME FEE OF $15.00 ASSOCIATED WITH THE ACCOUNT. IN ADDITION, THERE ARE MONTHLY ACCOUNT MAINTENANCE FEES OF $14.00 PER MONTH.

3. Additional Terms and Conditions For CENTURY PLATINUM™ Accounts. The CENTURY PLATINUM™ Service is an online merchandise shopping service. All purchase payments must be made through an associated CENTURY PLATINUM™ charge account ("Account"). By obtaining an Account, you can make purchases of select items available at or through the Service. Accounts may be obtained by individuals 18 years of age or older, who possesses a valid and active U.S. checking or savings bank account. There are no credit checks, income requirements or employment requirements to obtain an Account. You do not need a social security number to obtain an Account and there are no residency requirements. U. S. citizenship is not required. There are also no restrictions applicable to those with past bankruptcy history.

ACCOUNTS: To obtain an Account, you must submit an application to CENTURY PLATINUM™ to qualify for an Account. When you apply for an Account, you agree to provide accurate, current and complete information about yourself ("Application Data") as prompted by our application form. You also represent that we may rely on your submitted Application Data as accurate, current and complete. You agree to maintain and update your Application Data to keep it as accurate, current and complete as possible. CENTURY PLATINUM™ reserves the right, in its sole discretion, to terminate your Account for inaccurate, untrue, deceptive and/or incomplete Application Data. In order to update your Application Data, please access and update your online profile. You understand that by submitting an application to CENTURY PLATINUM™, you are not guaranteed to obtain an Account. CENTURY PLATINUM™ reserves the right, in its sole discretion, to accept or reject any application for any reason, or for no reason, whatsoever.

If CENTURY PLATINUM™ approves your application, you will receive an e-mail confirming your application approval and your associated username and password information ("Login") information. Once you receive this Login information, you may make immediate use of the Service.

HOW IT WORKS: Upon Account activation, you will receive a $10,000 line of credit to spend exclusively on purchases available through the Website. Your Account will not work at any other website and has no value other than at the Website. Due to the lack of restrictions associated with obtaining an Account, there are down payments required on most items. However, there are certain items available that require no down payment. We reserve the right to substitute any gift with an equal or greater value for

the one chosen. You must be a member in good standing for a minimum of 6 months from the account activation date to qualify for gift. You should receive a physical CENTURY PLATINUM™ card within four (4) weeks of your Account activation. If you do not receive your card, please contact us at: service@CENTURYplatinum.com .

DISCLOSURE OF COSTS, FEES AND RATES :
Creditor: CENTURY PLATINUM
Amount financed; itemization: Equal to the value of the Account holder's open balance
Finance charge: N/A
Annual percentage rate for purchases: 0.0%
Initial credit limit Increase Fee: No charge Variable-rate information: N/A
Grace period for repayment of balances for purchases: N/A
Method of computing the balance for purchases: N/A
Minimum finance charge: N/A
Transaction fee for purchases: N/A
Payment schedule: The payment schedule will vary depending upon the purchase cost of all goods purchased by the Account holder and the amount and frequency of payments. Account holder is required to make a specified minimum payment each month (in most cases, 10% of the outstanding balance)
Total of payments: Equal to the purchase cost of all goods purchased by the Account Holder
Total sale price: Equal to the purchase cost of all goods purchased by the Account Holder
Prepayment: No penalties for prepayment
Late payment fees: No charge
Fee for returned checks or debits: $5.00
Monthly Membership fee from Century Platinum™: $14.00
    ($168.00 calculated on a yearly basis)
One time fee from StarterCreditDirect.com: $99.00
    (Application & Processing fee)


Century Platinum™ Cancellation Policy: (NOT Starter Credit Direct)
Once the application process has been completed and the applicant has agreed to the online "Terms and Conditions", the fully automated transaction cannot be stopped.

If you contact Century Platinum™ customer service department within three (3) business days from the time when your application was submitted to request that you would like to cancel your Membership Submission order, a refund of your Processing Fee will be made.

Cancellation requests made more than three (3) business days from the date you submit your online application will not receive any refund. All qualifying refunds will be remitted in thirty (30) days or less per the Refund Policy below.

ACH DEBITS: If any Automated Clearing House ("ACH") debit request for a fee associated with your Account is returned due to non-sufficient funds available in your bank account, CENTURY PLATINUM™ may attempt to collect the applicable fee by automatically resubmitting to your bank subsequent ACH debits. Any subsequent debit attempts by CENTURY PLATINUM™ will not exceed the original fee amount. Furthermore, you understand and agree that if CENTURY PLATINUM™ is unable to obtain payment from your bank, CENTURY PLATINUM™ reserves the right to immediately terminate your Account or reduce your available credit until a consistent payment history has been established.

DOWN PAYMENTS: You understand and agree that the use of your Account is fully subject to this Agreement. You understand that your Account is being issued with no credit check or investigation and, as a result of this, you will be required to make a down payment for most merchandise purchases (approximately 30-50% of the total cost,

depending on the item, although higher down payments may be required). However, there are certain items available which require no down payment. All required down payments must be received in the form of a money order or cashier's check prior to our processing your merchandise order.

CREDIT LIMIT: Accounts begin with a credit limit of $10,000.

INITIAL ACCOUNT ADVANCE: When your new Account is activated, CENTURY PLATINUM™ will post an initial $2,500 advance to your Account. You may use this initial Account advance to pay against your charged credit balances for purchases at the Website. There is no time limit in which you must use this initial credit. You may use it all at once or over a period of time. This initial Account advance cannot be used to pay for any required down payments or for any purpose other than to pay for open balances on your Account. You understand and agree that this initial credit has no cash value and cannot be redeemed or withdrawn.

CREDIT BUREAU REPORTING: CENTURY PLATINUM™ **DOES NOT REPORT** to any credit bureau or reporting agency. **The CENTURY PLATINUM™ Account does not aid in building or re-building credit, or the posting of any positive references to any credit report.**

PURCHASES AND MONTHLY BILLING: You will be billed each month for charges made to your Account. Only Account holders that are in good standing may make purchases at the Website and receive additional Account holder benefits.

YOUR PROMISE TO PAY: You agree to pay at least the minimum payment amount shown on each monthly billing statement. All payments must be received on or before the due date indicated on the billing statement.

APPLICATION OF PAYMENTS RECEIVED: Payments received are always applied to any unpaid balance. Payments are applied toward purchases in the same order that they were made, older purchases first.

MINIMUM MONTHLY PAYMENT: The minimum monthly payment for any given month (as long as your account shows an outstanding balance) is the greater of: a) 10% of the account balance owed immediately following any purchase made to your account; or b) $10.00. The minimum monthly payment does not automatically decrease as your account balance decreases. Notwithstanding the foregoing, should your new balance be less than $10.00, the minimum payment due will be the total amount of the new balance.

DEFAULT: Your Account will be considered in default status if: a) you fail to pay the minimum monthly payment when due; or b) you breach any of the terms and conditions of this Agreement. If your Account is in default, in compliance with applicable law, CENTURY PLATINUM™ may: a) demand that you immediately pay the entire unpaid balance on your Account; b) apply monies received on subsequent purchases to any delinquent account balance owed; and/or c) proceed with legal action to collect any unpaid amounts.

**REFUND POLICY: (PLEASE READ AND SAVE)**
**DO NOT SUBMIT UNLESS YOU HAVE READ, UNDERSTAND AND AGREE TO ALL OF THE FOLLOWING POLICIES.**
Processing Fee Refund Policy: **IMPORTANT! PLEASE READ!**
When processing begins, you are immediately sent an email confirming your application and
re-stating the fact that there will be a debit for the processing fee to your bank account using the information that you submitted and authorized. You have **3 business days from the time of submittal** to contact member services and cancel processing as well as the debit before it is transmitted to the bank. Due to this fact, as well as the fact that the processing fee debit is automated and after 3 business days cannot be stopped,

**there will be no refund of any portion of the processing fee.**
Fraud Resolution:
As a matter of policy, we cooperate fully with all law enforcement agencies in the pursuit of fraud, with regard to the unauthorized use of information in order to apply for this membership. If you believe your account was fraudulently charged for the application and processing fee, we will make every effort to aid in a resolution. Before we can take any action, please fax or mail a copy of the official report filed with your local Police or law enforcement agency detailing the suspected fraudulent act, have the investigating officer contact our office at (704) 525-3880 and also a copy of the portion of your account statement showing the date and amount of the withdrawal. Fax: (704) 525-3886. The Computer's IP address is recorded when application for membership is applied for.
GOOD STANDING REQUIREMENT: You understand that you must maintain your Account in good standing by making at least the minimum monthly payments on time. If your Account is in default status, you understand that your Account privileges and benefits may be suspended and/or terminated until you have re-established a consistent pattern of on-time monthly minimum payments.

MEMBERSHIP CANCELLATION: If you wish to cancel your membership you may do so at any time by contacting us and making a cancellation request. This may be done by calling us at 704-525-3880 between the hours of 9 A.M. and 6 P.M. (EST) Monday through Friday, excluding holidays. This request must be made by the account holder of record only and this information will be verified by us.
**There will be no refunds of monthly membership fees already collected.**

4. Authorized Use. The Website and Service are available only to individuals who can enter into legally binding contracts under applicable law. However, if you are under the age of 18, you do not have authorization to access or use the Website and/or Service in any manner whatsoever. If you are a Website visitor ("Visitor"), you may use the Website in order to obtain information about CENTURY PLATINUM™ and the Service and to apply for a CENTURY PLATINUM™ card account ("Account"). Visitors are not authorized to access any content and/or data available to those individuals that are Account holders. In addition, to apply for and obtain an Account, you must be at least 18 years old and have a valid and active U.S. checking or savings bank account. Notwithstanding the foregoing, the Service and Accounts are not available to Wisconsin State residents.

5. License Grant. As a Visitor to the Website or an Account holder, you are granted a non-exclusive, non-transferable, revocable and limited license to access and use the Website (and its associated content), the Service and/or an Account in accordance with this Agreement. CENTURY PLATINUM™ may terminate this license at any time for any reason. You may use the Website on one computer for your own personal, non-commercial use. No part of the Website, the Service and/or an Account may be reproduced in any form or incorporated into any information retrieval system, electronic or mechanical. You may not use, copy, emulate, clone, rent, lease, sell, modify, decompile, disassemble, reverse engineer or transfer the Website (and its associated content), the Service, your Account and/or any portion thereof. CENTURY PLATINUM™ reserves any rights not explicitly granted in this Agreement. You may not use any device, software or routine to interfere or attempt to interfere with the proper working of the Website, the Service and/or your Account. You may not take any action that imposes an unreasonable or disproportionately large load on the CENTURY PLATINUM™ infrastructure.

Your right to use the Website, the Service and/or your Account including, without limitation, your Login, is non-transferable. Access to, and use of, your Account and the Service is made through your Login information. Your Login must be kept strictly confidential. For security reasons, CENTURY PLATINUM™ will not release passwords for any reason, other than to the applicable Account holder, except as may be specifically required by law or court order. Unauthorized access to the Website, the Service and/or an Account is a breach of this Agreement and a violation of applicable law.

6. Proprietary Rights. The content, organization, graphics, design, compilation, magnetic translation, digital conversion, software and other matters related to the Website, the Service and/or your Account are protected under applicable copyrights, trademarks and other proprietary (including, without limitation, intellectual property) rights. The copying, redistribution and/or publication by you of any part of the Website, the Service and/or your Account is strictly prohibited. You do not acquire ownership rights to any content, document, software, service or other materials viewed at or through the Website, the Service and/or your Account. The posting of information or material at the Website and Service by CENTURY PLATINUM™ does not constitute a waiver of any right in such information and/or materials.

7. Privacy Policy. Use of the Website, the Service and/or your Account is subject to our Privacy Policy, which is hereby incorporated into, and made part of, this Agreement. We reserve the right, and you authorize us, to use and assign all information regarding your Website, Service and Account use, and any and all other personal information provided by you, in any manner consistent with our Privacy Policy, which is hereby made a part of this Agreement.

8. Editing, Deleting and Modification. We reserve the right, in our sole discretion, to edit and/or delete any documents, information or other content appearing on the Website, the Service and/or your Account at anytime, without notice to you.

9. Indemnification. You agree to indemnify, defend and hold CENTURY PLATINUM™, its owners, and each of their respective officers, partners, members, employees, agents and attorneys (each a "Covered Party"), harmless against any and all liabilities, claims, actions, suits, proceedings, judgments, fines, damages, costs, losses and expenses (including reasonable attorneys' fees, administrative costs and/or settlement costs) arising from your breach of this Agreement and/or your use of the Website, the Service and/or your Account, in any manner whatsoever.

10. Disclaimers and Limitations. THE WEBSITE, THE SERVICE, YOUR ACCOUNT AND ANY MERCHANDISE OBTAINED THROUGH THE SERVICE ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS AND ALL WARRANTIES, EXPRESS OR IMPLIED, ARE DISCLAIMED (INCLUDING, WITHOUT LIMITATION, THE DISCLAIMER OF ANY WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT OF INTELLECTUAL PROPERTY AND/OR FITNESS FOR A PARTICULAR PURPOSE). THE WEBSITE, THE SERVICE, YOUR ACCOUNT AND ANY MERCHANDISE OBTAINED THROUGH THE SERVICE MAY CONTAIN BUGS, ERRORS, PROBLEMS OR OTHER LIMITATIONS. CENTURY PLATINUM™ AND THE COVERED PARTIES HAVE NO LIABILITY WHATSOEVER FOR YOUR USE OF, OR INABILITY TO USE, THE WEBSITE, THE SERVICE, YOUR ACCOUNT AND ANY MERCHANDISE OBTAINED THROUGH THE SERVICE. IN PARTICULAR, BUT NOT AS A LIMITATION THEREOF, CENTURY PLATINUM™ AND THE COVERED PARTIES ARE NOT LIABLE TO YOU AND/OR ANY THIRD PARTY FOR ANY INDIRECT, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES (INCLUDING DAMAGES FOR LOSS OF BUSINESS, LOSS OF PROFITS, LITIGATION, OR THE LIKE), WHETHER BASED ON BREACH OF CONTRACT, BREACH OF WARRANTY, TORT (INCLUDING NEGLIGENCE), PRODUCT LIABILITY OR OTHERWISE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. THE NEGATION OF DAMAGES SET FORTH ABOVE IS A FUNDAMENTAL ELEMENT OF THE BASIS OF THE BARGAIN BETWEEN CENTURY PLATINUM™ AND YOU. THE WEBSITE, THE SERVICE, YOUR ACCOUNT AND ANY MERCHANDISE OBTAINED THROUGH THE SERVICE WOULD NOT BE PROVIDED TO YOU WITHOUT SUCH LIMITATIONS. NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU FROM US THROUGH THE WEBSITE, THE SERVICE, YOUR ACCOUNT AND ANY MERCHANDISE OBTAINED THROUGH THE SERVICE SHALL CREATE ANY WARRANTY, REPRESENTATION AND/OR GUARANTEE NOT EXPRESSLY STATED IN THIS AGREEMENT.

ALL RESPONSIBILITY AND/OR LIABILITY FOR ANY DAMAGES CAUSED BY VIRUSES AND/OR WORMS CONTAINED WITHIN AN ELECTRONIC FILE AVAILABLE AT THE WEBSITE AND/OR THROUGH THE SERVICE IS DISCLAIMED. YOU UNDERSTAND AND AGREE THAT ANY MATERIAL DOWNLOADED, OBTAINED OR OTHERWISE ACCESSED THROUGH THE USE OF THE WEBSITE, THE SERVICE AND/OR YOUR ACCOUNT IS DONE AT YOUR OWN DISCRETION AND AT YOUR OWN RISK. YOU WILL BE SOLELY RESPONSIBLE FOR ANY AND ALL DAMAGE TO YOUR COMPUTER SYSTEM OR LOSS OF DATA THAT MAY RESULT FROM THE DOWNLOADING OF ANY SUCH MATERIAL.

OUR CENTURY LIABILITY TO YOU UNDER ANY AND ALL CIRCUMSTANCES WILL BE EQUAL TO THE LOWEST PURCHASE PRICE THAT YOU HAVE PAID FOR ANY SINGLE PIECE OF MERCHANDISE AT THE WEBSITE AND/OR THROUGH THE SERVICE. NOTWITHSTANDING THE FOREGOING, CENTURY PLATINUM SHALL NOT BE LIABLE TO YOU FOR ANY SERVICE, GOODS OR INFORMATION AVAILABLE FROM THIRD PARTIES, EVEN IF OBTAINED AT OR THROUGH THE WEBSITE AND/OR SERVICE.

11. Third Party Websites. The Website may provide, and/or third parties may provide, links to other Internet websites and/or resources. Because CENTURY PLATINUM™ has no control over such third party websites and/or resources, you hereby acknowledge and agree that CENTURY PLATINUM is not responsible for the availability of such third party websites and/or resources. Furthermore, CENTURY PLATINUM™ does not endorse, and is not responsible or liable for, any terms and conditions, privacy policies, content, advertising, products and/or other materials at or available from such third party websites or resources, or for any damages and/or losses arising there from.

12. Equipment. You shall be responsible for obtaining and maintaining all telephone, computer hardware and any other equipment needed to access and/or use the Website, the Service and/or your Account, as well as any and all charges related thereto.

13. Miscellaneous. This Agreement shall be treated as though it were executed and performed in New York , New York and shall be governed by and construed in accordance with the laws of the State of New York (without regard to conflict of law principles). Should a dispute arise concerning the terms and conditions of this Agreement, or the breach of same by either party hereto, the parties agree to submit their dispute for resolution by arbitration before the American Arbitration Association in New York City , in accordance with the then current Commercial Arbitration Rules of the American Arbitration Association. Any award rendered shall be final and conclusive to the parties and a judgment thereon may be entered in any court of competent jurisdiction. Nothing herein shall be construed to preclude any party from seeking injunctive relief in order to protect its rights pending an outcome in arbitration. Should any part of this Agreement be held invalid or unenforceable, that portion shall be construed consistent with applicable law and the remaining portions shall remain in full force and effect. To the extent that anything in or associated with the Website, the Service and/or your Account is in conflict or inconsistent with this Agreement, this Agreement shall take precedence. Our failure to enforce any provision of this Agreement shall not be deemed a waiver of such provision nor of the right to enforce such provision. The parties do not intend that any agency or partnership relationship be created through operation of this Agreement.

In order to expedite fulfillment of the product to the customer, we reserve the right to substitute another merchandise charge card of equal or greater value.

14 .GIFTS:

We reserve the right to substitute any gift with an equal or greater value for the one chosen. You must be a member in good standing for a minimum of 8 months from the account activation date to qualify for gift.

To receive your gift, after 8 months of membership, you must send in a note or letter to Member Services, 5401-A South Blvd., Box 269 , Charlotte , NC 28217-2741 . No notice

will be sent. It is solely your responsibility to notify member services in writing at the above listed address to redeem your gift. CENTURY Platinum will not notify you of your eligibility.

ACKNOWLEDGMENT

I certify that I have read, understand and fully agree to all the terms and conditions contained in this Agreement. I certify that all the Application Data I supplied to CENTURY PLATINUM™ is true, accurate and verifiable. The information concerning costs and fees associated with my Account is accurate as of May 2007. I understand that these costs and fees, and any other term associated with my Account, may change at anytime, in the sole discretion of CENTURY PLATINUM™. I understand that my only recourse to any changes in terms is the cancellation of my Account in accordance with this Agreement.

8. With regard to the EDP site, www.startercreditdirect.com (terms in quotation marks are from the website as of 7/22/09);

   h.  For each consumer, provide:

      iv.   Whether, and when, each consumer ultimately obtained the full $10,000 "credit line";

*EDebitPay is not the fulfillment company for the credit line or the online mega-store, but the marketer for the Century Platinum membership program, and therefore, do not have access to various elements of the members' activity within the program.  The members' ultimate credit line is one of those elements.  However, the enclosed Century Platinum terms and conditions explain the credit line in the  "How it Works" section shown below..*

### CENTURY PLATINUM™ TERMS AND CONDITIONS

Welcome to the CENTURY PLATINUM™ website located at www.CENTURYplatinum.com (the "Website"). This Website is brought to you by CENTURY PLATINUM™. By accessing and/or using the Website and/or our CENTURY PLATINUM™ service (the "Service") you agree to comply with, and be bound by, the following terms and conditions (the "Agreement"). Please review this Agreement carefully. If you do not agree to this Agreement in its entirety, you are not authorized to use this Website and/or Service in any manner or form, whatsoever.

1. Acceptance of Agreement. You agree to the terms and conditions set forth in this Agreement with respect to your use of the Website and/or Service. This Agreement constitutes the entire agreement between you and CENTURY PLATINUM™, and supersedes all prior or contemporaneous agreements, representations, warranties and/or understandings with respect to the Website, the Service and/or your Account, as

defined herein below. We may amend this Agreement from time to time, in our sole discretion, without specific notice to you. The latest Agreement will be posted on the Website, and you should review this Agreement prior to each use of the Website, the Service and/or your Account. By your continued use of the Website, the Service and/or your Account, you hereby agree to all the terms and conditions contained within the Agreement in effect at that time. Therefore, you should regularly check this page for updates and changes.

2. Disclaimers. CENTURY PLATINUM™ IS NOT A CREDIT SERVICES ORGANIZATION, FINANCIAL OR BANKING INSTITUTION, NOR IS IT AFFILIATED WITH ANY CREDIT SERVICES ORGANIZATION, FINANCIAL OR BANKING INSTITUTION. THE CENTURY PLATINUM™ CARD IS NOT A CREDIT CARD AND THE CENTURY PLATINUM™ ACCOUNT IS NOT A CREDIT CARD ACCOUNT. A CENTURY PLATINUM™ ACCOUNT IS A LINE OF CREDIT THAT CAN BE USED BY AN ACCOUNT HOLDER TO SHOP EXCLUSIVELY AT OUR ONLINE SHOPPING WEBSITE. THERE ARE DOWN PAYMENT REQUIREMENTS FOR MOST PURCHASES AT OUR WEBSITE. CENTURY PLATINUM™ DOES NOT FACILITATE, NOR PROVIDE ASSITANCE, IN OBTAINING CREDIT FROM ANY OTHER CREDIT-ISSUING ENTITIES. CENTURY PLATINUM™ DOES NOT REPORT TO ANY CREDIT BUREAU OR REPORTING AGENCY. CENTURY PLATINUM™ DOES NOT CHARGE AN ADVANCED FEE TO ESTABLISH CREDIT, NOR DOES CENTURY PLATINUM™ ATTEMPT, OR CLAIM TO ATTEMPT, TO ESTABLISH, RE-ESTABLISH OR REPAIR ANY CUSTOMER CREDIT HISTORY. THERE IS A ONE TIME FEE OF $15.00 ASSOCIATED WITH THE ACCOUNT. IN ADDITION, THERE ARE MONTHLY ACCOUNT MAINTENANCE FEES OF $14.00 PER MONTH.

3. Additional Terms and Conditions For CENTURY PLATINUM™ Accounts. The CENTURY PLATINUM™ Service is an online merchandise shopping service. All purchase payments must be made through an associated CENTURY PLATINUM™ charge account ("Account"). By obtaining an Account, you can make purchases of select items available at or through the Service. Accounts may be obtained by individuals 18 years of age or older, who possesses a valid and active U.S. checking or savings bank account. There are no credit checks, income requirements or employment requirements to obtain an Account. You do not need a social security number to obtain an Account and there are no residency requirements. U. S. citizenship is not required. There are also no restrictions applicable to those with past bankruptcy history.

ACCOUNTS: To obtain an Account, you must submit an application to CENTURY PLATINUM™ to qualify for an Account. When you apply for an Account, you agree to provide accurate, current and complete information about yourself ("Application Data") as prompted by our application form. You also represent that we may rely on your submitted Application Data as accurate, current and complete. You agree to maintain and update your Application Data to keep it as accurate, current and complete as possible. CENTURY PLATINUM™ reserves the right, in its sole discretion, to terminate your Account for inaccurate, untrue, deceptive and/or incomplete Application Data. In order to update your Application Data, please access and update your online profile. You understand that by submitting an application to CENTURY PLATINUM™, you are not guaranteed to obtain an Account. CENTURY PLATINUM™ reserves the right, in its sole discretion, to accept or reject any application for any reason, or for no reason, whatsoever.

If CENTURY PLATINUM™ approves your application, you will receive an e-mail confirming your application approval and your associated username and password information ("Login") information. Once you receive this Login information, you may make immediate use of the Service.

HOW IT WORKS: Upon Account activation, you will receive a $10,000 line of credit to spend exclusively on purchases available through the Website. Your Account will not work at any other website and has no value other than at the Website. Due to the lack of restrictions associated with obtaining an Account, there are down payments required on most items. However, there are certain items available that require no down payment. We reserve the right to substitute any gift with an equal or greater value for

the one chosen. You must be a member in good standing for a minimum of 6 months from the account activation date to qualify for gift. You should receive a physical CENTURY PLATINUM™ card within four (4) weeks of your Account activation. If you do not receive your card, please contact us at: service@CENTURYplatinum.com .

DISCLOSURE OF COSTS, FEES AND RATES :
Creditor: CENTURY PLATINUM
Amount financed; itemization: Equal to the value of the Account holder's open balance
Finance charge: N/A
Annual percentage rate for purchases: 0.0%
Initial credit limit Increase Fee: No charge Variable-rate information: N/A
Grace period for repayment of balances for purchases: N/A
Method of computing the balance for purchases: N/A
Minimum finance charge: N/A
Transaction fee for purchases: N/A
Payment schedule: The payment schedule will vary depending upon the purchase cost of all goods purchased by the Account holder and the amount and frequency of payments. Account holder is required to make a specified minimum payment each month (in most cases, 10% of the outstanding balance)
Total of payments: Equal to the purchase cost of all goods purchased by the Account Holder
Total sale price: Equal to the purchase cost of all goods purchased by the Account Holder
Prepayment: No penalties for prepayment
Late payment fees: No charge
Fee for returned checks or debits: $5.00
Monthly Membership fee from Century Platinum™: $14.00
    ($168.00 calculated on a yearly basis)
One time fee from StarterCreditDirect.com: $99.00
    (Application & Processing fee)


Century Platinum™ Cancellation Policy: (NOT Starter Credit Direct)
Once the application process has been completed and the applicant has agreed to the online "Terms and Conditions", the fully automated transaction cannot be stopped.

If you contact Century Platinum™ customer service department within three (3) business days from the time when your application was submitted to request that you would like to cancel your Membership Submission order, a refund of your Processing Fee will be made.

Cancellation requests made more than three (3) business days from the date you submit your online application will not receive any refund. All qualifying refunds will be remitted in thirty (30) days or less per the Refund Policy below.

ACH DEBITS: If any Automated Clearing House ("ACH") debit request for a fee associated with your Account is returned due to non-sufficient funds available in your bank account, CENTURY PLATINUM™ may attempt to collect the applicable fee by automatically resubmitting to your bank subsequent ACH debits. Any subsequent debit attempts by CENTURY PLATINUM™ will not exceed the original fee amount. Furthermore, you understand and agree that if CENTURY PLATINUM™ is unable to obtain payment from your bank, CENTURY PLATINUM™ reserves the right to immediately terminate your Account or reduce your available credit until a consistent payment history has been established.

DOWN PAYMENTS: You understand and agree that the use of your Account is fully subject to this Agreement. You understand that your Account is being issued with no credit check or investigation and, as a result of this, you will be required to make a down payment for most merchandise purchases (approximately 30-50% of the total cost,

depending on the item, although higher down payments may be required). However, there are certain items available which require no down payment. All required down payments must be received in the form of a money order or cashier's check prior to our processing your merchandise order.

CREDIT LIMIT: Accounts begin with a credit limit of $10,000.

INITIAL ACCOUNT ADVANCE: When your new Account is activated, CENTURY PLATINUM™ will post an initial $2,500 advance to your Account. You may use this initial Account advance to pay against your charged credit balances for purchases at the Website. There is no time limit in which you must use this initial credit. You may use it all at once or over a period of time. This initial Account advance cannot be used to pay for any required down payments or for any purpose other than to pay for open balances on your Account. You understand and agree that this initial credit has no cash value and cannot be redeemed or withdrawn.

CREDIT BUREAU REPORTING: CENTURY PLATINUM™ **DOES NOT REPORT** to any credit bureau or reporting agency. **The CENTURY PLATINUM™ Account does not aid in building or re-building credit, or the posting of any positive references to any credit report.**

PURCHASES AND MONTHLY BILLING: You will be billed each month for charges made to your Account. Only Account holders that are in good standing may make purchases at the Website and receive additional Account holder benefits.

YOUR PROMISE TO PAY: You agree to pay at least the minimum payment amount shown on each monthly billing statement. All payments must be received on or before the due date indicated on the billing statement.

APPLICATION OF PAYMENTS RECEIVED: Payments received are always applied to any unpaid balance. Payments are applied toward purchases in the same order that they were made, older purchases first.

MINIMUM MONTHLY PAYMENT: The minimum monthly payment for any given month (as long as your account shows an outstanding balance) is the greater of: a) 10% of the account balance owed immediately following any purchase made to your account; or b) $10.00. The minimum monthly payment does not automatically decrease as your account balance decreases. Notwithstanding the foregoing, should your new balance be less than $10.00, the minimum payment due will be the total amount of the new balance.

DEFAULT: Your Account will be considered in default status if: a) you fail to pay the minimum monthly payment when due; or b) you breach any of the terms and conditions of this Agreement. If your Account is in default, in compliance with applicable law, CENTURY PLATINUM™ may: a) demand that you immediately pay the entire unpaid balance on your Account; b) apply monies received on subsequent purchases to any delinquent account balance owed; and/or c) proceed with legal action to collect any unpaid amounts.

**REFUND POLICY: (PLEASE READ AND SAVE)**
**DO NOT SUBMIT UNLESS YOU HAVE READ, UNDERSTAND AND AGREE TO ALL OF THE FOLLOWING POLICIES.**
Processing Fee Refund Policy: **IMPORTANT! PLEASE READ!**
When processing begins, you are immediately sent an email confirming your application and
re-stating the fact that there will be a debit for the processing fee to your bank account using the information that you submitted and authorized. You have **3 business days from the time of submittal** to contact member services and cancel processing as well as the debit before it is transmitted to the bank. Due to this fact, as well as the fact that the processing fee debit is automated and after 3 business days cannot be stopped,

**there will be no refund of any portion of the processing fee.**
Fraud Resolution:
As a matter of policy, we cooperate fully with all law enforcement agencies in the pursuit of fraud, with regard to the unauthorized use of information in order to apply for this membership. If you believe your account was fraudulently charged for the application and processing fee, we will make every effort to aid in a resolution. Before we can take any action, please fax or mail a copy of the official report filed with your local Police or law enforcement agency detailing the suspected fraudulent act, have the investigating officer contact our office at (704) 525-3880 and also a copy of the portion of your account statement showing the date and amount of the withdrawal. Fax: (704) 525-3886. The Computer's IP address is recorded when application for membership is applied for.
GOOD STANDING REQUIREMENT: You understand that you must maintain your Account in good standing by making at least the minimum monthly payments on time. If your Account is in default status, you understand that your Account privileges and benefits may be suspended and/or terminated until you have re-established a consistent pattern of on-time monthly minimum payments.

MEMBERSHIP CANCELLATION: If you wish to cancel your membership you may do so at any time by contacting us and making a cancellation request. This may be done by calling us at 704-525-3880 between the hours of 9 A.M. and 6 P.M. (EST) Monday through Friday, excluding holidays. This request must be made by the account holder of record only and this information will be verified by us.
**There will be no refunds of monthly membership fees already collected.**

4. Authorized Use. The Website and Service are available only to individuals who can enter into legally binding contracts under applicable law. However, if you are under the age of 18, you do not have authorization to access or use the Website and/or Service in any manner whatsoever. If you are a Website visitor ("Visitor"), you may use the Website in order to obtain information about CENTURY PLATINUM™ and the Service and to apply for a CENTURY PLATINUM™ card account ("Account"). Visitors are not authorized to access any content and/or data available to those individuals that are Account holders. In addition, to apply for and obtain an Account, you must be at least 18 years old and have a valid and active U.S. checking or savings bank account. Notwithstanding the foregoing, the Service and Accounts are not available to Wisconsin State residents.

5. License Grant. As a Visitor to the Website or an Account holder, you are granted a non-exclusive, non-transferable, revocable and limited license to access and use the Website (and its associated content), the Service and/or an Account in accordance with this Agreement. CENTURY PLATINUM™ may terminate this license at any time for any reason. You may use the Website on one computer for your own personal, non-commercial use. No part of the Website, the Service and/or an Account may be reproduced in any form or incorporated into any information retrieval system, electronic or mechanical. You may not use, copy, emulate, clone, rent, lease, sell, modify, decompile, disassemble, reverse engineer or transfer the Website (and its associated content), the Service, your Account and/or any portion thereof. CENTURY PLATINUM™ reserves any rights not explicitly granted in this Agreement. You may not use any device, software or routine to interfere or attempt to interfere with the proper working of the Website, the Service and/or your Account. You may not take any action that imposes an unreasonable or disproportionately large load on the CENTURY PLATINUM™ infrastructure.

Your right to use the Website, the Service and/or your Account including, without limitation, your Login, is non-transferable. Access to, and use of, your Account and the Service is made through your Login information. Your Login must be kept strictly confidential. For security reasons, CENTURY PLATINUM™ will not release passwords for any reason, other than to the applicable Account holder, except as may be specifically required by law or court order. Unauthorized access to the Website, the Service and/or an Account is a breach of this Agreement and a violation of applicable law.

6. Proprietary Rights. The content, organization, graphics, design, compilation, magnetic translation, digital conversion, software and other matters related to the Website, the Service and/or your Account are protected under applicable copyrights, trademarks and other proprietary (including, without limitation, intellectual property) rights. The copying, redistribution and/or publication by you of any part of the Website, the Service and/or your Account is strictly prohibited. You do not acquire ownership rights to any content, document, software, service or other materials viewed at or through the Website, the Service and/or your Account. The posting of information or material at the Website and Service by CENTURY PLATINUM™ does not constitute a waiver of any right in such information and/or materials.

7. Privacy Policy. Use of the Website, the Service and/or your Account is subject to our Privacy Policy, which is hereby incorporated into, and made part of, this Agreement. We reserve the right, and you authorize us, to use and assign all information regarding your Website, Service and Account use, and any and all other personal information provided by you, in any manner consistent with our Privacy Policy, which is hereby made a part of this Agreement.

8. Editing, Deleting and Modification. We reserve the right, in our sole discretion, to edit and/or delete any documents, information or other content appearing on the Website, the Service and/or your Account at anytime, without notice to you.

9. Indemnification. You agree to indemnify, defend and hold CENTURY PLATINUM™, its owners, and each of their respective officers, partners, members, employees, agents and attorneys (each a "Covered Party"), harmless against any and all liabilities, claims, actions, suits, proceedings, judgments, fines, damages, costs, losses and expenses (including reasonable attorneys' fees, administrative costs and/or settlement costs) arising from your breach of this Agreement and/or your use of the Website, the Service and/or your Account, in any manner whatsoever.

10. Disclaimers and Limitations. THE WEBSITE, THE SERVICE, YOUR ACCOUNT AND ANY MERCHANDISE OBTAINED THROUGH THE SERVICE ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS AND ALL WARRANTIES, EXPRESS OR IMPLIED, ARE DISCLAIMED (INCLUDING, WITHOUT LIMITATION, THE DISCLAIMER OF ANY WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT OF INTELLECTUAL PROPERTY AND/OR FITNESS FOR A PARTICULAR PURPOSE). THE WEBSITE, THE SERVICE, YOUR ACCOUNT AND ANY MERCHANDISE OBTAINED THROUGH THE SERVICE MAY CONTAIN BUGS, ERRORS, PROBLEMS OR OTHER LIMITATIONS. CENTURY PLATINUM™ AND THE COVERED PARTIES HAVE NO LIABILITY WHATSOEVER FOR YOUR USE OF, OR INABILITY TO USE, THE WEBSITE, THE SERVICE, YOUR ACCOUNT AND ANY MERCHANDISE OBTAINED THROUGH THE SERVICE. IN PARTICULAR, BUT NOT AS A LIMITATION THEREOF, CENTURY PLATINUM™ AND THE COVERED PARTIES ARE NOT LIABLE TO YOU AND/OR ANY THIRD PARTY FOR ANY INDIRECT, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES (INCLUDING DAMAGES FOR LOSS OF BUSINESS, LOSS OF PROFITS, LITIGATION, OR THE LIKE), WHETHER BASED ON BREACH OF CONTRACT, BREACH OF WARRANTY, TORT (INCLUDING NEGLIGENCE), PRODUCT LIABILITY OR OTHERWISE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. THE NEGATION OF DAMAGES SET FORTH ABOVE IS A FUNDAMENTAL ELEMENT OF THE BASIS OF THE BARGAIN BETWEEN CENTURY PLATINUM™ AND YOU. THE WEBSITE, THE SERVICE, YOUR ACCOUNT AND ANY MERCHANDISE OBTAINED THROUGH THE SERVICE WOULD NOT BE PROVIDED TO YOU WITHOUT SUCH LIMITATIONS. NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU FROM US THROUGH THE WEBSITE, THE SERVICE, YOUR ACCOUNT AND ANY MERCHANDISE OBTAINED THROUGH THE SERVICE SHALL CREATE ANY WARRANTY, REPRESENTATION AND/OR GUARANTEE NOT EXPRESSLY STATED IN THIS AGREEMENT.

ALL RESPONSIBILITY AND/OR LIABILITY FOR ANY DAMAGES CAUSED BY VIRUSES
AND/OR WORMS CONTAINED WITHIN AN ELECTRONIC FILE AVAILABLE AT THE
WEBSITE AND/OR THROUGH THE SERVICE IS DISCLAIMED. YOU UNDERSTAND AND
AGREE THAT ANY MATERIAL DOWNLOADED, OBTAINED OR OTHERWISE ACCESSED
THROUGH THE USE OF THE WEBSITE, THE SERVICE AND/OR YOUR ACCOUNT IS DONE
AT YOUR OWN DISCRETION AND AT YOUR OWN RISK. YOU WILL BE SOLELY
RESPONSIBLE FOR ANY AND ALL DAMAGE TO YOUR COMPUTER SYSTEM OR LOSS OF
DATA THAT MAY RESULT FROM THE DOWNLOADING OF ANY SUCH MATERIAL.

OUR CENTURY LIABILITY TO YOU UNDER ANY AND ALL CIRCUMSTANCES WILL BE
EQUAL TO THE LOWEST PURCHASE PRICE THAT YOU HAVE PAID FOR ANY SINGLE
PIECE OF MERCHANDISE AT THE WEBSITE AND/OR THROUGH THE SERVICE.
NOTWITHSTANDING THE FOREGOING, CENTURY PLATINUM SHALL NOT BE LIABLE TO
YOU FOR ANY SERVICE, GOODS OR INFORMATION AVAILABLE FROM THIRD PARTIES,
EVEN IF OBTAINED AT OR THROUGH THE WEBSITE AND/OR SERVICE.

11. Third Party Websites. The Website may provide, and/or third parties may provide,
links to other Internet websites and/or resources. Because CENTURY PLATINUM™ has no
control over such third party websites and/or resources, you hereby acknowledge and
agree that CENTURY PLATINUM is not responsible for the availability of such third party
websites and/or resources. Furthermore, CENTURY PLATINUM™ does not endorse, and is
not responsible or liable for, any terms and conditions, privacy policies, content,
advertising, products and/or other materials at or available from such third party
websites or resources, or for any damages and/or losses arising there from.

12. Equipment. You shall be responsible for obtaining and maintaining all telephone,
computer hardware and any other equipment needed to access and/or use the Website,
the Service and/or your Account, as well as any and all charges related thereto.

13. Miscellaneous. This Agreement shall be treated as though it were executed and
performed in New York , New York and shall be governed by and construed in
accordance with the laws of the State of New York (without regard to conflict of law
principles). Should a dispute arise concerning the terms and conditions of this
Agreement, or the breach of same by either party hereto, the parties agree to submit
their dispute for resolution by arbitration before the American Arbitration Association in
New York City , in accordance with the then current Commercial Arbitration Rules of the
American Arbitration Association. Any award rendered shall be final and conclusive to
the parties and a judgment thereon may be entered in any court of competent
jurisdiction. Nothing herein shall be construed to preclude any party from seeking
injunctive relief in order to protect its rights pending an outcome in arbitration. Should
any part of this Agreement be held invalid or unenforceable, that portion shall be
construed consistent with applicable law and the remaining portions shall remain in full
force and effect. To the extent that anything in or associated with the Website, the
Service and/or your Account is in conflict or inconsistent with this Agreement, this
Agreement shall take precedence. Our failure to enforce any provision of this Agreement
shall not be deemed a waiver of such provision nor of the right to enforce such
provision. The parties do not intend that any agency or partnership relationship be
created through operation of this Agreement.

In order to expedite fulfillment of the product to the customer, we reserve the right to
substitute another merchandise charge card of equal or greater value.

14 .GIFTS:

We reserve the right to substitute any gift with an equal or greater value for the one
chosen. You must be a member in good standing for a minimum of 8 months from the
account activation date to qualify for gift.

To receive your gift, after 8 months of membership, you must send in a note or letter to
Member Services, 5401-A South Blvd., Box 269 , Charlotte , NC 28217-2741 . No notice

will be sent. It is solely your responsibility to notify member services in writing at the
above listed address to redeem your gift. CENTURY Platinum will not notify you of your
eligibility.

ACKNOWLEDGMENT

I certify that I have read, understand and fully agree to all the terms and conditions
contained in this Agreement. I certify that all the Application Data I supplied to CENTURY
PLATINUM™ is true, accurate and verifiable. The information concerning costs and fees
associated with my Account is accurate as of May 2007. I understand that these costs
and fees, and any other term associated with my Account, may change at anytime, in
the sole discretion of CENTURY PLATINUM™. I understand that my only recourse to any
changes in terms is the cancellation of my Account in accordance with this Agreement.

8. With regard to the EDP site, www.startercreditdirect.com (terms in quotation marks are from the website as of 7/22/09);

   h. For each consumer, provide:

      v. Whether the consumer applied for, and obtained, the "FREE Laptop Computer, $2,500 Credit Line AND Medical Discounts";

*The referenced optional offer is quite new and has not had many applicants. Of the consumers who applied at the startercreditdirect.com site during the past twelve months as listed in 8.g, those listed on the attached list opted-in for the "FREE Laptop Computer, $2,500 Credit Line AND Medical Discounts" offer:*

*Since EDebitPay is only the marketer for this offer, and not the fulfillment company, we do not have access to various elements of the consumers' memberships or activity. However, we do note that the offer, as illustrated below, states that "I realize that after twelve (12) consecutive months as a paid member, I will receive a laptop computer, absolutely FREE." Since the offer has been running for less than two months, we surmise that no members have yet received the FREE Laptop portion of the offer.*



8. With regard to the EDP site, www.startercreditdirect.com (terms in quotation marks are from the website as of 7/22/09);

   h.  For each consumer, provide:

       vi.    Whether the consumer applied for, and obtained, the "AIG Identity Theft Protection Plan";

       *Of the consumers who applied at the startercreditdirect.com site during the past twelve months as listed in 8.g, those listed on the attached list opted-in for the "AIG Identity Theft Protection Plan".*

8.  With regard to the EDP site, www.startercreditdirect.com (terms in quotation marks are from the website as of 7/22/09);

    h.  For each consumer, provide:

        vii.   Whether the consumer applied for, and obtained, the separate "Cash Advance" and the amount of the cash advance ultimately received; and

*Of the consumers who applied at the startercreditdirect.com site during the past twelve months as listed in 8.g, those listed on the attached list applied for the separate "Cash Advance" offer. Since EDebitPay is only the marketer of the offer, we do not have access to whether the applicant was ultimately approved by a loan provider, nor how much the consumer ultimately received if approved.*

8.   With regard to the EDP site, www.startercreditdirect.com (terms in quotation marks are from the website as of 7/22/09);

  h.   For each consumer, provide:

     viii.   Whether the consumer disputed charges with www.startercreditdirect.com /EDP, sought a refund, or filed a complaint.

*Of the consumers who applied at the startercreditdirect.com site during the past twelve months as listed in 8.g, EDebitPay has received complaints (as defined in fn.1) or refund requests as contained in Section 8.i.*

Case 2:07-cv-04880-ODW-AJW   Document 75-34   Filed 10/06/10   Page 100 of 100   Page ID #:2608

8.  With regard to the EDP site, www.startercreditdirect.com (terms in quotation marks are from the website as of 7/22/09);

i.  Provide copies of any complaints (as defined in fn.1) received by EDP in the last twelve months, whether received directly or indirectly, regarding www.startercreditdirect.com and any affiliated products or services.  Describe any actions taken to resolve each such complaint.

*Copies of the requested complaints (as defined in fn.1) including refund requests are enclosed herein.*