# ATTACHMENT 8

# TO REILLY DECL.

# FTC'S DEPO NOTICE OF EDEBITPAY, CLEVELAND AND WILSON

WILLARD K. TOM
General Counsel

RAYMOND E. MCKOWN, Bar No. 150975
Federal Trade Commission
10877 Wilshire Boulevard, Suite 700
Los Angeles, CA 90024
(310) 824-4343 (direct)
(310) 824-4380 (facsimile)
rmckown@ftc.gov

ELIZABETH TUCCI
Federal Trade Commission
601 New Jersey Avenue, NW, Rm. 2217
Washington, DC 20001
(202) 326-2402 (direct)
(202) 326-2559 (facsimile)
etucci@ftc.gov

ATTORNEYS FOR PLAINTIFF
FEDERAL TRADE COMMISSION

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Federal Trade Commission,**<br><br>Plaintiff,<br><br>v.<br><br>**EDebitPay, LLC, et al.,**<br><br>Defendants. | CV-07-4880 ODW (AJWx)<br><br>**Deposition Notice of EDebitPay, LLC, Dale Paul Cleveland, and William Richard Wilson**<br><br>Judge Otis D. Wright II |

NOTICE IS HEREBY GIVEN that, pursuant to Section X of the Stipulated Final Order for Permanent Injunction and Monetary Relief, entered on January 17, 2008 ("Final Order"), plaintiff Federal Trade Commission will take the

depositions upon oral examination of defendants EDebitPay, LLC ("EDP"), Dale Paul Cleveland, and William Richard Wilson, at the dates and times indicated below, and continuing from day to day until completed, at the offices of the Federal Trade Commission, 10877 Wilshire Boulevard, Suite 700, Los Angeles, California, 90024:

| Deponent | Date/Time |
|---|---|
| EDP | November 17, 2009, 9 am |
| Dale Paul Cleveland | November 18, 2009, 9 am |
| William Richard Wilson | November 18, 2009, 11 am |

PLEASE TAKE FURTHER NOTICE that pursuant to Fed. R. Civ. P. 30(b)(6), the matters for examination of EDP are set out at Schedule A.

PLEASE TAKE FURTHER NOTICE that the depositions will be recorded by stenographic means, and may also be recorded by audio-visual means, before an officer authorized to administer oaths.

Dated: October 22, 2009

ELIZABETH TUCCI
Federal Trade Commission
600 Pennsylvania, Ave., N.W.
Mailstop NJ-2122
Washington, DC 20580
202-326-2402 (direct)
202-326-2558 (facsimile)
etucci@ftc.gov
Attorney for Plaintiff

2

## SCHEDULE A

### Matters for Examination of EDP

1. EDP's corporate structure, including but not limited to:
   (a) Identification of individuals and entities with an ownership interest in EDP;
   (b) Identification of entities in which EDP has an ownership or managerial interest;
   (c) Identification of EDP's officers and top executives; and
   (d) EDP's relationship with all codefendants in *FTC v. EDebitPay, LLC, et al.*, No. CV-07-4880 ODW (AJWx) (C.D. Calif.).

2. EDP's revenue, net income, expenses, and revenue sources since January 1, 2008.

3. EDP's compliance with the Final Order, including, but not limited to:
   (a) EDP's compliance with Paragraph I.A-G of the Final Order; and
   (b) EDP's compliance with Paragraph I.H of the Final Order.

4. EDP's Responses to the FTC's Requests for Documents and Information, sent July 23, 2009.

5. EDP's 180-Day Report, produced pursuant to Paragraph VI.B of the Final Order.

6. EDP's marketing and business activities, including but not limited to:
   (a) EDP's relationship with affiliate marketers, subaffiliate marketers, and publishers;
   (b) EDP's relationship with affiliate networks and EDP's affiliate network;
   (c) lead generation by EDP;
   (d) purchase of leads by EDP;
   (e) EDP's list management services; and
   (f) EDP's financial service products and the marketing thereof.

7. EDP's evidence of consumers' express informed consent for debits, charges, or fees assessed by EDP, affiliate marketers, subaffiliate marketers, and affiliate networks, including but not limited to EDP's practice and procedures for obtaining and retaining evidence of said consent.

8. The existence and status of any legal actions (civil or criminal) that have been filed or pending against EDP at any time since January 1, 2008.

3

## Certificate of Service

I, Elizabeth Tucci, hereby certify that on October 22, 2009, I caused the foregoing Deposition Notice to be sent via first-class mail and e-mail to the following:

Michael Mallow
Christine M. Reilly
Loeb & Loeb, LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067
mmallow@loeb.com
creilly@loeb.com (email only)