# ATTACHMENT 9

# TO REILLY DECL.

# EMAIL RE PRIVILEGE LOG

## Karen Thorland

**From:** Christine Reilly
**Sent:** Friday, October 01, 2010 6:43 PM
**To:** 'Morelli, Mark'
**Cc:** Karen Thorland; Karen Thorland; 'Tucci, Elizabeth'; 'Hunter, Zachary'; Michael Mallow
**Subject:** RE: EDP: Privilege Log

I neglected to mention the corollary to Request No. 8, which is Interrogatory No. 5 asking for communications regarding changes in the Starter Credit marketing. The same applies to this request.

**From:** Christine Reilly
**Sent:** Friday, October 01, 2010 1:02 PM
**To:** 'Morelli, Mark'
**Cc:** Karen Thorland; Karen Thorland; Tucci, Elizabeth; Hunter, Zachary
**Subject:** EDP: Privilege Log

Hi Mark,

You had inquired about a privilege log when I was out of the office. I also noticed that the FTC raises this issue in its motion to compel. The only FTC requests possibly calling for privileged information and for which privileged documents were withheld were Request No. 8 (all documents concerning proposed or actual changes to Starter Credit Direct) and Request No. 13 (all documents concerning your defenses in this Contempt Proceeding). As to the former, all privileged communications were between our client and Loeb after the FTC served its July 23, 2009 Request for Documents and Information, and the great bulk of the communications was after the FTC filed its contempt application. As to the latter request, all privileged communications were between our client and Loeb and would have been after the FTC filed its contempt application. I'm sure the FTC was not intending for the request to encompass attorney-client privileged communications regarding contempt defenses in any case. All communications between Loeb and our client are clearly privileged and not subject to production. With this information, I believe we can streamline the motion to compel with at least one less issue for the Court to consider. Please let me know if you disagree. Hope you had a safe and pleasant return home yesterday evening.

Regards,
Christine

10/4/2010